UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

*Electronically Filed*

| | |
|---|---|
| **CYNTHIA GAY BORUM,** as Administratrix of the Estate of Nicole Alyce Borum <br><br> PLAINTIFF <br><br> v. <br><br> **JUNG WOOK KANG SMITH, MD.,** **DEACONESS CLINIC, INC.,** **DEACONESS HOSPITAL, INC.** **DEACONESS HEALTH SYSTEM, INC.** <br><br> DEFENDANTS | CASE NO.: 4:17-CV-17-JHM |

## NOTICE OF REMOVAL

Defendants, Jung Wook Kang Smith, M.D., Deaconess Clinic, Inc., Deaconess Hospital, Inc. and Deaconess Health System, Inc., by counsel, hereby remove and give notice of removal of this action to the United States District Court for the Western District of Kentucky, Owensboro Division, pursuant to 28 U.S.C. Sections 1332 and 1441 *et seq.*, as follows:

1. On January 12, 2017, there was commenced, and is now pending in the Henderson County Circuit Court, Kentucky, a certain civil action styled <u>*Cynthia Gay Borum, as Administratrix of the Estate of Nicole Alyce Borum v. Jung Wook Kang Smith, M.D, Deaconess Clinic, Inc., Deaconess Hospital, Inc., and Deaconess Health System, Inc.,*</u> and bearing Civil

Action No. 17-CI-00018. This action seeks to recover compensatory and punitive damages for the wrongful death of Nicole Alyce Borum under principles of medical negligence in connection with medical care and treatment she received from June to September 2015 in Henderson, Kentucky. The United States District Court for the Western District of Kentucky has jurisdiction based upon the diversity of the parties, and Owesboro is the proper jury division pursuant to Local Rule 3.1(b)(1).

2. Defendant, Deaconess Health System, Inc., was served with a copy of Plaintiff's Complaint on January 23, 2017, through the Indiana Secretary of State. Removal is therefore timely under 28 U.S.C. Section 1446(b).

3. At all times relevant hereto, including the date of the incident and now, Plaintiff, Cynthia Borum, has been and is a resident of Henderson, Henderson County, Kentucky and a citizen of the Commonwealth of Kentucky.

4. Defendant, Jung Wook Kang Smith, is and was a resident of Vanderburgh County, Indiana at the time of the alleged incident until the present. Defendants, Deaconess Clinic, Inc., Deaconess Hospital, Inc., and Deaconess Health System, Inc. were incorporated under the laws of the state of Indiana, and had their principal places of business in Indiana in June - September 2015, the dates of the subject incident. Defendants are still, as of the date of the filing of this Notice of Removal, incorporated under laws of Indiana, and maintain their principal places of business in the state of Indiana. None of the Defendants was at the time of the incident, nor at present, a citizen of Kentucky. Thus, this Court has jurisdiction over this action under the provisions of 28 U.S.C. Section 1332 ("diversity" jurisdiction).

5. Upon information and belief, including, but not limited to, the averments in Plaintiff's Complaint that her daughter, Nicole Alyce Borum suffered a wrongful death at the age of 23 and has incurred medical expenses and loss of earning capacity, and that Plaintiff seeks punitive damages against the Defendants the amount in controversy in this action exceeds $75,000.00, exclusive of interests and costs.  Accordingly, this action may be removed into this Court pursuant to the provisions of 28 U.S.C. Section 1441.

6. Attached hereto are true and correct copies of all process and pleadings filed in this action.  To the best knowledge and belief of Defendants, no further proceedings have taken place.

7. All Defendants have concurred with the removal of this action from state court.

8. Defendants respectfully requests that this Court assume jurisdiction of this case, and issue such further orders and processes as may be necessary to bring before this Court all parties necessary for the trial hereof.

9. Written notice of the filing of this Notice of Removal will be provided to Plaintiff and the Clerk for Henderson County Circuit Court, Kentucky, as required by law.

## CERTIFICATION PURSUANT TO RULE 11

The undersigned, as counsel for the Defendants, hereby certifies pursuant to Rule 11 of the Federal Rules of Civil Procedure that she has read the foregoing Notice of Removal; to the best of her knowledge, information and belief, formed at the reasonable inquiry, this Notice of Removal is well-grounded in fact and is warranted by existing law

or good faith argument for the extension, modification or reversal of existing law, that it is not interposed for any improper purpose such as to harass or to cause unnecessary delays or needless increase in the cost of litigation.

WHEREFORE, the Defendants provide notice that this cause of action, now pending in Henderson County Circuit Court, Kentucky, has been removed to the United States District Court for the Western District of Kentucky at Owensboro.

                                        Respectfully submitted,

                                      PHILLIPS PARKER ORBERSON & ARNETT, P.L.C.

                                      /s/ Katherine T. Watts
                                      John W. Phillips
                                      Katherine T. Watts
                                      716 West Main Street, Suite 300
                                      Louisville, KY 40202
                                      (502) 583-9900
                                      Jphillips@ppoalaw.com
                                      Kwatts@ppoalaw.com
                                      *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system and served via U.S. Mail to the following counsel:

Anthony P. Ellis, Esq.
ELLIS LAW GROUP, PLLC
239 South Fifth Street
Suite 1900
Louisville, Kentucky 40202
aellis@ellislawky.com
*Co-Counsel for Plaintiff*

William D. Nefzger, Esq.
BAHE COOK CANTLEY & NEFZGER, PLC
Marion E. Taylor Building, 6th Floor
317 South Fourth Street
Louisville, Kentucky 40202
will@bccnlaw.com
*Co-Counsel for Plaintiff*

Samuel J. Bach, Esq.
Bach & Armstrong LLC
312 First Street
P.O. Box 881
Henderson, Kentucky 42419
sam@bacharmstrong.com
*Co-Counsel for Plaintiff*

/s/ Katherine T. Watts
Katherine T. Watts