Filed          17-CI-00018   01/12/2017          Herbert McKee, Jr. Henderson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/15/2017 03:19:22 PM
81717-7

COMMONWEALTH OF KENTUCKY
HENDERSON CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO. 17-CI-_____
*ELECTRONICALLY FILED*

Cynthia Gay Borum, as
Administratrix of the Estate of
NICOLE ALYCE BORUM
2010 Book Drive
Henderson, KY 42420                                                  **PLAINTIFF**

v.                    **<u>COMPLAINT FOR DAMAGES</u>**

JUNG WOOK KANG SMITH, MD
520 Mary Street
Suite 340
Evansville, IN 47710

      **SERVE:**      **JUNG WOOK KANG SMITH**
               520 Mary Street
               Suite 340
               Evansville, IN 47710

DEACONESS CLINIC, INC.
600 Mary Street
Evansville, IN 47747

      **SERVE:**      **CT CORPORATION SYSTEM**
               Registered Agent
               306 W. Main Street, Suite 512
               Frankfort, KY 40601

DEACONESS HOSPITAL, INC.
600 Mary Street
Evansville, IN 47747

      **SERVE:**      **CT CORPORATION SYSTEM**
               Registered Agent
               306 W. Main Street, Suite 512
               Frankfort, KY 40601

Presiding Judge:: HON. KAREN L. WILSON (651294)

COM : 000001 of 000008

Filed       17-CI-00018    01/12/2017       Herbert McKee, Jr. Henderson Circuit Clerk   NOT ORIGINAL DOCUMENT
02/15/2017 03:19:22 PM
81717-7

DEACONESS HEALTH SYSTEM, INC.
600 Mary Street
Evansville, IN 47747

> **SERVE:**   **C/O LINDA E. WHITE**
> Registered Agent
> Deaconess Health System. Inc.
> 600 Mary Street
> Evansville, IN 47747

**DEFENDANTS**

\* \* \* \* \* \* \* \* \* \*

Comes the Plaintiff, Cynthia Gay Borum, as Administratrix of the Estate of Nicole Alyce

Borum, by and through the undersigned counsel, and hereby brings this Complaint for money

damages and other relief against Defendants Jung Wook Kang Smith, MD, Deaconess Clinic,

Inc. ("Deaconess Clinic"), Deaconess Hospital, Inc. ("Deaconess Hospital") and Deaconess

Health System, Inc. (collectively, "Deaconess") (Deaconess and Jung Wook Kang Smith, MD

collectively referred to as "Defendants") hereby alleges upon information and belief as follows:

**THE PARTIES AND JURISDICTION**

1.      At all relevant times, the decedent Nicole Alyce Borum was a resident of the

Commonwealth of Kentucky.  From June 2015 through August 2015 Ms. Borum resided in

Henderson County, Kentucky.  From August 2015 through September 9, 2015, Ms. Borum

resided in Warren County, Kentucky, where she was attending Western Kentucky University.

On September 9, 2015, Ms. Borum committed suicide.

2.      Plaintiff Cynthia Gay Borum is the qualified and duly appointed Administratrix of

the Estate of Nicole Alyce Borum, having been appointed by the Probate Court of Henderson

County, Kentucky on January 14, 2016 (copy of her Qualification and Appointment attached

2

Filed          17-CI-00018      01/12/2017      Herbert McKee, Jr. Henderson Circuit Clerk   NOT ORIGINAL DOCUMENT
02/15/2017 03:19:22 PM
81717-7

hereto and marked as Plaintiff's Exhibit A). At all relevant times, Cynthia Gay Borum has

resided and currently does reside in Henderson County, KY.

3.       Defendant Jung Wook Kang Smith, MD was and is a practicing physician

licensed under the laws of the Commonwealth of Kentucky and holds herself out to be a

specialist in Family Medicine. Her principal place of employment of 520 Mary Street, Suite 340,

Evansville, IN 47710.

4.       Defendant Deaconess Clinic, Inc. was and is an Indiana corporation providing

medical services in the Commonwealth of Kentucky, and at all relevant time has provided such

services in Henderson County, KY. It is licensed to provide such services in the Commonwealth

of Kentucky and its registered agent for service of process of CT Corporation System, 306 W.

Main St., Suite 512, Frankfort, KY 40601.

5.       Defendant Deaconess Hospital, Inc. was and is an Indiana corporation providing

medical services in the Commonwealth of Kentucky. It is licensed to provide such services in

the Commonwealth of Kentucky and has a registered agent for service of process of CT

Corporation System, 306 W. Main St., Suite 512, Frankfort, KY 40601.

6.       Upon information and belief, Defendant Deaconess Health System, Inc. was and

is an Indiana corporation providing medical services in the Commonwealth of Kentucky. It has a

principal place of business identified as 600 Mary Street, Evansville, IN 47747 and a registered

agent for service of process of Linda E. White, 600 Mary Street, Evansville, IN 47747.

7.       At all times mentioned herein, the Defendant Jung Wook Kang Smith, MD, was

the actual, implied or apparent agent, servant and/or employee of the Deaconess Defendants.

Therefore, the negligence of the Defendant Jung Wook Kang Smith, MD is imputed to the

Presiding Judge: HON. KAREN L. WILSON (651294)

COM : 000003 of 000008

3

Filed          17-CI-00018   01/12/2017          Herbert McKee, Jr.  Henderson Circuit Clerk   NOT ORIGINAL DOCUMENT
02/15/2017 03:19:22 PM
81717-7

Deaconess Defendants, and the Deaconess Defendants are otherwise liable for damages to Plaintiff based on the conduct of Defendant Jung Wook Kang Smith, MD.

8.      At all times, the Deaconess Defendants acted individually and through their actual, implied or apparent agents, servants and employees, all of whom acted within the scope of their employment in connection with the treatment of decedent Nicole Alyce Borum. Therefore, the negligence of such individuals is imputed to the Deaconess Defendants, and the Deaconess Defendants are otherwise liable for damages to Plaintiff based on the conduct of such individuals.

9.      Defendant Deaconess Clinic is owned and/or controlled by Defendant Deaconess Health System, Inc., and the Deaconess Health System, Inc. is otherwise liable for damages to Plaintiff based on the conduct of the Deaconess Clinic's actual, implied or apparent agents, servants and/or employees.

10.      Defendant Deaconess Hospital is owned and/or controlled by Defendant Deaconess Health System, Inc., and the Deaconess Health System, Inc. is otherwise liable for damages to Plaintiff based on the conduct of the Deaconess Hospital's actual, implied or apparent agents, servants and/or employees.

11.      The Plaintiff states that the damages being claimed herein are in excess of the amount necessary to establish jurisdiction in this Court.

12.      Venue is proper because the acts of negligence alleged herein were performed in Henderson County, Kentucky during the course of the medical provider/patient relationship with Nicole Alyce Borum or one or more of the Defendants has offices or operations that are located in Henderson County, KY.

Presiding Judge: HON. KAREN L. WILSON (651294)

COM : 000004 of 000008

4

Filed          17-CI-00018    01/12/2017          Herbert McKee, Jr. Henderson Circuit Clerk
NOT ORIGINAL DOCUMENT
02/15/2017 03:19:22 PM
81717-7

## COUNT I:  NEGLIGENCE AGAINST DEFENDANTS

13.      Beginning in June 2015 and continuing through her death, Nicole Alyce Borum

was receiving medical treatment and other services from Defendant Jung Wook Kang Smith,

MD, and maintained a physician/patient relationship with Defendant Jung Wook Kang Smith,

MD.

14.      Defendant Jung Wook Kang Smith, MD and the Deaconess Defendants had a

duty to exercise ordinary care in the provision of all medical services provided to the decedent

Nicole Alyce Borum.

15.      In providing medical care and services to the decedent Nicole Alyce Borum,

Defendant Jung Wook Kang Smith, MD and the Deaconess Defendants breached the applicable

standards of care for such treatment and services and exposed Nicole Alyce Borum to an

unreasonable risk of harm.

16.      Deaconess Defendants, individually and through their employees, agents,

representatives, ostensible agents and/or partners breached their duties to Nicole Alyce Borum

by negligently hiring, training, supervising and/or retaining their agents, employees,

representatives and/or ostensible agents, including but not limited to, Defendant Jung Wook

Kang Smith, MD.

17.      The conduct of Defendant Jung Wook Kang Smith, MD and the Deaconess

Defendants was a substantial factor in causing the decedent Nicole Alyce Borum's injuries and

damages.

18.      As a direct and proximate result of the negligence and carelessness as described

above, Nicole Alyce Borum sustained serious and permanent injuries, resulting in pain,

Presiding Judge: HON. KAREN L. WILSON (651294)

COM : 000005 of 000008

5

Filed        17-CI-00018    01/12/2017        Herbert McKee, Jr. Henderson Circuit Clerk NOT ORIGINAL DOCUMENT
02/15/2017 03:19:22 PM
81717-7

suffering, mental anguish, the impairment of the power to labor and earn money, and other

damages leading up to her death on September 9, 2015.

### COUNT II: WRONGFUL DEATH AGAINST DEFENDANTS

19.    Plaintiff repeats and realleges the allegations above and incorporates them fully

herein.

20.    The Defendant Jung Wook Kang Smith, MD entered into a patient physician

relationship with Nicole Alyce Borum.  Defendant Jung Wook Kang Smith, MD deviated from

the accepted standard of care in the performance of her medical responsibilities to the decedent

Nicole Alyce Borum and such deviations constitute medical negligence.

21.    The implied, apparent and ostensible agents, servants and/or employees of the

Deaconess Defendants, including but not limited to Defendant Jung Wook Kang Smith, both

jointly and severally, rendered care and treatment in their professional capacity to decedent

Nicole Alyce Borum and were at all times within the line and scope of their agency and/or

employment.  Such care deviated from the standard of care and constituted medical negligence.

22.    As a direct and proximate result of the negligence and carelessness of the

Defendants, as described above, the Estate of Nicole Alyce Borum, was caused to sustain

damages for funeral and burial expenses, medical expenses, pain, suffering, mental anguish, the

destruction of the decedent's power to labor and earn money, along with such damages to be

determined at trial.

### PUNITIVE DAMAGES AGAINST ALL DEFENDANTS

23.    Upon information and belief, the conduct of Defendants, as described above, was

extreme and outrageous, was grossly negligent, and constitutes fraud, malice and oppression for

which Plaintiff is entitled to recover punitive damages.

Presiding Judge: HON. KAREN L. WILSON (651294)

COM : 000006 of 000008

6

Filed          17-CI-00018   01/12/2017          Herbert McKee, Jr.  Henderson Circuit Clerk    NOT ORIGINAL DOCUMENT
02/15/2017 03:19:22 PM
81717-7

24.     Upon information and belief, Defendants engaged in oppressive, fraudulent or malicious conduct through their agents, servants and employees which acts were approved, ratified or acquiesced in by these corporate defendants.

25.     Such conduct by Defendants was the direct and proximate cause of Plaintiff's injuries and damages, including serious and permanent injuries, pain and suffering, medical bills and expenses, funeral and burial costs, the destruction of the decedent's power to labor and earn money, compensatory damages and all such other damages as may be proved at trial.

26.     These actions rise to a level that permits the imposition of punitive damages both under KRS 411.184 and Kentucky jurisprudence.

**WHEREFORE**, Plaintiff Cynthia Gay Borum, as Administratrix of the Estate of Nicole Alyce Borum, prays for judgment against the Defendants Jung Wook Kang Smith, MD, Deaconess Clinic, Deaconess Hospital, and Deaconess Health System, Inc. as follows:

a.  For compensatory damages which will fairly and reasonably compensate Plaintiff in an amount in excess of the jurisdictional limits of this Court;

b.  For punitive damages to punish the conduct of the Defendants and to deter them and others from engaging in similar conduct;

c.  For her costs herein expended;

d.  For the right to amend the Complaint to add other claims and parties as the proof allows;

e.  For pre- and post-judgment interest at the rate of 12% per annum from the date of the injury until paid; and

f.  For any and all other relief to which they may appear to be entitled.

DATED this 12th day of January, 2017.

Presiding Judge: HON. KAREN L. WILSON (651294)

COM : 000007 of 000008

Filed          17-CI-00018   01/12/2017          Herbert McKee, Jr.  Henderson Circuit Clerk

Filed          17-CI-00018   01/12/2017          Herbert McKee, Jr.  Henderson Circuit Clerk

NOT ORIGINAL DOCUMENT
02/15/2017 03:19:22 PM
81717-7

Respectfully submitted,

/s/ Anthony P. Ellis
Anthony P. Ellis
ELLIS LAW GROUP, PLLC
239 S. Fifth Street, Suite 1900
Louisville, KY 40202
(502) 777-1440 (cell)
(859) 878-2049 (fax)
aellis@ellislawky.com
*Co-Counsel for Plaintiff*

/s/ Samuel J. Bach
Samuel J. Bach
Bach & Armstrong LLC
312 First Street
P.O. Box 881
Henderson, KY 42419
(270) 844-8200 (phone)
(270) 826-5807 (fax)
*Co-Counsel for Plaintiff*

/s/ William D. Nefzger
William D. Nefzger
BAHE COOK CANTLEY & NEFZGER PLC
Marion E. Taylor Building, 6th Floor
312 South Fourth Street
Louisville, Kentucky 40202
will@bccnlaw.com
(502) 587-2002 – Telephone
(502) 587-2006 – Facsimile
*Co-Counsel for Plaintiff*

Presiding Judge: HON. KAREN L. WILSON (651294)

COM : 000008 of 000008

8

Filed          17-CI-00018   01/12/2017          Herbert McKee, Jr. Henderson Circuit Clerk   NOT ORIGINAL DOCUMENT
02/15/2017 03:20:03 PM
81717-7

105780

COMMONWEALTH OF KENTUCKY
HENDERSON DISTRICT COURT
PROBATE DIVISION
Case No. 16-P-_____

IN RE: THE ESTATE OF NICOLE ALYCE BORUM

### ORDER

This matter having come before the Court upon Petition to Appoint an Administratrix

of the Estate of Nicole Alyce Borum, the Court having reviewed the file, and being sufficiently

advised,

**IT IS HEREBY ORDERED** that Cynthia Gay Borum, 2010 Book Drive,

Henderson, Kentucky 42420 be appointed Administratrix of the estate and the court fixes bond in the

sum of $ *20,000²²* dollars, *without surety*.

**WHEREUPON** the said Administratrix has taken the oath prescribed by law and

entered into and acknowledged the abovementioned bond, with surety having been waived.

**ENTERED** this *14* day of *January*, 201*6*

_____
Judge, Henderson District Court

ENTERED *Jan. 14 2016*
RUTH LONDON, CLERK
BY _____ D.C

Prepared by:

_____
Samuel J. Bach
BACH & ARMSTRONG, LLP
312 First Street
P.O. Box 881
Henderson, Kentucky 42419-0881
(270) 844-8200

Presiding Judge: HON. KAREN L. WILSON (651294)

EXH : 000001 of 000001



AOC-E-105     Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #: **17-CI-00018**
Court: **CIRCUIT**
County: **HENDERSON**

NOT ORIGINAL DOCUMENT
02/15/2017 03:23:50 PM
81717-/

*Plantiff,* **BORUM, CYNTHIA G. VS. WOOK KANG SMITH, JUNG, ET AL,** *Defendant*

TO:  **LINDA E. WHITE**
     **600 MARY STREET**
     **EVANSVILLE, IN 47747**

The Commonwealth of Kentucky to Defendant:
**DEACONESS HEALTH SYSTEM, INC.**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Herbert McKee, Jr.  Henderson Circuit Clerk
Date: **01/12/2017**

Presiding Judge: HON. KAREN L. WILSON (651294)

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____     _____
                                          Served By
                                     _____
                                          Title

CI : 000001 of 000001

Summons ID: @00000113042,
CIRCUIT: 17-CI-00018 Long Arm Statute – SOS - Restricted Delivery
BORUM, CYNTHIA G. VS. WOOK KANG SMITH, JUNG, ET AL



Page 1 of 1

*e*Filed

| AOC-E-105    Sum Code: CI<br>Rev. 9-14 |  | NOT ORIGINAL DOCUMENT<br>02/15/2017 03:22:20 PM<br>81717-7<br>Case #: **17-CI-00018** |
| --- | --- | --- |
| Commonwealth of Kentucky<br>Court of Justice   *Courts.ky.gov* | | Court: **CIRCUIT** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | County: **HENDERSON** |

*Plantiff,* **BORUM, CYNTHIA G. VS. WOOK KANG SMITH, JUNG, ET AL**, *Defendant*

TO:  **CT CORPORATION SYSTEM**
    **306 WEST MAIN STREET**
    **SUITE 512**
    **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:
**DEACONESS HOSPITAL, INC.**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                /s/ Herbert McKee, Jr.  Henderson Circuit Clerk
                Date: **01/12/2017**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____       _____
                          Served By

                          _____
                          Title

*Presiding Judge: HON. KAREN L. WILSON (651294)*

*CI : 000001 of 000001*

Summons ID: @00000113041,
CIRCUIT: 17-CI-00018 Certified Mail
BORUM, CYNTHIA G. VS. WOOK KANG SMITH, JUNG, ET AL



Page 1 of 1



| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice   *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>02/15/2017 03:21:42 PM<br>81717-7<br>Case #: **17-CI-00018**<br>Court:   **CIRCUIT**<br>County: **HENDERSON** |

*Plantiff,* **BORUM, CYNTHIA G. VS. WOOK KANG SMITH, JUNG, ET AL**, *Defendant*

TO:  **CT CORPORATION SYSTEM**
     **306 WEST MAIN STREET**
     **SUITE 512**
     **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:
**DEACONESS CLINIC, INC.**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                              /s/ Herbert McKee, Jr.  Henderson Circuit Clerk
                              Date: **01/12/2017**

---

### Proof of Service

This Summons was:

☐  Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐  Not Served because: _____

    Date: _____, 20_____        _____
                                           Served By
                                         _____
                                         Title

Presiding Judge: HON. KAREN L. WILSON (651294)

CI : 000001 of 000001







| AOC-E-105     Sum Code: CI | | Case #: **17-CI-00018** |
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **HENDERSON** |
| Court of Justice     Courts.ky.gov | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

NOT ORIGINAL DOCUMENT
02/15/2017 03:20:57 PM
84717-7

*Plantiff*, **BORUM, CYNTHIA G. VS. WOOK KANG SMITH, JUNG, ET AL**, *Defendant*

TO:  **JUNG WOOK KANG SMITH**
     **520 MARY STREET**
     **SUITE 340**
     **EVANSVILLE, IN 47710**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                              /s/ Herbert McKee, Jr.  Henderson Circuit Clerk
                              Date: **01/12/2017**

Presiding Judge: HON. KAREN L. WILSON (651294)

---

### Proof of Service

This Summons was:

☐  Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐  Not Served because: _____

Date: _____, 20_____          _____
                                                     Served By
                                          _____
                                                       Title

CI : 000001 of 000001

Summons ID: @00000113039,
CIRCUIT: 17-CI-00018 Long Arm Statute – SOS - Restricted Delivery
BORUM, CYNTHIA G. VS. WOOK KANG SMITH, JUNG, ET AL

Page 1 of 1



*e*Filed

COMMONWEALTH OF KENTUCKY
HENDERSON CIRCUIT COURT
CIVIL ACTION NO. 17-CI-00018

CYNTHIA GAY BORUM, as Administratrix
of the Estate of NICOLE ALYCE BORUM                              PLAINTIFF

vs.                        **ANSWER OF DEFENDANTS**

JUNG WOOK KANG SMITH, M.D.;
DEACONESS CLINIC, INC.;
DEACONESS HOSPITAL, INC.; and
DEACONESS HEALTH SYSTEM, INC.                                  DEFENDANTS

_____

Come the defendants, by counsel, and for their Answer to plaintiff's Complaint, state as follows:

1. These defendants admit the allegations contained in paragraphs 4 and 19 of the Complaint.

2. These defendants deny each and every allegation contained in paragraphs 15, 16, 17, 18, 21, 22, 23, 24, 25, and 26 of the Complaint.

3. These defendants are without sufficient knowledge so as to form a belief in the truth or falsity of the allegations contained in paragraphs 1, 2, 8, 11, and 12 of the Complaint and therefore deny same.

4. With regard to the allegations contained in paragraph 3 of the Complaint, these defendants admit that Dr. Smith was and is a practicing physician licensed under the laws of the Commonwealth of Kentucky, practicing in family medicine, but deny each and every remaining allegation contained therein.

20 17 Feb 10 _____ FILED
ATTEST:
HERBERT MCKEE, JR.

5.  With regard to the allegations contained in paragraph 5 of the Complaint, these defendants admit that Deaconess Hospital, Inc. was and is an Indiana corporation providing some laboratory services in the Commonwealth of Kentucky, is licensed to provide such services in the Commonwealth of Kentucky, and has a registered agent for service of process at C.T. Corporation System, but deny each and every remaining allegation contained therein.

6.  With regard to the allegations contained in paragraph 6 of the Complaint, these defendants admit that Deaconess Health System, Inc. was and is an Indiana corporation with its principal place of business at 600 Mary Street, Evansville, Indiana 47747 and registered agent for service of process of Linda E. White, 600 Mary Street, Evansville, Indiana 47747, but deny each and every remaining allegation contained therein.

7.  With regard to the allegations contained in paragraph 7 of the Complaint, these defendants admit that Dr. Smith was an employee of Deaconess Clinic, Inc., but deny each and every remaining allegation contained therein.

8.  With regard to the allegations contained in paragraphs 9 and 10 of the Complaint, these defendants admit that Deaconess Clinic, Inc. and Deaconess Hospital, Inc. are owned by Deaconess Health Systems, Inc., but are without sufficient knowledge so as to form a belief in the truth or falsity of the remaining allegations contained therein and therefore deny same.

9.  With regard to the allegations contained in paragraph 13 of the Complaint, these defendants admit that beginning in June 2015, plaintiff was receiving medical

treatment from Dr. Smith and maintained a physician/patient relationship with Dr. Smith, but deny each and every remaining allegation contained therein.

10.    With regard to the allegations contained in paragraph 14 of the Complaint, these defendants admit that they had a duty to exercise that degree of care and skill expected of a reasonable family medicine physician, health clinic, hospital, and health system, respectively, but deny each and every remaining allegation contained therein.

11.    With regard to the allegations contained in paragraph 20 of the Complaint, these defendants admit that Dr. Smith entered into a patient/physician relationship with Nicole Borum, but deny each and every remaining allegation contained therein.

WHEREFORE, defendants, by counsel, respectfully demand as follows:

1. That the Complaint against them be dismissed, with prejudice;

2. For their costs herein expended, including a reasonable attorney's fee; and

3. For any and all other relief to which they may appear entitled.

PHILLIPS PARKER ORBERSON & ARNETT PLC

JOHN W. PHILLIPS
KATHERINE T. WATTS
716 West Main Street
Suite 300
Louisville, Kentucky 40202
(502) 583-9900
jphillips@ppoalaw.com
kwatts@ppoalaw.com
cpotts@ppoalaw.com
dchurchman@ppoalaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing was forwarded via U.S. Mail, postage pre-paid, this ⁀ day of February, 2017 to:

Anthony P. Ellis, Esq.
ELLIS LAW GROUP, PLLC
239 South Fifth Street
Suite 1900
Louisville, Kentucky 40202
aellis@ellislawky.com
*Co-Counsel for Plaintiff*

William D. Nefzger, Esq.
BAHE COOK CANTLEY & NEFZGER, PLC
Marion E. Taylor Building, 6th Floor
317 South Fourth Street
Louisville, Kentucky 40202
will@bccnlaw.com
*Co-Counsel for Plaintiff*

Samuel J. Bach, Esq.
Bach & Armstrong LLC
312 First Street
P.O. Box 881
Henderson, Kentucky 42419
*Co-Counsel for Plaintiff*

_____
Katherine T. Watts

Filed          17-CI-00018    02/09/2017       Herbert McKee, Jr. Henderson Circuit Clerk NOT ORIGINAL DOCUMENT
                                                                        02/15/2017 03:24:40 PM
                                                                        81717-7

COMMONWEALTH OF KENTUCKY
HENDERSON CIRCUIT COURT
CIVIL ACTION NO. 17-CI-00018
*ELECTRONICALLY FILED*

CYNTHIA GAY BORUM, as
Administratrix of the Estate of
NICOLE ALYCE BORUM                                          PLAINTIFF


v.          **PLAINTIFF'S CR 5.02(2) NOTICE OF ELECTRONIC SERVICE**


JUNG WOOK KANG SMITH, MD;
DEACONESS CLINIC, INC.;
DEACONESS HOSPITAL, INC.;
DEACONESS HEALTH SYSTEM, INC.                               DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

Please take notice that pursuant to CR 5.02(2), undersigned counsel for the Plaintiff

Cynthia Gay Borum, as Administratix of the Estate of Nicole Alyce Borum, elects to effectuate

and receive service via electronic means.  This shall apply to all filings in the above captioned

civil action.  The electronic notification addresses at which the undersigned attorneys agree to

accept service are listed below.  Please include all email addressed listed to assure receipt of

service.

| | |
|---|---|
| Anthony P. Ellis, Esq. | aellis@theellislawgroup.com |
| Lindsey Goetz | lgoetz@theellislawgroup.com |
| Laura Curth | lcurth@theellislawgroup.com |
| Will Nefzger | will@bccnlaw.com |
| Neil Kearns | neil@bccnlaw.com |
| Samuel J. Bach | sam@bacharmstrong.com |
| Kari D. Tigue | kari@bacharmstrong.com |

All other attorneys or parties in this case are requested to provide the undersigned with

the electronic addresses at which they may be served through electronic mail whenever service

of a document is required by the Civil Rules.

NO : 000001 of 000003

Filed          17-CI-00018     02/09/2017          Herbert McKee, Jr. Henderson Circuit ClerkNOT ORIGINAL DOCUMENT
                                                                          02/15/2017 03:24:40 PM
                                                                          81717-7

Respectfully submitted,

/s/ Anthony P. Ellis
Anthony P. Ellis
ELLIS LAW GROUP, PLLC
239 S. Fifth Street, Suite 1900
Louisville, KY 40202
(502) 777-1440 (cell)
(859) 878-2049 (fax)
aellis@theellislawgroup.com
*Co-Counsel for Plaintiff*

/s/ William D. Nefzger
William D. Nefzger
BAHE COOK CANTLEY & NEFZGER
PLC
Marion E. Taylor Building, 6th Floor
312 South Fourth Street
Louisville, Kentucky 40202
will@bccnlaw.com
(502) 587-2002 – Telephone
(502) 587-2006 – Facsimile
*Co-Counsel for Plaintiff*

/s/ Samuel J. Bach
Samuel J. Bach
Bach & Armstrong LLC
312 First Street
P.O. Box 881
Henderson, KY 42419
(270) 844-8200 (phone)
(270) 826-5807 (fax)
*Co-Counsel for Plaintiff*

NO : 000002 of 000003

Filed          17-CI-00018   02/09/2017          Herbert McKee, Jr. Henderson Circuit Clerk NOT ORIGINAL DOCUMENT
                                                                            02/15/2017 03:24:40 PM
                                                                            81717-7

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Court and sent via electronic mail on February 9, 2017 to the following:

Phillips Parker Orberson & Arnett, PLC

jphillips@ppoalaw.com
kwatts@ppoalaw.com
cpotts@ppoalaw.com
dchurchman@ppoalaw.com

*Counsel for Defendants*

/s/ Anthony P. Ellis
Anthony P. Ellis
Counsel for Plaintiff

NO : 000003 of 000003

OMMONWEALTH OF KENTUCKY
HENDERSON CIRCUIT COURT
CIVIL ACTION NO. 17-CI-00018
*ELECTRONICALLY FILED*

CYNTHIA GAY BORUM, as
Administratrix of the Estate of
NICOLE ALYCE BORUM                                                    PLAINTIFF


v.       **PLAINTIFF'S NOTICE TO TAKE VIDEOTAPED DEPOSITION OF
         DEFENDANT JUNG WOOK KANG SMITH, MD**


JUNG WOOK KANG SMITH, MD;
DEACONESS CLINIC, INC.;
DEACONESS HOSPITAL, INC.;
DEACONESS HEALTH SYSTEM, INC.                                        DEFENDANTS

       Please take notice that pursuant to CR 30 and CR 34 the Plaintiff, Cynthia Gay Borum, as

Administratix of the Estate of Nicole Alyce Borum, by counsel, will take the video recorded oral

deposition of Jung Wook Kang Smith, commencing on the date and at the time and place set forth

below, or at a mutually agreed upon time and place as determined by the parties' respective

counsel:

|          |                          |
|----------|--------------------------|
| **TO:**        | **All Counsel of Record** |
| **DEPONENT:**  | **Jung Wook Kang Smith, MD** |
| **DATE:**      | **April 6, 2017** |
| **TIME:**      | **9 a.m. local time** |
| **LOCATION:**  | **Bach & Armstrong LLC** |
|          | **312 First Street** |
|          | **P.O. Box 881** |
|          | **Henderson, KY 42419** |

       The deposition will be taken pursuant to the Kentucky Rules of Civil Procedure and for all

uses permissible thereunder.   It will be taken before a Notary Public or some other officer

authorized to administer oaths and will be video recorded and preserved pursuant to the provisions of CR 30.02 (4).  A copy of CR 30.02, regarding videotaped depositions, is attached.  It will continue from day to day until completed, Sundays and holidays excluded.

Respectfully submitted,

/s/ Anthony P. Ellis
Anthony P. Ellis
ELLIS LAW GROUP, PLLC
239 S. Fifth Street, Suite 1900
Louisville, KY 40202
(502) 777-1440 (cell)
(859) 878-2049 (fax)
aellis@ellislawky.com
*Co-Counsel for Plaintiff*

/s/ William D. Nefzger
William D. Nefzger
BAHE COOK CANTLEY & NEFZGER PLC
Marion E. Taylor Building, 6th Floor
312 South Fourth Street
Louisville, Kentucky 40202
will@bccnlaw.com
(502) 587-2002 – Telephone
(502) 587-2006 – Facsimile
*Co-Counsel for Plaintiff*

/s/ Samuel J. Bach
Samuel J. Bach
Bach & Armstrong LLC
312 First Street
P.O. Box 881
Henderson, KY 42419
(270) 844-8200 (phone)
(270) 826-5807 (fax)
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via electronic mail on February 9, 2017 to the following:

Phillips Parker Orberson & Arnett, PLC

jphillips@ppoalaw.com
kwatts@ppoalaw.com
cpotts@ppoalaw.com
dchurchman@ppoalaw.com

*Counsel for Defendants*

/s/ Anthony P. Ellis
Anthony P. Ellis
Counsel for Plaintiff

ʻ

COMMONWEALTH OF KENTUCKY
HENDERSON CIRCUIT COURT
CIVIL ACTION NO. 17-CI-00018
*ELECTRONICALLY FILED*

CYNTHIA GAY BORUM, as
Administratrix of the Estate of
NICOLE ALYCE BORUM                                                           PLAINTIFF

v.       **PLAINTIFF'S CR 30.02(6) NOTICE TO TAKE**
**VIDEO RECORDED DEPOSITION OF CORPORATE**
**REPRESENTATIVE OF THE HOSPTIAL DEFENDANTS**

JUNG WOOK KANG SMITH, MD;
DEACONESS CLINIC, INC.;
DEACONESS HOSPITAL, INC.;
DEACONESS HEALTH SYSTEM, INC.                                      DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

*PLEASE TAKE NOTICE* that pursuant to CR 28.02, CR 30.02(4), CR 30.02(5), CR

30.02(6) and CR 34, the Plaintiff Cynthia Gay Borum, as Administratrix of the Estate of Nicole

Alyce Borum, deceased, by counsel, will take the video recorded oral deposition of a

representative of Defendants Deaconess Clinic, Inc. ("Deaconess Clinic"), Deaconess Hospital,

Inc. ("Deaconess Hospital"), and Deaconess Health System, Inc. ("Deaconess System")

(collectively, the "Hospital Defendants") through the person or person(s) most knowledgeable

and authorized to testify on their individual or collective behalf, regarding the subject matter

specified below, commencing on the date and at the time and place set forth below, or at a

mutually agreed upon time and place as determined by the parties' respective counsel

| | |
|---|---|
| **TO:** | **Counsel of Record** |
| **DEPONENT:** | **Corporate Representative(s) of Hospital Defendants** |
| **DATE:** | **April 5, 2017** |
| **TIME:** | **9:00 a.m. local time** |

**LOCATION:**                    **Bach & Armstrong LLC**
                                 **312 First Street**
                                 **P.O. Box 881**
                                 **Henderson, KY 42419**

The party deponents to whom this notice is addressed shall individually or collectively designate one or more officers, directors, managing agents or other persons to testify on their behalf and shall identify for each such person so designated which of the matters set forth below that the person will testify to. To the extent that the Hospital Defendants collectively or individually choose to designate more than one person to respond to this request, Plaintiff requests that such Defendant shall designate each witness and identify in writing which topics listed below he or she will testify upon at least 10 business days prior to the deposition date.

The deposition will be taken pursuant to the Kentucky Rules of Civil Procedure and for all uses permissible thereunder. It will be taken before a Notary Public or some other officer authorized to administer oaths and will be video recorded and preserved pursuant to the provisions of CR 30.02 (4). A copy of CR 30.02, regarding videotaped depositions, is attached. It will continue from day to day until completed, Sundays and holidays excluded.

## DEFINITIONS

A.      "Patient" shall refer to Nicole Alyce Borum.

B.      "Deaconess Clinic" shall refer to Defendant Deaconess Clinic, Inc., and each of its agents, servants, employees, executives, directors, subsidiaries, parents, affiliates, predecessors, successors, and all entities and/or individuals under its control or in which it has an interest.

C.      "Deaconess Hospital" shall refer to Defendant Deaconess Hospital, Inc., and each of its agents, servants, employees, executives, directors, subsidiaries, parents, affiliates,

2

predecessors, successors, and all entities and/or individuals under its control or in which it has an interest.

D.      "Deaconess System" shall refer to Defendant Deaconess Health System, Inc., and each of its agents, servants, employees, executives, directors, subsidiaries, parents, affiliates, predecessors, successors, and all entities and/or individuals under its control or in which it has an interest.

E.      "Smith" refers to Defendant Jung Wook Kang Smith, MD, her agents, representatives, entities in which she owns an interest, and attorneys and each person acting or purporting to act on her behalf.

F.      "Action" means the above-captioned action currently pending in Henderson Circuit Court.

G.      "Documents" as referenced herein shall include, without limitation, all written, typed or otherwise preserved materials or communications including any letter, correspondence, email, note, book, pamphlet, article, bulletin, directive, review, publication, memorandum, diary, log, test analysis, study, projection, check, invoice, receipt, bill, purchase order, shipping order, contract, agreement, work paper, calendar, envelope, paper, telephone message, tape, computer tape, computer disc, computer card, recording, videotape, film, microfilm., microfiche, drawing, account, ledger, statement, financial data, and all other writings and communications of any kind. It is intended to include all non-identical copies, and drafts and all documents in Defendants actual or constructive possession, custody or control, whether prepared, published or released by any Defendant or by any other person or entity.

## SUBJECT MATTERS

Plaintiff requests the person or person(s) most knowledgeable from each Hospital Defendant on the following topics:

1.      The care and treatment of Patient.  This would include

   a.   The complete plan of care and services that were created and provided to Patient for treatment of her mental health, including any suicide assessments, suicide treatment plans, mental health guidelines or diagnostic tools that were used, and all provides and resources that were considered and ultimately were utilized for the treatment of Patient;

   b.   the ability of Patient's providers who were affiliated with the Hospital Defendants to access Patient's complete medical records contained within the Hospital Defendants' records;

   c.   the identity of the individuals with knowledge of such care and treatment, their roles in providing care and treatment, and their relationship and affiliation with the Hospital Defendants both presently and at the time they provided care and treatment to Patient;

   d.   the interpretation of Patient's hard copy and electronic medical records and protected health information maintained by the Hospital Defendants concerning Patient's care and treatment;

   e.   the accuracy of Patient's medical records and protected health information maintained by the Hospital Defendants and whether any information contained in Patient's medical records is false, misleading, incomplete or missing;

   f.   the names of each party who made each handwritten notation on the written medical records and the contents of each such communication, and what such notation was intended to convey;

   g.   the medical imaging studies or tests performed and the results of such tests;

   h.   the interpretation of any medical bills or billing statements concerning Patient's treatment at any facility owned, operated by or affiliated with the Hospital Defendants;

   i.   communications made to Patient or Patient's family by any medical provider at any facility owned, operated by or affiliated with any of the Hospital Defendants, including any documents provided to Patient or her family concerning her treatment; and

4

j.  the location, nature and custodian of documents and records that would have been created concerning the care and treatment of Patient at any facility owned, operated or affiliated with the Hospital Defendants. This would include both hard copy and electronic medical records that would have been created or expected to be created and maintained concerning Patient's treatment.

2.    The complete electronic medical record for Patient, including information sufficient to show (1) all audit trails and edits made to the record, (2) the date and time such edits were made, (3) the healthcare provider responsible for making each edit, (4) the information that was available and viewable by each individual healthcare provider involved in the care of Patient, (5) all popup warnings incorporated into the electronic medical record that could have or should have been viewed and considered by Patient's healthcare providers involved in her care while she was receiving treatment, (6) any alterations or other modifications made to the electronic medical record, such as any auto-fill instructions, automatically generated information that is auto-populated into the medical record, or other pre-existing information incorporated into the medical record that was not changed or altered by one of Patient's healthcare providers, (7) the metadata incorporated into Patient's electronic medical record, (8) the accuracy of the information contained in Patient's medical records, and (9) all forms or pre-existing text that were incorporated or used in connection with documenting Patient's care and treatment.

3.    The technology, software programs or other electronic databases used to collect and maintain protected health information concerning Patient relating to her treatment at any facility owned, operated by or affiliated with the Hospital Defendants.

4.    All agreements, contracts, or other such business and/or financial relationships between or among the Hospital Defendants and any individuals who were involved in the care and treatment of Patient, including Dr. Smith and the nursing staff and other administrative staff involved in the care and treatment of Patient. This would further include any agreements between the Hospital Defendants and any professional service business entities through which such individuals provided medical treatment to Patient.

5.    The insurance that may potentially be available to satisfy all or part of any judgment entered against you in this action or liable to indemnify you for any payments made by the Hospital Defendants to satisfy such judgment.

6.    The corporate and organizational structure of any business entities involved in the care and treatment of Patient, including the identity and ownership information for each such entity, the relationship of such entity to the care provided to Patient, and the role of such entities in the care provided to Patient.

7.    Dr. Smith's quality, credentialing, and employment file, and any investigation or

credentialing process performed by the Hospital Defendants concerning Dr. Smith. This would include issues concerning Dr. Smith's privileges at any hospitals, efforts to obtain privileges, denials of such privileges, and lack of privileges while treating patients. This would also include any complaints or concerns raised concerning Dr. Smith by any person.

8.    The peer review process and structure used to review the care and treatment of patients of Dr. Smith by the Hospital Defendants or any of its agents or assigns, including all peer reviews or other reviews, disciplinary reviews or evaluations, investigations, reports, grievances, inter-office communications, anecdotal notes, verbal communications, or other reviews of any kind.

9.    All peer reviews or other reviews, disciplinary reviews or evaluations, investigations, reports, grievances, inter-office communications, anecdotal notes, verbal communications, or other reviews of any kind concerning Patient's care and treatment.

10.   The number of patients scheduled and treated by Dr. Smith each day she provided care and treatment to Patient, and the amount of time she spent with Patient on each visit with Patient.

11.   The number of patients Dr. Smith was treating during the period May 2015 through Present, and the staff and services provided to her to aid in her treatment of such patients.

12.   Dr. Smith's experience treating patients who had a history of prior suicide attempts.

13.   The Hospital Defendants' policies, codes of conduct, procedures, and educational initiatives applicable to Dr. Smith and employees of the Hospital Defendants at the time they provided treatment to Patient, including any policies or procedures applicable to the care and treatment of patients with mental health disorders and/or that express suicidal thoughts or ideation.

14.   The identity of all periodicals, journals, treatises, textbooks or other sources available to Dr. Smith which she could have used and accessed in connection with her treatment of Patient.

## REQUEST FOR PRODUCTION OF DOCUMENTS

To the extent that documents concerning the topics cited above were previously requested in Plaintiff's written discovery requests, You are under a continuing duty to produce them promptly. If documents concerning the above-referenced topics were not previously requested,

please produce them at least ten days prior to the above-designated deposition date, or such other date as is agreed to by the parties.

**REQUEST FOR INSPECTION OF MEDICAL RECORD DURING DEPOSITION**

Hospital Defendants shall make available for inspection, on the date identified in the above notice and during the deposition of witnesses he complete electronic medical record system and the electronic medical record for Patient utilized by her treating healthcare professionals in the matter and format in which such professionals accessed the system and obtained the information contained therein.

Respectfully submitted,

/s/ Anthony P. Ellis
Anthony P. Ellis
ELLIS LAW GROUP, PLLC
239 S. Fifth Street, Suite 1900
Louisville, KY 40202
(502) 777-1440 (cell)
(859) 878-2049 (fax)
aellis@ellislawky.com
*Co-Counsel for Plaintiff*

/s/ William D. Nefzger
William D. Nefzger
BAHE COOK CANTLEY & NEFZGER PLC
Marion E. Taylor Building, 6th Floor
312 South Fourth Street
Louisville, Kentucky 40202
will@bccnlaw.com
(502) 587-2002 – Telephone
(502) 587-2006 – Facsimile
*Co-Counsel for Plaintiff*

/s/ Samuel J. Bach
Samuel J. Bach
Bach & Armstrong LLC
312 First Street
P.O. Box 881
Henderson, KY 42419
(270) 844-8200 (phone)
(270) 826-5807 (fax)
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via electronic mail on February 9, 2017 to the following:

Phillips Parker Orberson & Arnett, PLC

jphillips@ppoalaw.com
kwatts@ppoalaw.com
cpotts@ppoalaw.com
dchurchman@ppoalaw.com

*Counsel for Defendants*

/s/ Anthony P. Ellis
Anthony P. Ellis
Counsel for Plaintiff
