UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
4:17-cv-00017-JHM-HBB

- - - - - - - - - - - - - - - x

CYNTHIA GAY BORUM, as
Administratrix of the Estate
of Nicole Alyce Borum,

            Plaintiff,

v.

JUNG WOOK KANG SMITH, MD,
DEACONESS CLINIC, INC.,
DEACONESS HOSPITAL, INC.,
DEACONESS HEALTH SYSTEM, INC.,

            Defendants.

- - - - - - - - - - - - - - - x

        DEPOSITION of ROBERT L. GOLDSTEIN, M.D., taken by Defendants at the offices of Fink & Carney Reporting and Video Services, 39 West 37th Street, Sixth Floor, New York, New York 10018, on Monday, July 8, 2019, commencing at 10:00 o'clock a.m., before Tina DeRosa, a Shorthand (Stenotype) Reporter and Notary Public within and for the State of New York.

**EXHIBIT B**

Page 2

(1)
(2) APPEARANCES:
(3)
(4) ELLIS LAW GROUP, PLLC
      Attorneys for Plaintiff
      517 West Ormsby Avenue
(5)   Louisville, Kentucky  40203
(6) BY:  ANTHONY P. ELLIS, Esq.
(7)
(8)
(9) PHILLIPS PARKER ORBERSON & ARNETT, PLC
      Attorneys for Defendants
      716 West Main Street, Suite 300
(10)  Louisville, Kentucky  40202
(11) BY:  KATHERINE T. WATTS, Esq.
(12)
(13)
(14)
(15)
(16)
(17)
(18)
(19)
(20)
(21)
(22)
(23)
(24)
(25)

Page 3

(1)           Goldstein, M.D.
(2) R O B E R T   L.   G O L D S T E I N, M.D.,
(3)     called as a witness, having been first
(4)     duly sworn by Tina DeRosa, a Notary
(5)     Public within and for the State of New
(6)     York, was examined and testified as
(7)     follows:
(8) EXAMINATION
(9) BY MS. WATTS:
(10)    Q    Good morning, Dr. Goldstein.
(11)    A    **Good morning.**
(12)    Q    Am I saying that right, Goldstein?
(13)    A    **Yes.**
(14)    Q    My name is Katie Watts.  I
(15) represent all the Defendants in this case, Dr.
(16) Smith and the Deaconess entities that have been
(17) sued by Nicole Borum's Estate.
(18)         I understand that you are here as
(19) an expert witness on behalf of the Plaintiff; is
(20) that correct?
(21)    A    **That's correct, yes.**
(22)    Q    Okay.  And let's see, I know you
(23) have given a lot of depositions before so I
(24) won't belabor the rules of depositions and
(25) things like that, but I will tell you I've got a

Page 4

(1)           Goldstein, M.D.
(2) little bit of a head cold so I may be coughing
(3) through some questions or my voice may get a
(4) little croaky, so if you don't hear me or don't
(5) understand my question please ask me to repeat
(6) it or rephrase it and I'm happy to do so.
(7)    A    **Sure.**
(8)    Q    Okay.  Let's start out with your
(9) background and education and training, Dr.
(10) Goldstein.  Are you a native of New York?
(11)    A    **Yes.  I've lived here most of my**
(12) **life.**
(13)    Q    Okay.  And you've provided us with
(14) a CV and I can hand it to you and my first
(15) question is, is this your most recent CV that
(16) was provided to us.  Is it up to date?
(17)    A    **Yes, it is.**
(18)    Q    Okay.  And unfortunately, you
(19) don't include years on your CV so that's going
(20) to make some of my questions to --
(21)    A    **That's the new style.**
(22)    Q    It's going to add quite a bit of
(23) questions to my questions.
(24)    A    **I'm happy to fill in the blanks.**
(25)    Q    Did you bring a copy of your CV

Page 5

(1)           Goldstein, M.D.
(2) with you today?
(3)    A    **No.**
(4)    Q    You did not?
(5)    A    **No.**
(6)    Q    Let's start with your education.
(7) You graduated from Washington Square College and
(8) it says NYU.  Was Washington Square College part
(9) of NYU?
(10)        MR. ELLIS:  I think he may
(11)    have a copy.  May I see that binder
(12)    real quick?
(13)        MS. WATTS:  Sure.
(14)        MR. ELLIS:  Sorry to
(15)    interrupt, Katie.
(16)        MS. WATTS:  No, that's okay.
(17)        MR. ELLIS:  But it's if
(18)    going to help.
(19)        MS. WATTS:  I assume you
(20)    gave him his first disclosure.
(21)        MR. ELLIS:  Well, yes.  So I
(22)    think it may be in here.  Yes, trial
(23)    testimony and CV, but it's not
(24)    stapled.  There you go.
(25)

2 (Pages 2 to 5)

EXHIBIT B

Page 6

Goldstein, M.D.

(1)
(2) BY MS. WATTS:
(3)     Q    And, actually, Doctor, before we
(4) go through your CV I want to get an inventory of
(5) the materials you have in front of you here
(6) today.
(7)         Mr. Ellis had just started going
(8) through a white binder.  What's contained within
(9) the white binder there?
(10)    A   This binder has my report, my CV,
(11) a number of depositions which I reviewed and I
(12) think there are some articles from the
(13) literature in here, is that correct.
(14)    Q    Okay.  Are the materials in the
(15) white binder, are those materials that you
(16) reviewed prior to authoring your report?
(17)    A    Some of them are and some of them
(18) I reviewed subsequently.
(19)    Q    Okay.  So you were not in
(20) possession of the white binder in its current
(21) form prior to authoring your report?
(22)    A    That's correct.
(23)    Q    All right.  Is the white binder
(24) something that was provided to you by Mr. Ellis
(25) in preparation for your deposition?

Page 7

Goldstein, M.D.

(1)
(2)    A    Yes.
(3)    Q    And we'll parse out what's in it
(4) and what you had prior to your report a little
(5) bit later.  And the materials that are in front
(6) of you, could you tell me what you have?
(7)    A    I have some handwritten notes
(8) which I prepared for the deposition today to
(9) hopefully expedite my testimony, to find
(10) information at my fingertips, if possible.
(11)        I have a copy of my report of
(12) March 8, 2019.  I have a copy of the clinical
(13) treatment records of Ms. Powell.
(14)    Q    Okay.
(15)    A    A summary, a handwritten summary
(16) of my notes taken going through the deposition
(17) of Cynthia Gay Borum.  Likewise, my notes going
(18) through and summarizing in my own words the
(19) deposition transcript of Syrus Powell.
(20) Likewise, my notes summarizing the deposition of
(21) Dr. Smith.
(22)        My various invoices in this case
(23) that I have submitted and two or three articles
(24) that I reviewed prior to preparing my report.
(25)        MS. WATTS:  Okay.  When we

Page 8

Goldstein, M.D.

(1)
(2) take a break I would like to look
(3) through those materials and I want
(4) to attach as Exhibit 1 everything
(5) that's contained within the blue
(6) folder that's in front of him.
(7)    A    Of course.
(8)        (A folder containing various
(9)        materials was marked as Deposition
(10)       Exhibit No. 1 for identification, as
(11)       of this date.)
(12)    Q    What's in the pile next to it?
(13)    A    This is just the Notice of
(14) Deposition and yet another copy of my report.
(15)    Q    Okay.  That looks like it has some
(16) notes on it.
(17)    A    That I made some notes on, yes.
(18)    Q    All right.  Then we'll add that to
(19) Exhibit 1 as well.
(20)    A    I'll put it in the folder.
(21)    Q    In the blue folder, perfect.
(22)        MS. WATTS:  So Exhibit 1
(23) will be everything that he has with
(24) him that's not in the white binder.
(25) Is that fair, Tony?

Page 9

Goldstein, M.D.

(1)
(2)        MR. ELLIS:  I think it is.
(3)        Do you have other stuff in
(4) your bag, Doctor?
(5)        THE WITNESS:  I have a whole
(6) bunch of articles from the
(7) literature.
(8)        MR. ELLIS:  Okay.  And what
(9) about the medical records.
(10)       THE WITNESS:  I have all of
(11) the complete medical records from
(12) Ms. Powell, Dr. Smith, Bowling
(13) Green.  I have the coroner's report.
(14) I have the depositions of Dr. Smith,
(15) Ms. Powell, Cynthia Gay Borum and I
(16) think Dr. White.
(17) BY MS. WATTS:
(18)    Q    Okay.  On those deposition
(19) transcriptS and medical records that are in your
(20) bag, did you make any notes on those
(21) transcripts?
(22)    A    I don't know if I made notes or
(23) just underlined and circled things.
(24)    Q    All right.
(25)        MR. ELLIS:  Katie, DO you

3  (Pages 6 to 9)

EXHIBIT B

Page 10

Goldstein, M.D.

(2) want us to go through and we can
(3) produce to you any marked up things.
(4)     MS. WATTS:  Anything that's
(5) marked up, yes, that's fine.  Thank
(6) you.
(7)     MR. ELLIS:  I'll do that.
(8) Q   All right.  Back to your CV now.
(9) A   Yes.
(10) Q   So if you could get a copy of
(11) that.
(12)     MR. ELLIS:  Do you want to
(13) make, and we'll just send an e-mail
(14) to you --
(15)     MS. WATTS:  Yes, we'll make
(16) the markups of records.
(17)     MR. ELLIS:  As Exhibit 2?
(18)     MS. WATTS:  Yes.  Markups of
(19) records and deposition transcripts
(20) will be Exhibit 2.
(21)     (Markups of records and
(22) deposition transcripts were marked
(23) as Deposition Exhibit No. 2 for
(24) identification, as of this date.)

Page 11

Goldstein, M.D.

BY MS. WATTS:
(3) Q   So your undergraduate training at
(4) Washington Square College, is that part of NYU?
(5) A   Well, Washington Square College is
(6) the undergraduate liberal arts school which is
(7) part of New York University.
(8) Q   All right.  And what was your
(9) degree in?
(10) A   I had a BA degree pre-medical,
(11) majored in chemistry and I had two majors,
(12) chemistry and English literature.
(13) Q   And what year did you graduate
(14) from there?
(15) A   '65.
(16) Q   Did you immediately then go to
(17) medical school?
(18) A   I was entertaining going into
(19) biochemical research and I took some courses at
(20) Columbia and then went to medical school
(21) sometime during the subsequent year.
(22) Q   Okay.
(23) A   So, in other words, I started
(24) medical school in '61.
(25) Q   You graduated from Washington

Page 12

Goldstein, M.D.

(2) Square College in '65?
(3) A   In '60.
(4) Q   In '60?
(5) A   I'm sorry, did I say '65.
(6) Q   Yes.
(7) A   I misunderstood.  I thought you
(8) were talking about medical school.
(9)     Yes, I graduated from Washington
(10) Square in 1960.
(11) Q   1960.  So then you started at
(12) Chicago Medical School in '61?
(13) A   Correct.
(14) Q   You completed your medical degree
(15) at University of Chicago?
(16) A   '65.
(17) Q   In '65, got it.
(18)     All right.  And I understand from,
(19) I've been a student of your prior testimony,
(20) that you didn't obtain your law degree until a
(21) little bit later in life.  So let's stick with
(22) your medical education.
(23)     Directly after completing medical
(24) school in '65 you then completed a medical
(25) internship here in Manhattan?

Page 13

Goldstein, M.D.

(2) A   Yes, in Lower Manhattan.  The
(3) hospital was known as Beekman Downtown at the
(4) time.  Now it's part of Columbia Presbyterian
(5) and it's called the New York Presbyterian Lower
(6) Manhattan Hospital.
(7) Q   Okay.  And that was an internship
(8) in internal medicine?
(9) A   Yes, in '66.
(10) Q   And then you did a two-year
(11) psychiatry residency at Kingsborough?
(12) A   Yes.
(13) Q   Is that here in Manhattan?
(14) A   It's in Brooklyn.  Those were the
(15) first two years of psychiatric residency.  The
(16) total is a three-year program.
(17) Q   Okay.  So then your third year of
(18) the residency you completed at Bellevue, NYU
(19) Bellevue?
(20) A   Correct.
(21) Q   And then an additional half year
(22) fellowship?
(23) A   It's just a little more
(24) complicated.
(25) Q   Sure.

4  (Pages 10 to 13)  EXHIBIT B

Page 14

Goldstein, M.D.

(1)
(2)     A     The third year of my residency in
(3)  Bellevue was contemporaneous with a child and
(4)  adolescent psychiatry fellowship.  The first
(5)  year of that fellowship was counted as my third
(6)  year of psychiatric residency.  And then I took
(7)  an additional half a year of the fellowship.
(8)     Q     Okay.
(9)     A     So I was at NYU Bellevue for a
(10) year and a half.
(11)    Q     All right.  And what year did you
(12) complete that fellowship.  Let's see.  I think
(13) we're up to you did your internship in '66.
(14)    A     It was in July of 1960, I guess.
(15)    Q     '70?
(16)    A     I'm sorry, 1970.
(17)    Q     All right.
(18)    A     It started in January of '69 and I
(19) was there until July of 1970.
(20)    Q     Okay.  And then did you directly
(21) go into your fellowship in psychoanalytic
(22) psychotherapy?
(23)    A     Yes.  I was at Hillside from '70
(24) to '72.
(25)    Q     What is psychoanalytic

Page 15

Goldstein, M.D.

(1)
(2)  psychotherapy?
(3)     A     It was specialized training in a
(4)  form of interpersonal psychotherapy which is I
(5)  guess a modality of psychotherapy that is based
(6)  more on Freudian principles.
(7)     Q     That differs from cognitive
(8)  behavioral therapy?
(9)     A     Yes.  It's more of a so-called
(10) insight oriented psychotherapy which supposedly
(11) is more in-depth psychotherapy.
(12)    Q     Okay.  Is it geared towards
(13) specific psychiatric diagnosis?
(14)    A     It can be used to treat any sort
(15) of psychiatric condition, any psychiatric
(16) diagnosis.
(17)    Q     All right.  You do not have any
(18) training in family medicine; is that correct?
(19)    A     No.
(20)    Q     Okay.  There are family medicine
(21) residencies and you have not completed one of
(22) those?
(23)    A     Correct.
(24)    Q     And you have not completed an
(25) internal medicine residency?

Page 16

Goldstein, M.D.

(1)
(2)     A     Correct.
(3)     Q     All right.  At some point you went
(4)  to law school.  What years did you go to law
(5)  school?
(6)     A     I attended law school from '81 and
(7)  graduated in '84.
(8)     Q     All right.  And what precipitated
(9)  that foray?
(10)    A     It was primarily to enhance my
(11) academic career such as it was at the time.  I
(12) had done some work in forensic psychiatry.  I
(13) had written some articles that were published in
(14) forensic psychiatry and I thought that having a
(15) law degree would enhance my knowledge in the
(16) field and my ability to advance academically.
(17)    Q     Did it?
(18)    A     Yes.
(19)    Q     Okay.
(20)    A     Well, hopefully, yes, it did.
(21)    Q     After law school you practiced law
(22) for about a year at a plaintiff's firm that
(23) represented individuals who filed medical
(24) malpractice actions in products liability
(25) actions?

Page 17

Goldstein, M.D.

(1)
(2)     A     Yes.  Technically I worked for
(3)  this firm maybe eight to ten hours a week
(4)  finishing up some work I had done for them, some
(5)  research work I had done for them while still in
(6)  law school.
(7)          So I worked for them on a
(8)  part-time basis for that period of time.  So
(9)  technically I was a member of their law firm.
(10)    Q     So the answer to my question is
(11) correct.  After law school you practiced law for
(12) about a year at a plaintiff's firm that
(13) represented individuals who filed malpractice
(14) and liability actions?
(15)    A     On a part-time basis, yes.
(16)    Q     It was a fantasy of yours to
(17) become a plaintiff's attorney?
(18)    A     It was never a -- somebody said it
(19) was a fantasy of mine.  I don't think it was.
(20)    Q     You don't think it was?
(21)    A     No.
(22)    Q     All right.  Have you ever
(23) testified it was fantasy of yours?
(24)    A     I don't think so.
(25)    Q     You don't think so.

5 (Pages 14 to 17)

**EXHIBIT B**

Page 18

Goldstein, M.D.

(1)
(2) A   I was asked the question.
(3) Q   Okay.
(4) A   Or I might have said it was a
(5) fantasy. I forget my exact response.
(6) Q   Do you recall testifying in the
(7) Nancy Legg versus United States of America case?
(8) A   I'm sorry, Nancy?
(9) Q   Nancy Legg, L-E-G-G. She was the
(10) Estate of Jeffrey Legg.
(11) A   Jeffrey Legg. Yes, I did testify
(12) in that.
(13) Q   Okay. On Page 10 you were asked
(14) was it ever a fantasy of yours to become a
(15) plaintiff's attorney. You answered, it was.
(16) That's a good word. It was a fantasy.
(17) A   Okay. Just a fantasy.
(18) Q   All right. You maintain an active
(19) New York law license?
(20) A   I'm a member of the Bar in good
(21) standing, yes.
(22) Q   Okay. Are you Board-certified?
(23) A   I'm Board-certified in adult
(24) psychiatry.
(25) Q   And how long have you been

Page 19

Goldstein, M.D.

(1)
(2) Board-certified in adult psychiatry?
(3) A   I'm trying to remember exactly
(4) when I took the Boards. I guess sometime in
(5) '76.
(6) Q   Okay. Do you have to recertify?
(7) A   No. But I was so-called
(8) grandfathered in.
(9) Q   Okay. And students in the last, I
(10) don't know, two or three decades who have become
(11) Board-certified they have to recertify every
(12) seven to ten years?
(13) A   Yes. I think maybe five or six
(14) years after I was Board-certified that became
(15) the prevailing rule, but those who had been
(16) Board-certified before were grandfathered in and
(17) did not have to be recertified.
(18) Q   Okay. So you have not had to take
(19) a Board certification exam since you were first
(20) Board-certified in 1976?
(21) A   Correct.
(22) Q   That raises another question. You
(23) said you're Board-certified in adult psychiatry.
(24) What are the age breakdowns in psychiatry. What
(25) is an adult defined as?

Page 20

Goldstein, M.D.

(1)
(2) A   I guess an adult is defined as
(3) somebody that's over 19.
(4) Q   Okay.
(5) A   There is a Board in the child and
(6) adolescent psychiatry that goes up to age 20, I
(7) guess.
(8) Q   Okay. And why in psychiatry are
(9) adults treated differently than children and
(10) adolescents?
(11) A   Things have become so super
(12) specialized that the types of mental illness,
(13) the presentation of mental illness, the
(14) treatment measures, the research that's done can
(15) be differentiated between children and adults,
(16) adolescents and adults. So there is a very
(17) specialized distinction between those two
(18) subspecialties.
(19) Q   Okay. Does psychiatry recognize
(20) that children and adolescents are still
(21) incapable of making their own decisions, whereas
(22) adults generally are independent and make their
(23) own decisions?
(24) A   Well, minors generally have to
(25) rely on their parents or guardians to make a

Page 21

Goldstein, M.D.

(1)
(2) number of treatment decisions and with some
(3) exceptions for so-called emancipated minors and
(4) there are other categories where minors can make
(5) their own treatment decisions, but basically
(6) they are dependent in most cases on their
(7) parents or guardian.
(8) Q   So the answer to my question is
(9) yes, psychiatry does recognize that there's a
(10) difference in decision-making between adults and
(11) children and adolescents?
(12) A   With some exceptions, yes.
(13) Q   You've talked a little bit about
(14) forensic psychiatry and how you started out
(15) doing some forensic psychiatry.
(16) Do you regard yourself as a
(17) forensic psychiatrist?
(18) A   No. I mean technically, no.
(19) Q   Okay. Explain that.
(20) A   Well, I think a forensic
(21) psychiatrist is somebody that most of their
(22) professional activities are in the forensic
(23) area. They may work in a court clinic or they
(24) may work in a correctional institution or they
(25) may primarily, you know, work as a consultant or

EXHIBIT B

6 (Pages 18 to 21)

(1)          Goldstein, M.D.
(2)  an expert in litigation.
(3)          I consider myself a general adult
(4)  psychiatrist who from time to time does
(5)  consulting work in the forensic area and writes
(6)  and publishes many forensic articles and has
(7)  taught in forensic programs.  But I don't regard
(8)  myself primarily as a forensic psychiatrist and
(9)  I never took the forensic psychiatry Board.
(10)         Q    Right.  You're not Board-certified
(11) as a forensic psychiatrist?
(12)         A    Correct.
(13)         Q    Did you ever regard yourself as a
(14) forensic psychiatrist?
(15)         A    At some times I think I was
(16) qualified as a forensic psychologist in various
(17) cases.
(18)         Q    Okay.  So you like to write in
(19) forensic psychiatry and teach in forensic
(20) psychiatry, but you don't want to go so far as
(21) to actually take the Board to qualify to be a
(22) forensic psychiatrist?
(23)         MR. ELLIS:  Objection.
(24)         A    Because I don't regard it as my
(25) primary professional activity.

(1)          Goldstein, M.D.
(2)          Q    Forensic psychiatry has its own
(3)  association, the American Association of
(4)  Forensic Psychiatry.  Are you familiar with it?
(5)          A    There's an organization of which
(6)  I'm a member of the American Academy of
(7)  Psychiatry and the Law.
(8)          Q    I think there's another one.
(9)          A    There may be others, too.
(10)         Q    You're right.  American Academy of
(11) Psychiatry and the Law.  And you are a member of
(12) that organization?
(13)         A    Yes.
(14)         Q    And that's an organization of
(15) forensic psychiatrists?
(16)         A    Yes, it is.
(17)         Q    Okay.  Do you hold any positions
(18) in that organization?
(19)         A    For many years I have been an
(20) officer of the Tristate Chapter of that
(21) organization.
(22)         Q    Okay.  Even though you don't
(23) consider yourself a forensic psychiatrist?
(24)         A    Correct.
(25)         Q    Is there a reason you haven't

(1)          Goldstein, M.D.
(2)  applied for Board certification in forensic
(3)  psychiatry?
(4)          A    I guess there's a limit to -- I
(5)  have a law degree so I didn't think it was
(6)  necessary.  I didn't think it was necessary to
(7)  take the Boards in forensic psychiatry.
(8)          Q    Okay.  When forensic
(9)  psychiatrists -- do forensic psychiatry apply
(10) certain methodologies in their review of
(11) forensic cases that are different than those
(12) applied by general psychiatrists?
(13)         A    It depends on the specific issues
(14) that are raised, but in general what forensic
(15) psychiatry or psychiatrists do is apply clinical
(16) psychiatric knowledge and expertise to a
(17) particular legal issue that comes up in a legal
(18) context.
(19)         Q    Okay.
(20)         A    So the only difference is that the
(21) application of psychiatric knowledge and
(22) expertise is applied to legal issues in usually
(23) completely legal context.
(24)         Q    All right.  Do they use certain
(25) methodologies to eliminate conformation bias and

(1)          Goldstein, M.D.
(2)  hindsight bias?
(3)          A    Again, they try to eliminate all
(4)  bias and apply psychiatric knowledge in a
(5)  neutral and objective way to whatever the issue
(6)  is at stake.
(7)          Q    Do you apply those same
(8)  methodologies in your review?
(9)          A    Yes.
(10)         Q    Okay.  And what are those
(11) methodologies.  How do you go about eliminating
(12) conformation bias and hindsight bias?
(13)         A    I usually always go into a case
(14) without preconceptions.  I try to evaluate the
(15) issues, to apply evidence based psychiatric
(16) methodology or treatment to whatever the issues
(17) are and to give an as accurate and objective a
(18) conclusion or opinion as I can in a particular
(19) case.
(20)         Q    Do you evaluate everyone involved
(21) in the case or only the defendant's conduct?
(22)         A    It depends on the kind of case and
(23) some cases collateral interviews are important
(24) and helpful.  In some cases a review of records
(25) is sufficient because the records speak for

EXHIBIT B

Page 26

(1)                    Goldstein, M.D.
(2)   themselves.  So it depends on the individual
(3)   matter.
(4)        Q    I'm sorry, my question probably
(5)   wasn't clear.  When you're looking for whether
(6)   the standard of care was met, are you looking
(7)   for whether the standard of care was met only by
(8)   the defendants in the case or are you looking at
(9)   the actions of everybody involved?
(10)       A    It depends on the particular case.
(11)       Q    So sometimes you might only look
(12)  at the defendants?
(13)       A    Well, I mean if the issue is did
(14)  certain individuals meet the standard of care
(15)  then that would be what I would focus on.
(16)       Q    Okay.  I got a little bit off
(17)  track so let's get back to your CV.  Let's go
(18)  with your work history now.
(19)            So after you completed your
(20)  training at your fellowship in psychoanalytic
(21)  psychotherapy what was your first job in the
(22)  medical field?
(23)       A    Well, concurrently with that
(24)  fellowship I was employed at my first job.
(25)       Q    Okay.

Page 27

(1)                    Goldstein, M.D.
(2)        A    As director, medical director of
(3)   the court psychiatric clinic, the forensic
(4)   psychiatric clinic of the Supreme Court of the
(5)   State of New York which is the lower court which
(6)   is the trial court in New York.
(7)            It would be called I guess in most
(8)   states the Superior Court, but in New York the
(9)   trial court is called the Supreme Court and that
(10)  was located in Manhattan.
(11)       Q    Okay.  And what did you do in that
(12)  role?
(13)       A    I was the director of a
(14)  multi-disciplinary clinic comprising
(15)  psychiatrists, psychologists, social workers,
(16)  paralegals and the clinic's mission or
(17)  purpose -- by the way, the clinic was affiliated
(18)  with NYU Medical Center and I was on the faculty
(19)  there.
(20)            The clinic was set up to perform
(21)  competency evaluations of individuals who were
(22)  appearing before the court to see if they were
(23)  competent to stand trial.  Also we performed
(24)  pre-sentence evaluations to, as an aid to the
(25)  court and we conducted research and other

Page 28

(1)                    Goldstein, M.D.
(2)   academic activities.
(3)        Q    Okay.  So in that role you weren't
(4)   providing continuing psychiatric care to
(5)   patients.  You were more doing forensic
(6)   evaluations to provide to the court; is that
(7)   fair?
(8)        A    Correct.  There was no patient
(9)   care involved.
(10)       Q    Okay.  It was essentially you
(11)  would see the inmate or the person one time and
(12)  provide an evaluation to the court and then you
(13)  may never see them again?
(14)       A    Correct.
(15)       Q    Okay.  How long did you serve as
(16)  that?
(17)       A    '70 to '74.
(18)       Q    And when you were in that role was
(19)  that full-time, that was the only clinical job
(20)  you had at that time?
(21)       A    I don't think you would consider
(22)  it full-time.  I think it was basically 20 hours
(23)  a week.
(24)       Q    Okay.
(25)       A    And the other, it was possible to

Page 29

(1)                    Goldstein, M.D.
(2)   put in overtime which I often did, but it was
(3)   basically set up as a 20-hour per week position.
(4)            And the other 20 hours a week I
(5)   was involved in the Hillside fellowship and
(6)   forensic -- in the psychoanalytic psychotherapy.
(7)        Q    All right.  So why did you leave
(8)   your position at the Supreme Court of the State
(9)   of New York?
(10)       A    I was recruited to come back to
(11)  Bellevue, to the main hospital which was the
(12)  academic arm of the clinic to become the deputy
(13)  director of the forensic psychiatric service.
(14)  That was in '74.
(15)       Q    All right.  And so that's where it
(16)  says NYU Bellevue Psychiatric Hospital, Forensic
(17)  Psychiatry Service Deputy Director?
(18)       A    Yes.
(19)       Q    And what did you do in that role?
(20)       A    In that role, that was the
(21)  so-called Bellevue in-patient forensic service
(22)  where individuals who were defendants in
(23)  criminal matters were sent for treatment.  In
(24)  other words, they could not be kept in the
(25)  general correctional population.

8   (Pages 26 to 29)

**EXHIBIT B**

Page 30

(1)           Goldstein, M.D.
(2)        They were sent for in-patient
(3)  treatment and evaluation as well and in that
(4)  role I did administrative work, supervised
(5)  psychiatrists on the service.
(6)        Again it was multi-disciplinary,
(7)  so I was also supervising social workers,
(8)  psychologists and nurses, so-called aides or
(9)  nursing assistants, also involved in some
(10) research activities and testifying activities
(11) and assisting the director of the service in
(12) various academic and administrative activities.
(13)     Q    Okay.  Did you provide direct
(14) patient care?
(15)     A    Yes.
(16)     Q    Okay.  So how much of your time
(17) would be devoted to you providing direct patient
(18) care versus all of the other administrative
(19) responsibilities?
(20)     A    Oh, I would say maybe 20 percent,
(21) one-fifth of my time.
(22)     Q    One-fifth of your time was
(23) clinical and the rest was administrative?
(24)     A    Correct.
(25)     Q    Okay.

Page 31

(1)           Goldstein, M.D.
(2)     A    Well, supervisory and
(3)  administrative.
(4)     Q    Okay.  How long were you in that
(5)  role from 1974?
(6)     A    1974 to the end of '75.
(7)     Q    Okay.  And right below that it
(8)  says NYU School of Medicine, Department of
(9)  Psychiatry, Clinical Assistant Professor of
(10) Psychiatry.
(11)     A    Yes.
(12)     Q    Did that go along with the Supreme
(13) Court of the State of New York?
(14)     A    Yes.  I think I joined the faculty
(15) while I was still a fellow in child and
(16) adolescent psychiatry.
(17)     Q    Okay.
(18)     A    So I think my appointment began
(19) sometime during that period.
(20)     Q    All right.  Do you know how long
(21) you held that appointment?
(22)     A    I held that appointment until '84.
(23)     Q    Okay.  As Clinical Assistant
(24) Professor of Psychiatry, clinical means you
(25) didn't do classroom teaching.  You taught when

Page 32

(1)           Goldstein, M.D.
(2)  residents or fellows were around you in clinical
(3)  settings; is that correct?
(4)     A    No.  I did classroom teaching.  At
(5)  least the way it was set up at NYU the addition
(6)  of the descriptive adjective clinical meant that
(7)  you weren't full-time faculty.
(8)        In other words, you did teaching,
(9)  but you were not a paid full-time member of the
(10) faculty.  You were able to do other things.
(11)     Q    Okay.
(12)     A    You were able to have practice and
(13) do other work outside of the medical center.
(14)     Q    All right.  So that academic
(15) appointment at NYU School of Medicine was an
(16) unpaid position?
(17)     A    Definitely.
(18)     Q    All right.  So in 1975 you leave
(19) Bellevue; is that correct?
(20)     A    I left there in I think December,
(21) the end of '75, yes.
(22)     Q    All right.  Where did you go?
(23)     A    My next job was to become the
(24) director of the out-patient psychiatry clinic at
(25) the New York VA Medical Center.

Page 33

(1)           Goldstein, M.D.
(2)     Q    All right.  It's right above the
(3)  Bellevue.
(4)     A    Yes.
(5)     Q    Okay.  And so that was from right
(6)  at the end of '75 or beginning of '76 to when?
(7)     A    December of '75 to maybe the
(8)  spring of '81.
(9)     Q    Okay.  And what did you do in that
(10) role?
(11)     A    In that role I was the director of
(12) a large psychiatric clinic for veterans and
(13) oversaw the treatment and evaluation of veterans
(14) suffering from various psychiatric conditions.
(15) Supervise and oversaw the activity of again a
(16) multi-disciplinary out-patient clinic consisting
(17) of psychiatrists, social workers, psychologists,
(18) students, interns, residents who rotated through
(19) there.
(20)        I provided some direct patient
(21) evaluation and care myself and participated in
(22) multiple research and academic activities,
(23) teaching activities.
(24)     Q    Okay.  And again how much of your
(25) time do you think was spent in direct patient

**EXHIBIT B**

9  (Pages 30 to 33)

Page 34

Goldstein, M.D.

(1)
(2) care versus all of your other supervisory and
(3) administrative roles?
(4)     A    Again I would estimate 20 to
(5) 25 percent.
(6)     Q    Okay.
(7)     A    By the way, I might add that at
(8) some point during that period the director of
(9) the in-patient service relocated and for a
(10) couple of years in there I was also serving as
(11) the acting director of the in-patient service
(12) until they could find a permanent director.
(13)     Q    Okay.
(14)     A    So I was doing both in-patient and
(15) out-patient.
(16)     Q    So you were the head guru there
(17) for a while?
(18)     A    Without any additional
(19) compensation.
(20)     Q    All right.  So you left there in
(21) 1981.  Why did you leave the VA in 1981?
(22)     A    I left in '81 to attend Columbia
(23) Law School.
(24)     Q    Okay.
(25)     A    Which I started I think in August

Page 35

Goldstein, M.D.

(1)
(2) of '81.
(3)     Q    Sure.  And did you go to law
(4) school full-time?
(5)     A    Well, it's a full-time -- Columbia
(6) doesn't have a night program.
(7)     Q    Okay.
(8)     A    It's a full-time law school.  But
(9) I went there full-time and also maintained a
(10) half-time psychiatric private practice.
(11)     Q    All right.  So is that when you
(12) started a private practice of psychiatry or had
(13) you had a private practice prior to then?
(14)     A    I had a private practice in
(15) psychiatry dating back to the early '70's.
(16)     Q    So during all the time that you
(17) were working at Bellevue and the VA you were
(18) maintaining a private practice of psychiatry on
(19) the side?
(20)     A    Yes.
(21)     Q    Okay.  And I understand you
(22) currently see patients out of your apartment; is
(23) that correct?
(24)     A    I have an office in my apartment,
(25) yes.

Page 36

Goldstein, M.D.

(1)
(2)     Q    Okay.  Has that always been the
(3) case or have you had a separate standalone
(4) office?
(5)     A    There were times that I had a
(6) separate office until maybe 15 years ago.
(7)     Q    Okay.
(8)     A    I maintained a separate office.
(9)     Q    All right.  So while you're doing
(10) these other things at Bellevue and the VA and
(11) you have a private practice of psychiatry how
(12) many patients per week are you able to see in
(13) your private practice?
(14)     A    I really can't remember.
(15)     Q    Okay.
(16)     A    It was not a full-time practice
(17) obviously.
(18)     Q    All right.  How would you get
(19) these patients back then?
(20)     A    I had many referrals from
(21) colleagues and supervisors and mentors at that
(22) Bellevue and other physicians that I worked
(23) with.
(24)     Q    All right.  So in 1981 you start
(25) going to law school, but you maintain your

Page 37

Goldstein, M.D.

(1)
(2) private practice so you are still seeing
(3) patients in your private office?
(4)     A    Yes.  I had to --
(5)     Q    You had to make money?
(6)     A    Well, I had to rearrange my
(7) schedule at the law school so that I could kind
(8) of condense my time spent at the law school
(9) which involved some difficulties, but it was
(10) doable and then I saw patients mainly in the
(11) late afternoons and evenings and weekends
(12) sometimes.
(13)     Q    Okay.
(14)     A    And again it was a part-time
(15) practice obviously.
(16)     Q    Sure.  In your private practice
(17) have all of your patients always been self-pay?
(18)     A    I think years ago some patients, I
(19) accepted some patients based on their insurance
(20) coverage.
(21)     Q    Do you know when the last time
(22) that would have been was?
(23)     A    I think for the last 20 years or
(24) so while I have been happy to fill out insurance
(25) paperwork I have mainly seen patients who were

10  (Pages 34 to 37)

EXHIBIT B

Page 38

Goldstein, M.D.

(1)
(2) self-paying.
(3)     Q    All right.  After you completed
(4) law school in 1984 -- well, let me ask you this.
(5) After law school did you return to anything
(6) other than the private practice of psychiatry?
(7)     A    Yes.
(8)     Q    Okay.  Tell me about that.
(9)     A    After law school I returned to --
(10) I worked part-time for that law firm as I
(11) mentioned.
(12)     Q    Yes.
(13)     A    Maybe eight to ten hours a week
(14) and I returned to private practice until about
(15) '87 or so.  I think it was '87 when in addition
(16) to my private practice I became the director of
(17) psychiatric research, education and quality
(18) assurance at Long Island College Hospital.
(19)     Q    Okay.
(20)     A    And that was from approximately
(21) '87, as I said, until '91 or '92.
(22)     Q    '87 to '91 or '92?
(23)     A    Also concurrently maintaining my
(24) private practice.
(25)     Q    And what did you do in that role?

Page 39

Goldstein, M.D.

(1)
(2)     A    I worked on a psychiatric ward
(3) delivering patient care.  I worked in the
(4) emergency room, covered the emergency room at
(5) times.  And I maintained, oversaw the quality
(6) assurance conferences, education of residents
(7) and medical students who were rotating through
(8) from Downstate and assisted in some psychiatric
(9) research activities.
(10)     Q    All right.  And about what
(11) percentage of your time would be in patient
(12) care?
(13)     A    I would say roughly half.
(14)     Q    Why did you leave in '91 or '92?
(15)     A    It was '91 or '19.  Yes, I left
(16) there because I was more interested in building
(17) up my private practice at that point.
(18)     Q    So since '91 or '92 you've been in
(19) private practice solely?
(20)     A    Well, in '84 in addition to
(21) completing -- well, after I completed law school
(22) in '84 I was recruited by -- I had been at NYU
(23) on the faculty until that point.  I was
(24) recruited by the Department of Psychiatry at
(25) Columbia to join the faculty at Columbia and run

Page 40

Goldstein, M.D.

(1)
(2) a program in legal issues in psychiatry for the
(3) psychiatric residency program.
(4)     And so I transferred from NYU
(5) where I had been on the faculty since
(6) approximately 1970 and came to Columbia.  As I
(7) said I had gone to law school to advance my
(8) academic career, and by being recruited and
(9) transferring to Columbia I was promoted from
(10) Clinical Assistant Professor to Clinical
(11) Professor and also ran this program.
(12)     Q    All right.  When you say you ran
(13) the legal issues in psychiatry program, what was
(14) the program exactly?
(15)     A    The program was to initiate and
(16) coordinate and set up an educational program for
(17) the senior residents, the third year psychiatric
(18) residents to meet requirement for the residency
(19) program to give them a background in important
(20) legal issues in the practice of psychiatry such
(21) as familiarizing them with issues like informed
(22) consent, confidentiality, risk management or
(23) proper management of suicidal patients, violent
(24) patients and other issues that would help them
(25) to practice without having difficulties in terms

Page 41

Goldstein, M.D.

(1)
(2) of meeting the standard of care or having
(3) malpractice difficulties in their future
(4) careers.
(5)     Q    You say proper management of
(6) suicidal patients you mean like involuntary
(7) hospitalization and what the legal standard is
(8) for involuntary hospitalization?
(9)     A    The proper management of those
(10) patients on an out-patient basis and the
(11) emergency room in the hospital itself to give
(12) them some background in at the proper standard
(13) of care was.
(14)     Q    All right.  Do you have your
(15) materials that you taught these students?
(16)     A    Do I have them?
(17)     Q    Yes.
(18)     A    You mean tangible, no.
(19)     Q    Do you still have them in a
(20) computer?
(21)     A    I don't think so.
(22)     Q    All right.  I take it you don't
(23) still teach this class at Columbia?
(24)     A    No.  I did this for about 20 plus
(25) years and I finally found somebody else to do it

EXHIBIT B

Page 42

Goldstein, M.D.

(1)
(2) and had more time to devote to writing and
(3) research and then spent teaching time in the --
(4) they set up a forensic psychiatry fellowship
(5) program at some point, I guess maybe 2005 or so
(6) and I was involved in organizing that program.
(7)         At the time it involved Columbia,
(8) Cornell, NYU, Einstein and I think one other
(9) academic center.  And so there were a number of
(10) fellows, a one-year fellowship in forensic
(11) psychiatry, a postgraduate fellowship, and we
(12) were setting up a program to set up a curriculum
(13) for those fellows.
(14)     Q    All right.  Hang on, Doc.  So from
(15) '84 to about 2004 you taught what, one class, a
(16) series of classes to third year residents.  How
(17) many classes was it?
(18)     A    Well, I would say there were maybe
(19) 12 separate sessions where there would be
(20) lectures and conferences and that was repeated
(21) maybe three times a year for different groups of
(22) residents.
(23)     Q    Okay.  And you did that for 20
(24) years you taught --
(25)     A    Twenty plus years.

Page 43

Goldstein, M.D.

(1)
(2)     Q    You taught three sessions of 12
(3) sessions each for 25 plus years on legal issues
(4) in psychiatry?
(5)     A    Yes.
(6)     Q    And you're telling me you don't
(7) have those materials anymore?
(8)         MR. ELLIS:  From 20 years
(9) ago?
(10)         MS. WATTS:  No.  This would
(11) have gone to --
(12)         THE WITNESS:  2005.
(13)         MS. WATTS:  2004, 2005.
(14) That's ten years ago.
(15)     A    No.  I don't think I still have
(16) those materials, no.
(17)     Q    Who did you pass the reins on to,
(18) Dr. Applebaum?
(19)     A    Dr. Applebaum.
(20)     Q    Does he still use your same
(21) materials?
(22)     A    I don't think I had to pass on
(23) anything tangible to him.  He's a very
(24) experienced academic in the forensic psychiatry
(25) area.  I think he had his own materials.

Page 44

Goldstein, M.D.

(1)
(2)     Q    All right.  Did your sessions
(3) include clinical teaching or was it on more risk
(4) management and legal topics?
(5)     A    There were lectures, there were
(6) conferences where clinical cases were presented
(7) and discussed.
(8)         I think I recall at times we went
(9) on the wards or in the emergency room to
(10) actually see a particular case.  And there was
(11) some supervision of selected residents who were
(12) interested in going on to pursue a career in
(13) forensic psychiatry.  I remember I supervised a
(14) particular resident and collaborated with him on
(15) a publication in major psychiatric journal.
(16)     Q    All right.  Then you said Columbia
(17) set up a fellowship in forensic psychiatry and
(18) you gave a lecture or presentation in that
(19) setting as well; is that correct?
(20)     A    Yes.  Initially it was, as I said,
(21) multiple forensic psychiatry fellowships that
(22) were kind of integrated in some way, at least on
(23) the teaching level.  And there were various
(24) modules of topics that were set up for them and
(25) I collaborated in putting together at least part

Page 45

Goldstein, M.D.

(1)
(2) of that curriculum and gave lectures to combined
(3) groups of those fellows.  And then at some
(4) point, and I can't remember exactly when that
(5) was the Columbia program, I became more involved
(6) just in the Columbia fellowship program.
(7)     Q    All right.  And if you look at the
(8) end of your CV it has listed the presentations
(9) that you gave to the forensic psychiatry
(10) fellowship program; correct?
(11)     A    Yes.
(12)     Q    So when you would give those
(13) presentations to the forensic psychiatry program
(14) you would list them in your CV?
(15)     A    Not all of the presentations.  I
(16) listed -- this is not completely up to date.  I
(17) listed selected ones.
(18)     Q    Why wouldn't you list them all?
(19)     A    That were more formal.
(20)     Q    Why wouldn't you list them all?
(21)     A    I just listed the ones that were
(22) more academically formal where there were
(23) materials that were distributed and so forth.
(24)     Q    How am I supposed to know when you
(25) have talked to them and when you haven't if you

12  (Pages 42 to 45)

EXHIBIT B

Page 46

Goldstein, M.D.

(1) only list part of them in your CV?

(2)          MR. ELLIS:  Objection.

(3)     A    There are many conferences and
(4) get-togethers.  Some of them are more formal
(5) than others.  So these are the most formal ones.

(6)     Q    Your CV which you told me today is
(7) up to date the last presentation you have to the
(8) Columbia postgraduate forensic psychiatry
(9) program is in 2015; is that correct?

(10)     A    Yes.

(11)     Q    And going backwards it looks like
(12) there's one presentation per year for about the
(13) last five or six years prior to 2015; is that
(14) correct?

(15)     A    Right.

(16)     Q    Okay.  So your role in that
(17) program at least according to your up to date CV
(18) has not been active for the last four years and
(19) prior to that it included giving a presentation
(20) per year for the years 2010 through 2015?

(21)     A    Yes.  There's a gap there because
(22) I took -- I didn't take off time formally, but I
(23) devoted time, I was writing a number of chapters
(24) for a forensic psychiatry textbook.

Page 47

Goldstein, M.D.

(1)          So I didn't give lectures for a
(2) couple of years, but I think I gave one last
(3) year which has not been added here yet.  But I
(4) guess '16 and '17 I did not give lectures.  I
(5) begged off time and devoted my time for writing.

(6)     Q    All right.  We'll talk about your
(7) writings in a minute.  What did you talk about
(8) last year?

(9)     A    I think it was cases involving
(10) Title IX, forensic psychiatry input to Title IX
(11) cases.

(12)     Q    All right.  Many of your
(13) presentations deal with sexual harassment cases;
(14) is that fair?

(15)     A    Yes.

(16)     Q    Okay.  Are you aware that you are
(17) not listed on Columbia's website as one of 803
(18) faculty members of the Department of Psychiatry?

(19)     A    No.

(20)     Q    All right.  Would that surprise
(21) you?

(22)     A    It surprises me because every year
(23) I give them I think a thousand dollars as a
(24) member of the voluntary faculty.

Page 48

Goldstein, M.D.

(1)     Q    There is actually another Robert
(2) Goldstein on there, but it's not you.

(3)     A    Really.

(4)     Q    Robert G. Goldstein.

(5)     A    I have to check into that.  I can
(6) assure you that I am a member of the faculty
(7) with the position of Clinical Professor.

(8)     Q    Who calls you and asks you to
(9) speak there?

(10)     A    I'm sorry?

(11)     Q    Who calls you in and asks you to
(12) speak there?

(13)     A    You mean in the program?

(14)     Q    Yes.

(15)     A    It varies.

(16)     Q    Who called you last year and asked
(17) you to speak there?

(18)     A    I think it was Dr. Hoag.

(19)     Q    Dr. Hoag.

(20)          All right.  You don't currently
(21) hold any admitting privileges to any hospitals;
(22) is that correct?

(23)     A    Correct.

(24)     Q    When was the last time you held

Page 49

Goldstein, M.D.

(1) admitting privileges to any hospital?

(2)     A    I was on the admitting staff at
(3) Bellevue I think ten years ago, maybe six
(4) to ten years ago.

(5)     Q    All right.

(6)     A    But I didn't admit patients there,
(7) but I could have.  It's become so specialized in
(8) terms of hospitalists, people that just deal
(9) with patients in the hospital and physicians who
(10) do out-patient work.

(11)     Q    And when is the last time you
(12) admitted a patient to the hospital?

(13)     A    More than ten years ago.

(14)     Q    So it would also have been more
(15) than ten years ago since you saw an in-patient?

(16)     A    I have seen in-patients in terms
(17) of some of the teaching activities when we would
(18) go on the wards or as I said we went sometimes
(19) on the wards, sometimes in the emergency room as
(20) part of the training program, as part of legal
(21) issues program.

(22)     Q    All right.  How did you have
(23) credentials to do that?

(24)     A    As a member of the faculty.

EXHIBIT B

13  (Pages 46 to 49)

## Page 50

Goldstein, M.D.

(2) Q   All right.  Did you provide any
(3) patient care to them at that time?
(4)   A   No.  No.  It was just teaching.
(5) Q   When was the last time you
(6) provided patient care to an in-patient
(7) psychiatric patient?
(8)   A   More than ten years ago.
(9) Q   Okay.  So you are not involved in
(10) the treatment of acutely suicidal patients?
(11)   A   Not in the hospital, no.
(12) Q   Okay.  Are you involved in the
(13) treatment of acutely suicidal patients anywhere?
(14)   A   I have in my practice at times.
(15) Q   Okay.  When was the last time you
(16) were involved in the care of an acutely suicidal
(17) patient?
(18)   A   Quite a while ago.
(19) Q   Can you define quite a while?
(20)   A   Since I saw an acutely suicidal
(21) patient in my practice I would say eight years
(22) ago, nine years ago.  Something like that.
(23) Q   Okay.  You have never held a paid
(24) academic position; correct?
(25)   A   No.

## Page 51

Goldstein, M.D.

(2) Q   Okay.  And, in fact, you currently
(3) have to pay for your academic appointment?
(4)   A   All so-called part-time faculty or
(5) voluntary faculty I guess for the last four or
(6) five years have been asked to pay a fee to the
(7) department to help fund some academic programs.
(8) Q   Okay.  So the answer to my
(9) question is, yes, you have to pay?
(10)   A   The answer is yes.
(11) Q   You have to pay for your academic
(12) appointment?
(13)   A   Well, you pay to help support the
(14) department activities.
(15) Q   Okay.  And you are actually
(16) considering visiting faculty; is that correct?
(17)   A   I guess -- I think they call it
(18) part-time, but maybe visiting would be
(19) appropriate, too.
(20) Q   Okay.  And the sum total of your
(21) academic endeavors is that over the academic
(22) year you might give a lecture or two or three
(23) for a total of six to eight hours over the whole
(24) year?
(25)   A   Correct.

## Page 52

Goldstein, M.D.

(2) Q   And in some years, as you have
(3) told me in 2016 and '17 it was zero?
(4)   A   In terms of teaching, yes.
(5) Q   Okay.  None of the topics that you
(6) teach on relate to suicide or suicide
(7) prevention?
(8)   MR. ELLIS:  Objection.
(9)   A   You mean currently?
(10) Q   Yes, for the last ten years.
(11)   A   Correct.
(12) Q   Okay.  You don't present on the
(13) treatment or management of patients with
(14) suicidal ideation or a history of suicide
(15) attempt?
(16)   A   In recent years, no.
(17) Q   When was the last time that you
(18) did?
(19)   A   When I was teaching legal issues
(20) and the practice of psychiatry program.
(21) Q   So that would have last been 15
(22) years ago?
(23)   A   2005, 2006.
(24) Q   Okay.  There's a few more things
(25) under your professional experience on your CV

## Page 53

Goldstein, M.D.

(2) and I don't mean to beat a dead horse here, but
(3) Beekman Downtown Hospital, Director of
(4) Psychiatry Service.  Was that part of -- well,
(5) tell me what that was.
(6)   A   Beekman Downtown Hospital had a
(7) consultation liaison program where I think there
(8) were about half a dozen of us would provide
(9) psychiatric consultations to patients who were
(10) either on the medical or on the surgical
(11) service.
(12) Q   Okay.  It says you were the
(13) director of the psychiatric service.
(14)   A   It was a title.
(15) Q   So was this during your residency?
(16)   A   No.  This was I guess this was
(17) around the time I was at the VA.  So it was
(18) probably in the '70's.
(19) Q   Okay.
(20)   A   In the mid-'70's.
(21) Q   All right.
(22)   A   For about six or seven years, say
(23) '70 to '76, something like that.
(24) Q   All right.  And what would you do
(25) in that role?

14 (Pages 50 to 53)

EXHIBIT B

Page 54

(1)        Goldstein, M.D.
(2)        A   I would provide consultations on
(3)  the medical and surgical service and in the
(4)  emergency room for psychiatric issues that would
(5)  come up with the patient.
(6)        The hospital had no psychiatric,
(7)  you know, ward or psychiatric full-time members
(8)  of the staff.  And I was the director of a staff
(9)  of maybe three or four psychiatrists who would
(10)  share the responsibility with me of being
(11)  available to be called in for issues that came
(12)  up on the medical and surgical services.
(13)        Q   Okay.  So kind of a shared on-call
(14)  duty for that hospital?
(15)        A   Yes, basically that was it.
(16)        Q   All right.  Consultant to New York
(17)  City Police Department Psychological Services
(18)  Unit.  When was that?
(19)        A   That was I would say for about six
(20)  or seven years prior to my coming on to the VA.
(21)        Q   Okay.  And what did that entail?
(22)        A   I was involved in evaluating
(23)  candidates to join the Police Department or
(24)  members of the Police Department who had some
(25)  sort of psychiatric issues basically that

Page 55

(1)        Goldstein, M.D.
(2)  involved their fitness for duty.
(3)        Q   Okay.  So this was actually people
(4)  who wanted to be police officers?
(5)        A   Well, both.  Candidates in terms
(6)  of assessing their psychiatric status and people
(7)  who were police officers who were having
(8)  psychological problems.
(9)        Q   Got it.  Okay.  And this was, you
(10)  were just performing evaluations.  You weren't
(11)  providing treatment?
(12)        A   Just evaluations.
(13)        Q   Okay.  Expert in medical conduct
(14)  cases.  When was that?
(15)        A   Yes, I'm still on that panel.  The
(16)  Office of Professional Medical Conduct has a
(17)  panel and they would call in experts in various
(18)  fields to serve in the adjudication of cases
(19)  against in my specialty, psychiatry,
(20)  psychiatrists who had been accused of committing
(21)  various professional misconduct.
(22)        Q   Okay.  Have they ever called you
(23)  in a case where a family medicine doctor had
(24)  been accused of professional misconduct?
(25)        A   I don't think he was -- no, not a

Page 56

(1)        Goldstein, M.D.
(2)  family physician, no.  Family medicine
(3)  physician.
(4)        Q   How long have you been on that
(5)  panel?
(6)        A   I can't say.  I haven't been
(7)  called on a case for maybe six or seven years.
(8)        Q   Okay.  Psychiatric Expert Witness
(9)  Panel for Indigent Defendants.  What's that?
(10)        A   Yes.  In New York it's called the
(11)  18B program.  So there's a panel where you would
(12)  be called to render psychiatric services to a
(13)  defendant before the court on some criminal
(14)  charges possibly to assist in the defense or
(15)  possibly to get involved in a fitness for trial
(16)  evaluation.
(17)        Q   Okay.  So the court has a list of
(18)  psychiatrists they can call for indigent
(19)  defendants who need evaluations for court
(20)  purposes?
(21)        A   Yes.
(22)        Q   Okay.
(23)        A   Criminal matters.
(24)        Q   Criminal matters.  Psychiatric
(25)  consultant to Columbia Law School Fair Housing

Page 57

(1)        Goldstein, M.D.
(2)  Clinic.  Tell me about that.
(3)        A   Yes.  That's something that goes
(4)  back to the period immediately following my
(5)  graduation from law school.  So that was many
(6)  years ago.  That was in the late '80's.  I
(7)  haven't been involved in that since then.
(8)        Q   All right.  Let's talk about your
(9)  current practice, Doctor.  We've talked a little
(10)  bit about that your office, you have an office
(11)  in your apartment and that's here in Manhattan;
(12)  correct?
(13)        A   Yes.
(14)        Q   Okay.  And if you could break down
(15)  your professional time for me in terms of how
(16)  much is spent with your private practice versus
(17)  expert forensic work versus time with research
(18)  and writing and your work at Columbia.
(19)        A   I would say my so-called forensic
(20)  work or consulting on litigation matters in the
(21)  forensic area would probably be no more than ten
(22)  percent of my total overall professional
(23)  activities.
(24)        Maybe ten or 15 percent of my
(25)  professional activities are involved in

15  (Pages 54 to 57)

EXHIBIT B

Page 58

(1) Goldstein, M.D.
(2) research, writing, teaching and other academic
(3) commitments. For example, my work with the
(4) tristate AAPL chapter, of the American Academy
(5) of Psychiatry and Law and the rest is all
(6) treatment and evaluation of patients in my
(7) private practice.
(8) Q All right. What do you do at the
(9) tristate AAPL chapter?
(10) A There are meetings to plan and
(11) implement academic teaching conferences and
(12) there are all kinds of bureaucratic matters
(13) involving the chapter of which I'm the treasurer
(14) for a number of years.
(15) So there are all kinds of
(16) activities involving disseminating information
(17) about the finances of the chapter, filing
(18) certain tax documents, et cetera.
(19) Q Okay. That takes up, that with
(20) your other writing takes up ten to 15 percent of
(21) your professional time?
(22) A Approximately.
(23) Q Okay. Which leaves, not all that
(24) great at math, but it leaves about 75 percent of
(25) your time for your clinical practice?

Page 59

(1) Goldstein, M.D.
(2) A I can't pin it down exactly.
(3) Q Okay.
(4) A Seventy-five to 80 percent is
(5) devoted to the private practice.
(6) Q All right. What's your patient
(7) census these days?
(8) A In terms of diagnosis?
(9) Q No. How many patients do you
(10) have?
(11) A Roughly I'd say 30 to 40 patients.
(12) Q Okay. And about how long has that
(13) been the case that you've had about that many
(14) patients?
(15) A For a number of years. I mean it
(16) varies. Roughly it's in that ballpark area, 30,
(17) sometimes 40, thereabouts.
(18) Q Okay. I take it sometimes your
(19) patients no longer need your service and you can
(20) discharge them from treatment and then sometimes
(21) you get new referrals?
(22) A Patients are benefited from
(23) treatment and often are discharged from
(24) treatment, yes.
(25) Q Okay.

Page 60

(1) Goldstein, M.D.
(2) A Contrary to the popular belief.
(3) Q Do patients sometimes discontinue
(4) treatment on their own?
(5) A Well, ideally it's a joint
(6) decision. Sometimes patients discontinue on
(7) their own for various reasons. They relocate or
(8) they feel they have derived maximum benefit from
(9) treatment.
(10) Q Okay. So you have kept a patient
(11) load of 30, sometimes up to 40 for what, you
(12) think about 20 years, maybe even longer?
(13) A Yes. Something like that.
(14) Q Okay. In terms of I guess
(15) diagnosis of your patients, do you have a
(16) particular specialty or area of interest or are
(17) a particular type of patient more drawn to you.
(18) I know you have some specialty with the VA.
(19) A At times my practice has been
(20) composed of a large percentage of adolescent
(21) patients because I have a long-standing interest
(22) in treating adolescents and that varies.
(23) Sometimes more than half of my practice are
(24) adolescents. That's not true presently, but it
(25) varies.

Page 61

(1) Goldstein, M.D.
(2) Q How do you define adolescents?
(3) A Anyone that's younger, that's 19
(4) or younger.
(5) Q Nineteen or younger.
(6) And I know we talked about that
(7) all of your patients currently are self-pay; is
(8) that correct?
(9) A Yes.
(10) Q And how much do you charge per
(11) session?
(12) A The going rate in Manhattan is
(13) roughly approximately $500 a session.
(14) Q Okay.
(15) A However, I have a kind of sliding
(16) scale. So some patients pay much less than
(17) that.
(18) Q All right. Your general charge is
(19) $500 per hour or per session?
(20) A Theoretically.
(21) Q How long do your sessions last?
(22) A Forty-five minutes.
(23) Q Forty-five minutes. Okay. When
(24) you say the going rate in Manhattan, that is for
(25) private self-pay psychiatrists; right?

EXHIBIT B

16 (Pages 58 to 61)

Page 62

(1)          Goldstein, M.D.
(2)     A    Of a certain -- psychiatrists of a
(3) certain level of experience and reputation,
(4) credentials, whatever.
(5)     Q    Okay.  There are other
(6) psychiatrists in Manhattan that, for instance,
(7) take insurance?
(8)     A    Yes.
(9)     Q    That don't charge $500 an hour;
(10) right?
(11)    A    Yes.  Or some that charge more.
(12)    Q    Right.  I take it the adolescents
(13) that you are seeing is likely going to be their
(14) parent or guardian that is paying the $500 an
(15) hour for you to see them?
(16)    A    Usually, yes.
(17)    Q    I don't think there are a lot of
(18) 17 and 18 year olds out there that can --
(19)    A    I had someone who had a trust
(20) fund.
(21)    Q    Okay.  Only in Manhattan?
(22)    A    They are usually not paying out of
(23) their own pocket.
(24)    Q    Right.
(25)    A    Out of their allowance, right.

Page 63

(1)          Goldstein, M.D.
(2)     Q    How many of your current patients
(3) are college students?
(4)     A    A handful.
(5)     Q    A handful meaning less than five?
(6)     A    I just really don't remember --
(7)     Q    Do you have any?
(8)     A    -- the exact number.  Yes.  I said
(9) a handful, maybe two or three.
(10)    Q    And college students are able to
(11) pay your $500 per session fee?
(12)    A    No.  Generally their families are
(13) paying for their treatment.
(14)    Q    Okay.  And what are the typical
(15) issues that you are seeing with the college
(16) students that are your patients?
(17)    A    Difficulties in making decisions
(18) about their future, about what they want to do
(19) with their lives, career choices, personal
(20) choices in terms of their living arrangements.
(21) Things of that nature.
(22)    Q    Okay.  Do they have diagnosed
(23) psychiatric illnesses or are they more seeking
(24) counseling?
(25)    A    Some of them have some

Page 64

(1)          Goldstein, M.D.
(2) psychiatric, you know, issues.
(3)     Q    Okay.  Have any of them attempted
(4) suicide in the past?
(5)     A    No.
(6)     Q    Do you have any current patients
(7) who have attempted suicide in the past?
(8)     A    I don't think currently I have any
(9) patients who made suicide attempts.  I have
(10) patients who have suffered from depression and
(11) had suicidal ideation in the past, but there are
(12) no patients I have now who actually made
(13) attempts.
(14)    Q    Okay.  When was the last time that
(15) you had a patient who had a history of a suicide
(16) attempt?
(17)    A    A few years back.
(18)    Q    Have you ever had a patient
(19) attempt suicide while under your care?
(20)    A    Yes.
(21)    Q    Okay.  Were they successful?
(22)    A    Yes.
(23)    Q    Have you had more than one?
(24)    A    Just one.
(25)    Q    Let's talk about that patient for

Page 65

(1)          Goldstein, M.D.
(2) a minute.  Did that patient have a diagnosable
(3) mental illness?
(4)     A    Oh, yes.
(5)     Q    What was their diagnosis?
(6)     A    That patient's diagnosis, that was
(7) towards the very beginning of my private
(8) practice activities, that patient was suffering
(9) from a psychotic depression.
(10)    Q    Okay.  Were you treating that
(11) patient with or what treatment were you
(12) providing to that patient?
(13)    A    I was providing psychotherapy and
(14) medication management.
(15)    Q    What type of medication?
(16)    A    This was over 30 years ago, but in
(17) general I would say an antidepressant and an
(18) antipsychotic medication.  I don't remember
(19) exactly the exact medication.
(20)    Q    Okay.  And were you monitoring
(21) that patient closely?
(22)    A    Yes.
(23)    Q    Had the patient had a history of
(24) suicide attempt?
(25)    A    History of what, I'm sorry?

17 (Pages 62 to 65)

EXHIBIT B

Page 66

(1)                    Goldstein, M.D.
(2)       Q    Suicide attempt.
(3)       A    No.
(4)       Q    Did the patient have a history of
(5)  suicidal ideation?
(6)       A    I think at times, yes.  She was
(7)  going through a divorce, a very stressful
(8)  circumstance.
(9)       Q    Did you provide care to her within
(10) the standard of care?
(11)      A    Yes.
(12)      Q    And nonetheless she committed
(13) suicide?
(14)      A    I'm sorry?
(15)      Q    And nonetheless she committed
(16) suicide?
(17)      A    Yes.
(18)      Q    Was her suicide preventable?
(19)      A    Was it preventable, she very sick
(20) and she was being given very intensive treatment
(21) as an out-patient and she committed suicide
(22) nonetheless.
(23)      Q    Was her suicide preventable?
(24)      A    Obviously not.
(25)      Q    Okay.  What was the cause of her

Page 67

(1)                    Goldstein, M.D.
(2)  suicide?
(3)       A    As I said, she was psychotic.  So
(4)  she had in addition to the depression there were
(5)  certain symptoms that increased the risk.
(6)            While in-patient treatment was a
(7)  consideration at the time there was a lot of
(8)  resistance to that and so she was maintained as
(9)  an out-patient.
(10)           It was kind of a borderline issue
(11) and she wasn't imminently suicidal so she
(12) couldn't be committed.  Certain stressors came
(13) up that were not, what's the word.
(14)      Q    Anticipated?
(15)      A    Expected.  I said she was going
(16) through a divorce so I don't remember clearly.
(17) Actually her husband was a matrimonial lawyer.
(18) So there were a lot of issues that she was
(19) having trouble dealing with.
(20)      Q    Okay.  And those were issues that
(21) you were working with her on through
(22) psychotherapy?
(23)      A    And medication, yes.
(24)      Q    And medication.
(25)           Other than that lady have you had

Page 68

(1)                    Goldstein, M.D.
(2)  any other patients who have attempted suicide
(3)  while under your care?
(4)       A    I may have had one or two along
(5)  the way who either had suicidal ideation or who
(6)  were preoccupied with suicidal ideation, but
(7)  without a specific intent or plan.  I don't
(8)  recall an actual attempt.  It's possible.  I
(9)  just don't recall right now.
(10)      Q    Okay.
(11)      A    Certainly not in recent years.
(12)      Q    Sure.  What I hear you saying, Dr.
(13) Goldstein, is that in the, I don't know, in the
(14) 30 years of your private practice you have only
(15) had a handful of patients who have had even
(16) suicidal ideations in your private practice; is
(17) that fair?
(18)      A    I wouldn't say a handful.  I have
(19) had a number of patients with suicidal ideation.
(20) I haven't had patients who acted it out.
(21)      Q    Okay.
(22)      A    Except for that case of actual
(23) suicide.
(24)      Q    How many patients do you think you
(25) have had with suicidal ideations?

Page 69

(1)                    Goldstein, M.D.
(2)       A    It's not unusual.
(3)       Q    Okay.  Suicidal ideation is a
(4)  pretty common thing in people with mental health
(5)  diagnosis; right?
(6)       A    Exactly.
(7)       Q    What's less common is patients
(8)  with suicidal ideations with intent or plan?
(9)       A    Correct.
(10)      Q    How many patients do you think you
(11) have had who have had suicidal ideations with
(12) intent or plan?
(13)      A    I can't give you a number.  It
(14) comes up.  It's just a matter of the degree of
(15) intent and the degree of a plan that, you know,
(16) makes it a critical issue.
(17)      Q    Sure.  It's very infrequent in
(18) your practice?
(19)      A    I'm sorry?
(20)      Q    It's very infrequent in your
(21) practice?
(22)      A    That it's reached that point?
(23)      Q    Yes.
(24)      A    Of acting it out?
(25)      Q    Of having suicidal ideations with

18  (Pages 66 to 69)

EXHIBIT B

Page 70

(1)          Goldstein, M.D.
(2)    an intent or a plan.
(3)        A   It's come up.  I can't give you a
(4)    rate of frequency for all those years.
(5)        Q   Okay.  When was the last time it
(6)    came up?
(7)        A   I would say more than half a dozen
(8)    years ago.
(9)        Q   Okay.
(10)       A   More than eight years ago.
(11)       Q   More than eight years ago.
(12)           All right.  Do you have any
(13)   current patients that have suicidal ideation?
(14)       A   Yes, I have had a few that have
(15)   had suicidal ideation from time to time.
(16)       Q   Okay.  Just fleeting suicidal
(17)   ideation?
(18)       A   Recurrent, but not that worrisome.
(19)       Q   Okay.  So suicidal ideation can be
(20)   recurrent, but so long as they have no intent to
(21)   act out on it it's not necessarily worrisome to
(22)   you?
(23)       A   Well, that's one issue that, you
(24)   know, has to be evaluated.  A complete suicide
(25)   risk assessment is, you know, indicated in any

Page 71

(1)          Goldstein, M.D.
(2)    of those cases.
(3)        Q   Okay.  We'll get to that in a
(4)    little bit.  Let's see.  Do you have patients
(5)    currently in your practice who also have a
(6)    primary care physician?
(7)        A   I think most patients do these
(8)    days.
(9)        Q   Okay.  Do you communicate with
(10)   your patients' primary care physicians?
(11)       A   Only if there's some, you know, a
(12)   need to.
(13)       Q   Okay.  How do you know if there's
(14)   a need to?
(15)       A   Well, for example, sometimes if a
(16)   patient is suffering from some chronic medical
(17)   illness or is concerned about, worried about
(18)   some potential emergent medical problem or
(19)   hypochondriacal about something, that may be an
(20)   issue.
(21)       Q   Okay.  I take it that the patients
(22)   that you have you provide both medication
(23)   management and psychotherapy to them; is that
(24)   correct?
(25)       A   Depending on the need, yes.

Page 72

(1)          Goldstein, M.D.
(2)        Q   Okay.  Do you have any patients
(3)    where you provide only their medication
(4)    management and they get psychotherapy from
(5)    someone else?
(6)        A   I have done that very frequently
(7)    in the past, but not in recent years.  I
(8)    don't -- I prefer not to do that.
(9)        Q   I take it if somebody is paying
(10)   $500 an hour to come to you they are probably
(11)   going to want to get as much benefit from that
(12)   as they can and go ahead and get the
(13)   psychotherapy while they are there?
(14)       A   It's not a matter of that.  I just
(15)   think these kind of split treatment arrangements
(16)   have a lot of problems that -- I prefer to treat
(17)   the patient myself, provide all the necessary
(18)   treatment myself.  I think it's more effective.
(19)   At least that has been my experience.
(20)       Q   Okay.  You understand, though,
(21)   that out in the community and in a lot of health
(22)   centers and places that psychiatrist generally
(23)   do medication management, whereas psychotherapy
(24)   is done by licensed clinical social workers or
(25)   psychologists; correct?

Page 73

(1)          Goldstein, M.D.
(2)           MR. ELLIS:  Objection.
(3)        A   Yes.  I have had extensive
(4)    experience doing that and I would prefer not to.
(5)        Q   But you understand that that's
(6)    done?
(7)        A   Yes.  That's a very frequent model
(8)    that's used.
(9)        Q   Okay.  That's not against the
(10)   standard of care to use that model?
(11)       A   I'm sorry?
(12)       Q   It's not against the standard of
(13)   care to use that model?
(14)       A   No.  It's only my preference over
(15)   the years and I have done it extensively over
(16)   the years, but I have reached the point where I
(17)   can maintain a practice without having to do
(18)   that.
(19)       Q   Okay.  Do you employ anyone else?
(20)       A   No.
(21)       Q   It's just you, one man show?
(22)       A   In terms of the practice?
(23)       Q   Yes.
(24)       A   Yes.
(25)       Q   You don't have a secretary?

EXHIBIT B

Page 74

(1)                    Goldstein, M.D.
(2)      A    I have an assistant who does some
(3)  clerical type work.
(4)      Q    Okay.  Do you keep your own
(5)  records?
(6)      A    Yes.
(7)      Q    Do you use an electronic medical
(8)  record system or --
(9)      A    No.
(10)     Q    Do you hand write your notes?
(11)     A    Yes.
(12)     Q    Okay.  So if one of your patients
(13) went to their family medicine doctor and that
(14) doctor wanted to access your records they would
(15) need to obtain an authorization and send it to
(16) you and you would what, then fax them your
(17) records?
(18)     A    If that were the case, yes.
(19)     Q    Okay.  Do you ever refer your
(20) patients to any other type of counselor or any
(21) other type of provider for a method or type of
(22) counseling that you don't provide?
(23)     A    I've referred patients to other
(24) providers at times, yes.
(25)     Q    Okay.  What type of providers?

Page 75

(1)                    Goldstein, M.D.
(2)      A    Sometimes I have referred them to
(3)  psychopharmacologists who are more experienced
(4)  in handling complex cases.
(5)      Q    Okay.  Anybody else?
(6)      A    I can't think of anything
(7)  recently, no.  Sometimes to a social worker for
(8)  finding some resource.
(9)      Q    What would be a complex case you
(10) would refer to a psychopharmacologist for?
(11)     A    I think psychopharmacologists are
(12) more experienced and have the full range of
(13) expertise to treat certain kind of cases that
(14) involve psychotic, paranoid, schizophrenic
(15) patients that I prefer not to deal with.
(16)     Q    So you think that's outside the
(17) realm of a general psychiatrist?
(18)     A    It's not outside the realm of a
(19) general psychiatrist, but I think, you know, the
(20) best possible care for those kind of conditions
(21) can be provided by someone that specializes in
(22) treating those kind of conditions.
(23)     Q    Okay.  What types of psychotherapy
(24) do you provide to your patients?
(25)     A    Basically it's either

Page 76

(1)                    Goldstein, M.D.
(2)  interpersonal psychodynamic psychotherapy or
(3)  supportive psychotherapy.
(4)      Q    Okay.  Do you do cognitive
(5)  behavioral therapy?
(6)      A    I don't do cognitive behavioral
(7)  therapy.
(8)      Q    If a patient needs cognitive
(9)  behavioral therapy do you send them to somebody
(10) else or do you use one of your methods?
(11)     A    I haven't seen patients that I
(12) think cannot benefit from the kind of therapy I
(13) do.
(14)     Q    All right.  How many patients do
(15) you see per week?
(16)     A    Well, my total patient caseload as
(17) I said is 30 to 40 patients and some of them I
(18) don't see every week and some of them I see
(19) twice a week, so it varies.
(20)     Q    All right.  Do you have some kind
(21) of set office schedule, I see patients on
(22) Tuesdays, Wednesdays, and Thursdays.  I see
(23) patients on, you know, what's your office
(24) schedule like?
(25)     A    Generally I see patients every

Page 77

(1)                    Goldstein, M.D.
(2)  day.  Five days a week.  Sometimes five and a
(3)  half days.
(4)      Q    Okay.  Do you have an average
(5)  number of appointments per week?
(6)      A    It varies substantially because
(7)  some patients have a set time because they are
(8)  working or they need that kind of certain time.
(9)  Other patients can be scheduled with some
(10) variation.
(11)     Q    Okay.  About how many patients do
(12) you see in a day?
(13)     A    Sometimes eight, sometimes six.
(14)     Q    Okay.  Is it ever less than six?
(15)     A    Is it ever less than six, yes,
(16) sometimes.
(17)     Q    Today it will probably be less
(18) than six?
(19)     A    Today it's zero.
(20)     Q    How many do you have scheduled for
(21) tomorrow?
(22)     A    I can't say offhand.  What's
(23) tomorrow?
(24)     Q    Tuesday.
(25)     A    Tuesday, I'm not sure.

20  (Pages 74 to 77)

**EXHIBIT B**

Page 78

(1)          **Goldstein, M.D.**
(2)      Q    How do your patients get referred
(3)  to you generally?
(4)      A    **Generally through colleagues,**
(5)  **sometimes by attorneys.  Mostly through**
(6)  **colleagues.**
(7)      Q    You say colleagues.  You mean
(8)  other psychiatrists?
(9)      A    **Other psychiatrists or social**
(10) **workers.**
(11)     Q    All right.
(12)     A    **Or psychologists sometimes.**
(13)     Q    Do you ever refer patients back to
(14) their primary care physician for medication
(15) management?
(16)     A    **You mean psychotropic medication**
(17) **management?**
(18)     Q    Yes, antidepressants.
(19)     A    **I don't think I have done that.**
(20)     Q    Okay.  If a patient is let's say
(21) on Zoloft and they have been on it for six
(22) months and they are stable and they are doing
(23) well you continue to see them rather than
(24) sending them to their family medicine doctor to
(25) manage that medication?

Page 79

(1)           Goldstein, M.D.
(2)      A    **Correct.**
(3)      Q    Okay.  Have you ever employed a
(4)  licensed clinical social worker?
(5)      A    **As part of my practice?**
(6)      Q    Yes.
(7)      A    **I have never employed.  I have**
(8)  **worked with social workers and shared, split**
(9)  **treatment arrangements, but they have never been**
(10) **an employee of mine.**
(11)     Q    Okay.  When was the last time you
(12) had a split treatment arrangement with one?
(13)     A    **Oh, probably more than five years**
(14) **ago.**
(15)     Q    And what was that split treatment
(16) arrangement?
(17)     A    **I was providing medication**
(18) **management.  The social worker was providing**
(19) **psychotherapy.**
(20)     Q    Okay.  And who was that social
(21) worker?
(22)     A    **You mean the name?**
(23)     Q    Yes.
(24)     A    **I don't recall who it was.**
(25)     Q    Okay.  So that social workers

Page 80

(1)           Goldstein, M.D.
(2)  maintained their own private practice?
(3)      A    **Yes.  It was a private**
(4)  **practitioner.  We were both in our own private**
(5)  **practice at the time.**
(6)      Q    Okay.  So your patients would come
(7)  to you for your medication management and go to
(8)  that social worker for psychotherapy?
(9)      A    **Correct.**
(10)     Q    And how would you all share
(11) information about patients?
(12)     A    **Either by telephone or by, I guess**
(13) **it was either maybe faxes or e-mails.**
(14)     Q    Okay.  So you might fax each other
(15) the records from your visit or e-mail the
(16) records?
(17)     A    **Not the records, but information,**
(18) **relevant information.**
(19)     Q    Okay.  And was it just one social
(20) worker?
(21)     A    **At that time, yes.**
(22)     Q    Have you ever taught licensed
(23) clinical social workers?
(24)     A    **Well, when I was at the VA we had**
(25) **frequent clinical conferences with**

Page 81

(1)          **Goldstein, M.D.**
(2)  **multi-disciplinary attendees or social workers.**
(3)  **Teaching conferences, clinical conferences with**
(4)  **social workers, psychiatrists, psychologists.**
(5)      Q    Those were clinical conferences
(6)  when you would all get together and discuss
(7)  patients who were on the unit or patients you
(8)  were caring for; correct?
(9)      A    **Correct, or discuss general**
(10) **clinical issues that we were dealing with.**
(11)     Q    Okay.  But you have never taught
(12) courses for licensed clinical social workers?
(13)     A    **In that setting, but not outside**
(14) **that setting.**
(15)     Q    Okay.  And you have not directly
(16) overseen any licensed or supervised any licensed
(17) clinical social workers since you were at the VA
(18) in '81?
(19)     A    **I might have when I was in Long**
(20) **Island College Hospital on some occasions.**
(21)     Q    Did you?
(22)     A    **I said I might have.  I think I**
(23) **did.**
(24)     Q    Okay.  But you're not sure?
(25)     A    **More likely than not I did.**

EXHIBIT B

Page 82

Goldstein, M.D.

(1)
(2) Q    So that would have been up to '91
(3) or '92?
(4) A    Correct.
(5) Q    But you have not since then?
(6) A    In a formal setting, no.
(7) Q    Have you supervised them or
(8) overseen them in an informal setting?
(9) A    Well, in those split treatment
(10) situations I think I have -- I guess I have
(11) given them guidance or suggestions.
(12) MS. WATTS:  All right.
(13) Let's take a quick break.
(14) (A short recess was taken at
(15) this time.)
(16) (The deposition resumed with
(17) all parties present.)
(18) R O B E R T   L.   G O L D S T E I N, M.D.,
(19) resumed, and testified further as
(20) follows:
(21) BY MS. WATTS:
(22) Q    All right. Dr. Goldstein, while
(23) we were taking a break -- well, I want to shift
(24) gears and start talking about what you're here
(25) doing today and that's testifying as an expert

Page 83

Goldstein, M.D.

(1)
(2) witness.
(3) So while we took a break I gave
(4) you the testimonial lists that you had provided
(5) to us for your deposition testimony and trial
(6) testimony for the past four years and I asked
(7) you to mark on those lists which of these cases
(8) were medical negligence cases and you have done
(9) so; correct?
(10) A    Yes.
(11) Q    To the best of your ability?
(12) A    Yes.
(13) Q    It's true that the majority of the
(14) cases that you have testified in for the last
(15) four years have involved employment matters,
(16) harassment, discrimination, those types of
(17) claims; correct?
(18) A    Correct.
(19) Q    Okay.  And off the record you
(20) referred to it as somewhat of a cottage industry
(21) these days for psychiatric witness testimony?
(22) A    It seems to be, yes.
(23) Q    On the deposition testimony list
(24) you've marked five cases in the last four years
(25) in which you have given a deposition in a

Page 84

Goldstein, M.D.

(1)
(2) medical negligence case and I want to ask you if
(3) these were on behalf of the plaintiff or on
(4) behalf of the defendant.
(5) In the Movits versus Sostowski
(6) case?
(7) A    I can simplify it that apparently
(8) all of those were testimony on behalf of the
(9) plaintiffs.
(10) Q    On behalf of the plaintiffs?
(11) A    All of the ones in the last four
(12) years.
(13) Q    Both deposition and trial?
(14) A    Correct.
(15) Q    So in the last four years you have
(16) not testified on behalf of a defendant physician
(17) in a medical malpractice action?
(18) A    Correct.
(19) Q    Do you know when the last time you
(20) testified on behalf of a defendant physician in
(21) a medical malpractice action was?
(22) A    I can't say.  It was probably more
(23) than eight years ago.
(24) Q    Okay.
(25) A    I would have to go back and see if

Page 85

Goldstein, M.D.

(1)
(2) I could retrieve some of those old lists.  I
(3) don't think in the last -- definitely not in the
(4) last four years. I don't think in the last four
(5) years before that.
(6) Q    In medical malpractice actions --
(7) well, let's start with this.  When did you start
(8) providing expert testimony in medical
(9) malpractice actions?
(10) A    When did I start?
(11) Q    Yes.
(12) A    I guess in the '80's.
(13) Q    Okay.
(14) A    Maybe like '85.
(15) Q    About the time you got out of law
(16) school, shortly after?
(17) A    That's the last case I remember.
(18) There may be some before that.
(19) Q    Okay.
(20) A    The last one I remember in terms
(21) of the --
(22) Q    Earliest ones?
(23) A    -- earliest ones was in '85, yes.
(24) Q    And approximately how many medical
(25) malpractice actions do you think you provided

22 (Pages 82 to 85)

EXHIBIT B

Page 86

(1) Goldstein, M.D.
(2) expert testimony in?
(3) A   I can't say.  I can't even
(4) estimate.
(5) Q   Of the medical malpractice actions
(6) that you have provided testimony in, is it fair
(7) to say that you have testified on behalf of the
(8) plaintiff more than on behalf of the defendant?
(9) A   In those particular kinds of
(10) matters, yes.
(11) Q   Okay.  Do you have a percentage
(12) breakdown for medical malpractice actions?
(13) A   I'm afraid not, no.
(14) Q   Okay.  What percentage of your
(15) income is derived from expert work?
(16) A   I would say less than ten percent
(17) overall.
(18) Q   And how much do they charge per
(19) hour to review cases?
(20) A   Presently?
(21) Q   Yes.
(22) A   $600 an hour.
(23) Q   Do you know how much you have
(24) charged to date in this case.  Is that in the
(25) blue folder that she took to have copied?

Page 87

(1) Goldstein, M.D.
(2) A   Yes.  I think it's roughly about,
(3) do you want a rough estimate?
(4) Q   Sure.
(5) A   Or I can give you an exact number.
(6) Q   Give me a rough estimate now.  We
(7) will get the exact number later.
(8) A   $9,000.
(9) Q   Okay.  As far as your forensic
(10) work overall, I understand from reading other
(11) testimony of yours it started out being more
(12) criminal in nature and has shifted into this
(13) civil field.
(14) A   Yes.  I was working at the court
(15) clinic as I said and I began to be referred
(16) cases of a criminal nature that formed the bulk
(17) of my forensic work for a number of years.
(18) Q   Okay.  Have you ever testified
(19) against a family medicine physician before?
(20) A   Not that I recall, no.
(21) Q   Okay.  Have you ever testified on
(22) behalf of a family medicine physician before?
(23) A   No.
(24) Q   Have you ever testified against a
(25) licensed clinical social worker before?

Page 88

(1) Goldstein, M.D.
(2) A   Not that I recall.
(3) Q   Have you ever testified on behalf
(4) of a licensed clinical social worker?
(5) A   I don't believe so, no.
(6) Q   Has your testimony ever been
(7) stricken by a court?
(8) A   No.
(9) Q   Have you reviewed any cases
(10) previously for Mr. Ellis?
(11) A   No.
(12) Q   Do you know how Mr. Ellis came to
(13) be in contact with you?
(14) A   I may have known when we first
(15) talked, but I don't recall.
(16) Q   Okay.  Have you reviewed any cases
(17) for his co-counsel, Will Nefzger or their law
(18) firm Bahe Cook Cantley & Nefzger previously?
(19) A   No.
(20) Q   Have you reviewed any cases or
(21) testified in Kentucky before?
(22) A   No.
(23) Q   Do you advertise your services as
(24) an expert witness?
(25) A   No, I never have.

Page 89

(1) Goldstein, M.D.
(2) Q   All right.  What medical
(3) publications do you subscribe to?
(4) A   The American Journal of
(5) Psychiatry, the Journal of Clinical Psychiatry,
(6) Psychiatric Annals.  I forget, I think they
(7) changed the title, but I think it's called --
(8) I'll get back to that one.
(9) Q   Okay.
(10) A   The Journal of American Academy of
(11) Psychiatry and Law.  And there is one other
(12) journal.  I think it was called Archives of
(13) General Psychiatry, but I think now they have
(14) changed the name.  But I forget what the new
(15) title is.
(16) Q   Okay.  Do you regularly review all
(17) of those publications?
(18) A   Well, I go through them and read
(19) articles that are pertinent to my practice.
(20) Q   Okay.  Do you routinely review any
(21) family medicine journals?
(22) A   No, not regularly.
(23) Q   Did you ever review any family
(24) medicine journal?
(25) A   Well, I have in this matter.

EXHIBIT B

23  (Pages 86 to 89)

Page 90

Goldstein, M.D.

Q   Okay.  In your practice do you review family medicine journals?

A   No.

Q   In your practice do you review psychology journals?

A   No.

Q   All right.  Most of your publications have something to do with law and psychiatry; is that fair?

A   Yes.

Q   Okay.  You're an editor of the Principles and Practice of Forensic Psychiatry textbook, Part 10, Basic Issues in the Law?

A   Yes.

Q   Okay.  And within that part of that textbook you authored several chapters including Philosophy in Law, Foundations of American Law, Judicial Review of the Constitution, Introduction of Civil Procedure, Significant Issues in Criminal Procedure and Theories of Legal Punishment; correct?

A   In the most recent edition, yes.

Q   And all of those chapters are essentially legal chapters?

Page 91

Goldstein, M.D.

A   Yes.  Basically they are an introduction to legal issues for forensic psychiatrists.

Q   Right.  I read them.  They read like a law textbook; right?

A   Well --

Q   They are dummied down law textbooks?

A   What's that thing called, Law for Dummies.  Law for forensic psychiatrists watered down.

Q   All right.  There is one chapter on that part of textbook on tort law and the psychiatrist which deals with medical negligence relating to psychiatry and that chapter was authored by someone else?

A   Yes.  I found an expert in that field, a real expert in that field.

Q   Right.  A real expert in tort law in psychiatry?

A   Yes.

Q   Apart from those textbook chapters about law you have not published any writings since 2013 when you published an article about

Page 92

Goldstein, M.D.

confidentiality and informed consent issues in the treatment of adolescent substance abuse?

A   I would have to look at that, but you're probably correct.

Q   All right.  And it's fair to say that you haven't published anything about the clinical practice of psychiatry since 2000 when you published on serial stalkers?

A   I published a number of things about paranoids, stalkers, various paranoid conditions like erotomania.

Q   Right.  Back in 2000; right?

A   Was that in 2000?

Q   Let's see.  Erotomania in Claims of Psychiatry Malpractice.  That was 2002?

A   2002, yes, that was malpractice.  That was a malpractice case I forgot.  Did I mention that or did you ask me about that?

Q   Have you ever been sued for malpractice?

A   Not me.

Q   Not you?

A   But that was a malpractice case in Federal Court in 2002.

Page 93

Goldstein, M.D.

Q   Okay.

A   Or just a year or two before 2002.

Q   All right.  That's one where you testified on behalf of the physician?

A   I testified on behalf of the defendant physician, yes.

Q   Okay.  The article that you wrote about erotomania, was that about the clinical practice of psychiatry or was that about that malpractice case?

A   I have written, you know, about six or eight articles about erotomania and other paranoid related conditions, but that particular one was about the clinical issues that came up in that lawsuit.

Q   Okay.

A   In which I was an expert.

Q   All right.  And feel free to look at your CV, but am I correct that it's fair to say the last time you published anything about clinical practice of psychiatry would be in 2000 when you published on serial stalkers, recent clinical findings?

A   Did you say 2002?

EXHIBIT B

Page 94

Goldstein, M.D.

(1) Goldstein, M.D.
(2) Q  2000.
(3) A  **2000.**
(4) Q  No. 73 on your publications list.
(5) That is the last time you published anything
(6) about the clinical practice of psychology?
(7) A  **Well, in 2006 I wrote an article**
(8) **with a co-author about clinical psychiatry in**
(9) **terms of civil commitment practices in a**
(10) **psychotic condition called delusional disorder.**
(11) Q  Okay.  So that had to do with the
(12) clinical practice?
(13) A  **Yes.**
(14) Q  Okay.
(15) A  **When certain patients were**
(16) **committable.**
(17) Q  All right.  So one article in 2006
(18) and then the previous one would be in 2000?
(19) A  **Correct.**
(20) Q  Okay.  You have also written quite
(21) a bit on how to be a good expert witness at
(22) trial; correct?
(23) A  **I wouldn't put it that way.**
(24) Q  How would you put it?
(25) A  **Which article are you referring**

Page 95

Goldstein, M.D.

(1) Goldstein, M.D.
(2) to?
(3) Q  There's a Hot Seat article and a
(4) High Noon in the Courtroom article.
(5) A  **Okay.  The psychiatrist in the Hot**
(6) **Seat article.**
(7) Q  Yes.
(8) A  **I wouldn't say it was about how to**
(9) **be an expert witness.  It's an introduction to**
(10) **forensic psychiatrists about issues that may**
(11) **come up in the courtroom when they are called**
(12) **upon to testify that they may not be familiar**
(13) **with.**
(14) **So to familiarize them with the**
(15) **issue of impeachment basically is what that is**
(16) **about.  That's what the article is about.  It's**
(17) **not a how to article.**
(18) Q  Okay.
(19) A  **It's more about the nature of**
(20) **impeachment and how that plays out in the**
(21) **courtroom.**
(22) Q  It tells them how to maintain an
(23) appearance of strict impartiality?
(24) A  **Well, the importance of**
(25) **appropriate courtroom behavior.**

Page 96

Goldstein, M.D.

(1) Goldstein, M.D.
(2) Q  All right.  I'll save us time.  I
(3) won't go through those in detail.
(4) All right.  Let's talk about this
(5) case.  When were you first contacted in this
(6) case.  I guess we may need to wait until we get
(7) your --
(8) A  **No.  I was contacted in**
(9) **mid-February.**
(10) Q  Mid-February of this year?
(11) A  **Of 2019, yes.**
(12) Q  Okay.  And what were you asked to
(13) do?
(14) A  **I was asked to review records,**
(15) **clinical records and other materials to render**
(16) **an opinion about whether the standards of care**
(17) **was met in the treatment of Ms. Borum in terms**
(18) **of her clinical condition and in terms of the**
(19) **management of her clinical condition by a family**
(20) **practice physician and a social worker.**
(21) Q  Okay.  And in your report, you
(22) generated a report of your opinions?
(23) A  **Correct.**
(24) Q  And that's dated March 8th of
(25) 2019?

Page 97

Goldstein, M.D.

(1) Goldstein, M.D.
(2) A  **Correct.**
(3) Q  And that's your final report in
(4) this matter?
(5) A  **That was my only and my final**
(6) **report, yes.**
(7) Q  Okay.  And Appendix A of that
(8) report lists what you reviewed in coming up with
(9) your opinions; is that correct?
(10) A  **Correct.**
(11) Q  And is that the sum total of what
(12) you reviewed prior to coming up with your
(13) opinions?
(14) A  **Correct.**
(15) Q  Okay.  Did you review the entire
(16) deposition transcript of Dr. Smith?
(17) A  **Yes.**
(18) Q  Okay.  Did you review the entire
(19) deposition transcript of Dr. White?
(20) A  **Yes.**
(21) Q  And the entire deposition
(22) transcript of Ms. Powell?
(23) A  **Correct.**
(24) Q  All right.  What are documents re:
(25) Nicole's suicide?

25  (Pages 94 to 97)

**EXHIBIT B**

Page 98

(1)             Goldstein, M.D.
(2)       A   I would have to go through the
(3)   folder, but as I recollect those included her, I
(4)   mean her suicide note, some photographs of
(5)   bottles of medication that I believe her mother
(6)   took the photographs, maybe a receipt for the
(7)   purchase of her gun.  I didn't know if that was
(8)   including the mother's calendar of events.
(9)       Q   You have that on there, Nicole's
(10)  summer activities calendar.
(11)      A   Okay.  I don't recall what other
(12)  items may have been included in that.
(13)      Q   Okay.  And from these materials
(14)  you were able to come up with your full and
(15)  final opinions; is that correct?
(16)      A   With all the materials you've
(17)  mentioned.
(18)      Q   Yes, on your list of Exhibit A.
(19)      A   Yes.
(20)      Q   Okay.  Had you seen the coroner's
(21)  report prior to formulating your opinions?
(22)      A   Yes, I believe that's listed.
(23)      Q   Is that part of documents re:
(24)  Nicole's suicide?
(25)      A   It's not listed separately?

Page 99

(1)             Goldstein, M.D.
(2)       Q   It's not.
(3)             MS. WATTS:  Tony, do you
(4)         have his report?
(5)             MR. ELLIS:  No.  It's in the
(6)         folder.
(7)             (Discussion off the record.)
(8)   BY MS. WATTS:
(9)       Q   Prior to forming your opinions in
(10)  this case you had not reviewed Cynthia Borum's
(11)  deposition?
(12)      A   Correct.
(13)      Q   Have you since reviewed it?
(14)      A   Yes.
(15)      Q   When did you review it?
(16)      A   I would say a month or two ago.
(17)      Q   Okay.  Is there a reason you
(18)  didn't review it prior to forming your opinions?
(19)      A   I don't believe I had it.
(20)      Q   Okay.  Did you ask for it?
(21)      A   I didn't know it existed.  I mean
(22)  --
(23)      Q   You didn't know that the Plaintiff
(24)  had testified?
(25)      A   I didn't know that she had

Page 100

(1)             Goldstein, M.D.
(2)   testified yet.  I didn't know whether the
(3)   deposition had been available or not.
(4)       Q   Okay.  And you didn't ask whether
(5)   it was available?
(6)       A   No.
(7)       Q   At the time you formulated your
(8)   opinions you had not reviewed the depositions of
(9)   Nicole's friends or ex-fiance?
(10)      A   No.
(11)      Q   Have you since reviewed those?
(12)      A   Yes.
(13)      Q   Okay.  When did you review those?
(14)      A   Just in the last couple days.
(15)      Q   In the last couple of days?
(16)             MR. ELLIS:  Just so the
(17)         record is clear some of those
(18)         depositions didn't occur until after
(19)         the date of that report.
(20)             MS. WATTS:  Just so the
(21)         record is clear, they occurred
(22)         before the disclosure date.
(23)      Q   Prior to rendering your opinions
(24)  did you review the forensic analysis of Nicole's
(25)  cell phone prior to her death?

Page 101

(1)             Goldstein, M.D.
(2)       A   You mean the text messages?
(3)       Q   Yes.
(4)       A   No.
(5)       Q   Have you since reviewed them?
(6)       A   Yes.
(7)       Q   Okay.  When did you review those?
(8)       A   Again within the last couple of
(9)   days.
(10)      Q   Okay.  Have you reviewed or prior
(11)  to formulating your report did you review any of
(12)  Nicole's educational or employment records?
(13)      A   No.
(14)      Q   Have you since reviewed those?
(15)      A   No.
(16)      Q   Okay.  Prior to formulating your
(17)  opinions did you review the deposition of Dr.
(18)  Mark Boling?
(19)      A   No.
(20)      Q   Have you since reviewed that?
(21)      A   No.
(22)      Q   Same question as to the corporate
(23)  representatives of Deaconess.
(24)             Have you reviewed any of their
(25)  depositions?

26  (Pages 98 to 101)

EXHIBIT B

Page 102

Goldstein, M.D.

(1)    Goldstein, M.D.
(2)    A   No.
(3)    Q   Okay.  Did you ask Plaintiff's
(4) counsel for any additional materials than those
(5) which were originally provided to you that are
(6) listed in Appendix A?
(7)    A   I'm sorry?
(8)    Q   Did you request any additional
(9) materials for review than those which were
(10) provided to you that are listed in Appendix A?
(11)    A   No.
(12)    Q   And you felt that what was
(13) provided to you in Appendix A was complete and
(14) sufficient for you to formulate your opinions?
(15)    A   Absolutely, yes.
(16)    Q   Did you learn any information in
(17) your recent review of additional materials that
(18) has changed or altered your opinions in any way?
(19)    A   No.  Everything was consistent
(20) with my opinions.
(21)    Q   Okay.  Are there any other
(22) materials that you have reviewed after authoring
(23) your report that we haven't discussed?
(24)    A   No.
(25)    Q   Have you seen the expert reports

Page 103

(1)    Goldstein, M.D.
(2) of the Defendant?
(3)    A   Yes, I should have mentioned that.
(4) I have seen the expert reports of the Defendant
(5) experts.
(6)    Q   Okay.  Do you know Dr. David Marx?
(7)    A   I don't know any of them.
(8)    Q   You don't know any of them.  I
(9) take it you disagree with at least portions of
(10) their reports?
(11)    A   I would say so, yes.
(12)    Q   Okay.  Did you do any medical
(13) literature research in formulating your opinions
(14) prior to authoring your report?
(15)    A   Well, I had reprints and a file of
(16) articles or chapters or other material that I
(17) was familiar with in general.  Not specifically,
(18) you know, that I relied on or retrieved for this
(19) case.
(20)    Q   Okay.  And what were those?
(21)    A   Reprints from the psychiatric
(22) literature basically.
(23)    Q   About what?
(24)    A   About issues like proper treatment
(25) of depression, about suicidal risk factors,

Page 104

Goldstein, M.D.

(1)    Goldstein, M.D.
(2) about formal suicidal risk assessments.  About
(3) proper management of antidepression therapy in
(4) the suicidal patient.  Things of that nature.
(5)    Q   Okay.  And you said these are from
(6) the psychiatric literature?
(7)    A   I guess, yes, all of them are from
(8) the psychiatric literature.  Some of them may
(9) actually be from a more general practitioner
(10) literature.
(11)    Q   All right.  You attached certain
(12) tables to your report and then you cited to at
(13) least one article in your report.  Are those
(14) references to the materials that you pulled?
(15)    A   Yes.
(16)    Q   Okay.  Have you done any medical
(17) literature research since then?
(18)    A   Think I retrieved some articles
(19) from the general, you know, the family practice
(20) or general practitioner literature on related
(21) subjects to this case.
(22)    Q   Okay.  And why did you do that?
(23)    A   To enhance my understanding of the
(24) guidelines or standard of care or evidence based
(25) practice relating to these particular issues.

Page 105

(1)    Goldstein, M.D.
(2)    Q   Okay.  Is that because you don't
(3) have training in family medicine?
(4)    A   That's because I wanted to see
(5) what family medicine practitioners, what was
(6) expected of them or what guidelines they were
(7) supposed to be following?
(8)    Q   Prior to looking those things up
(9) you did not have knowledge of what guidelines
(10) they were supposed to be following?
(11)    A   In general my knowledge was that
(12) if they chose to hold themselves out as treating
(13) a psychiatric condition or to manage medication
(14) treatment of a psychiatric patient that their
(15) standard of care was more or less identical to
(16) what it would be for a psychiatrist.
(17)    Q   Okay.  Then what was your purpose
(18) in looking up the family medicine guidelines?
(19)    A   To confirm or corroborate or
(20) discorroborate those assumptions.
(21)    Q   Okay.  And did you confirm them,
(22) corroborate them or discorroborate them?
(23)    A   In general I guess I confirmed
(24) them.
(25)    Q   What did you look up in order to

EXHIBIT B

27  (Pages 102 to 105)

Page 106

Goldstein, M.D.

(2) confirm that the standard of care requires that
(3) family medicine doctor who is prescribing
(4) antidepressants to a patient is held to the same
(5) standard of care as a psychiatrist?
(6) **A   Basically that was the sum and**
(7) **substance of the articles that I reviewed.**
(8) Q   And what articles are those?
(9) **A   I don't have them with me.**
(10) Q   Are they in your folder?
(11) **A   You mean the folder --**
(12) Q   Right.
(13) **A   Maybe one or two of them is.**
(14) Q   All right.  So it's your opinion
(15) that Dr. Smith in practicing family medicine and
(16) treating Nicole Borum is held to the same
(17) standard of care as a psychiatrist?
(18) **A   If she chose to render psychiatric**
(19) **care to a patient with Ms. Borum's condition,**
(20) **yes.**
(21) Q   Okay.  What if she chose to render
(22) family medicine care to Ms. Borum?
(23) **A   Well, she was rendering**
(24) **psychiatric care.**
(25) Q   According to whom?

Page 107

Goldstein, M.D.

(2) **A   According to the records.**
(3) Q   Okay.  Do you agree that family
(4) medicine or that primary care physicians
(5) diagnose and treat 80 to 90 percent of the
(6) mental health care in the United States?
(7) **A   I don't know if it's that high.  I**
(8) **have read articles that it's 75 percent, but**
(9) **maybe you read articles that say somewhat**
(10) **higher.  They rendering a majority of care to**
(11) **mental health patients.**
(12) Q   Okay.  So in practicing family
(13) medicine, family medicine doctors render mental
(14) health care to patients?
(15) **A   Yes.**
(16) Q   Okay.  And it's your position that
(17) in practicing family medicine and rendering
(18) mental health care they then take on the role of
(19) a psychiatrist and are held to the standard of
(20) care of a psychiatrist?
(21) **A   If they chose to treat patients**
(22) **with psychiatric conditions with psychiatric**
(23) **modalities of treatment, yes.**
(24) Q   Okay.  And in that 75 percent of
(25) the mental care in the U.S. that is being

Page 108

Goldstein, M.D.

(2) provided by family medicine doctors is there any
(3) of that that's not treating psychiatric
(4) conditions with psychiatric modalities.  Isn't
(5) that what providing mental health care is.
(6) That's the definition of it; right?
(7) **A   They are acting as psychiatrists**
(8) **when they do it.**
(9) Q   Okay.  So you're telling me that
(10) family medicine doctors who provide 75 percent
(11) of the mental health care in the United States
(12) are being held in your opinion to the standard
(13) of care of a psychiatrist who has had a
(14) psychiatry residency when they provide mental
(15) health care to patients.  That's your opinion?
(16) **A   If they choose to operate in that**
(17) **realm, yes.**
(18) Q   Dr. Goldstein, do they have a
(19) choice?
(20) **A   Do they have a choice?**
(21) Q   Yes.
(22) **A   Of course.**
(23) Q   Are there enough psychiatrists in
(24) the United States to handle the 75 percent of
(25) mental health care that family medicine care

Page 109

Goldstein, M.D.

(2) providers are providing.  Are there enough
(3) psychiatrists in the United States to take on
(4) that 75 percent that family medicine doctors are
(5) providing?
(6) **A   I don't think that is an issue**
(7) **here.  An individual practitioner always has a**
(8) **choice whether they feel competent to operate in**
(9) **treating a psychiatric patient with the**
(10) **appropriate standard of care.  They can always**
(11) **refuse to.**
(12) Q   Now, my question.  Are there
(13) enough psychiatrists in the United States that
(14) the burden of treating mental health patients
(15) can be taken from primary care physicians?
(16) **A   There are probably not enough**
(17) **psychiatrists to undertake the care of all the**
(18) **psychiatric patients that the family**
(19) **practitioner has or the general practitioner has**
(20) **to undertake, but in cases where these**
(21) **practitioners feel it's beyond the scope of**
(22) **their expertise or that they don't feel**
(23) **competent to manage those cases and that's not**
(24) **the entire population, but in those selected**
(25) **cases they would be prudent to not treat and to**

28  (Pages 106 to 109)

EXHIBIT B

Page 110

Goldstein, M.D.

refer those patients to a specialist.

Q    Sure.  So because 75 percent of the mental health care in the United States is performed by family practice doctors do you know how much training family practice doctors get on mental health care on their residency?

A    **Probably not sufficient.**

Q    Do you know?

A    **It's probably not.  From what I have read the family practice programs feel they are not, they can't provide the adequate amount of expertise or training.**

Q    Dr. Goldstein, we'll sit here all day until you answer my question.

Do you know how much mental health care training family medicine doctors get during their residency?

MR. ELLIS:  Objection.

A    **When you say how much, you mean how many months?**

Q    Anyway you want to qualify it.

A    **I think that the professional literature indicates that they don't get sufficient training.**

Page 111

Goldstein, M.D.

Q    What professional literature is that?

A    **What I have read that family practice programs feel that they are not able to give adequate training in psychiatry to their trainees or residents.**

Q    Can you give me a single piece of literature that says that?

A    **I can.  I don't have it with me, but I can.**

Q    Okay.  Then I would ask you to supplement the record with literature that says that.

A    **Sure.**

Q    Do you know what percentage of family practice residency is required to contain mental health care?

A    **No.**

Q    Do you know how family medicine physicians are trained to conduct mental health assessments?

A    **Specifically, no.**

Q    All right.  Do you know how family medicine doctors are trained to recognize

Page 112

Goldstein, M.D.

conditions that they should treat versus conditions that they should refer to psychiatrists?

A    **I don't know specifically, no.**

Q    All right.  Do you know how family medicine residents are trained to triage mental health illnesses and provide first line treatments to see if they can assist in treating modifiable risk factors in patients?

A    **In terms of their training and their programs?**

Q    Right.

A    **I have no idea.**

Q    Okay.  You don't know how family medicine practitioners are trained; do you?

A    **Specifically, no.**

(Discussion off the record.)

(A short recess was taken at this time.)

(The deposition resumed with all parties present.)

R O B E R T   L.   G O L D S T E I N, M.D., resumed, and testified further as follows:

Page 113

Goldstein, M.D.

BY MS. WATTS:

Q    In your opinion the standard of care in psychiatry varies between community to community; correct?

A    **I think there's a national standard of care.**

Q    Okay.  Have you testified before that there's no uniform standard of care throughout the United States with respect to psychiatric care or treatment?

A    **Not that I recall.**

Q    All right.  Well, let's look at that then.  Back to the Mr. Legg case we talked about earlier.  You were asked: "How about in the field of psychiatry would that likewise be true, the standards of psychiatric care would vary between community and community?

"Answer: Definitely, yes.

"Question: So, in other words, there is no, let's say, uniform standard of care throughout the United States with respect to psychiatric care or treatment; is that correct, sir?

"Answer: Correct."

29  (Pages 110 to 113)

EXHIBIT B

Page 114

(1)      Goldstein, M.D.
(2)      Do you agree with your prior
(3) testimony, sir?
(4)      A   No.  I may have misunderstood.  I
(5) don't recall saying that, but I may have
(6) misunderstood the context of the question.
(7)      Q   Okay.  So when you said the
(8) standard of care definitely varies between
(9) community to community, you now say it doesn't,
(10) it's standard throughout the United States?
(11)     A   Yes.  That was a VA case.  I don't
(12) know the exact context of that, but I disagree
(13) with that statement.
(14)     Q   Okay.  What did you do to
(15) familiarize yourself with psychiatric practice
(16) in Henderson, Kentucky or Evansville, Indiana?
(17)     A   I didn't feel that was necessary.
(18)     Q   All right.  Is it your opinion in
(19) this case that Dr. Smith should have referred
(20) Nicole Borum to a psychiatrist?
(21)     A   Dr. Smith has an obligation to
(22) treat a psychiatric patient as she did like Ms.
(23) Borum by meeting the standard of psychiatric
(24) care for that patient and if she felt that she
(25) couldn't or she was unable to meet that standard

Page 115

(1)      Goldstein, M.D.
(2) of care as my opinion was that she obviously was
(3) unable to, then she should have referred the
(4) patient to a specialist.
(5)      Q   All right.  I'm going to go back
(6) and ask my question again.
(7)          Is it your opinion that the
(8) standard of care required Dr. Smith to refer
(9) Nicole Borum to a psychiatrist?
(10)     MR. ELLIS:  Objection.
(11)          He answered the question,
(12)     but you can answer again.
(13)     A   Not if she felt if she was
(14) equipped and cognizant of what the standard of
(15) care was.
(16)     Q   Okay.  So if Dr. Smith felt that
(17) this was within her field of practice the
(18) standard of care did not require her to refer
(19) Nicole to a psychiatrist.  That's your opinion?
(20)     A   The standard of care is not
(21) dependent on Dr. Smith's subjective estimate of
(22) what it should be.  It's an objective standard
(23) and whether or not she felt she could meet it is
(24) not the issue.  The issue is was she able to
(25) meet it.

Page 116

(1)          Goldstein, M.D.
(2)      Q   Yes, sir.  And I'm asking you did
(3) the standard of care require her to refer Nicole
(4) or did the standard of care allow for her to
(5) treat Nicole?
(6)          MR. ELLIS:  Objection.
(7)          You can answer again.
(8)      A   She was legally able to treat
(9) Nicole.  That has nothing to do whether she was
(10) able to or familiar with the standard of care.
(11)     Q   All right.  In your opinion she
(12) was not required to refer Nicole to a
(13) psychiatrist?
(14)     A   No.
(15)     Q   I'm correct?
(16)     A   She was not required by law or
(17) statute.
(18)     Q   Or by the standard of care to
(19) refer Nicole?
(20)     A   Well, I don't understand your
(21) question.  They are two separate issues.  I mean
(22) the standard of care of proper management of a
(23) psychiatric patient is one thing and whether
(24) someone chooses to treat the patient even if
(25) they don't have a clue about how to treat a

Page 117

(1)          Goldstein, M.D.
(2) psychiatric patient is something else.
(3)      Q   Okay.  Did the proper management
(4) of Nicole require a referral to a psychiatrist?
(5)      A   In this case in my opinion, yes.
(6)      Q   Okay.  Do you know how long it
(7) would take in Henderson, Kentucky or Evansville,
(8) Indiana to get an out-patient psychiatry
(9) appointment?
(10)     A   I believe that if a psychiatric
(11) consultation was made somewhere in the vicinity,
(12) it didn't have to be in the Deaconess system,
(13) that a psychiatrist could have been found to
(14) treat a case like Ms. Borum's case under the
(15) circumstances.
(16)     Q   How long?
(17)     A   I don't know, but I think it could
(18) have been done expeditiously.
(19)     Q   All right.  There has been
(20) testimony given in this case that it would take
(21) three to four months to get an out-patient
(22) psychiatric appointment in that area even
(23) outside of the Deaconess system.
(24)          MR. ELLIS:  Objection.
(25)          Misstates the record.

**EXHIBIT B**

30  (Pages 114 to 117)

Page 118

(1)         Goldstein, M.D.
(2)         THE WITNESS:  I'm sorry,
(3)  what did you say?
(4)         MR. ELLIS:  I said it
(5)  misstates the record.
(6)     Q    Have you seen any evidence in that
(7)  area a psychiatric appointment could be obtained
(8)  outside of in-patient hospitalization sooner
(9)  than three to four months?
(10)    A    I haven't seen any direct
(11) information, no.
(12)    Q    All right.  Let's talk about
(13) psychotherapists.
(14)         Licensed clinical social workers
(15) are not physicians; correct?
(16)    A    Correct.
(17)    Q    And they are not expected to
(18) review psychiatric publications?
(19)    A    They are expected to familiarize
(20) themselves with any condition of a psychiatric
(21) nature that they are treating.  That may be
(22) available in a social work publication, not
(23) necessarily a psychiatric journal.
(24)    Q    Right.  They are not expected to
(25) review the American Psychiatric Association's

Page 119

(1)         Goldstein, M.D.
(2)  publications?
(3)    A    No.
(4)    Q    Okay.  Do you know what their
(5)  training program entails?
(6)    A    Not specifically, no.
(7)    Q    Okay.  Do you know how licensed
(8)  clinical social workers are trained to assess
(9)  patients?
(10)    A    Well, their training, I don't know
(11) if it's necessarily within their training, but
(12) at some point in their professional career if
(13) they are treating psychiatric patients they have
(14) to familiarize themselves with the wherewithal
(15) or the expertise to conduct a clinical
(16) examination and familiarize themselves with the
(17) clinical conditions that they purport to treat
(18) and with the treatment that's appropriate.
(19)    Q    And do you know how they are
(20) trained to do that within their education and
(21) training?
(22)    A    I don't know how it's done in
(23) their education or training program, but, you
(24) know, it's only a two-year program.
(25)         So once they graduate they can do

Page 120

(1)         Goldstein, M.D.
(2)  a myriad of things, but if they decide to treat
(3)  psychiatric patients they have to familiarize
(4)  themselves with the relevant clinical
(5)  information and the treatment and the assessment
(6)  that is appropriate.
(7)    Q    What's your source for that
(8)  statement?
(9)    A    Anyone that provides patient care
(10) regardless of whether they are a psychiatrist, a
(11) nurse practitioner, a family medicine physician
(12) or a social worker, anyone that undertakes the
(13) care of psychiatric patients has an obligation
(14) to be familiar with the standard of care of
(15) assessing and treating the patients that they
(16) undertake to treat.
(17)    Q    All right.  So if within their
(18) training program licensed clinical social
(19) workers are trained on how to assess and treat
(20) those patients, then by the time they complete
(21) their training program they would be so trained;
(22) correct?
(23)    A    Possibly.
(24)    Q    Okay.  And you don't know what
(25) their training is?

Page 121

(1)         Goldstein, M.D.
(2)    A    Well, it doesn't matter what it
(3)  is.  Even if it's inadequate or deficient they
(4)  have an obligation to acquaint themselves with
(5)  the standard of care that's applicable.
(6)    Q    Yes.  And the standard of care
(7)  that's applicable is the standard of care that
(8)  is applicable to licensed clinical social
(9)  workers; correct?
(10)    A    It shouldn't differ from the
(11) standard of care that applies to any mental
(12) health clinician.
(13)    Q    So you think that a licensed
(14) clinical social worker should be held to the
(15) same standard of care as a psychiatrist
(16) physician?
(17)    A    In treating a specific type of
(18) psychiatrist condition, yes.
(19)    Q    So a licensed clinical social
(20) worker who is providing psychotherapy to a
(21) patient is held to the same standard of care as
(22) an M.D. psychiatrist, that's your opinion?
(23)    A    The standard of care for treating
(24) and assessing the psychiatric patient with a
(25) particular condition should be the same as any

31 (Pages 118 to 121)

EXHIBIT B

Page 122

(1)          **Goldstein, M.D.**
(2) **mental health practitioner, social worker,**
(3) **psychologist, psychiatrist, nurse practitioner,**
(4) **family physician.**
(5)      Q     Then why don't they get the paid
(6) the same as you.  If they are taking on the same
(7) amount of risk why don't they get paid the same?
(8)          MR. ELLIS:  Objection.
(9)      A     It's not a financial issue.  It's
(10) an issue of safeguarding patient welfare and
(11) providing treatment that's in the best interest
(12) of patient.
(13)      Q     So when a patient goes to a
(14) licensed clinical social worker the licensed
(15) clinical social worker is acting as an M.D.
(16) psychiatrist?
(17)      A     No.  They are acting as a licensed
(18) clinical social worker that's meeting the
(19) appropriate standard of care.
(20)      Q     That's providing the same standard
(21) of that as an M.D. psychiatrist?
(22)      A     Meeting the same standard of care.
(23)      Q     Okay.  Did you do any research to
(24) educate yourself on the standard practice of
(25) licensed clinical social workers before

Page 123

(1)          Goldstein, M.D.
(2) rendering your opinions in this case?
(3)          MR. ELLIS:  Objection.
(4)          You can answer.
(5)      A     No.
(6)      Q     Okay.  And have you testified in
(7) the past that you cannot speak to what
(8) instruments psychotherapists in out-patient
(9) settings routinely use with their patients?
(10)      A     I'm sorry, could you repeat that?
(11)      Q     Sure.  Have you testified in the
(12) past that you cannot speak to what instruments
(13) psychotherapists in out-patient settings
(14) routinely use with their patients?
(15)      A     When you say instruments I'm not
(16) sure what you mean.
(17)      Q     Sure.  Guidelines, checklists,
(18) instruments, PHQ9's.
(19)      A     I don't think that's part of the
(20) standard of care.
(21)      Q     Okay.  So psychotherapists can
(22) choose what instruments or what tools or what
(23) checklists they use in their assessment of
(24) patients and that's not a standard of care
(25) issue?

Page 124

(1)          Goldstein, M.D.
(2)      A     Using checklists or guidelines or
(3) psychometric tools is an issue of perhaps what
(4) the ideal would be, but it's not the basic
(5) standard of care.
(6)      Q     Okay.  And you don't know what
(7) psychotherapists routinely use or do not use in
(8) their practices?
(9)      A     It varies significantly between
(10) different therapists.
(11)      Q     Okay.
(12)      A     It's not required by the standard
(13) of care.
(14)      Q     All right.  Is it required by the
(15) standard of care for family medicine doctors to
(16) use specific tools in their practice?
(17)      A     Psychometric tools?
(18)      Q     Yes.
(19)      A     No.
(20)      Q     Okay.
(21)      A     It may be ideal or better
(22) practice, but I wouldn't say it's required by
(23) the standard of care.
(24)      Q     All right.  Would you agree that
(25) primary care physicians are qualified to treat

Page 125

(1)          Goldstein, M.D.
(2) and manage general mental health illnesses such
(3) as depression, anxiety, and adjustment disorder?
(4)      A     Excuse me.  When you say qualified
(5) you mean legally?
(6)      Q     I'll rephrase.
(7)          Would you agree that primary care
(8) physicians are trained to treat and manage
(9) general mental health illnesses such as
(10) depression, anxiety, and adjustment disorder?
(11)      A     Well, I think that would depend on
(12) whether they have acquired the requisite
(13) knowledge and skill to do so.
(14)      Q     Okay.  If family medicine
(15) physicians have completed a family medicine
(16) residency and are Board-certified have they
(17) obtained the requisite knowledge and skill to
(18) treat and manage general mental health
(19) illnesses?
(20)      A     Not necessarily.
(21)      Q     Okay.  Are family medicine
(22) physicians expected to be familiar with
(23) psychiatric publications and literature?
(24)      A     Well, I mean like a particular
(25) journal?

**EXHIBIT B**

32  (Pages 122 to 125)

Page 126

Goldstein, M.D.

(1)
(2) Q   Like I mean the psychiatric
(3) publications in the literature that you
(4) subscribe to, sir, as a psychiatrist.
(5) A   They are not required to be
(6) familiar with specific, you know, literature.
(7) Only to the extent that whether it's in the
(8) psychiatric literature or the family physician
(9) literature, they are expected to be familiar
(10) with the conditions that they are treating, the
(11) modalities of treatment that they are
(12) implementing and the standard of care.
(13) Q   Right.  You wouldn't expect a
(14) family medicine physician to be routinely
(15) reading and reviewing the American Psychiatric
(16) Association's literature?
(17) A   Not necessarily.
(18) Q   Okay.  Are family medicine
(19) physicians expected to have the same depth of
(20) knowledge of psychiatric illnesses as
(21) psychiatrists?
(22) A   Only to the extent that they have
(23) to be familiar with what the appropriate
(24) standard of care is for the conditions that they
(25) are treating.

Page 127

Goldstein, M.D.

(1)
(2) Q   All right.  Let's talk about
(3) SSRI's.  Are you familiar with SSRI's?
(4) A   Yes.
(5) Q   Is it your opinion that Nicole
(6) Borum's suicide was caused by a side effect of
(7) Lexapro?
(8) A   I can only say that the
(9) possibility exists or the probability exists
(10) more likely than not that a side effect of
(11) Lexapro served to contribute to an increase in
(12) the suicide risk.  There were many causes of her
(13) suicide.  I think that contributed to the
(14) enhanced suicide risk.
(15) Q   Okay.  So it's your opinion that a
(16) side effect of Lexapro was a cause of Nicole's
(17) suicide?
(18) A   I didn't say that.  I said that it
(19) enhanced the suicide risk.
(20) Q   All right.  It's your opinion that
(21) she did experience that side effect?
(22) A   I think it's more likely than not
(23) that she had experienced a side effect that
(24) increased her suicide risk.
(25) Q   What side effect was it that she

Page 128

Goldstein, M.D.

(1)
(2) experienced that increased her suicide risk?
(3) A   When a SSRI like Lexapro is
(4) prescribed, in the initial period of the
(5) initiation of treatment with that medication or
(6) when the dose is either increased or decreased
(7) of that medication, the suicide risk is
(8) elevated.
(9) Q   Actually what the literature
(10) reports is that there can be an increase in
(11) suicidal ideation; is that correct?
(12) A   Well, I think it says specifically
(13) suicidal behavior or behavioral changes or
(14) worsening of the clinical condition of the
(15) patient are all possible or likely risk factors
(16) that are enhanced at those times.
(17) Q   Okay.  If Dr. Smith had not
(18) prescribed Lexapro to Nicole would Nicole still
(19) be alive?
(20) A   I think the issue is that if Dr.
(21) Smith had closely monitored Nicole after
(22) prescribing Lexapro it's more likely than not
(23) she would still be alive.
(24) Q   All right.  And now I want an
(25) answer to my question.  If Dr. Smith had not

Page 129

Goldstein, M.D.

(1)
(2) prescribed Lexapro to Nicole would Nicole still
(3) be alive?
(4) A   I can't answer that.
(5) Q   Do you agree with me that Nicole
(6) reported no side effects at the initiation of
(7) Lexapro?
(8) A   That she reported no side effects?
(9) Q   Right.
(10) A   That's correct.  She reported no
(11) side effects to Dr. Smith.
(12) Q   You are not aware of any evidence
(13) that she suffered any side effects during the
(14) initiation of Lexapro from your review of the
(15) materials in this case?
(16) A   The only side effect I can opine
(17) that she experienced and had no way of knowing
(18) what to report is that there was an increased
(19) risk of suicidal behavior merely by the
(20) initiation of treatment with Lexapro and
(21) certainly by increasing the dose.
(22) Q   No, sir.  Follow me.  Dr. Smith
(23) prescribed Lexapro to Nicole on July 10th of
(24) 2015.
(25) A   Correct.

33  (Pages 126 to 129)

EXHIBIT B

Page 130

```
(1)              Goldstein, M.D.
(2)      Q    And until she saw Dr. Smith on
(3)  August 17th of 2015 when Nicole reported that
(4)  the medication was working great and she didn't
(5)  have any side effects.
(6)              MR. ELLIS:  Objection.
(7)      Q    There's no evidence in any of the
(8)  records that you saw that Nicole actually did
(9)  suffer side effects during that five-week
(10) period?
(11)             MR. ELLIS:  Objection.
(12)     A    None that she recorded, correct.
(13)     Q    And I'm asking you, you read her
(14) mom's deposition, her friends' deposition, and
(15) I'm asking you have you seen any evidence that
(16) she actually did suffer some kind of side effect
(17) from the initiation of Lexapro?
(18)     A    Nothing that she was aware of.
(19)     Q    Okay.  Did her mom or her friends
(20) report any type of behavioral changes in her?
(21)     A    One of her friends, I forget, her
(22) friend Shelby reported that at some point after
(23) the dose of Lexapro had been increased on
(24) August 17th, so sometime in the latter part of
(25) August that Nicole said to her, I'm just
```

Page 131

```
(1)              Goldstein, M.D.
(2)  paraphrasing, that she thought the medication
(3)  was making her feel weird or crazy or something
(4)  like that.
(5)      Q    Well, I'm talking about during the
(6)  initiation before the dose was increased.
(7)      A    I saw no indication that she --
(8)      Q    Had any side effects?
(9)      A    Communicated that to anybody, no.
(10)     Q    Okay.  And in August, on
(11) August 17th Nicole reported to Dr. Smith the
(12) medication was working well and she hadn't had
(13) any side effects?
(14)     A    Yes.
(15)     Q    All right.  SSRI's are the first
(16) line treatment for many mental health diagnosis
(17) including depression?
(18)     A    Correct.
(19)     Q    Okay.
(20)     A    One of the first line treatment.
(21)     Q    They are also used to treat
(22) anxiety?
(23)     A    They can be, yes.
(24)     Q    All right.  The vast majority of
(25) SSRI's are prescribed by primary care
```

Page 132

```
(1)              Goldstein, M.D.
(2)  physicians?
(3)      A    Correct.
(4)      Q    There's a startup time for SSRI's
(5)  to become therapeutic of at least 20, 21 days?
(6)      A    It's highly variable.  It can take
(7)  up to five or six weeks.
(8)      Q    Okay.  But it at least takes a few
(9)  weeks, up to six weeks?
(10)     A    Usually.
(11)     Q    And side effects if they are going
(12) to occur usually take place in the first week or
(13) two of the medication?
(14)     A    Tangible side effects, yes.
(15)     Q    The overall risk of suicide is
(16) reduced when depression is treated with SSRI's;
(17) correct?
(18)     A    The overall, I would say, yes,
(19) that's correct.
(20)     Q    Right.  You're treating the
(21) depression which reduces the overall risk of
(22) suicide; right?
(23)     A    Well, it's kind of a balance.
(24) There's a subset of patients that have an
(25) enhanced suicide risk when they are prescribed,
```

Page 133

```
(1)              Goldstein, M.D.
(2)  initially when they are prescribed an SSRI.
(3)      Q    That's a very, very small subset
(4)  of patients; correct?
(5)      A    Well, it's very important.
(6)      Q    Sure.  But the majority of
(7)  patients have an overall reduction of suicide
(8)  risk when treated with an SSRI?
(9)      A    Statistically, but if you're not
(10) one of them then it's a hundred percent for you.
(11)     Q    All right.  Lexapro is a commonly
(12) prescribed SSRI; correct?
(13)     A    Yes.
(14)     Q    The risk of increased suicidal
(15) ideation for Lexapro is no different than any
(16) other SSRI?
(17)     A    Well, there's some controversy.
(18) Some SSRI's are -- it depends on the study.
(19) Some say there are others that have a higher
(20) risk.
(21)     Q    Right.
(22)     A    But I think the general consensus
(23) is that they are all carrying some elevated
(24) risk.
(25)     Q    Well, let's put it this way.
```

**EXHIBIT B**

34  (Pages 130 to 133)

Page 134

(1)            Goldstein, M.D.
(2)  Lexapro doesn't have the highest risk?
(3)      A   Probably not.
(4)      Q   Okay.  Lexapro carries a black box
(5)  warning from the FDA; is that correct?
(6)      A   Yes.
(7)      Q   Related to an increased risk of
(8)  suicide ideation in individuals younger than 24;
(9)  correct?
(10)     A   I don't think it just says
(11) ideation.  It says suicidality.
(12)     Q   Suicidality?
(13)     A   In patients younger than 24, yes.
(14)     Q   How do you define suicidality?
(15)     A   I think it's defined as a serious
(16) preoccupation with suicidal behavior or intent
(17) or actually intent or actually an attempt at
(18) suicide, but not a completed suicide.
(19)     Q   Okay.  And have you looked into
(20) the study that underlies that black box warning?
(21)     A   I think there are number of
(22) studies that have been used to justify that.
(23)     Q   The FDA did a meta-analysis of
(24) studies; correct?
(25)     A   Well, originally it was some

Page 135

(1)            Goldstein, M.D.
(2)  English commission or official body that did the
(3)  first meta-analysis and then I think the FDA did
(4)  their own meta-analysis and that's how the black
(5)  box warning was born.
(6)      Q   All right.  And the meta-analysis
(7)  done by the FDA showed that the increased rate
(8)  of suicidality in children and young adults aged
(9)  24 and under who were treated with
(10) antidepressants compared to placebo was actually
(11) not statistically significant; correct?
(12)     A   I believe it would be more
(13) accurate to say that it was modest, but it was
(14) statistically significant.
(15)     Q   So you believe it was
(16) statistically significant?
(17)     A   Yes, ultimately.
(18)     Q   Al right.  In 2007 did the FDA
(19) soften its warning?
(20)     A   I believe they did, yes.
(21)     Q   All right.  Do you believe other
(22) studies and meta-analysis have not detected an
(23) increased risk of suicidality with
(24) antidepressant use since the FDA's warning?
(25)     A   There have been studies all over

Page 136

(1)            Goldstein, M.D.
(2)  the place, meanwhile the black box warning has
(3)  been maintained.
(4)      Q   Okay. Even in the meta-analysis
(5)  done by the FDA that demonstrated as you say the
(6)  modest, but statistically significant increase,
(7)  there were no completed suicides in that study;
(8)  is that correct?
(9)      A   There were no completed suicides
(10) in that study, but common sense, you know,
(11) common sense tells you that if the suicide
(12) non-fatal behavior has increased that at some
(13) point, I'm not saying this is the first case,
(14) but at some point someone is going to succeed in
(15) killing themselves particularly if they use a
(16) method that leaves no margin for error.
(17)     Q   All right.  So the answer to my
(18) question is yes in the study that underlies the
(19) FDA warning there were no completed suicides?
(20)     A   At that point, no.
(21)     Q   All right.  Even the authors of
(22) the FDA meta-analysis stated that they cannot
(23) conclude that antidepressant increase the risk
(24) of completed suicide; is that correct?
(25)     A   I'm not sure of that.

Page 137

(1)            Goldstein, M.D.
(2)      Q   Here's a quote from them.  This
(3)  study can also do little to resolve whether
(4)  antidepressants increase the risk of suicide.
(5)  Even in the population of tens of thousands
(6)  there was only a handful of cases?
(7)      A   In that study I guess that's their
(8)  conclusion, yes.
(9)      Q   Okay.  Let's see.  Prominent
(10) psychiatrists have since advocated that the
(11) black box warning should be removed because the
(12) risk is so small that it's prohibiting some
(13) psychiatrists from prescribing the medications
(14) that have an overall protective effect against
(15) suicide; is that correct?
(16)     A   That is one man's opinion, yes.
(17)     Q   Okay.  Let's talk about the, I
(18) guess the pathophysiology behind the thought of
(19) this increase in suicidality.
(20)         Have you heard of activation
(21) syndrome?
(22)     A   Yes.
(23)     Q   What is activation syndrome?
(24)     A   I think basically it refers to a
(25) mechanism where there is some kind of increased

**EXHIBIT B**

Page 138

**Goldstein, M.D.**

(1)
(2) **something like akathisia, abnormal movements.**
(3) **The patient is physically agitated to some**
(4) **extent and restless and activated to the point**
(5) **where they are inclined to take self-destructive**
(6) **action.**
(7)     Q    Okay.  And that happens with the
(8) initiation of an SSRI or can happen with the
(9) initiation of an SSRI?
(10)     A    **That's one theory of causation,**
(11) **yes.**
(12)     Q    Okay.  There is no evidence that
(13) that occurred with Nicole Borum, that she had
(14) this restlessness, akathisia?
(15)     A    **There's no indication that there**
(16) **was any, you know, observable by others activity**
(17) **like that.**
(18)     Q    Okay.  Another theory of this is
(19) that when patients start feeling better from
(20) their depression they now have motivation and
(21) energy that allows them to follow through on
(22) their suicidal ideations.  Have you heard that
(23) theory?
(24)     A    **Yes.**
(25)     Q    All right.  Ms. Borum didn't

Page 139

Goldstein, M.D.

(1)
(2) evidence those types of feelings when she was
(3) started on Lexapro; did she?
(4)     A    **I don't know.  I didn't evaluate**
(5) **her and neither did Dr. Smith, so we don't know.**
(6)     Q    Okay.  Did she demonstrate
(7) deficits in energy and motivation at the time
(8) she first came to Dr. Smith?
(9)     A    **I don't remember that she did, no.**
(10)     Q    Right.  She was getting ready to
(11) start an internship?
(12)     A    **Correct.**
(13)     Q    She was able to successfully
(14) complete that?
(15)     A    **Correct.**
(16)     Q    That wouldn't show any lack of
(17) energy or motivation; would it?
(18)     A    **Presumably not.**
(19)     Q    Okay.  Are you aware of any
(20) literature that supports an increase in
(21) suicidality after dose change?
(22)     A    **I think that that's part of the**
(23) **black box warning.**
(24)     Q    It is part of the black box
(25) warning.  I'm asking you if there is any

Page 140

Goldstein, M.D.

(1)
(2) literature that supports it, any studies, any
(3) medical studies.
(4)     A    **I'm not aware of specifically**
(5) **that, but the FDA made that decision that at**
(6) **times of dose change up or down that's a period**
(7) **of increased risk.**
(8)     Q    Yes, sir.  Now I'm asking you as a
(9) scientist.  Are you aware of any medical studies
(10) that have been done that have shown that that
(11) actually has a statistical significant risk.
(12)         We have talked about studies where
(13) you said there was a modest, the FDA
(14) meta-analysis that shows a modest risk at
(15) initiation.  Are you aware of any medical
(16) literature or studies that show any kind of
(17) increased risk at dose change?
(18)     A    **I am not aware of what the FDA**
(19) **based it on.**
(20)     Q    All right.  Are you aware of any
(21) literature that supports an increased risk of
(22) suicidality at dose change without the patient
(23) having experienced that side effect at the
(24) initiation of the medication?
(25)     A    **I'm not aware of that, no.**

Page 141

**Goldstein, M.D.**

(1)
(2)     Q    Okay.  Do you agree with me that
(3) it's highly unlikely for a patient to experience
(4) that type of side effect at dose change if they
(5) don't experience it at initiation of the
(6) medication?
(7)     A    **I have seen a study I believe that**
(8) **reached the conclusion that increasing the dose**
(9) **of an SSRI increases the risk of suicidal**
(10) **behavior in younger patients.  I have actually**
(11) **seen that study.**
(12)     Q    Well, I'd like to see it.
(13)     A    **Okay.**
(14)     Q    If you could provide that to me I
(15) would like that.
(16)     A    **Okay.  Be happy to.**
(17)     Q    Thank you.  And now back to the
(18) question I asked before that.
(19)         Are you aware of any literature
(20) that supports or, I'm sorry, isn't it highly
(21) unlikely that a patient would experience the
(22) serious side effect of increased suicidality
(23) after a dose change without having experienced
(24) that side effect at initiation of the
(25) medication?

36  (Pages 138 to 141)

**EXHIBIT B**

Page 142

(1)          Goldstein, M.D.
(2)     A    That's what the FDA believes.
(3)     Q    Well, no.  You're not listening to
(4) my question.  The FDA doesn't say anything about
(5) that.
(6)          Isn't it highly unlikely that a
(7) patient would experience that side effect at
(8) dose change if they never experienced it at
(9) initiation?
(10)    A    I don't think it's highly
(11) unlikely.  I just told you that there is an
(12) article that I am familiar with and I can
(13) produce it that says increasing the dose
(14) increases the suicide risk in younger patients.
(15)    Q    Okay.  When did Nicole start
(16) taking the increased dose of Lexapro?
(17)    A    Her dose was doubled at her last
(18) meeting with Dr. Smith.
(19)    Q    When did she start taking the
(20) increased dose of Lexapro?
(21)    A    I think her mother picked it up
(22) for her shortly thereafter.
(23)    Q    When did her mother deliver it to
(24) her?
(25)    A    I'm not sure exactly.  Shortly

Page 143

(1)          Goldstein, M.D.
(2) thereafter.
(3)     Q    All right.  We'll get to the
(4) timeline later.  I'm getting ahead of myself.
(5)          Let's talk about suicide risk
(6) assessments.  All right.  What is a suicide risk
(7) assessment?
(8)     A    The suicide risk assessment is a
(9) standard evaluation of a number of factors that
(10) clinicians should obtain.  Most of the
(11) recommendations are at every meeting with a
(12) patient who has recently made a suicide attempt
(13) or been discharged from in-patient psychiatric
(14) care with or without a suicide attempt.
(15)    Q    Okay.  And what's included in this
(16) standard evaluation?
(17)    A    Information about a number of
(18) items that are regarded as suicide, enhanced
(19) suicide risk factors such as, as I said earlier,
(20) a recent suicide attempt, discharge from, recent
(21) discharge from an in-patient psychiatric
(22) facility, a diagnosis in the area of some
(23) depressive disorder, often major depressive
(24) disorder, but others are known to have an
(25) enhanced suicide risk.  Even adjustment

Page 144

(1)          Goldstein, M.D.
(2) disorder.
(3)          A history of past depressive
(4) behavior before the hospitalization or suicide
(5) attempt.  As family history of depression.
(6) Belonging to a certain age group, namely, that's
(7) relevant to this case patients who are young
(8) adults up to age 24, 25.
(9)          A history of a recent
(10) psychological trauma or loss such as in this
(11) case the breakup and rejection of a long-term
(12) committed relationship.
(13)         I may be leaving out one or two.
(14) Those are important significant risk factors and
(15) of course the presence or the absence of active
(16) suicidal ideation, plan or intent.
(17)         Those are all suicide risk factors
(18) that should be inquired about at every session
(19) with a patient in Nicole Borum's category.
(20)    Q    Some of those things aren't
(21) going to change?
(22)    A    Some of those things are not going
(23) to change because they are demographical like
(24) her age group.
(25)    Q    Well, that or a family history of

Page 145

(1)          Goldstein, M.D.
(2) depression.  Once you know them you know them.
(3) Don't have to keep inquiring about them; right?
(4)     A    Exactly.
(5)     Q    Okay.  So the primary one that
(6) sounds like is going to change may be presence
(7) of active suicidal ideation, intent and
(8) planning?
(9)     A    That is something that should be
(10) assessed, yes.
(11)    Q    All right.  Now, what you just
(12) talked about is a suicide risk assessment,
(13) that's the sum and substance of it?
(14)    A    That's not a complete list, no.
(15)    Q    Okay.  I'm asking you to tell me
(16) what a suicide risk assessment is.
(17)    A    If you just give me a minute.  I
(18) left out one which is a history of deliberate
(19) self-harm which is also very significant.
(20)         So in terms of ones that are not
(21) fixed and not, you know, that are modifiable or
(22) that are not demographic in nature, yes, we can
(23) talk about the presence of suicidal ideation.
(24) We can talk about feelings of hopelessness.  We
(25) can talk about the patient's worsening or

**EXHIBIT B**

37  (Pages 142 to 145)

Page 146

Goldstein, M.D.

(2) changing symptoms such as involving sleep or
(3) energy or ruminations about loss, things of that
(4) nature.
(5)     Q    Okay.  So in order to conduct a
(6) suicide risk assessment those are the things you
(7) need to ask about?
(8)     A    Yes, to assess the patient's
(9) current mental status.
(10)     Q    All right.  Do you have to then
(11) reach a conclusion of the patient's suicide risk
(12) and stratify it.
(13)     A    And, I'm sorry, stratify it?
(14)     Q    Stratify it, low, moderate, high?
(15)     A    Well, you want to, you know,
(16) quantify it from the very beginning and then see
(17) if there is any change based on patient's mental
(18) status.
(19)     Q    Okay.
(20)     A    And their level of functioning.
(21)     Q    How would the treatment and
(22) management of a patient differ for each
(23) stratification.
(24)         I know that an actively suicidal
(25) patient would be admitted in-patient; correct?

Page 147

Goldstein, M.D.

(2)     A    If they are imminently suicidal,
(3) yes.
(4)     Q    All right.  So we'll put that at
(5) the top of the list of worst off.  Let's go just
(6) south of that.  Somebody who expresses -- what
(7) would be just sort of that.  Somebody who has
(8) some risk factors and expresses suicidal
(9) ideation with feelings of hopelessness.
(10)     A    Yes.  Well, we're looking for
(11) fluctuations in the patient's mental status and
(12) that's why close monitoring and follow-up is
(13) critical in these patients.
(14)         So we're looking for things like,
(15) you know, sleep problems that are emerging or
(16) getting worse, anxiety, sadness, feelings of
(17) hopelessness, ruminating about the traumatic
(18) loss that may have triggered the situation.
(19) Being placed in situations that are reminders of
(20) the, you know, original traumatic situation that
(21) precipitated the whole depressive suicidal
(22) episode.  Things of that nature.
(23)     Q    All right.  So just below
(24) imminently suicidal would that be someone who is
(25) at risk in the form of hierarchy?

Page 148

Goldstein, M.D.

(2)     A    Well, we know that they are
(3) already at high risk and what we are trying to
(4) do is monitor them closely to see if the
(5) suicidal behavior is more likely to be a
(6) problem.
(7)     Q    Right.  I'm not talking about any
(8) specific person right now.
(9)     A    Right, in general.
(10)     Q    Let's start with a low risk person
(11) then.  What would we do with a person that is at
(12) low risk of suicide.  We would try to treat
(13) their modifiable risk factors; right?
(14)     A    Right.
(15)     Q    And the way we treat modifiable
(16) risk factors of suicide are generally with
(17) medication and therapy?
(18)     A    Medication and/or therapy and in
(19) some cases where it is indicated combined.
(20) Medication and therapy as an ongoing treatment
(21) approach.
(22)     Q    Okay.  Somebody who is at moderate
(23) risk, is that the same type of, we're still
(24) trying to treat modifiable risk factors?
(25)     A    Yes.

Page 149

Goldstein, M.D.

(2)     Q    That's still with medication
(3) and/or therapy or combined therapy?
(4)     A    Correct.
(5)     Q    Somebody who is high risk, same
(6) thing, still treating modifiable risk factors
(7) with medication and therapy.
(8)     A    Correct.
(9)     Q    And/or combination therapy?
(10)     A    Correct.
(11)     Q    And that's basically all we do
(12) short of in-patient hospitalization?
(13)     A    In-patient hospitalization is the
(14) last resort.
(15)     Q    Right.
(16)     A    So what we're trying to do is
(17) control symptoms.
(18)     Q    All right.  We try to modify what
(19) we can modify?
(20)     A    Exactly.
(21)     Q    All right.  And in your disclosure
(22) you quote from the Psychiatric Times
(23) publication.  The purpose of suicide risk
(24) assessment is to identify treatable and
(25) modifiable risks and protective factors that

**EXHIBIT B**

38  (Pages 146 to 149)

Page 150

(1)        Goldstein, M.D.
(2) inform the patient's treatment and safety
(3) management requirements.  The quintessential
(4) diagnostic instrument available to psychiatrists
(5) is systematic suicide risk assessment informed
(6) by evidence based psychiatry.  The documentation
(7) of suicide risk assessment should be separately
(8) labeled in the psychiatric evaluation and in the
(9) progress notes because of its singular
(10) importance.
(11)        You agree with that statement I
(12) take it?
(13)    A    Yes.
(14)    Q    Psychiatric Times, that's a
(15) psychiatry publication?
(16)    A    Yes.  I'm not sure, if you say so.
(17) I know that's by Dr. Robert Simon who is the
(18) expert on this issue.  I mean he has written
(19) many articles on the subject.  That one may be a
(20) direct quote from Psychiatric Times.
(21)    Q    Psychiatric Times, that's not a
(22) publication you would expect a family medicine
(23) practitioner to read?
(24)    A    No, but it's the standard of care.
(25)    Q    All right.  Let's see.  You also

Page 151

(1)        Goldstein, M.D.
(2) repeatedly state that your opinion is if it's
(3) not documented then it wasn't done.
(4)        Do you hold that opinion?
(5)    A    I concur with that generally
(6) accepted opinion, yes.
(7)    Q    Okay.  And you call it a well
(8) established axiom?
(9)    A    I believe that's true.
(10)    Q    Where is that established in
(11) medical literature?
(12)    A    It's ubiquitous.
(13)    Q    Where?
(14)    A    I can give you 20 articles that
(15) set forth that conclusion in medical literature,
(16) psychiatric literature, literature about
(17) documentation of medical records.
(18)        If it's not documented the
(19) assumption is that it didn't take place even
(20) though someone five years later may suddenly
(21) remember that they did it.
(22)    Q    The standard of care does not
(23) require medical providers to document everything
(24) that occurs during a visit; correct?
(25)    A    The standard of care?

Page 152

(1)        **Goldstein, M.D.**
(2)    Q    Right.
(3)    A    **I think documentation, accurate**
(4) **documentation of significant incidents or**
(5) **interventions is part of every standard of care.**
(6)    Q    Actually you think that
(7) documentation is not a standard of care issue,
(8) it's more of a credibility issue; right?
(9)    A    **No.  I think it's a standard of**
(10) **care because that information should be in the**
(11) **record to be transmitted to other providers, to**
(12) **people that treat the patient subsequently.**
(13)        **It's not just credibility of the**
(14) **practitioner.  It's part of good medical**
(15) **practice.**
(16)    Q    All right.  Back to the Legg case.
(17) You testified, "Question:  Now, when doctor I
(18) think it's Duque, D-U-Q-U-E, met with Mr. Legg
(19) she performed a suicide assessment; is that
(20) correct?
(21)        "Answer:  Well, that's not
(22) documented anywhere in the chart.
(23)        "Question:  But she testified
(24) under oath during her deposition that she did;
(25) is that correct?

Page 153

(1)        Goldstein, M.D.
(2)        "Answer:  Yes, but that's not
(3) dispositive of the requirement.
(4)        "Question:  Is it your testimony
(5) that the standards of care require that every
(6) time a suicide assessment is performed that it
(7) be documented in the chart?
(8)        "Answer:  I mean I don't know if
(9) it's a standard of care issue.  It's just a
(10) matter of, you know, the general, what's the
(11) word, the general perspective on that is that
(12) things that are not documented in the chart
(13) didn't happen.  So if someone claims three years
(14) later that they did X, Y or Z and it's nowhere
(15) in the chart it raises problems, credibility
(16) problems.
(17)        "Question:  But do you have any
(18) reason to doubt her testimony under oath that
(19) she performed a suicide assessment on Mr. Legg?
(20)        "Answer:  Again, I think there is
(21) a credibility issue."
(22)        So do you take back your testimony
(23) that failure to document something is not a
(24) standard of care issue, it's a credibility
(25) issue?

39  (Pages 150 to 153)

**EXHIBIT B**

Page 154

Goldstein, M.D.

(1)
(2) A    It's a credibility issue and as I
(3) think about it I believe, you know, it's also a
(4) standard of care issue in the sense that
(5) adequate good medical treatment requires it for
(6) the reasons I just stated before.
(7) Q    Okay. Well, good. Then let's
(8) talk about who did and not record those things.
(9) Actually, before we get there
(10) let's talk about suicide just briefly. Suicide
(11) rates in the United States are increasing;
(12) correct?
(13) A    In certain populations,
(14) definitely.
(15) Q    Are they decreasing in any
(16) population?
(17) A    I know they are increasing in, you
(18) know, younger patients definitely. I'm not sure
(19) about other patients.
(20) Q    All right. I have from the CDC
(21) vital signs, trends and state suicide rights in
(22) the United States from 1999 to 2016. During
(23) 1999 to 2016 suicide rates increased
(24) significantly in 44 states with 25 states
(25) experiencing increases of greater than

Page 155

Goldstein, M.D.

(1)
(2) 30 percent.
(3) Do you have any reason to dispute
(4) that?
(5) A    No.
(6) Q    Does that comport with your
(7) experience?
(8) A    That comports with what I
(9) ascertained from the literature in general, yes.
(10) Q    Okay. In 2016 nearly 45,000
(11) suicides occurred in the United States among
(12) persons aged greater than ten years old.
(13) Do you agree with that?
(14) A    Okay.
(15) Q    From 1999 to 2015 suicide rates
(16) increased among both sexes, all racial ethnic
(17) groups and all urbanization levels.
(18) Do you agree with that?
(19) A    Is that from the same source?
(20) Q    It is.
(21) A    Yes, I agree with it.
(22) Q    You're welcome to look at this if
(23) you want.
(24) A    No, I agree.
(25) Q    Okay. Also from the same source

Page 156

Goldstein, M.D.

(1)
(2) they say suicide intent was disclosed by
(3) 22.4 percent and 24.5 percent of persons without
(4) and with known mental health conditions
(5) respectively.
(6) Do you agree with that, that
(7) suicide intent was disclosed in only about 25
(8) percent of persons who commit suicide?
(9) A    I don't know. I haven't heard
(10) that before.
(11) Q    Two-thirds of suicide decedents
(12) with mental health conditions had a history of
(13) treatment for mental health or substance use
(14) disorders with approximately half in treatment
(15) when they died.
(16) Do you agree with that?
(17) A    If that's what they say.
(18) Q    That half of those who committed
(19) suicide that had mental health conditions were
(20) in treatment for those conditions at the time
(21) they died?
(22) A    Okay.
(23) Q    You don't have any reason to
(24) dispute that?
(25) A    I'm sorry.

Page 157

Goldstein, M.D.

(1)
(2) Q    You don't have any reason to
(3) dispute that?
(4) A    That they were in treatment?
(5) Q    For their mental health conditions
(6) at the time they suicided.
(7) A    They were in treatment. It
(8) doesn't say they were receiving standard of care
(9) adequate treatment.
(10) Q    Okay.
(11) A    But they were in treatment.
(12) Q    Do you think all of them were
(13) receiving treatment below the standard of care?
(14) A    I couldn't say.
(15) Q    I think we talked earlier that
(16) suicide is not always preventable; correct?
(17) A    It's not always preventable,
(18) that's true.
(19) Q    It's not always predictable
(20) either; is it?
(21) A    When you say predictable what do
(22) you mean, it is not always foreseeable.
(23) Q    Yes.
(24) A    It's not always foreseeable, true.
(25) Q    Do you agree that normally

**EXHIBIT B**

40 (Pages 154 to 157)

Page 158

(1)          Goldstein, M.D.
(2) regardless of anyone else's careless behavior
(3) the suicide victim's own acts ultimately cause
(4) the harm?
(5)      A    Can you repeat that, I'm sorry.
(6)      Q    Normally regardless of anyone
(7) else's careless behavior the suicide victim's
(8) own acts ultimately cause the harm.
(9)      A    In general, yes.  I guess that's
(10) true.
(11)      Q    Do you agree that it's easier to
(12) anticipate and manage suicidal patients in the
(13) controlled setting of a hospital than in the
(14) out-patient setting?
(15)      A    Certainly one would think that if
(16) a patient is in the supposedly safe and secure
(17) environment of a hospital that they would be
(18) under greater control and in general I guess
(19) that would be true.
(20)      Q    Okay.  We talked a little bit
(21) about how some risk factors for suicide are
(22) stagnate or chronic while others are modifiable.
(23)           Do you recognize the term warning
(24) signs of suicide versus risk factors?
(25)      A    Yes.

Page 159

(1)          Goldstein, M.D.
(2)      Q    And those are things that are more
(3) acute and that come on in the hours, days or
(4) weeks leading up to someone's suicide; correct?
(5)      A    That's the theory, yes.
(6)      Q    Okay.  A suicide warning sign is
(7) the earliest detectable sign that indicates
(8) heightened risk for suicide in the near term
(9) within minutes, hours or days and refers to some
(10) feature of the developing outcome of interest
(11) rather than to a distinct construct or risk
(12) factor that predicts or may be causally related
(13) to suicide.  That's the theory?
(14)      A    That is the theory.
(15)      Q    And some of those warning signs
(16) for suicide are somebody looking for ways to
(17) kill themselves such as seeking access to lethal
(18) means, acting recklessly or engaging in risky
(19) activities, increasing alcohol and drug use,
(20) feeling trapped, rage, anger, withdrawing from
(21) friends and families and society, dramatic
(22) changes in mood and those types of thing; is
(23) that correct?
(24)      A    Yes.
(25)      Q    Okay.  Do you agree that those are

Page 160

(1)          Goldstein, M.D.
(2) acute warning signs for suicides?
(3)      A    Some people believe that, yes.
(4)      Q    Okay.  Are those things that you
(5) are looking for when you do your mental status
(6) exam, your suicide risk assessment?
(7)      A    Those are things that, you know,
(8) monitoring a patient would be looking for, sure.
(9)      Q    Yes.  Those would tip you off that
(10) somebody might be acutely suicidal?
(11)      A    Well, that would be something that
(12) you would want to, you know, evaluate, have an
(13) opportunity to evaluate the patient for because
(14) that would be a period of heightened risk, yes.
(15)      Q    All right.  There is no objective
(16) test for suicidality.  You can't just test
(17) somebody to see if they are suicidal; correct?
(18)      A    There is no such test, right.
(19)      Q    All right.  And the U.S.
(20) Preventative Services Task Force has concluded
(21) that evidence on screening for suicide risk in
(22) primary care is insufficient and the balance of
(23) benefits and harms can't be determined.
(24)           Do you agree with that?
(25)      A    I think ascertaining the suicide

Page 161

(1)          Goldstein, M.D.
(2) risks and balancing them against the protective
(3) factors is a very important source of
(4) information in assessing the potential for
(5) suicide and taking the right intervention.
(6)      Q    I'm sorry, my question is a little
(7) different.  The U.S. Preventative Services Task
(8) Force has concluded that screening primary care
(9) patients for suicide risk, so screening all
(10) primary care patients for suicide risk is not
(11) beneficial.
(12)      A    I'm not familiar with that.
(13)      Q    You're not aware of that, okay.
(14) All right.  Depression, depression is the most
(15) common mental health illness in the U.S.;
(16) correct?
(17)      A    That's what the statistics have
(18) concluded, yes.
(19)      Q    Probably closely rivelled by
(20) anxiety?
(21)      A    It's close.
(22)      Q    It's generally treated with
(23) medication, psychotherapy or combination
(24) treatment?
(25)      A    Correct.

41 (Pages 158 to 161)

**EXHIBIT B**

Page 162

(1) Goldstein, M.D.
(2) Q And depression is fairly treatment
(3) resistant?
(4) A I wouldn't say that. I think it's
(5) one of the most treatable conditions.
(6) Q Okay. Have you testified before
(7) that a fairly large percentage of patients with
(8) major depression will not have a significant
(9) improvement even with treatment, be it
(10) psychotherapy or medication or some combination?
(11) A Well, a significant did you say?
(12) Q Yes. And I'll finish the rest of
(13) your answer.
(14) It won't get worse, it won't need
(15) hospitalization, but it won't improve.
(16) A I'm not sure about that. I'm not
(17) sure of the context or the particular case
(18) involved there. I think it's true that the best
(19) improvement rates are only around 50 or 60
(20) percent.
(21) Q Sure. About half of the patients
(22) don't even respond to treatment; right?
(23) A About half of the patients will
(24) not respond to treatment in terms of improving
(25) their symptoms by more than 50 percent.

Page 163

(1) Goldstein, M.D.
(2) Q All right. Here was the question.
(3) Is that consistent with everything else you have
(4) seen about Ms. Dates.
(5) A Bates?
(6) Q Dates.
(7) A Dates?
(8) Q Icha Dates. About Ms. Dates.
(9) Even though she is undergoing this treatment her
(10) condition has not improved any.
(11) Answer: The main issue there
(12) would be the nature of her condition. A fairly
(13) large percentage of patients with major
(14) depression will not have a significant
(15) improvement even with treatment be it
(16) psychotherapy or medication or some combinations
(17) that a fairly significant number will not
(18) improve. It won't get worse. It won't need
(19) hospitalization. Depression is treatment
(20) resistant to some extent.
(21) Do you agree with that answer?
(22) A Yes, in the sense that in 50
(23) percent of the patients improvement will not,
(24) you know, be that significant.
(25) Q And in 30 to 40 percent of the

Page 164

(1) Goldstein, M.D.
(2) patients they don't respond to treatment at all;
(3) right?
(4) A I guess in general you could say
(5) that, yes.
(6) Q All right.
(7) A In the sense that as you said they
(8) don't get better, they don't get worse.
(9) Q All right. Depressive disorders,
(10) there is a spectrum of depressive disorders;
(11) correct?
(12) A I wouldn't say there is a
(13) spectrum. I would say there are a number of
(14) discrete conditions.
(15) Q Okay. Adjustment disorder would
(16) be a milder depressive disorder?
(17) A In some aspects it would be,
(18) although adjustment disorders have a significant
(19) risk of suicide attempts and suicide
(20) completions.
(21) Q All right. Then there's major
(22) depressive disorder?
(23) A That's generally viewed as the
(24) most serious depressive disorder.
(25) Q Okay. You can have that with or

Page 165

(1) Goldstein, M.D.
(2) without psychotic features?
(3) A Correct.
(4) Q What are the other depressive
(5) disorders?
(6) A Well, there are depressive
(7) disorders that are associated with various
(8) medical conditions. Depressive disorders that
(9) are caused by or associated with substance
(10) abuse.
(11) There is a category unspecified
(12) depressive disorders where there is definitely a
(13) depressive, a significant depressive component,
(14) but it doesn't fit neatly into any of the other
(15) diagnostic categories.
(16) Q In Appendix C of your report you
(17) provided us with a list of factors associated
(18) with an increased risk of suicide and factors
(19) associated with protective effects for suicide.
(20) Where did those tables come from?
(21) A I think those tables come from the
(22) 2003, 2004 APA guidelines on suicide.
(23) Q Okay. And do you consider those
(24) to be authoritative?
(25) A Not really authoritative. They're

EXHIBIT B

42 (Pages 162 to 165)

Page 166

(1)           Goldstein, M.D.
(2)  guidelines.
(3)       Q    All right.  Do you consider this
(4)  to be a complete list?
(5)       A    No.  Things are left out.
(6)       Q    All right.  Is there a reason you
(7)  chose this list as opposed to a different list?
(8)       A    I think that's probably one of the
(9)  most comprehensive lists.
(10)      Q    All right.  Let's talk about
(11) Nicole Borum.  Let's talk about Nicole broadly
(12) first.  Nicole first attempted suicide on
(13) June 11, 2015; correct?
(14)      A    Yes.
(15)      Q    Okay.  Then she came under the
(16) primary care of Dr. Smith from June 19th to
(17) August 17th of 2015 and was seen three times
(18) during that period.
(19)      A    Yes.
(20)      Q    All right.  During that course of
(21) time Nicole's mental health improved; correct?
(22)      A    Well, her symptoms improved.
(23)      Q    Okay.  By all accounts.  By her
(24) own, by Dr. Smith's, by her mother's and by her
(25) friends?

Page 167

(1)           Goldstein, M.D.
(2)       A    Her symptoms improved.
(3)       Q    Then she moved to Bowling Green,
(4)  Kentucky on August 21st; correct?
(5)       A    Yes.
(6)       Q    And after that date her symptoms
(7)  began to deteriorate; correct?
(8)       A    Well, her symptoms and some of her
(9)  behaviors, yes.
(10)      Q    Sure.  She did not attend any
(11) classes that semester?
(12)      A    Yes.
(13)      Q    She began heavily using drugs and
(14) partying?
(15)      A    I don't know about how heavily,
(16) but she did either episodically or modestly, I'm
(17) not sure, it's not clear, began to abuse some
(18) drugs, yes.
(19)      Q    Okay.  She purchased a gun on
(20) August 26th; correct?
(21)      A    Did she what?
(22)      Q    Purchase a gun on August 26th?
(23)      A    She purchased a gun, yes.
(24)      Q    And on the morning of September
(25) 9th with cocaine and marijuana in her system she

Page 168

(1)           Goldstein, M.D.
(2)  delivered a box of her effects to her
(3)  ex-fiance's house, then called 911 and committed
(4)  suicide; correct?
(5)       A    And also stopped to write a
(6)  suicide note.
(7)       Q    Correct.
(8)            All right.  Whose fault was
(9)  Nicole's initial suicide attempt?
(10)      A    Whose fault was it?
(11)      Q    Yes.
(12)      A    You mean in a moral sense?
(13)      Q    Yes.  What was the cause of it?
(14)      A    I mean I don't know if it was
(15) anyone's fault, but it was triggered by the
(16) breakup of her long standing committed
(17) relationship and her feelings of shock and
(18) rejection and feeling overwhelmed.
(19)      Q    Okay.  Was it Nicole's choice to
(20) attempt suicide?
(21)      A    Was it her choice?
(22)      Q    Yes.
(23)      A    I think it was a symptom of her
(24) acute depressive reaction at the time.
(25)      Q    Okay.  So it was a symptom of her

Page 169

(1)           Goldstein, M.D.
(2)  mental illness?
(3)       A    Definitely, yes.
(4)       Q    Okay.  If Nicole had completed
(5)  suicide on June 11th it would have been a result
(6)  of her mental illness?
(7)       A    You mean in terms of like a
(8)  psychiatric autopsy.
(9)       Q    Sure.
(10)      A    I think that would have been a
(11) reasonable conclusion, yes.
(12)      Q    Okay.  During the time that Dr.
(13) Smith was treating Nicole and her symptoms
(14) improved Dr. Smith didn't do anything to make
(15) Nicole's mental health worse; right?
(16)      A    How do you define mental health?
(17)      Q    Her symptoms.
(18)      A    She didn't do anything to make her
(19) symptoms that were manifest at the time worse.
(20)      Q    Okay.
(21)      A    I would agree with that.
(22)      Q    At the time that Nicole moved back
(23) to Bowling Green and out of Dr. Smith's care she
(24) had improved?
(25)           MR. ELLIS:  Objection.  Not

43  (Pages 166 to 169)

EXHIBIT B

Page 170

(1)         Goldstein, M.D.
(2)     that she was out of her care, but
(3)         you can answer.
(4)     **A   She had shown improvement of her**
(5)     **symptoms, yes.**
(6)     Q   All right.  And Dr. Smith had
(7)     instituted the treatment that had improved
(8)     Nicole's symptoms?
(9)     **A   That seems to be true, yes.**
(10)    Q   Okay.  How is it then that Dr.
(11)    Smith caused Nicole's suicide?
(12)    **A   Because -- well, I mean there are**
(13)    **a number of issues involved here, but I think**
(14)    **the most, you know, meaningful issue is that**
(15)    **considering the fact that Nicole was at a very**
(16)    **high risk for suicide in terms of all of her**
(17)    **risk factors, in view of the fact that this was**
(18)    **added to her compounded by the institution of**
(19)    **SRRI treatment with Lexapro, then the doubling**
(20)    **of the dose of Lexapro which was an additive**
(21)    **risk factor in addition to all the other risk**
(22)    **factors we've discussed, that discharging Nicole**
(23)    **from treatment without closely monitoring her**
(24)    **and making serial evaluations of her progress**
(25)    **during that time of potential instability**

Page 171

(1)         Goldstein, M.D.
(2)     **depriving Dr. Smith of the opportunity to note**
(3)     **changes in her condition, behavioral changes**
(4)     **that were significant, environmental stresses**
(5)     **that were important, that Nicole was able to**
(6)     **progress to a state where she became suicidal**
(7)     **without the opportunity to have a preventive**
(8)     **intervention by Dr. Smith.**
(9)         **So in that sense the failure to**
(10)    **monitor a high risk, a known high risk patient,**
(11)    **the failure to meet the standard of care in**
(12)    **monitoring her closely led to her eventual**
(13)    **suicide.**
(14)    Q   How far away is Bowling Green from
(15)    Henderson, Kentucky?
(16)    **A   I think it's just a short drive.**
(17)    Q   What do you consider a short
(18)    drive?
(19)    **A   I don't know.  Less than a half**
(20)    **hour.**
(21)    Q   All right.  If it's an hour and 45
(22)    minutes would you consider that relocating to a
(23)    new area?
(24)    **A   I'm not sure.  I don't know.**
(25)    Q   Okay.  You wouldn't expect Nicole

Page 172

(1)         Goldstein, M.D.
(2)     to come back and see Dr. Smith if she moved
(3)     almost two hours away; would you?
(4)     **A   Why not?**
(5)     Q   Why not, because she's a college
(6)     student going to class, partying.
(7)     **A   Well, I mean there was no**
(8)     **absolute, you know, ironclad rule that she had**
(9)     **to come back to see Dr. Smith.**
(10)    Q   Right.
(11)    **A   But under the circumstances Dr.**
(12)    **Smith had a duty to warn her about the need to**
(13)    **continue treatment under the circumstances, the**
(14)    **risks of not continuing treatment, to make a**
(15)    **referral or recommendations, to insure that the**
(16)    **referral were followed up on.  None of that was**
(17)    **done.**
(18)    **So as an alternative to Dr. Smith**
(19)    **continuing with her treatment it was important**
(20)    **to make arrangements for the, you know, transfer**
(21)    **of care that assured that there would be**
(22)    **continuity of care without a gap in the**
(23)    **treatment.**
(24)    Q   Does Nicole have the right to
(25)    select her own physicians?

Page 173

(1)         Goldstein, M.D.
(2)     **A   Sure.**
(3)     Q   Okay.  So when she is moving down
(4)     to Bowling Green she has the right to select her
(5)     own physician in Bowling Green?
(6)     **A   And Dr. Smith has a duty to**
(7)     **impress on her the imperative need to do so, to**
(8)     **provide her with referral recommendations and to**
(9)     **make sure that that's implemented without a gap**
(10)    **in treatment.**
(11)    Q   Okay.
(12)    **A   Sure, Nicole has the ultimate**
(13)    **choice.**
(14)    Q   All right.  We're getting ahead of
(15)    ourselves a little bit.
(16)    I know your axiom is that if it's
(17)    not written down it didn't happen.
(18)    **A   It's not mine.  It's the general**
(19)    **consensus of the community, the medical**
(20)    **community.**
(21)    Q   All right.  There are some experts
(22)    that are going to disagree with your general
(23)    consensus, but did you see Dr. Smith's testimony
(24)    that she discussed with Nicole that she needed
(25)    to establish primary care in her new community?

44  (Pages 170 to 173)

EXHIBIT B

Page 174

Goldstein, M.D.

A   Dr. Smith did testify to that at
her deposition when it was it -- well, whenever it
was.  Yes, she did testify to that although
there is no documentation in the record that
would corroborate that.

Q   Okay.  And if Dr. Smith did have
that conversation with Nicole that she needed to
follow up and establish primary care with a new
physician in her community to discuss this
medication and follow-up on this medication,
would that comport with the standard of care?

A   No, because the standard of care
would include Dr. Smith's duty to document that
in the record, to send a letter to Nicole to
that effect and to, you know, take whatever
steps were necessary to implement the referral
without a gap in the treatment and none of that
was done.

Q   All right.  So the standard of
care required Dr. Smith first to document it.
So the standard of care required the
documentation now.  It's not just a credibility
issue, it required documentation?

A   In cases of so called abandonment

Page 175

Goldstein, M.D.

of a patient, I mean that specifically the
standard of care requires documentation in the
record, sending a letter to the patient.
Usually there's a format, but it's usually a
certified letter to the patient in which all of
that is set forth.

When I say all of that, I mean
that you inform the patient of the need for
treatment, the risk of not having treatment,
referral to particular providers and even
helping them to find those providers and that
you're available to continue treating them until
the continuity of care is established.

Q   Doctor, did Dr. Smith say she
wasn't going to treat Nicole anymore.  Did she
abandon Nicole or did Nicole move?

A   She abandoned Nicole.

Q   How did she abandon Nicole?

A   Because she didn't do all of the
things I just said.

Q   Okay.  So Nicole moves 150 miles
away and it's Dr. Smith that abandoned her?

MR. ELLIS:  Objection.

Misstates the evidence.  It's not

Page 176

Goldstein, M.D.

150 miles away.

Q   A hundred miles away.

A   In a legal ethical sense, yes.

Q   Okay.  Have you ever had patients
move out of the area?

A   Sure.

Q   And did you know they were going
to move?

A   Usually.  Yes, I always did.

Q   You always did?

A   Unless I had an unpaid bill.  Yes,
I was always, it was always a joint decision.

Q   Have you ever had a patient move
out of the area that you didn't know was going
to move?

A   No.

Q   All right.  Have you ever had a
patient -- every time you have a patient move
out of the area are you telling me you find them
a doctor where they are moving?

A   No.  Every patient didn't need --
every patient that moved away didn't require,
you know, ongoing treatment.

Patients move.  They were

Page 177

Goldstein, M.D.

stabilized.  They were not in any danger.  There
was no need for any ongoing treatment.  It was
totally a decision that they could make
independently.

So there was no need for that
continuity of care to be established.  Yet I did
always document in the record that, you know,
that treatment was terminating for reasons X, Y
and Z, that I informed the patient I'm
available, the door is open if they need me to
treat them until they are established in their
new location and available to refer them to
anyone if they decided to continue treatment.
But there wasn't a need or a risk of them
discontinuing treatment.

Q   The last time that Dr. Smith saw
Nicole was she stable?

A   No, definitely not.

Q   You're right.  She was improving?

A   She had in a very short period of
time manifested improvement, but there was a
high risk that necessitated her continuing need
to be monitored.

Q   So let's talk about Nicole and

45  (Pages 174 to 177)

EXHIBIT B

Page 178

(1) Goldstein, M.D.
(2) we're skipping way ahead, but let's talk about
(3) Nicole the last time Dr. Smith saw her on
(4) August 17th.
(5) A   Okay.
(6) Q   She just completed a five-week
(7) initiation of Lexapro; correct?
(8) A   Correct.
(9) Q   She reported that she liked the
(10) medication and it was working well?
(11) A   Correct.
(12) Q   She reported that she still had
(13) some anxiety at times?
(14) A   Yes.
(15) Q   She had just been on vacation with
(16) a friend?
(17) A   Yes.
(18) Q   She had just completed an
(19) eight-week financial planning internship?
(20) A   Okay.
(21) Q   Correct?
(22) A   As far as I know, yes.
(23) Q   That takes some wherewithal;
(24) doesn't it?
(25) A   I suppose.

Page 179

(1) Goldstein, M.D.
(2) Q   Okay.  She was about to return to
(3) complete her last semester of college; correct?
(4) A   Yes.
(5) Q   She was looking forward to her job
(6) prospects in the future?
(7) A   Yes.
(8) Q   All right.  She was looking
(9) forward to finishing college and getting out of
(10) Bowling Green and never looking back?
(11) A   I don't know about that.
(12) Q   All right.  That's what her mom
(13) testified to?
(14) A   She was looking towards the future
(15) at that point.
(16) Q   Okay.  That doesn't sound like a
(17) stable patient?
(18) A   No.  That sounds like a patient
(19) that's doing well, but not enough time has gone
(20) by to say the patient is stabilized.
(21) Q   All right. I'll use your words.
(22) A   Treatment doesn't end the day the
(23) patient says I feel better today.
(24) Q   I'll use your words.  At the time
(25) Dr. Smith last saw Nicole she said she was doing

Page 180

(1) Goldstein, M.D.
(2) well?
(3) A   Yes.
(4) Q   Well enough that she just had
(5) completed an internship?
(6) A   Yes.
(7) Q   Was outside doing things with
(8) friends, socializing?
(9) A   Okay.
(10) Q   All right.  Let's go back to the
(11) beginning now so I don't get lost.
(12) All right.  Her initial suicide
(13) attempt.  Nicole was hospitalized at Medical
(14) Center at Bowling Green following ingestion of
(15) an overdose of Tylenol P.M.; correct?
(16) A   Yes.
(17) Q   All right.  She reported that her
(18) suicide attempt had been triggered by the sudden
(19) breakage of her engagement by her fiance and end
(20) of their relationship in finding him at another
(21) woman's house; correct?
(22) A   Yes.
(23) Q   All right.  Did you see in Oscar
(24) Travino's deposition that he was actually
(25) standing outside of her bathroom when she took

Page 181

(1) Goldstein, M.D.
(2) the Tylenol?
(3) A   I know he was in the vicinity.
(4) Q   Okay.  Have you ever heard of high
(5) risk, high rescue attempts?
(6) A   High what?
(7) Q   High risk, high rescue attempts?
(8) A   If what you're referring to is
(9) that some patients make a suicide attempt in the
(10) situation where they may expect to be found and
(11) rescued in time.  If that's what you mean, yes,
(12) I have heard of that.
(13) Q   Would this be such a high risk,
(14) high rescue attempt if he was standing outside
(15) the door and heard her take the pills?
(16) A   It may have been, although a lot
(17) of high -- a lot of patients in that situation
(18) miscalculate and take steps that make any
(19) rescue, you know, problematic.
(20) Q   Okay.
(21) A   If you take 100 Tylenol you might
(22) well die just from taking a hundred Tylenol.
(23) Q   Is a hundred Tylenol lethal?
(24) A   Yes.  100 Tylenol PM, much less
(25) than that is lethal.  I think 20, 30, maybe 40

EXHIBIT B

46   (Pages 178 to 181)

Page 182

Goldstein, M.D.

(1)
(2) pills is potentially lethal and she took 100.
(3) So it was not a mere gesture.
(4)     Q    All right.  So her breakup with
(5) her fiance was a stressor with a well known
(6) potential to create a suicide crisis?
(7)     A    Yes.  It's a classic kind of
(8) trigger.
(9)     Q    All right.  Prior to this suicide
(10) attempt did Nicole have any known risk factors
(11) for suicide?
(12)     A    Yes.
(13)     Q    She had known risk factors for
(14) suicide?
(15)     A    Did she, yes, she did.
(16)     Q    What were her known risk factors
(17) for suicide?
(18)     A    A family history of depression, a
(19) history of deliberate self-harm by cutting
(20) herself.  Those are the main ones.
(21)     Q    All right.  Her family history of
(22) depression, that was her grandmother had
(23) suffered from depression and anxiety; correct?
(24)     A    Yes.
(25)     Q    All right.  You don't have any

Page 183

Goldstein, M.D.

(1)
(2) other information on how severe that was or if
(3) her grandmother had had any kind of suicidal
(4) ideation or suicide attempts or anything like
(5) that?
(6)     A    No.  I have no information about
(7) that.
(8)     Q    Okay.  At some point in their
(9) lives the majority of the U.S. population has
(10) depression or anxiety?
(11)     A    It's pretty high.
(12)     Q    So pretty much everybody walking
(13) around has a family history of depression and
(14) anxiety; correct?
(15)     A    I don't know about that.
(16)     Q    Well, if the majority of the
(17) people in the U.S. have a major depressive
(18) episode at some point in their life then you are
(19) bound to be related to somebody who has had one;
(20) correct?
(21)     A    Maybe.
(22)     Q    Okay.  Well, the majority of
(23) people would be related to one?
(24)     MR. ELLIS:  Objection.
(25)     Asked and answered.  Seriously.

Page 184

Goldstein, M.D.

(1)
(2)     Could you shorten your outline.
(3)     We're going to have to pick it up a
(4)     bit to get out of here because we'll
(5)     stop at the seven-hour mark on the
(6)     button.
(7)     Q    Okay.  A grandmother with
(8) depression and anxiety is pretty remote; isn't
(9) it?
(10)     A    No.  It's considered a first
(11) degree family.
(12)     Q    Okay.  And you disagree with me
(13) that the majority of the people in the U.S.
(14) would have that degree of family history?
(15)     A    Not necessarily.  I mean it
(16) depends how many offspring.
(17)     Q    Okay.
(18)     A    People with depression may have
(19) large families or small families and the people
(20) without depression may have large families so
(21) there are people that are not related.  I don't
(22) know.
(23)     Q    Okay.  Prior to her initial
(24) suicide attempt would Nicole have been
(25) considered a low risk of suicide?

Page 185

Goldstein, M.D.

(1)
(2)     A    Prior to that?
(3)     Q    Yes.
(4)     A    Yes, I guess.  I mean the only
(5) factors were the family history and the
(6) self-harm and maybe the fact that she was in
(7) that age group.  Yes, I think it wouldn't be
(8) considered more than low at that point.
(9)     Q    Okay.  Did you see in Oscar's
(10) testimony that on the way to the hospital Nicole
(11) told him that when she finally did kill herself
(12) it would always be his fault?
(13)     A    I don't remember that.  No, I
(14) missed that.  I'm sorry.
(15)     Q    What would that indicate to you?
(16)     A    What would that indicate to me?
(17)     Q    Yes, as a psychiatrist.
(18)     A    Well, it seems to indicate that
(19) she may have had some desire to make him feel
(20) guilty.
(21)     Q    Do you know if Oscar ever alerted
(22) anybody to Nicole's statement?
(23)     A    I don't know.
(24)     Q    Would that have been important
(25) information, would that have been useful

**EXHIBIT B**

47  (Pages 182 to 185)

Page 186

(1)        Goldstein, M.D.
(2) clinical information to know?
(3)     **A     That she blamed him for cheating**
(4) **on her.**
(5)     Q    No.  That when she said when she
(6) finally does kill herself it will always be his
(7) fault.
(8)     **A    I don't know what to make of that.**
(9)     Q    Okay.  It certainly was prescient;
(10) wasn't it?
(11)    **A    Self-fulfilling prophecy, yeah,**
(12) **maybe.**
(13)    Q    All right.  So Nicole went to the
(14) Medical Center of Bowling Green.
(15)        Do you have any criticisms of the
(16) care that she received at the Medical Center at
(17) Bowling Green?
(18)    **A    No.  I think they gave her**
(19) **excellent care.**
(20)    Q    Excellent care.
(21)        Okay.  While she was there she was
(22) consulted on by the psychiatric service, is that
(23) correct?
(24)    **A    She was seen by the psychiatrist,**
(25) **Dr. Mullick.**

Page 187

(1)        **Goldstein, M.D.**
(2)     Q    They were not the admitting
(3) service; correct?
(4)     **A    I think she was managed on a**
(5) **medicine floor.**
(6)     Q    A medical/surgical floor.
(7)     **A    But she received in-patient**
(8) **psychiatric care.**
(9)     Q    Okay.  And Dr. Mullick do a
(10) suicide risk assessment?
(11)    **A    Dr. Mullick did not do a formal**
(12) **suicide risk assessment.**
(13)    Q    All right.  And according to you
(14) that's below the standard of care; correct?
(15)    **A    Technically, yes.  He should have**
(16) **done that.**
(17)    Q    All right.  So while they gave her
(18) excellent care at the Medical Center at Bowling
(19) Green they were below the standard of care?
(20)    **A    In that regard, yes.**
(21)    Q    Okay.  You didn't note that in
(22) your report; correct?
(23)    **A    No.  It wasn't relevant.**
(24)    Q    It wasn't relevant that another
(25) medical provider that was not a defendant in

Page 188

(1)        Goldstein, M.D.
(2) this case breached the standard of care.  That
(3) wasn't relevant?
(4)     **A    Well, overall they gave her**
(5) **excellent care and excellent follow-up referral.**
(6)     Q    Yes, sir.  It's not relevant that
(7) another medical provider who is not a defendant
(8) breached the standard of care?
(9)     **A    It had no consequences.**
(10)    Q    Okay.  And let's see, what else.
(11)        Dr. Mullick did not describe her
(12) suicidal ideation beyond stating its presence;
(13) correct?
(14)    **A    Did not describe?**
(15)    Q    Did not describe her suicidal
(16) ideation beyond stating that it was there?
(17)    **A    Correct.**
(18)    Q    Okay.  Does that meet the standard
(19) of care in your opinion?
(20)    **A    I'm not sure what you mean.**
(21)    Q    Sure.
(22)    **A    How should he have described it.**
(23)    Q    I thought in your report I saw
(24) that you said you can't just say a patient has
(25) suicidal ideation.  You have to probe further

Page 189

(1)        Goldstein, M.D.
(2) and ask more questions about what they are
(3) thinking, whether they have intent and plan and,
(4) you know, what their ideation is.
(5)     **A    Well, he wasn't -- I think he said**
(6) **she has some suicidal ideation and he left it at**
(7) **that.  He didn't specify.  He could have said**
(8) **without intent or plan at this time, but he**
(9) **didn't.**
(10)    Q    Right.  Since he wrote it down he
(11) didn't ask her, right.  Since he didn't write it
(12) down he didn't ask her?
(13)    **A    Based on the consultation he**
(14) **wasn't treating her.  He may have only put down**
(15) **pertinent positive findings.  That's not**
(16) **unusual.**
(17)    Q    Right.  And you say if it's not
(18) documented it wasn't done.  So if he didn't
(19) write down no intent or plan then he probably
(20) didn't ask about that; right?
(21)    **A    It's possible he didn't.**
(22)    Q    And that would have been a breach
(23) in the standard of care in your opinion?
(24)    **A    Technically, yes.**
(25)    Q    Okay.  Dr. Mullick discussed

48  (Pages 186 to 189)

**EXHIBIT B**

Page 190

(1)          Goldstein, M.D.
(2) antidepressant therapy with Nicole; correct?
(3)     A    I believe he alluded to it, yes.
(4)     Q    Did you say he wasn't treating
(5) her. He was only consulting?
(6)     A    He was a consult, yes. He wasn't
(7) a treating doctor.
(8)     Q    But he has an assessment and plan
(9) to treat her?
(10)    A    While she was in the hospital. He
(11) put down a plan, but he wasn't going to be
(12) implementing it. I don't think he ever saw her
(13) again.
(14)    Q    Okay. His plan was that he would
(15) follow the patient in the current setting and
(16) admit her to the psychiatric floor when
(17) medically stable. Do you know if she ever got
(18) admitted to the psychiatric floor?
(19)    A    I don't believe so.
(20)    Q    Okay. He discussed various
(21) treatment options with her including
(22) psychotropic medications. That's
(23) antidepressants; correct?
(24)    A    Yes.
(25)    Q    Okay. Did he discuss with her the

Page 191

(1)          Goldstein, M.D.
(2) potential side effects of increased suicidal
(3) thoughts in young adults on antidepressants?
(4)     A    No.
(5)     Q    Okay. Would he be required to do
(6) so?
(7)     A    He wasn't prescribing it.
(8)     Q    All right. And he states,
(9) psychotherapeutic interventions, we will provide
(10) supportive individual psychotherapy to the
(11) patient. Did he discuss the critical importance
(12) of psychotherapy in her treatment with her?
(13)    A    He was just consulting, you know,
(14) based on her stay in the hospital. He wasn't
(15) going to be part of any ongoing treatment.
(16)    Q    Well, he's prescribing
(17) psychotherapy for her. Did he discuss with her
(18) the critical importance of psychotherapy to her
(19) treatment?
(20)    A    No, because she was just being
(21) maintained in the hospital.
(22)    Q    And they were going to provide
(23) supportive individual psychotherapy?
(24)    A    As an internum measure in the
(25) hospital.

Page 192

(1)          Goldstein, M.D.
(2)     Q    Have you seen any records in the
(3) hospital that they provided psychotherapy to
(4) her?
(5)     A    Well, it's kind of a broad
(6) supportive. It was more like a milieu therapy.
(7) She saw the nurses. She was in a protective
(8) environment. She had a sitter I think for
(9) suicidal ideation. So she was in a protective,
(10) supportive protective environment.
(11)    Q    Is that psychotherapy?
(12)    A    Not really.
(13)    Q    No. Have you seen any indication
(14) in the medical records that they provided
(15) psychotherapy to her that Dr. Mullick stated in
(16) his consultation that he was going to provide?
(17)    A    I didn't see anything that
(18) specified anything I recognized as
(19) psychotherapy.
(20)    Q    Right. It's your opinion that
(21) psychotherapy was of critical importance to
(22) Nicole's treatment; correct?
(23)    A    Not at that point.
(24)    Q    Why not at that point. She just
(25) attempted suicide. You don't think she needed

Page 193

(1)          Goldstein, M.D.
(2) psychotherapy?
(3)     A    Yes, I think she did as an ongoing
(4) treatment modality when she was discharged.
(5)     Q    You don't think she needed
(6) somebody to talk to right then about the suicide
(7) attempt she just made?
(8)     A    I think she just talked to the
(9) nurses and they gave her supportive reassurance,
(10) but she didn't really have any psychotherapy at
(11) that point.
(12)    Q    Right. And the question is not
(13) whether she got it. The question is whether she
(14) needed it. Dr. Mullick thought she needed it.
(15) The question now is whether Dr. Goldstein
(16) thought she needed it.
(17)    A    It wouldn't have hurt, but it
(18) wasn't part of any ongoing treatment plan. The
(19) psychotherapy began when she was referred to Ms.
(20) Powell.
(21)    Q    Yes, sir. It was part of Dr.
(22) Mullick's treatment plan; was it not?
(23)    A    Technically, yes.
(24)    Q    Right. And she didn't get it;
(25) right?

EXHIBIT B

49  (Pages 190 to 193)

Page 194

(1)        Goldstein, M.D.
(2)    **A   She didn't get it.**
(3)    Q    Is that a breach of the standard
(4) of care?
(5)    **A   Possibly.**
(6)    Q    Is that part of the excellent care
(7) she received at Medical Center at Bowling Green?
(8)    **A   It was not something to brag**
(9) **about, but I don't think it was significant.**
(10)    Q    Not so excellent?
(11)    **A   It wasn't that significant.**
(12)    Q    All right.  Then she is seen the
(13) next day.  Psychiatry follow-up.  Was a suicide
(14) assessment performed then on June 13th?
(15)    **A   Okay.**
(16)    Q    Was a suicide assessment performed
(17) on June 13th?
(18)    **A   By Dr. Mullick?**
(19)    Q    By the psychiatrist who followed
(20) up her while she is in-patient --
(21)    **A   While she is still in the**
(22) **hospital, no.**
(23)    Q    Okay.  Is that a breach in the
(24) standard of care?
(25)    **A   Yes.**

Page 195

(1)        Goldstein, M.D.
(2)    Q    All right.  She is seen on June
(3) 14th.  Was a suicide assessment performed on her
(4) that day?
(5)    **A   No.**
(6)    Q    All right.  Is that a breach of
(7) the standard of care?
(8)    **A   Technically, yes.**
(9)    Q    She is seen on June 15th.
(10)    Is a suicide assessment performed
(11) on that day?
(12)    **A   No.**
(13)    Q    Is that a breach of the standard
(14) of care?
(15)    **A   Technically, yes.**
(16)    Q    She is discharged from Medical
(17) Center of Bowling Green on June 15th of 2015.
(18)    Is a suicide assessment performed
(19) of her prior to discharge?
(20)    **A   No.**
(21)    Q    All right.  Is that a breach of
(22) the standard of care to discharge a patient who
(23) has just attempted suicide from the hospital
(24) without doing a suicide assessment?
(25)    **A   Yes.**

Page 196

(1)        **Goldstein, M.D.**
(2)    Q    All right.  And the note states
(3) she feels bad about her overdose.  She wants to
(4) live.  No signs of symptoms of depression before
(5) the overdose.  Mother and patient feels it was
(6) impulsive.  No suicidal ideation, intent or
(7) plan.  Wants to go home with mom to follow up
(8) with out-patient therapist; correct?
(9)    **A   Yes.**
(10)    Q    Okay.  Is there anywhere in the
(11) Bowling Green records where they obtained a
(12) history of her past deliberate self harm?
(13)    **A   No.**
(14)    Q    Okay.  At the time of her
(15) discharge did she have any warning signs of
(16) suicide or active acute signs of suicidal
(17) ideation?
(18)    **A   No.**
(19)    Q    And the psychiatrist who
(20) discharged her from the Medical Center at
(21) Bowling Green discharged her to follow up with
(22) an out-patient therapist; correct?
(23)    **A   Yes.**
(24)    Q    They did not feel that she needed
(25) to see a psychiatrist; correct?

Page 197

(1)        Goldstein, M.D.
(2)    **A   I believe an appointment was also**
(3) **made with Dr. Smith at that point.**
(4)    Q    Okay.
(5)    **A   She was referred to both a**
(6) **therapist and a medical doctor.**
(7)    Q    Right.  Now, back to my question.
(8) They did not feel she needed an appointment with
(9) a psychiatrist; correct?
(10)    **A   They didn't specify that, no.**
(11)    Q    They said -- actually the
(12) psychiatrist said she is instructed to follow up
(13) with her primary care physicians for
(14) reevaluation of her liver function studies;
(15) correct?
(16)    **A   No.**
(17)    Q    All right.  And to follow up with
(18) out-patient therapist?
(19)    **A   Yes.**
(20)    Q    And follow up with out-patient
(21) therapy; correct?
(22)    **A   Correct.**
(23)    Q    No mention of seeing a
(24) psychiatrist?
(25)    **A   No.**

EXHIBIT B

50  (Pages 194 to 197)

Page 198

Goldstein, M.D.

(1)
(2)    Q    If they thought that she needed to
(3) follow up with a psychiatrist they would have
(4) put that in there and made an appointment for
(5) her; correct?
(6)    A    One would think, yes.
(7)    Q    Okay.  Do you disagree with their
(8) discharge instructions for her?
(9)    A    I think the important thing they
(10) did was to, you know, within a day or so,
(11) actually one day to hook her up with a
(12) therapist.
(13)    Q    Okay.
(14)    A    And to see what developed after
(15) that, but that was the appropriate medically
(16) sound approach that they undertook.
(17)    Q    Okay.  Did you stress to her how
(18) important out-patient therapy would be?
(19)    A    I don't see anything in the record
(20) that stresses that.
(21)    Q    Okay.  You're critical of Syrus
(22) Powell for failing to inform Nicole of the
(23) critical importance of continuing therapy.
(24)    Are you critical of the providers
(25) at the Medical Center of Bowling Green for

Page 199

Goldstein, M.D.

(1)
(2) failing to inform Nicole of the critical
(3) importance of continuing therapy?
(4)    A    I think they fulfilled their
(5) purpose.  They kept her in a protective
(6) environment and when they thought she was stable
(7) enough to be discharged they put her in
(8) immediate contact with a therapist for ongoing
(9) treatment.
(10)    Q    Okay.  At Medical Center of
(11) Bowling Green they did not use any assessment
(12) tools or checklists in their evaluation of
(13) Nicole?
(14)    MR. ELLIS:  Objection.
(15) Misstates the record.
(16)    MS. WATTS:  He can answer
(17) it.
(18)    MR. ELLIS:  Sure.  You can
(19) answer?
(20)    A    You mean like a psychometric?
(21)    Q    Like PHQ-9, anything like that?
(22)    A    I don't think they did.
(23)    MS. WATTS:  All right.  We
(24) can take a break now.
(25)    (Whereupon, a recess was

Page 200

Goldstein, M.D.

(1)
(2) taken.)
(3)    (The deposition resumed with
(4) all parties present.)
(5) R O B E R T   G O L D S T E I N, M.D.,
(6)    resumed and testified further as follows:
(7)    MS. WATTS:  All right.
(8) Exhibit 3 is the table of contents.
(9)    (Table of contents was
(10) marked as Deposition Exhibit No. 3
(11) for identification, as of this
(12) date.)
(13) BY MS. WATTS:
(14)    Q    All right, Doctor, in Footnote 1
(15) of your report, Page 3 of it states research
(16) studies have established that the risk for
(17) suicide is strikingly elevated during the first
(18) 90 days following discharge from in-patient
(19) psychiatric care even for patients not suicidal
(20) at hospital admission.
(21)    Do you know what research studies
(22) those are?
(23)    A    Yes.
(24)    Q    Okay.  What are they?
(25)    A    I have -- I actually have that

Page 201

Goldstein, M.D.

(1)
(2) paper, but not with me.
(3)    Q    Okay.  Can you provide it to --
(4)    A    Sure.  You'll keep a list.  I have
(5) that study.
(6)    Q    I'll send a letter to Tony.
(7)    A    Not just for this case, but I have
(8) it somewhere in my file.
(9)    Q    Okay.  Recent in-patient
(10) hospitalization is not on your list of risk
(11) factors in Appendix C; correct?
(12)    A    I think it is.  Appendix C?
(13)    Q    Yes.
(14)    A    By God, it's not.  This list was
(15) made up in 2003.  So those research findings may
(16) have been documented or discovered ten years
(17) after that.
(18)    Q    All right.  Let's talk about your
(19) criticism of Syrus Powell.
(20)    Ms. Borum presented for an initial
(21) therapy counseling session with Syrus Powell on
(22) June 17, 2015 and that was the day after her
(23) discharge from Bowling Green; correct?
(24)    A    Yes.
(25)    Q    Ms. Borum didn't bring any medical

EXHIBIT B

51  (Pages 198 to 201)

Page 202

(1) Goldstein, M.D.
(2) records with her from Bowling Green to give to
(3) Ms. Powell; correct?
(4) **A   Ms. Powell didn't review any.**
(5) Q   Well, in order to have them Ms.
(6) Borum would have had to bring them to her;
(7) right?
(8) **A   I don't know.  The hospital may**
(9) **have had other ways of transmitting them.**
(10) Q   Here's my first question.
(11) Ms. Borum didn't bring any to Ms. Powell; right?
(12) **A   Yes.**
(13) Q   Okay.  So in order to review any
(14) records Ms. Powell would have needed to have
(15) Ms. Borum complete an authorization for the
(16) release of records to obtain them?
(17) **A   I'm not sure.  If a hospital is**
(18) **referring a patient to another provider I think**
(19) **they have -- I think HIPAA allows them to send**
(20) **with their referral whatever information is**
(21) **relevant.**
(22) Q   Okay.  Did Bowling Green send any
(23) records?
(24) **A   I don't know.  They had some kind**
(25) **of system, the Epic system.**

Page 203

(1) Goldstein, M.D.
(2) Q   Were those two hospitals on the
(3) same system?
(4) **A   I don't know how they would have**
(5) **transmitted it.**
(6) Q   Well, here's my question.  You are
(7) critical for Ms. Powell for not reviewing the
(8) Bowling Green records; right?
(9) **A   Right.**
(10) Q   Do you know if she had them to
(11) review?
(12) **A   I don't know if she had them or**
(13) **whether she had the option to request them since**
(14) **the appointment was set up in advance.**
(15) Q   It was set up a day in advance;
(16) right?
(17) **A   Yes.**
(18) Q   All right.  So you don't know if
(19) she had the records; right?
(20) **A   I don't know if she had them at**
(21) **that moment in time.**
(22) Q   And you don't know if she even had
(23) the ability to get the records in advance;
(24) right?
(25) **A   No.  All I know is the standard of**

Page 204

(1) Goldstein, M.D.
(2) **care would necessitate that she review past**
(3) **records.  There's ways to get them.  I mean it's**
(4) **not impossible to get them.**
(5) Q   Right.  One of the ways when
(6) Ms. Borum comes in for her first visit you have
(7) her fill out an authorization to release the
(8) records and you send the authorization to the
(9) hospital and the hospital sends you the records;
(10) right?
(11) **A   It's possible.**
(12) Q   Okay.  And if that is the way that
(13) they obtain the records, Ms. Borum never came
(14) back for a second session; correct?
(15) **A   Correct.**
(16) Q   Okay.  You're critical of
(17) Ms. Powell's limited experience or specialized
(18) training in the assessment and treatment of
(19) suicidal patients and her unfamiliarity with the
(20) use of assessment tools, check lists or clinical
(21) guidelines on the subject?
(22) **A   It's not -- I'm sorry.**
(23) Q   What assessment tools, tools,
(24) check lists and clinical guidelines on the
(25) subject did the standard of care require Ms.

Page 205

(1) Goldstein, M.D.
(2) Powell to use during her treatment of Nicole?
(3) **A   I never said the standard of care**
(4) **required them.  I was just pointing out that**
(5) **that was one of her limitations.**
(6) Q   Okay.  So the standard of care
(7) didn't require her to use any particular
(8) assessment tools?
(9) **A   No.**
(10) Q   All right.  Every practitioner at
(11) the beginning of their career has limited
(12) experience in their field; correct?
(13) **A   Yes.  By definition, yes.**
(14) Q   Right.  And Ms. Powell testified
(15) at the beginning of her career she frequently
(16) discussed her patients with her supervisor to
(17) make sure she was on the right track, right, did
(18) you see that in her deposition?
(19) **A   That's a good practice, right.**
(20) Q   That's a good practice to have;
(21) right?
(22) **A   Right.**
(23) Q   She even said she discussed
(24) Ms. Borum with her supervisor; correct?
(25) **A   Yes, she did say that.**

52  (Pages 202 to 205)

**EXHIBIT B**

Page 206

Goldstein, M.D.

(2) Q    That would be a good practice for
(3) somebody with limited experience to do?
(4) A    Yes.
(5) Q    All right.  That would offset the
(6) limited experience of somebody who is new in
(7) their practice?
(8) A    To some extent, yes.
(9) Q    All right.  You say it's unclear
(10) whether she had training and experience to treat
(11) patients with cognitive behavioral therapy.
(12) Did Nicole necessarily need
(13) cognitive behavioral therapy?
(14) A    I think Ms. Powell indicated that
(15) was the indicated treatment.
(16) Q    All right.  Do you agree with her
(17) that that was the indicated treatment?
(18) A    That is touted as the evidence
(19) based most effective treatment.
(20) Q    Okay.  Do you agree with that.
(21) I'm guessing no since you don't do it.
(22) A    I think it's -- there's a lot of
(23) research that shows that it's not that much
(24) better than interpersonal psychotherapy.
(25) Q    All right.

Page 207

Goldstein, M.D.

(2) A    But it is an effective treatment.
(3) Q    Okay.  Do you have an opinion as
(4) to whether Ms. Powell had training and
(5) experience, had the training and experience
(6) required to provide psychotherapy to Nicole that
(7) would treat her condition whether it cognitive,
(8) behavioral therapy or any other type of therapy?
(9) A    I have no reason to question that
(10) she did.  She was treating patients at the
(11) clinic.
(12) Q    Okay.
(13) A    So if she knew how to do some
(14) standard form of psychotherapy that probably
(15) would have been adequate.
(16) Q    Okay.  Ms. Powell testified that
(17) it was part of her training in her Master's
(18) program and that she had also continued
(19) continuing education courses on suicide risk
(20) assessment.  Did you see that?
(21) A    Yes.
(22) Q    Okay.  That would be a good idea
(23) for somebody who is seeing patients like Nicole
(24) Borum to not only be trained within your
(25) Master's program, but to also seek continuing

Page 208

Goldstein, M.D.

(2) education courses on those topics?
(3) A    Definitely.
(4) Q    Okay.  You're critical of Ms.
(5) Powell for an inadequate clinical history and
(6) incomplete mental status examination.
(7) Is it your opinion that Ms. Powell
(8) should have conducted the same clinical history
(9) and mental status examination that a
(10) psychiatrist would have?
(11) A    She should have performed, I guess
(12) it would be called a clinical examination rather
(13) than a psychiatric examination.  Do the same
(14) thing.  She should have been able to perform an
(15) adequate for the purpose needed in this matter,
(16) an adequate clinical evaluation and she didn't.
(17) In other words, she failed to
(18) do -- as a result of that she failed to do a
(19) careful, thorough and competent examination.
(20) She didn't know the old records.  She didn't do
(21) an adequate, even a barely adequate clinical
(22) examination.  So in that sense she failed to do
(23) an adequate examination.
(24) Q    But was Ms. Powell's purpose to do
(25) an examination of the patient or to provide

Page 209

Goldstein, M.D.

(2) psychotherapy to the patient?
(3) A    Well, you have to do an
(4) examination of the patient to decide what the
(5) patient, you know, what their condition is, what
(6) their diagnosis is, what the important aspects
(7) of their condition are so that you can decide
(8) what treatment is most likely to benefit them.
(9) Q    All right.  So you said she should
(10) have performed a clinical examination and then
(11) you said you not a psychiatric examination, but they
(12) are the same thing.  So in your opinion she
(13) should have performed the same mental status
(14) examination that a psychiatrist would have
(15) performed?
(16) A    Definitely.
(17) Q    Okay.
(18) A    Definitely.  I mean it's not that
(19) esoteric.  Every mental health professional
(20) whether a psychiatrist, a psychologist, social
(21) worker, nurse practitioner or family physician
(22) should know how to do a basic psychiatric let's
(23) call it a clinical examination and mental status
(24) examination.
(25) Q    All right.  And I know it's your

EXHIBIT B

53  (Pages 206 to 209)

Page 210

(1) Goldstein, M.D.
(2) opinion that Nicole was a moderately high
(3) suicide risk. If Syrus Powell had determined
(4) Nicole to be a moderately high suicide risk what
(5) would have changed about her treatment of
(6) Nicole?
(7) **A   Well, her treatment plan as she**
(8) **outlined it would have been roughly the same.**
(9) Q   Okay.
(10) **A   But where she fell down was that**
(11) **she had no basis to understand that this was a**
(12) **moderately high risk patient, moderately high**
(13) **risk suicidal patient for which ongoing therapy**
(14) **was critically important and that the patient**
(15) **should have been so informed and warned**
(16) **particularly if the patient didn't come back.**
(17) Q   Hang on. Stay with my question.
(18) If she had concluded that Nicole was moderately
(19) high suicide risk the treatment would have been
(20) the same; correct?
(21) **A   With the exception that as a**
(22) **social worker who was going to treat the patient**
(23) **with psychotherapy that she should have known**
(24) **that combined treatment with medication was**
(25) **indicated for such a patient and should have**

Page 211

(1) Goldstein, M.D.
(2) **made the proper connection with someone that**
(3) **could prescribe and manage medication.**
(4) Q   All right. Well, let's talk about
(5) that. Ms. Powell knew that Nicole had an
(6) appointment with her family medicine doctor two
(7) days later; correct?
(8) **A   I'm not sure.**
(9) Q   Okay. Did you read in her
(10) deposition that Nicole informed her she had an
(11) appointment with her primary care doctor in two
(12) days?
(13) **A   I may have read that. I don't**
(14) **recall it.**
(15) Q   Okay. If that's true then Ms.
(16) Powell knew that she was about to see a doctor
(17) who could prescribe her medication; correct?
(18) **A   Well, the issue of medication**
(19) **never came up.**
(20) Q   Okay.
(21) **A   I mean she said I'm going to see**
(22) **my primary care doctor. She could have been**
(23) **seeing it because she had a sore throat. The**
(24) **issue of medication was never raised by Ms.**
(25) **Powell.**

Page 212

(1) **Goldstein, M.D.**
(2) Q   All right. Did you see in Dr.
(3) Smith's records where Nicole told Dr. Smith that
(4) she discussed medication with the counselor?
(5) **A   I don't remember that.**
(6) Q   On June 19th. You can look at
(7) your notes.
(8) **A   Yes.**
(9) Q   Discussed medication with the
(10) counselor, but deferred because of liver enzyme
(11) function.
(12) **A   That's Dr. Smith's note.**
(13) Q   Right. And it reflects that
(14) Nicole spoke with the counselor about
(15) medication; correct?
(16) **A   I don't recall saying she spoke to**
(17) **the counselor about medication.**
(18) Q   All right. We can pull up the
(19) records.
(20) **A   If it's in the record.**
(21) Q   I don't need you to take my word
(22) for it. We can pull up the records. She spoke
(23) to her counselor, but currently medication --
(24) **A   You may be right. It's a little**
(25) **ambiguous. It doesn't say she spoke to her**

Page 213

(1) Goldstein, M.D.
(2) **counselor about medication. She spoke to her**
(3) **counsel and currently medication is not**
(4) **indicated because of her impaired liver**
(5) **function.**
(6) **I don't recall Nicole telling Ms.**
(7) **Powell that her liver function was impaired.**
(8) Q   Okay.
(9) **A   I interpreted this to mean she saw**
(10) **her counselor, spoke to her counselor and**
(11) **medication is not recommended. I don't know if**
(12) **Ms. Powell knew anything about her liver**
(13) **function.**
(14) Q   Okay.
(15) **A   It's possible.**
(16) Q   If Ms. Powell testified that
(17) Nicole informed her that she had an appointment
(18) with her primary care physician in two days to
(19) discuss medication, then Ms. Powell would have
(20) no reason to refer Nicole to a doctor for
(21) medication; is that fair?
(22) **A   If she specifically told her I'm**
(23) **going to see this doctor for medication then**
(24) **that's fair.**
(25) Q   Okay.

54  (Pages 210 to 213)

EXHIBIT B

Page 214

Goldstein, M.D.

(1)
(2)   A   Are you basing that on that note?
(3)   Q   No, it's a hypothetical.
(4)   A   Okay.
(5)   Q   Okay.  Then, in fact, Dr. Smith
(6) does start Nicole on medication therapy.  We
(7) know that; right?
(8)   A   Not on that occasion, but a week
(9) later.
(10)   Q   When her liver function is better;
(11) right?
(12)   A   Correct.
(13)   Q   So, therefore, even if Ms. Powell
(14) failed to refer Nicole, Nicole does get started
(15) on medication therapy; correct?
(16)   A   Yes.
(17)   Q   So there is no causal link there,
(18) correct.  You know what causation is; right?
(19)         MR. ELLIS:  Objection.
(20)         You can answer.
(21)   A   Well, the way I interpreted it was
(22) that Ms. Powell did not get involved in being
(23) part of the obtaining of combined therapy or
(24) even knowing that that was indicated.
(25)   Q   Right.  Nicole got on medication?

Page 215

Goldstein, M.D.

(1)
(2)   A   Nicole did get on medication, yes.
(3)   Q   So whether Ms. Powell sent her to
(4) somebody to get on medication or not is
(5) immaterial?
(6)   A   We're just talking about
(7) Ms. Powell.
(8)   Q   Now I'm talking about causation.
(9) Whether Ms. Powell sent her to get on medication
(10) or not is immaterial; right?
(11)   A   Well, it's not immaterial in terms
(12) of Ms. Powell's standard of care.
(13)   Q   It's immaterial in terms of
(14) negligence, right.  It's immaterial in terms of
(15) causation of the cause of Nicole's death; right?
(16)   A   It's a departure or deviation on
(17) Ms. Powell's part, but it was kind of corrected
(18) in the sense by Dr. Smith putting her on
(19) medication without any input from Ms. Powell.
(20)   Q   It didn't cause Nicole's death?
(21)   A   No.
(22)   Q   All right.  What information was
(23) not obtained by Syrus Powell on this visit that
(24) you believe should have been obtained by her?
(25)   A   Well, in terms of the clinical

Page 216

Goldstein, M.D.

(1)
(2) history, she didn't get any information about
(3) any past psychiatric history, past history of
(4) depression, family history of depression,
(5) self-injurious behavior.  She didn't learn
(6) anything about that.
(7)         In terms of her mental status, she
(8) didn't obtain any information about whether
(9) there were psychotic symptoms, manic symptoms,
(10) sleep disturbance, appetite disturbance, energy
(11) disturbance.  Those were indications that she
(12) didn't do a complete, careful, and thorough
(13) examination.
(14)   Q   Okay.  Were there psychotic or
(15) manic symptoms?
(16)   A   Apparently, I don't know, but it
(17) was not expressed here.
(18)   Q   Okay.  Has there been any evidence
(19) in this case that Nicole ever had psychotic or
(20) manic symptoms?
(21)   A   Not by other examiners, no.
(22)   Q   Not by her family or friends or
(23) anybody?
(24)   A   Well, her family is not qualified
(25) to.  I'm talking here about what Powell failed

Page 217

Goldstein, M.D.

(1)
(2) to do in her examination.
(3)   Q   And I'm talking about whether it
(4) matters.
(5)   A   It only matters in the sense that
(6) she didn't do a careful and competent
(7) examination.
(8)   Q   Okay.  Now my question.  Was there
(9) any evidence that Nicole ever had any psychotic
(10) or manic symptoms?
(11)   A   Based on other examiners'
(12) findings, no.
(13)   Q   Is there any evidence that Nicole
(14) ever had disturbance of sleep, appetite or
(15) energy level?
(16)   A   I think her mother indicated that
(17) she was having sleep problem at a later time.
(18)   Q   Later.  Not at this time though?
(19)   A   Not at this time.
(20)   Q   Okay.  You said past psychiatric
(21) history.  She had never been seen by a
(22) psychiatrist; correct?
(23)   A   She had no formal psychiatric
(24) history or diagnosis, but she did report to the,
(25) I forget his name, the psychiatric at Bowling

55 (Pages 214 to 217)

EXHIBIT B

Page 218

Goldstein, M.D.

(1)
(2) Green that she had bouts of dysphoria in the
(3) past after her father died and related to past
(4) breakups.
(5)     Q.    Okay.
(6)     A.    So that's equivalent to past
(7) symptoms that were not officially documented by
(8) any mental health professional.
(9)     Q.    Okay.  And in this information you
(10) just listed, if Ms. Powell had obtained this
(11) information it would not have changed Nicole's
(12) treatment plan in any way?
(13)     A.    It wouldn't have changed her
(14) treatment plan, no.
(15)     Q.    Okay.  And if Ms. Powell had
(16) obtained this information it would not have
(17) prevented Nicole's suicide?
(18)     A.    It would not have, no.
(19)     Q.    Okay.  Do you agree with me that
(20) the relationship between a patient and a
(21) psychotherapist takes time to develop?
(22)     A.    Yes, I would definitely agree with
(23) that.
(24)     Q.    Okay.  A psychotherapist isn't
(25) going to obtain all information about a patient

Page 219

Goldstein, M.D.

(1)
(2) on the first visit?
(3)     A.    Well, when you say all, definitely
(4) not all.  But when you are doing an intake, this
(5) is kind of an intake evaluation.  It's grossly
(6) incomplete.
(7)     Q.    Okay.  Ms. Powell did gather
(8) information about risk factors of her recent
(9) suicide attempt, her recent breakup and what had
(10) precipitated that suicide attempt; correct?
(11)     A.    Yes.
(12)     Q.    Okay.  And they talked through
(13) that extensively; correct?
(14)     A.    I don't know how extensively, but
(15) she did --
(16)     Q.    It looks like for 45 minutes they
(17) talked about it?
(18)     A.    She did obtain that information.
(19)     Q.    Okay.  And she obtained
(20) information from Nicole about protective factors
(21) like positive coping skills, positive social
(22) support and sense of responsibility with her
(23) internship and finishing school?
(24)     A.    Yes.
(25)     Q.    All right.  Ms. Powell instructed

Page 220

Goldstein, M.D.

(1)
(2) Nicole to go to the ER or call the office if she
(3) felt suicidal or impulsive, right?
(4)     A.    Yes.
(5)     Q.    And that was a good thing?
(6)     A.    That was appropriate, yes.
(7)     Q.    She also instructed Nicole to use
(8) social supports and learn coping skills to
(9) manage her depression?
(10)     A.    Yes.
(11)     Q.    And she instructed Nicole to
(12) follow-up as scheduled; correct?
(13)     A.    Yes.
(14)     Q.    And Nicole made an appointment
(15) that day for a month away; correct?
(16)     A.    Yes.
(17)     Q.    Okay.  You're critical of Ms.
(18) Powell for never informing Nicole that ongoing
(19) care was critically importance in view of her
(20) recent suicide attempt and psychiatric
(21) hospitalization.
(22)         You agree with me that the
(23) decision of a patient to engage in psychotherapy
(24) is always voluntary unless it's court mandated?
(25)     A.    Yes, it's voluntary.  That doesn't

Page 221

Goldstein, M.D.

(1)
(2) mean the patient should not be informed about
(3) the risk, the importance of continuing treatment
(4) and the risk of not continuing treatment.
(5)     Q.    Okay.  And you saw in Ms. Powell's
(6) deposition that she told Nicole that she needed
(7) to be in counseling whether it was with her or
(8) with somebody else?
(9)     A.    I don't remember seeing anything
(10) to the effect that whether it's with me or
(11) somebody else business.
(12)     Q.    Okay.  You just looked over that
(13) part?
(14)     A.    I'm sorry?
(15)     Q.    If she told Nicole that would that
(16) be appropriate?
(17)     A.    I don't recall any statement in
(18) the record, documentation that it was critically
(19) important for her to be in therapy and that
(20) there was a serious risk to her well-being if
(21) she were not in therapy.
(22)     Q.    Yes, sir.  Which is more
(23) important, for Ms. Powell to write that in the
(24) record or for her to talk to Nicole about it?
(25)     A.    Both.

**EXHIBIT B**

56  (Pages 218 to 221)

Page 222

Goldstein, M.D.

(2) Q. No. Which is more important, for
(3) her to write it in the record or talk to Nicole
(4) about it?
(5) **A. Well, it's certainly important for**
(6) **her to communicate it to Nicole.**
(7) Q. Okay. So if as Ms. Powell
(8) testified she told Nicole she needed to be in
(9) counseling whether it was with her or somebody
(10) else that's a good thing, right. That's
(11) hypothetical question because I understand you
(12) don't remember that from her testimony.
(13) But hypothetically if she told
(14) Nicole you need to be in counseling whether it
(15) is with me or somebody else that's a good thing?
(16) **A. Well, if she told her you need to**
(17) **be in counseling and the risk X, Y and Z if you**
(18) **are not that would be meeting the standard of**
(19) **care on that issue.**
(20) Q. What would the risks that she
(21) would need to tell her. What would be the risks
(22) she would need to tell her to meet your standard
(23) of care?
(24) **A. That you're a high risk patient**
(25) **and it's imperative for you to be in treatment**

Page 223

Goldstein, M.D.

(2) to prevent any recurrence of a suicidal nature.
(3) Q. Was Nicole a high risk patient?
(4) **A. There's no doubt about that. Ms.**
(5) **Powell didn't think so.**
(6) Q. So we have gone from moderately
(7) high risk to high risk now?
(8) **A. Okay. I said at least moderately**
(9) **high risk.**
(10) Q. Nicole made a voluntary decision
(11) to cancel her second psychotherapy appointment
(12) with Ms. Powell; correct?
(13) MR. ELLIS: Objection.
(14) **A. I don't know. We don't know. She**
(15) **just didn't make the second appointment.**
(16) Q. No. She responded cancelled to a
(17) text message reminder about the appointment?
(18) MR. ELLIS: Objection.
(19) **A. Right. But we don't know if she**
(20) **decided to discontinue therapy.**
(21) Q. I'm sorry, you haven't see those
(22) depositions. Nicole got a text message to
(23) confirm her appointment and she responded no and
(24) cancelled it.
(25) MR. ELLIS: I have not seen

Page 224

Goldstein, M.D.

(2) any records to be clear of any kind
(3) that there's any form of
(4) cancellation of any kind in writing
(5) from a Televex or Televox?
(6) MS. WATTS: Yeah, you have.
(7) MR. ELLIS: You're saying
(8) you produced the Televox response
(9) record?
(10) MS. WATTS: We'll deal with
(11) this off the record.
(12) MR. ELLIS: No, on the
(13) record. You're saying that we
(14) received --
(15) MS. WATTS: Those are with
(16) our initial disclosures.
(17) MR. ELLIS: There's a
(18) Televox communication from Televox?
(19) MS. WATTS: No. It's a
(20) Deaconess record.
(21) BY MS. WATTS:
(22) Q. All right.
(23) **A. I want to make sure I understand**
(24) **your question. She cancelled the next**
(25) **appointment or she said I'm cancelling therapy**

Page 225

Goldstein, M.D.

(2) and she said I'm never coming back to therapy.
(3) Q. She cancelled the next appointment
(4) and never made another one.
(5) **A. Okay.**
(6) Q. That's a voluntary decision by
(7) her; correct. Well, I'll ask it in a
(8) hypothetical.
(9) **A. Okay.**
(10) Q. If Nicole responded to a text
(11) message reminder to cancel an appointment and
(12) never made another appointment that's a
(13) voluntary decision by Nicole?
(14) **A. Well, it's kind of -- it's not an**
(15) **affirmative statement saying I'm terminating my**
(16) **treatment. It's kind of ambiguous. I'm missing**
(17) **the section. I assume I'm going to be having**
(18) **another session.**
(19) **It's not clear. But even assuming**
(20) **if she said I'm definitely terminating my**
(21) **treatment I'll assume for the sake of your**
(22) **hypothetical that's the case.**
(23) Q. My question wasn't voluntary
(24) decision to terminate treatment. I said if she
(25) make a voluntary decision to cancel her second

EXHIBIT B

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018
(800) NYC-FINK * (212) 869-3063

Page 226

Goldstein, M.D.

(1) appointment.

(3) A   Yes.

(4) Q   Okay.  And she made a voluntary
(5) decision not to schedule another one or not to
(6) call to schedule another one?

(7) A   I don't know.  It's ambiguous what
(8) happened.

(9) Q   Okay.  In your opinion does Ms.
(10) Borum bear any responsibility for her own
(11) failure to follow-up with psychotherapy?

(12) A   She definitely abandoned the
(13) patient.

(14) Q   No.  Does Ms. Borum --

(15) A   Oh, Borum.

(16) Q   -- bear any responsibility for her
(17) own failure to follow-up with psychotherapy
(18) despite it being discussed with her in Bowling
(19) Green and Ms. Powell?

(20) A   Besides what being discussed with
(21) her?

(22) Q   Psychotherapy.  Dr. Mullick
(23) discussed it with her and Ms. Powell discussed
(24) it with her.

(25) A   Yes.  She went to for

Page 227

Goldstein, M.D.

(2) psychotherapy and she cancelled an appointment
(3) and I don't know if she was waiting to be
(4) contacted for a new appointment or whether she
(5) decided I've had it, I'm not going back.

(6) She never made an affirmative
(7) statement I've decided not to continue
(8) treatment.  I'm terminating treatment.

(9) Q   What would she need to do to make
(10) such a statement?

(11) A   If she sent communication that I
(12) decided I'm not continuing psychotherapy.

(13) Q   How about just not go anymore.  Is
(14) that an affirmative statement?

(15) A   I don't know.  I don't know what
(16) was in her mind.  Maybe she was waiting to be
(17) contacted.  I don't know.  It's not clear.

(18) Q   For two months.  Come on, Doc.

(19) A   I don't know.

(20) MR. ELLIS:  Objection.

(21) Q   Okay.  How many times did the
(22) standard of care require Ms. Powell to reach out
(23) to Nicole to encourage and persuade her to
(24) return to treatment?

(25) A   The standard of care requires to

Page 228

Goldstein, M.D.

(2) avoid the abandonment of a patient under those
(3) circumstances, that the social worker, therapist
(4) contact the patient and inform the patient that,
(5) you know, you don't have to return to treatment
(6) with me.  It's your voluntary decision, but I
(7) want to warn you that treatment is imperative
(8) because of your condition and the risk of not
(9) continuing treatments, to outline that for the
(10) patient.  To document it in the record and send
(11) the patient a letter to that effect.

(12) That failure to do that and also
(13) to indicate that I'm available to, you know,
(14) continue treatment if you wish until you find a
(15) new therapist if you wish to do so.  And to
(16) document that in the record.  Failure to do that
(17) is simple abandonment.

(18) Q   The length of time between
(19) counseling sessions is determined by the
(20) clinical judgement of the provider; correct?

(21) A   If that clinical judgment is based
(22) on careful and competent evaluation --
(23) examination.

(24) Q   Okay.  Is there any evidence that
(25) Ms. Borum would have attended counseling

Page 229

Goldstein, M.D.

(2) sessions if they had been scheduled closer in
(3) time?

(4) A   We'll never know.

(5) Q   Okay.  If her second counseling
(6) session had been scheduled two weeks out instead
(7) of a month we don't know if she would have
(8) cancelled that one or not; right?

(9) A   We don't know.  It would have been
(10) meeting the standard of care, but we'll never
(11) know if she would have.

(12) Q   All right.  Moving on to Dr.
(13) Smith's treatment.

(14) Nicole went to see Dr. Smith two
(15) days later on June 19th of 2015?

(16) A   Yes.

(17) Q   And Nicole brought with her
(18) records from Bowling Green, correct.  Are you
(19) aware of that?

(20) A   I don't know.  Do you mean
(21) physically brought the records with her?

(22) Q   Physically.

(23) A   I don't know if she brought them
(24) with her, but Dr. Smith did say he reviewed the
(25) records and Powell's counseling records in

EXHIBIT B

58  (Pages 226 to 229)

Page 230

Goldstein, M.D.

advance so I assume he got them some other way.

Q   Dr. Smith is a she.

A   **Pardon?**

Q   Dr. Smith is a she.

A   **She, sorry.**

Q   Are you aware that Dr. Smith's office had requested that Nicole sign a release of information before she left the hospital, but the nurse at the hospital tole them that they tell the patient to bring the records to their primary care physician for follow-up?

A   **Then how could she have reviewed the records in advance?**

Q   Exactly.  All right.

A   **That's what she testified at deposition.**

Q   All right.  Do you know what the records that Nicole brought from Bowling Green contained?

A   **No.**

Q   You're critical of Dr. Smith for failing to note important clinical information from review of the Bowling Green in-patient records.  What information is that?

Page 231

Goldstein, M.D.

A   **She didn't appear to ascertain from records she claimed she reviewed information about the family history of depression or prior bouts of depression after breakup, after her breakups and after her father's death.**

Q   Do you know if the records from the Medical Center of Bowling Green provided to Dr. Smith contained that information?

A   **It was in the psychiatric consult.**

Q   Right.  Do you know if they provided the psychiatric consult to Dr. Smith?

A   **I don't know.**

Q   Okay.  If they didn't provide that information to Dr. Smith then are you critical of her for failing to take note of it?

A   **If they did not provide it.**

Q   Yes.

A   **I guess she couldn't take note if they didn't provide it.**

Q   Right.

A   **You're saying she didn't get the complete record?**

Q   Correct.  They essentially sent

Page 232

Goldstein, M.D.

over a printout of lab results and procedures that had been done.

A   **Is that a question?**

Q   Were you aware of that?

A   **No.**

Q   Okay.  Would knowledge of a family history of depression of the grandmother and past bouts of sadness when Nicole's father died, would knowledge of that history have changed Nicole's treatment plan in any way?

A   **Well, there would have been two additional risk factors to add to the others.**

Q   Sure.  Would that have changed the treatment plan away from combination therapy?

A   **No.**

Q   All right.  So let's talk about Dr. Smith's examination on June 19th.

Dr. Smith inquired into Nicole's recent suicide attempt?

A   **Yes.**

Q   She asked her about her hospitalization?

A   **Yes.**

Q   She asked her about her feelings

Page 233

Goldstein, M.D.

towards the suicide attempt?

A   **Yes.**

Q   She asked her about how she was currently feeling?

A   **Yes.**

Q   She asked her about her counseling visit?

A   **I don't recall that.  She may have indicated that she saw a counselor.**

Q   I just showed you the record a minute ago.  Do you remember that?

A   **Right.**

Q   All right.  She asked her about her previous medical history?

A   **Yes.**

Q   And Nicole didn't report any prior depression?

A   **Nicole did not report prior depression, right.**

Q   She asked her about her previous psychiatric history?

A   **Yes.**

Q   Nicole did not report any prior depression?

59  (Pages 230 to 233)

EXHIBIT B

Page 234

(1)                    Goldstein, M.D.
(2)        A    Right.
(3)        Q    Okay.  She asked Nicole about her
(4)  upcoming internship?
(5)        A    Yes.
(6)        Q    About her plans for the future
(7)  with job opportunities and vacation?
(8)        A    Correct.
(9)        Q    She asked about her major and her
(10) job plans?
(11)       A    Yes.
(12)       Q    Okay.  You state that she didn't
(13) obtain information about her childhood history
(14) or family psychiatric history which would have
(15) revealed a number of factors associated with an
(16) increased risk of suicide.
(17)            She did ask about her childhood
(18) history, right.  She asked about psychiatric
(19) history, medical history, and Nicole denied any
(20) history?
(21)       A    Yes.
(22)       Q    Okay.  Is that Dr. Smith's fault
(23) for Nicole denying that history?
(24)       A    Is there any what, fault?
(25)       Q    Is that Dr. Smith's fault for

Page 235

(1)                    Goldstein, M.D.
(2)  Nicole denying that history?
(3)        A    No.
(4)        Q    Okay.  And you said she doesn't
(5)  ask about family history.  Are you talking about
(6)  specific family psychiatric history?
(7)        A    Definitely.
(8)        Q    Okay.  She does ask about family
(9)  history and Nicole provides a history of
(10) diabetes and heart failure of her father;
(11) correct?
(12)       A    Yes.
(13)       Q    Okay.  You state she did not
(14) inquire about or document findings with regard
(15) to current suicidal ideation, intent or plan,
(16) feelings of hopelessness, disturbances of sleep,
(17) appetite or energy, psychotic symptoms or manic
(18) symptoms.
(19)            Did you read in Dr. Smith's
(20) deposition where she testified that she inquired
(21) about suicide ideation at each visit with Nicole
(22) and talked with her about that?
(23)       A    Yes.  Three years later she
(24) remembered that she asked her about those
(25) things, but it's not documented in the record.

Page 236

(1)                    Goldstein, M.D.
(2)        Q    Okay.
(3)        A    The only thing that's documented
(4)  in the record that could vaguely be called
(5)  mental status is not depressed, but a little
(6)  anxious.
(7)             This's the whole mental status
(8)  evaluation.  I mean it's astonishing that
(9)  there's no questions documented about a patient
(10) with her history, is not asked about suicidal
(11) ideation.
(12)       Q    All right.  Is there any evidence
(13) that Nicole was suffering from any of those
(14) symptoms that you listed from any other source,
(15) from her mother who she was living with at the
(16) time, the friends that saw her during that
(17) period, anybody else?
(18)       A    Yes.  She had just seen Ms. Powell
(19) two days earlier and said she still had suicidal
(20) ideation.
(21)       Q    Okay.
(22)       A    And when she was in the hospital
(23) she still had suicidal ideation.
(24)       Q    She denied suicidal ideation at
(25) the time she was discharged?

Page 237

(1)                    Goldstein, M.D.
(2)        A    When she was discharged, right.
(3)        Q    All right.  What about feelings of
(4)  hopeless, disturbances of sleep, appetite or
(5)  energy?
(6)        A    We'll never know.  Dr. Smith
(7)  didn't document it.  Apparently didn't inquire
(8)  or didn't document it.
(9)        Q    Is there any evidence from any
(10) other source that Nicole was suffering from
(11) those symptoms?
(12)       A    Like what.  From whom?
(13)       Q    From her mom, from her friends.
(14)       A    Her mom and her friends are not
(15) trained mental health clinicians that would be
(16) able to, you know, reliably elicit such
(17) information.
(18)       Q    They don't know if she is having
(19) trouble sleeping or with her energy?
(20)       A    I don't think her mother is
(21) qualified, unless Nicole is pacing around all
(22) night, to say whether she is sleeping well or
(23) not.
(24)       Q    Dr. Smith noted that Nicole's
(25) depression was improved with continuous

EXHIBIT B

60  (Pages 234 to 237)

Page 238

(1) Goldstein, M.D.
(2) counseling?
(3) **A   Yes.  There's another glaring**
(4) **error in her examination.**
(5) Q   Well, maybe or maybe Nicole
(6) received counseling in the hospital and we just
(7) don't have a record of it.  Dr. Mullick said he
(8) was going to provide her counseling.
(9) **A   No.  You're talking about Dr.**
(10) **Smith's note that she is in continuous**
(11) **counseling.**
(12) Q   Right.  She had just been to the
(13) counselor two days earlier?
(14) **A   Yes.**
(15) Q   So she had been in continuous
(16) counseling?
(17) **A   So there's no indication that that**
(18) **information was correct.**
(19) Q   How is it incorrect?
(20) **A   Dr. Smith didn't discuss with**
(21) **Nicole, I understand you saw a counselor.  Tell**
(22) **me about it.  How did it go.  What are your**
(23) **plans for the next appointment.**
(24)        **There was nothing beyond the bare**
(25) **statement that she is in continuous counseling.**

Page 239

(1) Goldstein, M.D.
(2) Q   Oh, boy.  So you take from this
(3) that she didn't have discussions with Nicole
(4) beyond what's written in her record.
(5)        Does she have to write down
(6) everything she talks to Nicole about?
(7) **A   No, but we know Nicole never was**
(8) **in continuous session.**
(9) Q   Dr. Goldstein, her one counseling
(10) session was two days before this visit?
(11)        MR. ELLIS:   Objection.
(12)        That's not the record.
(13) Q   It is the record?  She went to
(14) counseling two days before this visit.  She was
(15) in continuous counseling.
(16) **A   She went for counseling on the**
(17) **17th.**
(18) Q   Right.  So tell me how this is an
(19) incorrect statement.
(20) **A   Well, I question term continuous**
(21) **counseling since she had one session.**
(22) Q   Okay.  And she may have had it in
(23) the hospital?
(24) **A   How would Dr. Smith know that.**
(25) **You said she only got a record of lab results.**

Page 240

(1) **Goldstein, M.D.**
(2) Q   Maybe Nicole told her.
(3) **A   Well, maybe, anything is possible**
(4) **if we're going to be in maybe land.**
(5) Q   Well, you're saying maybe she's
(6) wrong so I'm throwing out other possibilities.
(7) **A   Yes, it's possible.**
(8) Q   Okay.  How would a different risk
(9) stratification have changed Nicole's treatment
(10) plan or would a different risk stratification
(11) have changed Nicole's treatment plan?
(12) **A   Well, any reasonable examiner who**
(13) **had done a formal systematic risk assessment**
(14) **unless they were totally, you know, incompetent**
(15) **would not have been able to conclude that her**
(16) **suicide risk was low.**
(17) Q   Right.
(18) **A   Based on the fact that she was**
(19) **looking forward to her new job.**
(20) Q   The word you use whether it's low,
(21) moderate or high, that's a subjective
(22) assessment; right?
(23) **A   No, it's not subjective.**
(24) Q   How many risk factors do you have
(25) to be to fall into one or more of the

Page 241

(1) Goldstein, M.D.
(2) stratifications?
(3) **A   Well, the APA standard say that**
(4) **it's additive.  In other words, the more risk**
(5) **factor you have the higher the severity or**
(6) **higher risk that the patient is at and that**
(7) **certain risk factors even if they're standing by**
(8) **themselves in and of themselves should be**
(9) **given more weight and those are the recent**
(10) **suicide attempt and hospitalization for such an**
(11) **attempt.**
(12) Q   Okay.  Well, the APA doesn't say
(13) anything about recent hospitalization.  We
(14) already talked about that.
(15) **A   You're right, the APA one doesn't.**
(16) **It's in many other places as a very robust risk**
(17) **factor for high suicidal risk.**
(18)        **So had she done a formal risk**
(19) **assessment she would have learned that saying**
(20) **her risk was low was preposterous to reach that**
(21) **conclusion.**
(22) Q   Okay.  And back to my question.
(23) How would the treatment plan have changed or
(24) would it have.  Would the treatment still be
(25) combined therapy?

EXHIBIT B

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018        (800) NYC-FINK * (212) 869-3063

Page 242

(1)            Goldstein, M.D.
(2)      A    The treatment would be combined
(3)  therapy and the frequency of follow-up would
(4)  have been more frequent.
(5)      Q    Okay.
(6)      A    Had the standard of care been
(7)  followed.
(8)      Q    Okay.  And what would the
(9)  frequency of follow-up be.  What should in your
(10)  opinion the frequency of follow-up be?
(11)      A    I'm going to be conservative and
(12)  say one to two weeks.  Some people in the
(13)  literature have said every week for four weeks
(14)  and every other week for six more weeks.
(15)      Q    Okay.
(16)      A    So I'm just saying every week or
(17)  two would have been sufficient.
(18)      Q    That's for medication management
(19)  or is that for psychotherapy?
(20)      A    For both.
(21)      Q    Okay.  So Nicole should have had
(22)  an appointment with both Dr. Smith and Ms.
(23)  Powell once a week or once every two weeks?
(24)      A    Based on her condition and if an
(25)  accurate assessment had been done, yes.

Page 243

(1)            Goldstein, M.D.
(2)      Q    All right.  And it's your opinion
(3)  that Dr. Smith's diagnosis of major depressive
(4)  disorder was inaccurate; is that correct?
(5)      A    We'll never know.
(6)      Q    Why do you say that?
(7)      A    Because she didn't ask the right
(8)  questions.  She pulled her diagnosis out of a
(9)  hat.  I don't know where she got this diagnosis.
(10)      Q    What do you believe Nicole's
(11)  diagnosis was?
(12)      A    I have no way of knowing.  I mean
(13)  based on what we do know based on the record
(14)  which doesn't contain, you know, the essential
(15)  points, I would have to say unspecified
(16)  depression because we don't know the details.
(17)      Q    All right.  So she may have had a
(18)  major depressive disorder?
(19)      A    It's possible.
(20)      Q    All right.  Is the treatment for
(21)  unspecified depression and major depressive
(22)  disorder different?
(23)      A    Probably not that different under
(24)  the circumstances.
(25)      Q    Probably not different at all

Page 244

(1)            Goldstein, M.D.
(2)  under the circumstances.
(3)      A    I would say they are roughly
(4)  equivalent.  The treatment would be roughly
(5)  equivalent.
(6)      Q    Okay.  You state that you're
(7)  critical of Dr. Smith for not using a depression
(8)  screening tool, but you told me earlier that
(9)  it's not standard of care to use depression
(10)  screening tools; correct?
(11)      A    I'm not critical.  I'm just
(12)  pointing out --
(13)      Q    You're just pointing it out.
(14)      A    I don't know if she chose not to.
(15)  I don't know if she knew how to, but she chose
(16)  not to do it.
(17)      Q    All right.  So Dr. Smith at the
(18)  first visit instructed Nicole to utilize hobbies
(19)  to distract herself and relax, exercise to
(20)  improve her mood and then they talked about
(21)  medication, but because of her liver function
(22)  they couldn't start her on anything so she told
(23)  her to return in two weeks; is that correct?
(24)      A    Yes.
(25)      Q    Okay.

Page 245

(1)            Goldstein, M.D.
(2)      A    There's one other thing -- well,
(3)  she put in there continued counseling, but
(4)  there's no indication that she discussed
(5)  counseling with Nicole about, you know, what the
(6)  plan was, what the scheduling was, whether
(7)  Nicole was going to continue or not which she
(8)  apparently didn't happen.  But she does mention
(9)  continuing counseling.
(10)      Q    Right.  She does talk to her that
(11)  continuing counseling is part of the plan.
(12)  That's part of the treatment plan?
(13)      A    I don't know.
(14)      Q    Is to continue counseling?
(15)      A    I don't know if she talked to her
(16)  about it.  She wrote down that that was the
(17)  treatment plan.
(18)      Q    Okay.  So the flip side if it's
(19)  not documented it's not done is if it's
(20)  documented it was done, right.  So if she wrote
(21)  it down she talked to her about it?
(22)      A    I don't know.  It doesn't say she
(23)  talked about it.
(24)      Q    Okay.
(25)      A    She said the treatment plan she

EXHIBIT B

62  (Pages 242 to 245)

Page 246

Goldstein, M.D.

(1)
(2) did document is continued counseling and
(3) withhold medication until the liver function
(4) tests improve and return to the clinic in two
(5) weeks. It doesn't say she discussed continue
(6) counseling.
(7)      Q    You think she put down her
(8) treatment plan was to continue counseling, but
(9) she didn't tell Nicole that?
(10)     A    It's ambiguous.
(11)     Q    Do you think that's fair?
(12)     A    Fair?
(13)     Q    A fair conclusion?
(14)     A    Yes.
(15)     Q    Okay. Good. You state that Dr.
(16) Smith gave the patient no specific instructions
(17) to go to the ER or call her or the clinic if she
(18) felt suicidal or impulsive.
(19)          Did you read in Dr. Smith's
(20) deposition that she always tells depression
(21) patients the same thing about going to the ER or
(22) calling Cross Point if they feel like they can't
(23) control themselves or they are having impulses?
(24)     A    Yes. She said that in her
(25) deposition, right.

Page 247

Goldstein, M.D.

(1)
(2)      Q    Right. And she said she tells all
(3) patients the same thing; right?
(4)      A    She did say that, yes.
(5)      Q    And if she did say that that would
(6) comport with the standard of care; correct?
(7)      A    On that issue, yes.
(8)      Q    And Nicole had just been told that
(9) same thing by Syrus Powell two days earlier;
(10) right?
(11)     A    Yes.
(12)     Q    And Dr. Smith instructs Nicole to
(13) return in two weeks; right?
(14)     A    Yes.
(15)     Q    And that comports with the
(16) follow-up that you think is appropriate; right?
(17)     A    Yes.
(18)     Q    All right. Now, Nicole didn't
(19) come back for three weeks?
(20)     A    Correct.
(21)     Q    That was Nicole's choice?
(22)     A    I don't know why she didn't come
(23) back.
(24)     Q    Okay.
(25)     A    Dr. Smith never indicated what the

Page 248

Goldstein, M.D.

(1)
(2) reason was.
(3)      Q    All right. Nicole comes back on
(4) July 10th of 2015 and Dr. Smith notes that her
(5) liver function is back to near normal and that
(6) Nicole still felt sad at times, but she
(7) specifically denied suicidal ideation; correct?
(8)      A    Yes.
(9)      Q    Okay. Nicole told Dr. Smith that
(10) she was seeing a counselor; is that correct?
(11)          MR. ELLIS:  Objection.
(12)     A    I don't recall seeing that in the
(13) record.
(14)     Q    It's in the plan.
(15)     A    It's in the plan.
(16)     Q    Seeing counselor.
(17)     A    It doesn't say, she doesn't say it
(18) was discussed with Nicole or Nicole said I'm
(19) seeing a counselor. In fact, Nicole never went
(20) back to see the counselor.
(21)     Q    Right. She had cancelled her
(22) appointment the day before?
(23)     A    I'm sorry?
(24)     Q    Her appointment had been the day
(25) before that she had cancelled?

Page 249

Goldstein, M.D.

(1)
(2)      A    Right. So Dr. Smith sees her and
(3) doesn't say -- well, by that time she should
(4) have definitely contacted the counselor, but it
(5) doesn't say what's happening with your counselor
(6) and Nicole doesn't have the opportunity to say I
(7) missed a session. I hope they'll reschedule it
(8) for me or I missed a session, I'm never going
(9) back. That information was never obtained by
(10) Dr. Smith who just blithely assumed counseling
(11) is going on.
(12)     Q    What it says is seeing counselor;
(13) right?
(14)     A    Yes, it says seeing counselor.
(15) Where did she get that from?
(16)     Q    Well, she testified she got it
(17) from Nicole who told her she was still seeing a
(18) counselor.
(19)     A    Okay. I don't know if she said
(20) anywhere that she got it from Nicole. If you
(21) read the record fairly she just assumes that
(22) that's happening.
(23)     Q    All right. So Dr. Smith places
(24) her on a trial of Lexapro ten milligrams for
(25) depression. You're not critical of that

63  (Pages 246 to 249)

EXHIBIT B

Page 250

(1)          Goldstein, M.D.
(2) prescription?
(3)     A   No.
(4)     Q   Okay.  Ten milligrams is a starter
(5) dose of Lexapro; correct?
(6)     A   It's a -- yes.  Well, it could be.
(7) Some people start at five milligrams, but
(8) ten milligrams is usually the dose that is most
(9) frequently prescribed for patients, adult
(10) patients.
(11)    Q   But 20 milligrams is the most
(12) often prescribed dose; correct?
(13)    A   I don't think so.
(14)    Q   The FDA or the package insert
(15) states that the two approved doses of Lexapro
(16) are ten milligrams and 20 milligrams; correct?
(17)    A   Yes.  But it also says that
(18) there's no demonstration that 20 is more
(19) effective than ten.
(20)    Q   The package insert states that?
(21)    A   I think so.
(22)    Q   Then why do they make it in 20?
(23)    A   Ask the drug company.
(24)    Q   Do you prescribe Lexapro in
(25) 20 milligrams?

Page 251

(1)          Goldstein, M.D.
(2)     A   I never have.
(3)     Q   Never ever?
(4)     A   No.
(5)     Q   Okay.  Dr. Smith instructed her to
(6) continue seeing the counselor; is that correct?
(7)     A   I don't read it that way.
(8)     Q   All right.  How do you read it?
(9)     A   That Dr. Smith mistakenly assumed
(10) she was still seeing the counselor and wrote --
(11)    Q   I'm sorry, go ahead.
(12)    A   Continue seeing counselor.  That's
(13) part of her treatment plan.
(14)    Q   Did you read Dr. Smith's
(15) deposition?
(16)    A   Yes.
(17)    Q   Did Dr. Smith testify that she,
(18) that Nicole said she was still seeing a
(19) counselor and that Dr. Smith told her to
(20) continue seeing the counselor?
(21)    A   But that was obviously erroneous.
(22) She wasn't seeing the counselor.
(23)    Q   Right.  Did Dr. Smith have any
(24) reason to disbelieve Nicole at that point?
(25)    A   Two or three years later she

Page 252

(1)          Goldstein, M.D.
(2) remembered that she asked Nicole are you still
(3) seeing the counselor.  It doesn't say that in
(4) her deposition.
(5)     By that time it would have been
(6) meeting the standard of care for there to be
(7) communication between Dr. Smith and Ms. Powell.
(8)     So I believe there was some system
(9) in place where she could have pushed a button
(10) and found out about whether Nicole was seeing
(11) the counselor and didn't.
(12)    Q   The standard of care required
(13) communication between Dr. Smith and Ms. Powell?
(14)    A   If they are doing combined
(15) treatment, yes.
(16)    Q   What would they be communicating
(17) about?
(18)    A   Instead of one hand not knowing
(19) what the other was doing they could communicate
(20) clinical information.  The counselor filled
(21) since she would obviously be spending mor time
(22) with the patient in therapy than the ten or 15
(23) minutes Dr. Smith was spending, you know, what
(24) was coming up in the therapy and whether she
(25) thought the medication was helping or adequate

Page 253

(1)          Goldstein, M.D.
(2) or whatever.  You know, communications would
(3) have assisted them to coordinate their treatment
(4) of her.
(5)     Q   All right.  Dr. Smith instructed
(6) Nicole to call if the medication was not working
(7) or if she had any side effects?
(8)     A   Yes.
(9)     Q   That's appropriate; correct?
(10)    A   Yes.
(11)    Q   All right.  Dr. Smith instructed
(12) Nicole to return in a one month to check on the
(13) meds.
(14)     One month is a typical follow-up
(15) length to check on the startup of a depression
(16) medication; correct?
(17)    A   For a routine patient, but not for
(18) someone like Nicole.  She should have been asked
(19) to return within one to two weeks at the
(20) minimum, at the most conservative.
(21)    Q   That's due to your stratification
(22) of her suicide risk, not because she had been
(23) started on the depression medication?
(24)    A   Well, it's due to the suicide risk
(25) profile and also to the fact that starting the

**EXHIBIT B**

64  (Pages 250 to 253)

Page 254

Goldstein, M.D.

(1)
(2) medication makes it even, augments the high
(3) risk, the already high risk profile.
(4)     Q    All right.  Then Nicole's last
(5) visit with Dr. Smith was actually five weeks
(6) later on August 17th and Nicole reported that
(7) the medication works, but it can be better.  She
(8) still feels a little anxious at times, but the
(9) medication works great; correct?
(10)     A    Yes.
(11)     Q    And she did not report any side
(12) effects of the medication?
(13)     A    Correct.
(14)     Q    She would be graduating in
(15) December and had just finished an internship;
(16) correct?
(17)     A    Yes.
(18)     Q    Had just been to the beach and got
(19) bit by a jellyfish?
(20)     A    Yes.
(21)     Q    All right.  And it's at this visit
(22) that Dr. Smith learns that Nicole has a history
(23) of cutting in high school?
(24)     A    Yes.
(25)     Q    Old healed cut marks and this is a

Page 255

Goldstein, M.D.

(1)
(2) remote history, correct, it's at least five
(3) years prior?
(4)     A    Correct.
(5)     Q    All right.  So as of the last time
(6) that Dr. Smith saw Nicole what risk factors for
(7) suicide did Nicole have?
(8)     A    Well, all the ones that Dr. Smith
(9) should have known about before plus now we're
(10) adding the self-harm history.
(11)     Q    Okay.
(12)     A    We're adding that the self-harm
(13) repeatedly was done in response to feeling
(14) depressed.
(15)         So now Dr. Smith knows what was in
(16) the Bowling Green record, that there were prior
(17) bouts of depression.
(18)         By the way, Dr. Smith in her
(19) deposition was unaware that repeated self-harm
(20) was a risk factor for suicide, but it was.  So
(21) that was an additional risk factor.
(22)     Q    Is self-harm, repeated self-harm
(23) on your Exhibit 3 list?
(24)     A    I'm not sure.
(25)     Q    I can tell you it's not.  Would

Page 256

Goldstein, M.D.

(1)
(2) you be surprised to learn that it's not?
(3)     A    No.  It may not have been known
(4) back in 2013.
(5)     Q    Okay.  Self-harm in teenage girls
(6) is pretty common; isn't it?
(7)     A    I don't know if it's that common,
(8) but repeated self-harm in young girls is a risk
(9) factor, a high risk factor for eventual suicide.
(10)     Q    The percentage of girls who
(11) suicide after self-harm is very low; correct?
(12)     A    Well, suicide in general is a very
(13) low occurrence.
(14)     Q    Right.  And Nicole's history of
(15) self-harm was a remote static risk factor;
(16) correct?
(17)     A    When you say -- yes, it occurred
(18) in the past, yes.
(19)     Q    Okay.  So at the time that Dr.
(20) Smith last saw Nicole on August 17, 2015 did
(21) Nicole have any risk factors that were not
(22) chronic static risk factors for suicide?
(23)     A    When you say chronic you mean from
(24) the past?
(25)     Q    Yes.

Page 257

Goldstein, M.D.

(1)
(2)     A    That were not changing?
(3)     Q    Right, not acute.
(4)     A    The only one that she has now was
(5) the initiation of treatment with Lexapro and
(6) then the doubling of the dose of Lexapro which
(7) were additional enhancements of the already high
(8) risk factor suicide risk profile.
(9)     Q    Okay.  So as of her last visit the
(10) only acute risk factor or non-chronic risk
(11) factor for suicide that Nicole had was the
(12) dosage change of the Lexapro; correct?
(13)     A    Yes.
(14)     Q    Okay.  Otherwise, her depression
(15) had improved, her anxiety was improving and she
(16) had no other modifiable risk factors?
(17)         MR. ELLIS:  Objection.
(18)     Q    Correct?
(19)     A    Correct.
(20)     Q    All right.  Discontinuation of
(21) some medications can have ill effects; correct?
(22)     A    Generally with psychotropic
(23) medication, yes.
(24)     Q    All right.  Lexapro falls into
(25) that category?

EXHIBIT B

65  (Pages 254 to 257)

Page 258

Goldstein, M.D.

A   **Definitely, yes.**

Q   So it was appropriate for Dr. Smith to instruct Nicole not to abruptly stop her Lexapro and how to wean off the medication if she was going to stop it?

A   **Was it appropriate?**

Q   Yes.

A   **It was appropriate for her to tell her not to abruptly stop it. It wasn't appropriate to tell her to wean herself or give her a guideline to wean herself off it.**

Q   Okay. If you had a patient who you foresaw in the future may eventually stop their medication you would rather they know how to wean off it rather than abruptly stop it; right?

A   **No. I tell them that if there comes a time when they're going to be coming off it that it's very dangerous to do it without medical supervision. And when that time comes it should not be done without close medical monitoring and supervision.**

Q   Okay. And barring that you would rather them wean than stop abruptly?

Page 259

Goldstein, M.D.

A   **I would never tell a patient to wean themselves off an antidepressant.**

Q   Okay. Dr. Smith testified that she had a discussion with Nicole with their last visit about Nicole leaving the area so she covered several alternatives with Nicole.

She told her she needed to establish new care where she was moving. She also told her she would give her some refills so she wouldn't be caught empty handed and she instructed her to never abruptly stop the medication, but how to wean off of it.

I want you to assume hypothetically because I know you don't believe this, but assume that conversation occurred it was appropriate for her to instruct Nicole to establish primary care in her new area for follow-up; right?

A   **It was appropriate, but insufficient.**

Q   Okay. Nicole had just successfully completed a financial planning internship and was about to start her last semester in college. She was financially

Page 260

Goldstein, M.D.

independent. Lived independently and was fully capable of finding herself a new primary care physician; correct?

A   **Theoretically.**

Q   Okay. You state that it was grossly negligent to give Nicole six months of Lexapro when she had recently overdosed.

Dr. Smith didn't hand Nicole six months' worth of pills in a pill bottle; correct?

A   **I'm not sure how that worked.**

Q   She gave her a prescription with refills on it; right?

A   **I'm not sure.**

Q   Okay. If she give her a prescription with refills on it that would not be grossly negligent?

A   **It would be grossly negligent to give a patient prescriptions for six months' worth of medications even if it's staggered without any supervision or without any ongoing monitoring of the patient who is already at a high risk and is not, you know, being in any way in a treatment situation.**

Page 261

Goldstein, M.D.

Q   And you say that that's because of a risk of overdose, meaning she has too many pills in her hand. And what I'm trying to say is she doesn't have any more than 30 pills in her hand at any time; right?

A   **The risk of overdose is just part of the whole problem. If she saved medications for two months or three months she would have a possible fatal dose by that time.**

Q   She would have abruptly discontinued her medication at that point; right?

A   **She might have taken an overdose. It might have taken three months at one shot. It's gross negligence to give when you're terminating with a patient, to give them that much worth of medication.**

Q   If she had saved her medication for two months she would have discontinued her Lexapro on her own; right.

A   **Yes. It was a no win situation either way.**

Q   Right. Nicole didn't overdose on Lexapro; right?

66 (Pages 258 to 261)

**EXHIBIT B**

Page 262

Goldstein, M.D.

(1) 
(2) A   No.
(3) Q   All right.  So that didn't cause
(4) Nicole any harm; right?
(5) **A   No.  It's just another indication**
(6) **of a very negligent practice that didn't meet**
(7) **the standard of care.**
(8) Q   Yes, sir.  Now my question and I
(9) promise we are getting close to being done, but
(10) I have to get answers.
(11) Dr. Smith's prescription of six
(12) months of Lexapro did not cause Nicole any harm;
(13) correct?
(14) **A   It did not cause Nicole any harm.**
(15) Q   Thank you.
(16) All right.  We started to go
(17) through a timeline of when Nicole returned to
(18) Bowling Green earlier.  Do you have the calendar
(19) maybe in here.
(20) All right, Dr. Goldstein.  Nicole
(21) returned to Bowling Green on August 21st,
(22) correct.  We're going to August.
(23) **A   I'm sorry, August 21st?**
(24) Q   Yes.
(25) **A   Yes.**

Page 263

Goldstein, M.D.

(1) 
(2) Q   And classes started on
(3) August 24th?
(4) **A   Okay.**
(5) Q   And we know now that she never
(6) went to any of her classes; right?
(7) **A   Yes.**
(8) Q   She purchased the gun on
(9) August 26th according to the receipt?
(10) **A   Yes.**
(11) Q   And Nicole visited a friend in
(12) Lexington on the weekend of August 28th through
(13) the 30th; right?
(14) **A   Yes.**
(15) Q   And her mom came and stayed at her
(16) house and cleaned her house for her she
(17) testified; is that correct?
(18) **A   Yes.**
(19) Q   And her mom cleaned her house and
(20) never saw a gun there.  Do you remember that
(21) testimony?
(22) **A   Correct.**
(23) Q   So Nicole was hiding it likely?
(24) MR. ELLIS:  Objection?
(25) **A   We don't know.  It just wasn't in**

Page 264

Goldstein, M.D.

(1) 
(2) plain view.
(3) Q   Okay.  When Nicole's mom came down
(4) on August 28th she brought Nicole's prescription
(5) of 20 milligram Lexapro; is that correct?
(6) **A   Yes.**
(7) Q   All right.  Do you have any
(8) evidence that Nicole began taking 20 milligrams
(9) of Lexapro prior to August 28th?
(10) **A   It doesn't appear so because she**
(11) **didn't have it.**
(12) Q   Okay.  So before she even
(13) increased her dose of Lexapro she had already
(14) stopped attending classes and purchased a gun;
(15) right?
(16) **A   Yes.**
(17) Q   All right.  Does that indicate
(18) that Nicole was suicidal prior to even
(19) increasing her dose of Lexapro?
(20) **A   We don't for sure that she was**
(21) **suicidal, but her condition was definitely**
(22) **worsening.**
(23) Q   Okay.  Would that call into
(24) question whether Nicole was experiencing a side
(25) effect of Lexapro?

Page 265

Goldstein, M.D.

(1) 
(2) **A   It could have been just from the**
(3) **initial initiation of prescribing Lexapro which**
(4) **can be immediate, almost immediate or it can**
(5) **take a number of weeks.**
(6) Q   Have you seen any medical
(7) literature that says that initiation side effect
(8) lasts up to six weeks and is not in the
(9) immediate one to two-week initiation period?
(10) **A   There's a risk -- there's an**
(11) **increased risk in the immediate aftermath of**
(12) **initiating treatment.  Most commonly it occurs**
(13) **within a week or so.**
(14) Q   Right.  Have you seen any medical
(15) literature that it occurs six weeks after
(16) initiation?
(17) **A   I think it most commonly occurs**
(18) **earlier, but can occur anywhere within the first**
(19) **several weeks.**
(20) Q   My question again, have you seen
(21) any medical literature that it occurs six weeks
(22) after initiation?
(23) **A   I believe I have.  I don't recall**
(24) **exactly the citation, but I believe I have.**
(25) Q   All right.  Nicole started

**EXHIBIT B**

67  (Pages 262 to 265)

Page 266

(1)         Goldstein, M.D.
(2)  training for a new job the first week of
(3)  September; correct?
(4)      A    Yes.
(5)      Q    Still never went to class and text
(6)  messages show her attending parties and as you
(7)  said modestly using drugs; correct?
(8)      A    Apparently, yes.
(9)      Q    She went out to the lake on Labor
(10) Day, September 7th with new friend; correct?
(11)     A    Yes.
(12)     Q    She had dinner with her mom on the
(13) evening of September 8th?
(14)     A    Correct.
(15)     Q    Her mom didn't notice anything
(16) wrong with her; is that correct?
(17)     A    Correct.
(18)     Q    She exchanged text messages with
(19) various people throughout the night of
(20) September 8th and to the morning of September
(21) 9th about needing to drop her classes, trying to
(22) get drugs and trying to meet up with guys;
(23) correct?
(24)     A    Yes.
(25)     Q    And on the morning of September

Page 267

(1)         Goldstein, M.D.
(2)  9th she took a box of memories to her
(3)  ex-fiance's house?
(4)      A    Yes.
(5)      Q    What does that tell you about the
(6)  impetus of her suicide?
(7)      A    About the what?
(8)      Q    Impetus of her suicide.
(9)      A    Emphasis?
(10)     Q    Impetus.
(11)     A    She was on a downward spiral.  Her
(12) condition was worsening.
(13)     Q    Okay.  Did you review the
(14) toxicology screen that was done after Nicole's
(15) death?
(16)     A    Yes.
(17)     Q    And what did it show?
(18)     A    It showed that there was
(19) indication that marijuana, cannabis and cocaine
(20) and cocaine metabolites were in her urine.
(21)     Q    Okay.  Are you aware of a strong
(22) connection between cocaine use and suicide?
(23)     A    I wouldn't call it a strong
(24) connection.
(25)     Q    Okay.  What would you call it?

Page 268

(1)         Goldstein, M.D.
(2)      A    I would call it that under certain
(3)  circumstances cocaine and any kind of substance
(4)  abuse could be linked to suicide along with
(5)  other mental health problems.
(6)      Q    All right.  Are you aware of a
(7)  study of suicides in New York that indicated
(8)  that in one of every five suicides the person
(9)  who completed suicide had used cocaine within
(10) days of his or her death in contrast to cocaine
(11) being used in only three to five percent of the
(12) general population?
(13)     A    I know that there's association
(14) between cocaine use.  I'm not sure about the
(15) correlation with certain kinds of mental
(16) illness, but cocaine use and suicide have some
(17) kind of correlation.
(18)     Q    Okay.  How about alcohol?
(19)     A    Associated.  Not necessarily
(20) causative, associated and alcohol as well.
(21)     Q    Alcohol as well.
(22)          What about marijuana?
(23)     A    I don't think marijuana has been
(24) causally linked to suicide.
(25)     Q    Okay.  Are you aware of any

Page 269

(1)         Goldstein, M.D.
(2)  effects that cocaine, marijuana or alcohol use
(3)  have on Lexapro?
(4)      A    I don't think the combination is
(5)  beneficial in any way.  I'm not sure about the
(6)  exact effect in an individual patient.
(7)      Q    Okay.  Cocaine can make an
(8)  individual impulsive; is that true?
(9)      A    Any substance abuse can lead to
(10) impulsivity, yes.
(11)     Q    All right.  Coming down from a
(12) cocaine high is a depressive event; is that
(13) true?
(14)     A    There could be so-called crashing,
(15) yes.
(16)     Q    All right.  Do you attribute
(17) any -- do you believe that Ms. Borum bears any
(18) responsibility for her suicide?
(19)     A    I'm not sure what you mean bears
(20) responsibility.  She committed suicide.
(21)     Q    Yes, sir.
(22)     A    She wasn't coerced to commit
(23) suicide.  She committed suicide because she was
(24) suicidally depressed.
(25)     Q    Yes, sir.  You're here testifying

68  (Pages 266 to 269)

**EXHIBIT B**

Page 270

Goldstein, M.D.

(1) that my client's actions were the cause of
(2) Ms. Borum's suicide. I'm asking you if
(3) Ms. Borum's actions were also the cause of her
(4) suicide.
(5) **A     When you say the cause, she**
(6) **obviously proceeded to kill herself because her**
(7) **suicidal depression had worsened over a period**
(8) **of time that when she should have been under**
(9) **observation and monitoring so an intervention or**
(10) **interventions could have prevented things**
(11) **reaching that point.**
(12) Q     Okay. Did she tell anybody in her
(13) life, her mom, her friends, anybody that she was
(14) suicidal or was having any suicidal ideation?
(15) **A     No.**
(16) Q     Is there any indication that she
(17) would have told Dr. Smith or Ms. Powell or any
(18) medical provider this if she wasn't even
(19) forthright with her family and friends?
(20) **A     I think that a trained mental**
(21) **health clinician would be in a better position**
(22) **to assess her overall suicide risk whether or**
(23) **not she articulated a specific intent than her**
(24) **family or friends would have.**

Page 271

Goldstein, M.D.

(1) Q     Patients are very capable of
(2) hiding those things from their medical
(3) providers; correct?
(4) **A     Well, if they are not being**
(5) **evaluated then the issue is moot. If possible**
(6) **they could hide it, yes.**
(7) Q     All right. Let me look through my
(8) notes. I may be done.
(9) Just very briefly. Nicole did not
(10) need in-patient hospitalization in any of her
(11) visits with Dr. Smith and Ms. Powell?
(12) **A     That's true.**
(13) Q     Okay. And based upon the evidence
(14) that we have, even with the follow up that you
(15) propose should have occurred Nicole didn't
(16) express at any time any acute suicide risk
(17) factors that would have prompted in-patient
(18) hospitalization?
(19) **A     Well, we'll never know because had**
(20) **she been monitored and evaluated. At the very**
(21) **last session Dr. Smith learned a lot of new**
(22) **things about her that hadn't come out before.**
(23) **Had she continued to monitor and**
(24) **evaluate her other things might have come up,**

Page 272

(1) but it might have reached the point where
(2) in-patient hospitalization might have been
(3) indicated, but we'll never know.
(4) Q     During the time that Dr. Smith was
(5) treating Nicole the proper treatment plan at all
(6) three of those visits or the proper treatment
(7) plan for Nicole was combination therapy and
(8) medication and psychotherapy?
(9) **A     That was the most promising, the**
(10) **most effective treatment plan and should have**
(11) **been implemented.**
(12)           MS. WATTS: All right.
(13) That's all the questions I have.
(14)           MR. ELLIS: We will reserve
(15) our questions for trial.
(16) We're going to read and
(17) sign.
(18)           (Whereupon, at 4:20 o'clock
(19) p.m., the deposition was concluded.)

Page 273

(1)

(2)           C A P T I O N

(3)

(4) The Deposition of ROBERT L. GOLDSTEIN, M.D., taken in
(5) the matter, on the date, and at the time and place set
(6) out on the title page hereof.

(7)

(8)

(9) It was requested that the deposition be taken by
(10) the reporter and that same be reduced to
(11) typewritten form.

(12)

(13)

(14) The Deponent will read and sign the transcript
(15) of said deposition.

EXHIBIT B

Page 274

(1)
(2)   C E R T I F I C A T E
(3)
(4)   STATE OF_____:
(5)   COUNTY/CITY OF_____:
(6)
(7)   Before me, this day, personally appeared
(8)   ROBERT L. GOLDSTEIN, M.D., who, being duly sworn,
(9)   states that the foregoing transcript of his/her
(10)  Deposition, taken in the matter, on the date, and
(11)  at the time and place set out on the title page
(12)  hereof, constitutes a true and accurate transcript
(13)  of said deposition.
(14)
(15)
(16)  _____
             ROBERT M. GOLDSTEIN, M.D.
(17)
(18)
(19)  SUBSCRIBED and SWORN to before me this_____
(20)  day of _____, 2019, in the
(21)  jurisdiction aforesaid.
(22)
(23)  _____    _____
(24)  My Commission Expires        Notary Public
(25)

Page 276

(1)
(2)          I N D E X
(3)
(4)   WITNESS:  Robert Lloyd Goldstein, M.D.
(5)   Examination by:                Page
(6)    Ms. Watts                     3
(7)
(8)
(9)          E X H I B I T S
(10)
(11)  Defendant's        Description        Page
(12)  For Id
(13)  1      A folder containing various materials   8
(14)  2      Markups of records and deposition       10
             transcripts
(15)
             3      Table of contents                200
(16)
(17)
(18)
(19)
(20)
(21)
(22)
(23)
(24)
(25)

Page 275

(1)
(2)          DEPOSITION ERRATA SHEET
        RE:
(3)     FILE NO.
(4)     CASE CAPTION:   CYNTHIA GAY BORUM  vs.  JUNG WOOK
(5)     KANG SMITH, M.D., et al.
(6)     DEPONENT:  ROBERT L. GOLDSTEIN, M.D.
        DEPOSITION DATE: JULY 8, 2019
(7)
        To the Reporter:
(8)     I have read the entire transcript of my Deposition
        taken in the captioned matter or the same has been
(9)     read to me.  I request for the following changes
        be entered upon the record for the reasons
(10)    indicated.
        I have signed my name to the Errata Sheet and the
(11)    appropriate Certificate and authorize you to
        attach both to the original transcript.
(12)    _____
(13)    _____
(14)    _____
(15)    _____
(16)    _____
(17)    _____
(18)    _____
(19)    _____
(20)    _____
(21)    _____
(22)    _____
(23)    SIGNATURE:_____ DATE:_____
(24)         ROBERT L. GOLDSTEIN, M.D.
(25)

Page 277

(1)
(2)          C E R T I F I C A T E
(3)   STATE OF NEW YORK  )
(4)                      ) ss.
(5)   COUNTY OF NEW YORK )
(6)          I, TINA DeROSA, a Shorthand
(7)   (Stenotype) Reporter and Notary
(8)   Public of the State of New York, do
(9)   hereby certify that the foregoing
(10)  Deposition, of the witness, ROBERT
(11)  L. GOLDSTEIN, M.D., taken at the
(12)  time and place aforesaid, is a true
(13)  and correct transcription of my
(14)  shorthand notes.
(15)         I further certify that I am
(16)  neither counsel for nor related to
(17)  any party to said action, nor in any
(18)  wise interested in the result or
(19)  outcome thereof.
(20)         IN WITNESS WHEREOF, I have
(21)  hereunto set my hand this 15th day
(22)  of July, 2019.
(23)         _____
(24)             TINA DeROSA
(25)

EXHIBIT B

70  (Pages 274 to 277)

**A**

**a.m** 1:20
**AAPL** 58:4,9
**abandon** 175:17
175:19
**abandoned**
175:18,23
226:12
**abandonment**
174:25 228:2
228:17
**ability** 16:16
83:11 203:23
**able** 32:10,12
36:12 63:10
98:14 111:5
115:24 116:8
116:10 139:13
171:5 208:14
237:16 240:15
**abnormal** 138:2
**abruptly** 258:4
258:10,16,25
259:12 261:11
**absence** 144:15
**absolute** 172:8
**Absolutely**
102:15
**abuse** 92:3
165:10 167:17
268:4 269:9
**academic** 16:11
28:2 29:12
30:12 32:14
33:22 40:8
42:9 43:24
50:24 51:3,7
51:11,21,21
58:2,11
**academically**
16:16 45:22
**Academy** 23:6
23:10 58:4
89:10
**accepted** 37:19
151:6
**access** 74:14

159:17
**accounts** 166:23
**accurate** 25:17
135:13 152:3
242:25 274:12
**accused** 55:20
55:24
**acquaint** 121:4
**acquired** 125:12
**act** 70:21
**acted** 68:20
**acting** 34:11
69:24 108:7
122:15,17
159:18
**action** 84:17,21
138:6 277:17
**actions** 16:24,25
17:14 26:9
85:6,9,25 86:5
86:12 270:2,4
**activated** 138:4
**activation**
137:20,23
**active** 18:18
46:19 144:15
145:7 196:16
**actively** 146:24
**activities** 21:22
28:2 30:10,10
30:12 33:22,23
39:9 49:18
51:14 57:23,25
58:16 65:8
98:10 159:19
**activity** 22:25
33:15 138:16
**acts** 158:3,8
**actual** 68:8,22
**acute** 159:3
160:2 168:24
196:16 257:3
257:10 271:17
**acutely** 50:10,13
50:16,20
160:10
**add** 4:22 8:18

34:7 232:13
**added** 47:4
170:18
**adding** 255:10
255:12
**addition** 32:5
38:15 39:20
67:4 170:21
**additional** 13:21
14:7 34:18
102:4,8,17
232:13 255:21
257:7
**additive** 170:20
241:4
**adequate** 110:12
111:6 154:5
157:9 207:15
208:15,16,21
208:21,23
252:25
**adjective** 32:6
**adjudication**
55:18
**adjustment**
125:3,10
143:25 164:15
164:18
**administrative**
30:4,12,18,23
31:3 34:3
**Administratrix**
1:7
**admission**
200:20
**admit** 49:7
190:16
**admitted** 49:13
146:25 190:18
**admitting** 48:22
49:2,3 187:2
**adolescent** 14:4
20:6 31:16
60:20 92:3
**adolescents**
20:10,16,20
21:11 60:22,24

61:2 62:12
**adult** 18:23 19:2
19:23,25 20:2
22:3 250:9
**adults** 20:9,15
20:16,22 21:10
135:8 144:8
191:3
**advance** 16:16
40:7 203:14,15
203:23 230:2
230:14
**advertise** 88:23
**advocated**
137:10
**affiliated** 27:17
**affirmative**
225:15 227:6
227:14
**aforesaid** 274:21
277:12
**afraid** 86:13
**aftermath**
265:11
**afternoons**
37:11
**age** 19:24 20:6
144:6,8,24
185:7
**aged** 135:8
155:12
**agitated** 138:3
**ago** 36:6 37:18
43:9,14 49:4,5
49:14,16 50:8
50:18,22,22
52:22 57:6
65:16 70:8,10
70:11 79:14
84:23 99:16
233:12
**agree** 107:3
114:2 124:24
125:7 129:5
141:2 150:11
155:13,18,21
155:24 156:6

156:16 157:25
158:11 159:25
160:24 163:21
169:21 206:16
206:20 218:19
218:22 220:22
**ahead** 72:12
143:4 173:14
178:2 251:11
**aid** 27:24
**aides** 30:8
**akathisia** 138:2
138:14
**al** 135:18 275:5
**alcohol** 159:19
268:18,20,21
269:2
**alerted** 185:21
**alive** 128:19,23
129:3
**allow** 116:4
**allowance** 62:25
**allows** 138:21
202:19
**alluded** 190:3
**altered** 102:18
**alternative**
172:18
**alternatives**
259:7
**Alyce** 1:7
**ambiguous**
212:25 225:16
226:7 246:10
**America** 18:7
**American** 23:3,6
23:10 58:4
89:4,10 90:19
118:25 126:15
**amount** 110:12
122:7
**analysis** 100:24
**and/or** 148:18
149:3,9
**anger** 159:20
**Annals** 89:6
**answer** 17:10

**EXHIBIT B**

21:8 51:8,10
110:15 113:19
113:25 115:12
116:7 123:4
128:25 129:4
136:17 152:21
153:2,8,20
162:13 163:11
163:21 170:3
199:16,19
214:20
**answered** 18:15
115:11 183:25
**answers** 262:10
**ANTHONY** 2:6
**anticipate**
158:12
**Anticipated**
67:14
**antidepressant**
65:17 135:24
136:23 190:2
259:3
**antidepressants**
78:18 106:4
135:10 137:4
190:23 191:3
**antidepression**
104:3
**antipsychotic**
65:18
**anxiety** 125:3,10
131:22 147:16
161:20 178:13
182:23 183:10
183:14 184:8
257:15
**anxious** 236:6
254:8
**anybody** 75:5
131:9 185:22
216:23 236:17
270:13,14
**anymore** 43:7
175:16 227:13
**anyone's** 168:15
**Anyway** 110:22

**APA** 165:22
241:3,12,15
**Apart** 91:23
**apartment**
35:22,24 57:11
**apparently** 84:7
216:16 237:7
245:8 266:8
**appear** 231:2
264:10
**appearance**
95:23
**appeared** 274:7
**appearing** 27:22
**Appendix** 97:7
102:6,10,13
165:16 201:11
201:12
**appetite** 216:10
217:14 235:17
237:4
**Applebaum**
43:18,19
**applicable** 121:5
121:7,8
**application**
24:21
**applied** 24:2,12
24:22
**applies** 121:11
**apply** 24:9,15
25:4,7,15
**appointment**
31:18,21,22
32:15 51:3,12
117:9,22 118:7
197:2,8 198:4
203:14 211:6
211:11 213:17
220:14 223:11
223:15,17,23
224:25 225:3
225:11,12
226:2 227:2,4
238:23 242:22
248:22,24
**appointments**

77:5
**approach**
148:21 198:16
**appropriate**
51:19 95:25
109:10 119:18
120:6 122:19
126:23 198:15
220:6 221:16
247:16 253:9
258:3,7,9,11
259:17,20
275:11
**approved**
250:15
**approximately**
38:20 40:6
58:22 61:13
85:24 156:14
**Archives** 89:12
**area** 21:23 22:5
43:25 57:21
59:16 60:16
117:22 118:7
143:22 171:23
176:6,15,20
259:6,18
**arm** 29:12
**ARNETT** 2:8
**arrangement**
79:12,16
**arrangements**
63:20 72:15
79:9 172:20
**article** 91:25
93:8 94:7,17
94:25 95:3,4,6
95:16,17
104:13 142:12
**articles** 6:12
7:23 9:6 16:13
22:6 89:19
93:13 103:16
104:18 106:7,8
107:8,9 150:19
151:14
**articulated**

270:24
**arts** 11:6
**ascertain** 231:2
**ascertained**
155:9
**ascertaining**
160:25
**asked** 18:2,13
48:17 51:6
83:6 96:12,14
113:15 141:18
183:25 232:22
232:25 233:4,7
233:14,21
234:3,9,18
235:24 236:10
252:2 253:18
**asking** 116:2
130:13,15
139:25 140:8
145:15 270:3
**asks** 48:9,12
**aspects** 164:17
209:6
**assess** 119:8
120:19 146:8
270:23
**assessed** 145:10
**assessing** 55:6
120:15 121:24
161:4
**assessment**
70:25 120:5
123:23 143:7,8
145:12,16
146:6 149:24
150:5,7 152:19
153:6,19 160:6
187:10,12
190:8 194:14
194:16 195:3
195:10,18,24
199:11 204:18
204:20,23
205:8 207:20
240:13,22
241:19 242:25

**assessments**
104:2 111:22
143:6
**assist** 56:14
112:9
**assistant** 31:9,23
40:10 74:2
**assistants** 30:9
**assisted** 39:8
253:3
**assisting** 30:11
**associated** 165:7
165:9,17,19
234:15 268:19
268:20
**association** 23:3
23:3 268:13
**Association's**
118:25 126:16
**assume** 5:19
225:17,21
230:2 259:14
259:16
**assumed** 249:10
251:9
**assumes** 249:21
**assuming**
225:19
**assumption**
151:19
**assumptions**
105:20
**assurance** 38:18
39:6
**assure** 48:7
**assured** 172:21
**astonishing**
236:8
**attach** 8:4
275:11
**attached** 104:11
**attempt** 52:15
64:16,19 65:24
66:2 68:8
134:17 143:12
143:14,20
144:5 168:9,20

**EXHIBIT B**

180:13,18
181:9,14
182:10 184:24
193:7 219:9,10
220:20 232:20
233:2 241:10
241:11
**attempted** 64:3
64:7 68:2
166:12 192:25
195:23
**attempts** 64:9,13
164:19 181:5,7
183:4
**attend** 34:22
167:10
**attended** 16:6
228:25
**attendees** 81:2
**attending**
264:14 266:6
**attorney** 17:17
18:15
**attorneys** 2:4,9
78:5
**attribute** 269:16
**augments** 254:2
**August** 34:25
130:3,24,25
131:10,11
166:17 167:4
167:20,22
178:4 254:6
256:20 262:21
262:22,23
263:3,9,12
264:4,9
**authored** 90:17
91:17
**authoring** 6:16
6:21 102:22
103:14
**authoritative**
165:24,25
**authorization**
74:15 202:15
204:7,8

**authorize**
275:11
**authors** 136:21
**autopsy** 169:8
**available** 54:11
100:3,5 118:22
150:4 175:13
177:11,13
228:13
**Avenue** 2:4
**average** 77:4
**avoid** 228:2
**aware** 47:17
129:12 130:18
139:19 140:4,9
140:15,18,20
140:25 141:19
161:13 229:19
230:7 232:5
267:21 268:6
268:25
**axiom** 151:8
173:16

— B —

**B** 3:2 82:18
112:23 200:5
276:9
**BA** 11:10
**back** 10:8 26:17
29:10 35:15
36:19 57:4
64:17 78:13
84:25 89:8
92:13 113:14
115:5 141:17
152:16 153:22
169:22 172:2,9
179:10 180:10
197:7 204:14
210:16 225:2
227:5 241:22
247:19,23
248:3,5,20
249:9 256:4
**background** 4:9
40:19 41:12
**backwards**

46:12
**bad** 196:3
**bag** 9:4,20
**Bahe** 88:18
**balance** 132:23
160:22
**balancing** 161:2
**ballpark** 59:16
**Bar** 18:20
**bare** 238:24
**barely** 208:21
**barring** 258:24
**based** 15:5
25:15 37:19
104:24 140:19
146:17 150:6
189:13 191:14
206:19 217:11
228:21 240:18
242:24 243:13
243:13 271:14
**basic** 90:14
124:4 209:22
**basically** 21:5
28:22 29:3
54:15,25 75:25
91:2 95:15
103:22 106:6
137:24 149:11
**basing** 214:2
**basis** 17:8,15
41:10 210:11
**Bates** 163:5
**bathroom**
180:25
**beach** 254:18
**bear** 226:10,16
**bears** 269:17,19
**beat** 53:2
**Beekman** 13:3
53:3,6
**began** 31:18
87:15 167:7,13
167:17 193:19
264:8
**begged** 47:6
**beginning** 33:6

65:7 146:16
180:11 205:11
205:15
**behalf** 3:19 84:3
84:4,8,10,16
84:20 86:7,8
87:22 88:3
93:5,6
**behavior** 95:25
128:13 129:19
134:16 136:12
141:10 144:4
148:5 158:2,7
216:5
**behavioral** 15:8
76:5,6,9
128:13 130:20
171:3 206:11
206:13 207:8
**behaviors** 167:9
**belabor** 3:24
**belief** 60:2
**believe** 88:5
98:5,22 99:19
117:10 135:12
135:15,20,21
141:7 151:9
154:3 160:3
190:3,19 197:2
215:24 243:10
252:8 259:15
265:23,24
269:17
**believes** 142:2
**Bellevue** 13:18
13:19 14:3,9
29:11,16,21
32:19 33:3
35:17 36:10,22
49:4
**Belonging** 144:6
**beneficial**
161:11 269:5
**benefit** 60:8
72:11 76:12
209:8
**benefited** 59:22

**benefits** 160:23
**best** 75:20 83:11
122:11 162:18
**better** 124:21
138:19 164:8
179:23 206:24
214:10 254:7
270:22
**beyond** 109:21
188:12,16
238:24 239:4
**bias** 24:25 25:2
25:4,12,12
**bill** 176:12
**binder** 5:11 6:8
6:9,10,15,20
6:23 8:24
**biochemical**
11:19
**bit** 4:2,22 7:5
12:21 21:13
26:16 57:10
71:4 94:21
158:20 173:15
184:4 254:19
**black** 134:4,20
135:4 136:2
137:11 139:23
139:24
**blamed** 186:3
**blanks** 4:24
**blithely** 249:10
**blue** 8:5,21
86:25
**Board** 19:19
20:5 22:9,21
24:2
**Board-certified**
18:22,23 19:2
19:11,14,16,20
19:23 22:10
125:16
**Boards** 19:4
24:7
**body** 135:2
**Boling** 101:18
**borderline**

EXHIBIT B

67:10
**born** 135:5
**Borum** 1:6,7
7:17 9:15
96:17 106:16
106:22 114:20
114:23 115:9
138:13,25
166:11 201:20
201:25 202:6
202:11,15
204:6,13
205:24 207:24
226:10,14,15
228:25 269:17
275:4
**Borum's** 3:17
99:10 106:19
117:14 127:6
144:19 270:3,4
**bottle** 260:10
**bottles** 98:5
**bound** 183:19
**bouts** 218:2
231:5 232:9
255:17
**Bowling** 9:12
167:3 169:23
171:14 173:4,5
179:10 180:14
186:14,17
187:18 194:7
195:17 196:11
196:21 198:25
199:11 201:23
202:2,22 203:8
217:25 226:18
229:18 230:19
230:24 231:9
255:16 262:18
262:21
**box** 134:4,20
135:5 136:2
137:11 139:23
139:24 168:2
267:2
**boy** 239:2

**brag** 194:8
**breach** 189:22
194:3,23 195:6
195:13,21
**breached** 188:2
188:8
**break** 8:2 57:14
82:13,23 83:3
199:24
**breakage** 180:19
**breakdown**
86:12
**breakdowns**
19:24
**breakup** 144:11
168:16 182:4
219:9 231:6
**breakups** 218:4
231:6
**briefly** 154:10
271:10
**bring** 4:25
201:25 202:6
202:11 230:11
**broad** 192:5
**broadly** 166:11
**Brooklyn** 13:14
**brought** 229:17
229:21,23
230:19 264:4
**building** 39:16
**bulk** 87:16
**bunch** 9:6
**burden** 109:14
**bureaucratic**
58:12
**business** 221:11
**button** 184:6
252:9

———
**C**
———
**C** 2:2 165:16
201:11,12
273:2 274:2,2
277:2,2
**calendar** 98:8
98:10 262:18
**call** 51:17 55:17

56:18 151:7
209:23 220:2
226:6 246:17
253:6 264:23
267:23,25
268:2
**called** 3:3 13:5
27:7,9 48:17
54:11 55:22
56:7,10,12
89:7,12 91:10
94:10 95:11
168:3 174:25
208:12 236:4
**calling** 246:22
**calls** 48:9,12
**cancel** 223:11
225:11,25
**cancellation**
224:4
**cancelled** 223:16
223:24 224:24
225:3 227:2
229:8 248:21
248:25
**cancelling**
224:25
**candidates**
54:23 55:5
**cannabis** 267:19
**Cantley** 88:18
**capable** 260:3
271:2
**CAPTION**
275:4
**captioned** 275:8
**care** 26:6,7,14
28:4,9 30:14
30:18 33:21
34:2 39:3,12
41:2,13 50:3,6
50:16 64:19
66:9,10 68:3
71:6,10 73:10
73:13 75:20
78:14 96:16
104:24 105:15

106:2,5,17,19
106:22,24
107:4,6,10,14
107:18,20,25
108:5,11,13,15
108:25,25
109:10,15,17
110:4,7,17
111:18 113:4,7
113:9,11,17,21
113:23 114:8
114:24 115:2,8
115:15,18,20
116:3,4,10,18
116:22 120:9
120:13,14
121:5,6,7,11
121:15,21,23
122:19,22
123:20,24
124:5,13,15,23
124:25 125:7
126:12,24
131:25 143:14
150:24 151:22
151:25 152:5,7
152:10 153:5,9
153:24 154:4
157:8,13
160:22 161:8
161:10 166:16
169:23 170:2
171:11 172:21
172:22 173:25
174:9,12,13,21
174:22 175:3
175:14 177:7
186:16,19,20
187:8,14,18,19
188:2,5,8,19
189:23 194:4,6
194:24 195:7
195:14,22
197:13 200:19
204:2,25 205:3
205:6 211:11
211:22 213:18

215:12 220:19
222:19,23
227:22,25
229:10 230:12
242:6 244:9
247:6 252:6,12
259:9,18 260:3
262:7
**career** 16:11
40:8 44:12
63:19 119:12
205:11,15
**careers** 41:4
**careful** 208:19
216:12 217:6
228:22
**careless** 158:2,7
**caring** 81:8
**Carney** 1:17
**carries** 134:4
**carrying** 133:23
**case** 3:15 7:22
18:7 25:13,19
25:21,22 26:8
26:10 36:3
44:10 55:23
56:7 59:13
68:22 74:18
75:9 84:2,6
85:17 86:24
92:18,24 93:11
96:5,6 99:10
103:19 104:21
113:14 114:11
114:19 117:5
117:14,14,20
123:2 129:15
136:13 144:7
144:11 152:16
162:17 188:2
201:7 216:19
225:22 275:4
**caseload** 76:16
**cases** 21:6 22:17
24:11 25:23,24
44:6 47:10,12
47:14 55:14,18

**EXHIBIT B**

71:2 75:4,13
83:7,8,14,24
86:19 87:16
88:9,16,20
109:20,23,25
137:6 148:19
174:25
categories 21:4
165:15
category 144:19
165:11 257:25
caught 259:11
causal 214:17
causally 159:12
268:24
causation
138:10 214:18
215:8,15
causative 268:20
cause 66:25
127:16 158:3,8
168:13 215:15
215:20 262:3
262:12,14
270:2,4,6
caused 127:6
165:9 170:11
causes 127:12
CDC 154:20
cell 100:25
census 59:7
center 27:18
32:13,25 42:9
180:14 186:14
186:16 187:18
194:7 195:17
196:20 198:25
199:10 231:9
centers 72:22
certain 24:10,24
26:14 58:18
62:2,3 67:5,12
75:13 77:8
94:15 104:11
144:6 154:13
241:7 268:2,15
certainly 68:11

129:21 158:15
186:9 222:5
Certificate
275:11
certification
19:19 24:2
certified 175:6
certify 277:9,15
cetera 58:18
change 139:21
140:6,17,22
141:4,23 142:8
144:21,23
145:6 146:17
257:12
changed 89:7,14
102:18 210:5
218:11,13
232:10,14
240:9,11
241:23
changes 128:13
130:20 159:22
171:3,3 275:9
changing 146:2
257:2
chapter 23:20
58:4,9,13,17
91:13,16
chapters 46:24
90:17,24,25
91:23 103:16
charge 61:10,18
62:9,11 86:18
charged 86:24
charges 56:14
chart 152:22
153:7,12,15
cheating 186:3
check 48:6
204:20,24
253:12,15
checklists
123:17,23
124:2 199:12
chemistry 11:11
11:12

Chicago 12:12
12:15
child 14:3 20:5
31:15
childhood
234:13,17
children 20:9,15
20:20 21:11
135:8
choice 108:19,20
109:8 168:19
168:21 173:13
247:21
choices 63:19,20
choose 108:16
123:22
chooses 116:24
chose 105:12
106:18,21
107:21 166:7
244:14,15
chronic 71:16
158:22 256:22
256:23
circled 9:23
circumstance
66:8
circumstances
117:15 172:11
172:13 228:3
243:24 244:2
268:3
citation 265:24
cited 104:12
City 54:17
civil 87:13 90:20
94:9
claimed 231:3
claims 83:17
92:15 153:13
class 41:23
42:15 172:6
266:5
classes 42:16,17
167:11 263:2,6
264:14 266:21
classic 182:7

classroom 31:25
32:4
cleaned 263:16
263:19
clear 26:5
100:17,21
167:17 224:2
225:19 227:17
clearly 67:16
clerical 74:3
client's 270:2
clinic 1:11 21:23
27:3,4,14,17
27:20 29:12
32:24 33:12,16
57:2 87:15
207:11 246:4
246:17
clinic's 27:16
clinical 7:12
24:15 28:19
30:23 31:9,23
31:24 32:2,6
40:10,10 44:3
44:6 48:8
58:25 72:24
79:4 80:23,25
81:3,5,10,12
81:17 87:25
88:4 89:5 92:8
93:9,15,22,24
94:6,8,12
96:15,18,19
118:14 119:8
119:15,17
120:4,18 121:8
121:14,19
122:14,15,18
122:25 128:14
186:2 204:20
204:24 208:5,8
208:12,16,21
209:10,23
215:25 228:20
228:21 230:23
252:20
clinician 121:12

270:22
clinicians
143:10 237:15
close 147:12
161:21 258:22
262:9
closely 65:21
128:21 148:4
161:19 170:23
171:12
closer 229:2
clue 116:25
co-author 94:8
co-counsel 88:17
cocaine 167:25
267:19,20,22
268:3,9,10,14
268:16 269:2,7
269:12
coerced 269:22
cognitive 15:7
76:4,6,8
206:11,13
207:7
cognizant
115:14
cold 4:2
collaborated
44:14,25
collateral 25:23
colleagues 36:21
78:4,6,7
college 5:7,8
11:4,5 12:2
38:18 63:3,10
63:15 81:20
172:5 179:3,9
259:25
Columbia 11:20
13:4 34:22
35:5 39:25,25
40:6,9 41:23
42:7 44:16
45:5,6 46:9
56:25 57:18
Columbia's
47:18

**EXHIBIT B**

**combination**
149:9 161:23
162:10 232:15
269:4 272:8
**combinations**
163:16
**combined** 45:2
148:19 149:3
210:24 214:23
241:25 242:2
252:14
**come** 29:10 54:5
70:3 72:10
80:6 95:11
98:14 159:3
165:20,21
172:2,9 210:16
227:18 247:19
247:22 271:23
271:25
**comes** 24:17
69:14 204:6
248:3 258:19
258:21
**coming** 54:20
97:8,12 225:2
252:24 258:19
269:11
**commencing**
1:20
**commission**
135:2 274:24
**commit** 156:8
269:22
**commitment**
94:9
**commitments**
58:3
**committable**
94:16
**committed**
66:12,15,21
67:12 144:12
156:18 168:3
168:16 269:20
269:23
**committing**

55:20
**common** 69:4,7
136:10,11
161:15 256:6,7
**commonly**
133:11 265:12
265:17
**communicate**
71:9 222:6
252:19
**Communicated**
131:9
**communicating**
252:16
**communication**
224:18 227:11
252:7,13
**communicatio...**
253:2
**community**
72:21 113:4,5
113:18,18
114:9,9 173:19
173:20,25
174:10
**company** 250:23
**compared**
135:10
**compensation**
34:19
**competency**
27:21
**competent** 27:23
109:8,23
208:19 217:6
228:22
**complete** 9:11
14:12 70:24
102:13 120:20
139:14 145:14
166:4 179:3
202:15 216:12
231:24
**completed** 12:14
12:24 13:18
15:21,24 26:19
38:3 39:21

125:15 134:18
136:7,9,19,24
169:4 178:6,18
180:5 259:23
268:9
**completely**
24:23 45:16
**completing**
12:23 39:21
**completions**
164:20
**complex** 75:4,9
**complicated**
13:24
**component**
165:13
**comport** 155:6
174:12 247:6
**comports** 155:8
247:15
**composed** 60:20
**compounded**
170:18
**comprehensive**
166:9
**comprising**
27:14
**computer** 41:20
**concerned** 71:17
**conclude** 136:23
240:15
**concluded**
160:20 161:8
161:18 210:18
272:20
**conclusion**
25:18 137:8
141:8 146:11
151:15 169:11
241:21 246:13
**concur** 151:5
**concurrently**
26:23 38:23
**condense** 37:8
**condition** 13:15
94:10 96:18,19
105:13 106:19

118:20 121:18
121:25 128:14
163:10,12
171:3 207:7
209:5,7 228:8
242:24 264:21
267:12
**conditions** 33:14
75:20,22 92:12
93:14 107:22
108:4 112:2,3
119:17 126:10
126:24 156:4
156:12,19,20
157:5 162:5
164:14 165:8
**conduct** 25:21
55:13,16
111:21 119:15
146:5
**conducted** 27:25
208:8
**conferences**
39:6 42:20
44:6 46:4
58:11 80:25
81:3,3,5
**confidentiality**
40:22 92:2
**confirm** 105:19
105:21 106:2
223:23
**confirmed**
105:23
**conformation**
24:25 25:12
**connection**
211:2 267:22
267:24
**consensus**
133:22 173:19
173:23
**consent** 40:22
92:2
**consequences**
188:9
**conservative**

242:11 253:20
**consider** 22:3
23:23 28:21
165:23 166:3
171:17,22
**consideration**
67:7
**considered**
184:10,25
185:8
**considering**
51:16 170:15
**consistent**
102:19 163:3
**consisting** 33:16
**constitutes**
274:12
**Constitution**
90:20
**construct**
159:11
**consult** 190:6
231:11,13
**consultant** 21:25
54:16 56:25
**consultation**
53:7 117:11
189:13 192:16
**consultations**
53:9 54:2
**consulted**
186:22
**consulting** 22:5
57:20 190:5
191:13
**contact** 88:13
199:8 228:4
**contacted** 96:5,8
227:4,17 249:4
**contain** 111:17
243:14
**contained** 6:8
8:5 230:20
231:10
**containing** 8:8
276:13
**contemporane...**

**EXHIBIT B**

14:3
**contents** 200:8,9
  276:15
**context** 24:18,23
  114:6,12
  162:17
**continue** 78:23
  172:13 175:13
  177:14 227:7
  228:14 245:7
  245:14 246:5,8
  251:6,12,20
**continued**
  207:18 245:3
  246:2 271:24
**continuing** 28:4
  172:14,19
  177:23 198:23
  199:3 207:19
  207:25 221:3,4
  227:12 228:9
  245:9,11
**continuity**
  172:22 175:14
  177:7
**continuous**
  237:25 238:10
  238:15,25
  239:8,15,20
**Contrary** 60:2
**contrast** 268:10
**contribute**
  127:11
**contributed**
  127:13
**control** 149:17
  158:18 246:23
**controlled**
  158:13
**controversy**
  133:17
**conversation**
  174:8 259:16
**Cook** 88:18
**coordinate**
  40:16 253:3
**copied** 86:25

**coping** 219:21
  220:8
**copy** 4:25 5:11
  7:11,12 8:14
  10:10
**Cornell** 42:8
**coroner's** 9:13
  98:20
**corporate**
  101:22
**correct** 3:20,21
  6:13,22 12:13
  13:20 15:18,23
  16:2 17:11
  19:21 22:12
  23:24 28:8,14
  30:24 32:3,19
  35:23 44:19
  45:10 46:10,15
  48:23,24 50:24
  51:16,25 52:11
  57:12 61:8
  69:9 71:24
  72:25 79:2
  80:9 81:8,9
  82:4 83:9,17
  83:18 84:14,18
  90:22 92:5
  93:20 94:19,22
  96:23 97:2,9
  97:10,14,23
  98:15 99:12
  113:5,23,25
  116:15 118:15
  118:16 120:22
  121:9 128:11
  129:10,25
  130:12 131:18
  132:3,17,19
  133:4,12 134:5
  134:9,24
  135:11 136:8
  136:24 137:15
  139:12,15
  146:25 149:4,8
  149:10 151:24
  152:20,25

154:12 157:16
159:4,23
160:17 161:16
161:25 164:11
165:3 166:13
166:21 167:4,7
167:20 168:4,7
178:7,8,11,21
179:3 180:15
180:21 182:23
183:14,20
186:23 187:3
187:14,22
188:13,17
190:2,23
192:22 196:8
196:22,25
197:9,15,21,22
198:5 201:11
201:23 202:3
204:14,15
205:12,24
210:20 211:7
211:17 212:15
214:12,15,18
217:22 219:10
219:13 220:12
220:15 223:12
225:7 228:20
229:18 231:25
234:8 235:11
238:18 243:4
244:10,23
247:6,20 248:7
248:10 250:5
250:12,16
251:6 253:9,16
254:9,13,16
255:2,4 256:11
256:16 257:12
257:18,19,21
260:4,11
262:13,22
263:17,22
264:5 266:3,7
266:10,14,16
266:17,23

271:4 277:13
**corrected**
  215:17
**correctional**
  21:24 29:25
**correlation**
  268:15,17
**corroborate**
  105:19,22
  174:6
**cottage** 83:20
**coughing** 4:2
**counsel** 102:4
  213:3 277:16
**counseling**
  63:24 74:22
  201:21 221:7
  222:9,14,17
  228:19,25
  229:5,25 233:7
  238:2,6,8,11
  238:16,25
  239:9,14,15,16
  239:21 245:3,5
  245:9,11,14
  246:2,6,8
  249:10
**counselor** 74:20
  212:4,10,14,17
  212:23 213:2
  213:10,10
  233:10 238:13
  238:21 248:10
  248:16,19,20
  249:4,5,12,14
  249:18 251:6
  251:10,12,19
  251:20,22
  252:3,11,20
**counted** 14:5
**COUNTY** 277:5
**COUNTY/CI...**
  274:5
**couple** 34:10
  47:3 100:14,15
  101:8
**course** 8:7

108:22 144:15
  166:20
**courses** 11:19
  81:12 207:19
  208:2
**court** 1:2 21:23
  27:3,4,5,6,8,9
  27:9,22,25
  28:6,12 29:8
  31:13 56:13,17
  56:19 87:14
  88:7 92:25
  220:24
**courtroom** 95:4
  95:11,21,25
**coverage** 37:20
**covered** 39:4
  259:7
**crashing** 269:14
**crazy** 131:3
**create** 182:6
**credentials**
  49:24 62:4
**credibility** 152:8
  152:13 153:15
  153:21,24
  154:2 174:23
**criminal** 29:23
  56:13,23,24
  87:12,16 90:21
**crisis** 182:6
**critical** 69:16
  147:13 191:11
  191:18 192:21
  198:21,23,24
  199:2 203:7
  204:16 208:4
  220:17 230:22
  231:16 244:7
  244:11 249:25
**critically** 210:14
  220:19 221:18
**criticism** 201:19
**criticisms**
  186:15
**croaky** 4:4
**Cross** 246:22

**EXHIBIT B**

57:9 63:2 64:6
70:13 146:9
190:15 235:15
**currently** 35:22
48:21 51:2
52:9 61:7 64:8
71:5 212:23
213:3 233:5
**curriculum**
42:12 45:2
**cut** 254:25
**cutting** 182:19
254:23
**CV** 4:14,15,19
4:25 5:23 6:4
6:10 10:8
26:17 45:8,14
46:2,7,18
52:25 93:20
**Cynthia** 1:6
7:17 9:15
99:10 275:4

**D**
**D** 3:2 82:18
112:23 200:5
276:2
**D-U-Q-U-E**
152:18
**danger** 177:2
**dangerous**
258:20
**date** 4:16 8:11
10:24 45:16
46:8,18 86:24
100:19,22
167:6 200:12
273:5 274:10
275:6,23
**dated** 96:24
**Dates** 163:4,6,7
163:8,8
**dating** 35:15
**David** 103:6
**day** 77:2,12
110:15 179:22
194:13 195:4
195:11 198:10

198:11 201:22
203:15 220:15
248:22,24
266:10 274:7
274:20 277:21
**days** 59:7 71:8
77:2,3 83:21
100:14,15
101:9 132:5
159:3,9 200:18
211:7,12
213:18 229:15
236:19 238:13
239:10,14
247:9 268:10
**Deaconess** 1:11
1:12,12 3:16
101:23 117:12
117:23 224:20
**dead** 53:2
**deal** 47:14 49:9
75:15 224:10
**dealing** 67:19
81:10
**deals** 91:15
**death** 100:25
215:15,20
231:7 267:15
268:10
**decades** 19:10
**decedents**
156:11
**December** 32:20
33:7 254:15
**decide** 120:2
209:4,7
**decided** 177:14
223:20 227:5,7
227:12
**decision** 60:6
140:5 176:13
177:4 220:23
223:10 225:6
225:13,24,25
226:5 228:6
**decision-maki...**
21:10

**decisions** 20:21
20:23 21:2,5
63:17
**decreased** 128:6
**decreasing**
154:15
**defendant** 56:13
84:4,16,20
86:8 93:7
103:2,4 187:25
188:7
**defendant's**
25:21 276:11
**defendants** 1:13
1:17 2:9 3:15
26:8,12 29:22
56:9,19
**defense** 56:14
**deferred** 212:10
**deficient** 121:3
**deficits** 139:7
**define** 50:19
61:2 134:14
169:16
**defined** 19:25
20:2 134:15
**definitely** 32:17
85:3 113:19
114:8 154:14
154:18 165:12
169:3 177:19
208:3 209:16
209:18 218:22
219:3 225:20
226:12 235:7
249:4 258:2
264:21
**definition** 108:6
205:13
**degree** 11:9,10
12:14,20 16:15
24:5 69:14,15
184:11,14
**deliberate**
145:18 182:19
196:12
**deliver** 142:23

**delivered** 168:2
**delivering** 39:3
**delusional** 94:10
**demographic**
145:22
**demographical**
144:23
**demonstrate**
139:6
**demonstrated**
136:5
**demonstration**
250:18
**denied** 234:19
236:24 248:7
**denying** 234:23
235:2
**department**
31:8 39:24
47:19 51:7,14
54:17,23,24
**departure**
215:16
**depend** 125:11
**dependent** 21:6
115:21
**Depending**
71:25
**depends** 24:13
25:22 26:2,10
133:18 184:16
**Deponent**
273:14 275:6
**deposition** 1:16
6:25 7:8,16,19
7:20 8:9,14
9:18 10:19,22
10:23 82:16
83:5,23,25
84:13 97:16,19
97:21 99:11
100:3 101:17
112:21 130:14
130:14 152:24
174:3 180:24
200:3,10
205:18 211:10

221:6 230:17
235:20 246:20
246:25 251:15
252:4 255:19
272:20 273:4,9
273:15 274:10
274:13 275:2,6
275:8 276:14
277:10
**depositions** 3:23
3:24 6:11 9:14
100:8,18
101:25 223:22
**depressed** 236:5
255:14 269:24
**depression**
64:10 65:9
67:4 103:25
125:3,10
131:17 132:16
132:21 138:20
144:5 145:2
161:14,14
162:2,8 163:14
163:19 182:18
182:22,23
183:10,13
184:8,18,20
196:4 216:4,4
220:9 231:5,5
232:8 233:18
233:20,25
237:25 243:16
243:21 244:7,9
246:20 249:25
253:15,23
255:17 257:14
270:8
**depressive**
143:23,23
144:3 147:21
164:9,10,16,22
164:24 165:4,6
165:8,12,13,13
168:24 183:17
243:3,18,21
269:12

**EXHIBIT B**

**depriving** 171:2
**depth** 126:19
**deputy** 29:12,17
**derived** 60:8
  86:15
**DeRosa** 1:21 3:4
  277:6,24
**describe** 188:11
  188:14,15
**described**
  188:22
**Description**
  276:11
**descriptive** 32:6
**desire** 185:19
**despite** 226:18
**detail** 96:3
**details** 243:16
**detectable** 159:7
**detected** 135:22
**deteriorate**
  167:7
**determined**
  160:23 210:3
  228:19
**develop** 218:21
**developed**
  198:14
**developing**
  159:10
**deviation** 215:16
**devote** 42:2
**devoted** 30:17
  46:24 47:6
  59:5
**diabetes** 235:10
**diagnosable**
  65:2
**diagnose** 107:5
**diagnosed** 63:22
**diagnosis** 15:13
  15:16 59:8
  60:15 65:5,6
  69:5 131:16
  143:22 209:6
  217:24 243:3,8
  243:9,11

**diagnostic** 150:4
  165:15
**die** 181:22
**died** 156:15,21
  218:3 232:9
**differ** 121:10
  146:22
**difference** 21:10
  24:20
**different** 24:11
  42:21 124:10
  133:15 161:7
  166:7 240:8,10
  243:22,23,25
**differentiated**
  20:15
**differently** 20:9
**differs** 15:7
**difficulties** 37:9
  40:25 41:3
  63:17
**dinner** 266:12
**direct** 30:13,17
  33:20,25
  118:10 150:20
**directly** 12:23
  14:20 81:15
**director** 27:2,2
  27:13 29:13,17
  30:11 32:24
  33:11 34:8,11
  34:12 38:16
  53:3,13 54:8
**disagree** 103:9
  114:12 173:22
  184:12 198:7
**disbelieve**
  251:24
**discharge** 59:20
  143:20,21
  195:19,22
  196:15 198:8
  200:18 201:23
**discharged**
  59:23 143:13
  193:4 195:16
  196:20,21

199:7 236:25
  237:2
**discharging**
  170:22
**disclosed** 156:2
  156:7
**disclosure** 5:20
  100:22 149:21
**disclosures**
  224:16
**Discontinuation**
  257:20
**discontinue** 60:3
  60:6 223:20
**discontinued**
  261:12,20
**discontinuing**
  177:16
**discorroborate**
  105:20,22
**discovered**
  201:16
**discrete** 164:14
**discrimination**
  83:16
**discuss** 81:6,9
  174:10 190:25
  191:11,17
  213:19 238:20
**discussed** 44:7
  102:23 170:22
  173:24 189:25
  190:20 205:16
  205:23 212:4,9
  226:18,20,23
  226:23 245:4
  246:5 248:18
**discussion** 99:7
  112:18 259:5
**discussions**
  239:3
**disorder** 94:10
  125:3,10
  143:23,24
  144:2 164:15
  164:16,22,24
  243:4,18,22

**disorders**
  156:14 164:9
  164:10,18
  165:5,7,8,12
**dispositive**
  153:3
**dispute** 155:3
  156:24 157:3
**disseminating**
  58:16
**distinct** 159:11
**distinction**
  20:17
**distract** 244:19
**distributed**
  45:23
**DISTRICT** 1:2
  1:2
**disturbance**
  216:10,10,11
  217:14
**disturbances**
  235:16 237:4
**divorce** 66:7
  67:16
**doable** 37:10
**Doc** 42:14
  227:18
**doctor** 6:3 9:4
  55:23 57:9
  74:13,14 78:24
  106:3 152:17
  175:15 176:21
  190:7 197:6
  200:14 211:6
  211:11,16,22
  213:20,23
**doctors** 107:13
  108:2,10 109:4
  110:5,6,17
  111:25 124:15
**document**
  151:23 153:23
  174:14,21
  177:8 228:10
  228:16 235:14
  237:7,8 246:2

**documentation**
  150:6 151:17
  152:3,4,7
  174:5,23,24
  175:3 221:18
**documented**
  151:3,18
  152:22 153:7
  153:12 189:18
  201:16 218:7
  235:25 236:3,9
  245:19,20
**documents**
  58:18 97:24
  98:23
**doing** 21:15 28:5
  34:14 36:9
  73:4 78:22
  82:25 179:19
  179:25 180:7
  195:24 219:4
  252:14,19
**dollars** 47:24
**door** 177:11
  181:15
**dosage** 257:12
**dose** 128:6
  129:21 130:23
  131:6 139:21
  140:6,17,22
  141:4,8,23
  142:8,13,16,17
  142:20 170:20
  250:5,8,12
  257:6 261:10
  264:13,19
**doses** 250:15
**doubled** 142:17
**doubling** 170:19
  257:6
**doubt** 153:18
  223:4
**Downstate** 39:8
**Downtown** 13:3
  53:3,6
**downward**
  267:11

**EXHIBIT B**

**dozen** 53:8 70:7
**Dr** 3:10,15 4:9
  7:21 9:12,14
  9:16 43:18,19
  48:19,20 68:12
  82:22 97:16,19
  101:17 103:6
  106:15 108:18
  110:14 114:19
  114:21 115:8
  115:16,21
  128:17,20,25
  129:11,22
  130:2 131:11
  139:5,8 142:18
  150:17 166:16
  166:24 169:12
  169:14,23
  170:6,10 171:2
  171:8 172:2,9
  172:11,18
  173:6,23 174:2
  174:7,14,21
  175:15,23
  177:17 178:3
  179:25 186:25
  187:9,11
  188:11 189:25
  192:15 193:14
  193:15,21
  194:18 197:3
  212:2,3,12
  214:5 215:18
  226:22 229:12
  229:14,24
  230:3,5,7,22
  231:10,13,16
  232:18,19
  234:22,25
  235:19 237:6
  237:24 238:7,9
  238:20 239:9
  239:24 242:22
  243:3 244:7,17
  246:15,19
  247:12,25
  248:4,9 249:2

249:10,23
251:5,9,14,17
251:19,23
252:7,13,23
253:5,11 254:5
254:22 255:6,8
255:15,18
256:19 258:3
259:4 260:9
262:11,20
270:18 271:12
271:22 272:5
**dramatic** 159:21
**drawn** 60:17
**drive** 171:16,18
**drop** 266:21
**drug** 159:19
  250:23
**drugs** 167:13,18
  266:7,22
**due** 253:21,24
**duly** 3:4 274:8
**dummied** 91:8
**Dummies** 91:11
**Duque** 152:18
**duty** 54:14 55:2
  172:12 173:6
  174:14
**dysphoria** 218:2

**E**
**E** 2:2,2 3:2,2
  82:18,18
  112:23,23
  200:5,5 274:2
  274:2 276:2,9
  277:2,2
**e-mail** 10:13
  80:15
**e-mails** 80:13
**earlier** 113:15
  143:19 157:15
  236:19 238:13
  244:8 247:9
  262:18 265:18
**earliest** 85:22,23
  159:7
**early** 35:15

**easier** 158:11
**edition** 90:23
**editor** 90:12
**educate** 122:24
**education** 4:9
  5:6 12:22
  38:17 39:6
  119:20,23
  207:19 208:2
**educational**
  40:16 101:12
**effect** 127:6,10
  127:16,21,23
  127:25 129:16
  130:16 137:14
  140:23 141:4
  141:22,24
  142:7 174:16
  221:10 228:11
  264:25 265:7
  269:6
**effective** 72:18
  206:19 207:2
  250:19 272:11
**effects** 129:6,8
  129:11,13
  130:5,9 131:8
  131:13 132:11
  132:14 165:19
  168:2 191:2
  253:7 254:12
  257:21 269:2
**eight** 17:3 38:13
  50:21 51:23
  70:10,11 77:13
  84:23 93:13
**eight-week**
  178:19
**Einstein** 42:8
**either** 53:10
  68:5 75:25
  80:12,13 128:6
  157:20 167:16
  261:23
**electronic** 74:7
**elevated** 128:8
  133:23 200:17

**elicit** 237:16
**eliminate** 24:25
  25:3
**eliminating**
  25:11
**Ellis** 2:3,6 5:10
  5:14,17,21 6:7
  6:24 9:2,8,25
  10:7,12,17
  22:23 43:8
  46:3 52:8 73:2
  88:10,12 99:5
  100:16 110:19
  115:10 116:6
  117:24 118:4
  122:8 123:3
  130:6,11
  169:25 175:24
  183:24 199:14
  199:18 214:19
  223:13,18,25
  224:7,12,17
  227:20 239:11
  248:11 257:17
  263:24 272:15
**else's** 158:2,7
**emancipated**
  21:3
**emergency** 39:4
  39:4 41:11
  44:9 49:20
  54:4
**emergent** 71:18
**emerging**
  147:15
**Emphasis** 267:9
**employ** 73:19
**employed** 26:24
  79:3,7
**employee** 79:10
**employment**
  83:15 101:12
**empty** 259:11
**encourage**
  227:23
**endeavors** 51:21
**energy** 138:21

139:7,17 146:3
216:10 217:15
235:17 237:5
237:19
**engage** 220:23
**engagement**
  180:19
**engaging** 159:18
**English** 11:12
  135:2
**enhance** 16:10
  16:15 104:23
**enhanced**
  127:14,19
  128:16 132:25
  143:18,25
**enhancements**
  257:7
**entail** 54:21
**entails** 119:5
**entered** 275:9
**entertaining**
  11:18
**entire** 97:15,18
  97:21 109:24
  275:8
**entities** 3:16
**environment**
  158:17 192:8
  192:10 199:6
**environmental**
  171:4
**enzyme** 212:10
**Epic** 202:25
**episode** 147:22
  183:18
**episodically**
  167:16
**equipped**
  115:14
**equivalent** 218:6
  244:4,5
**ER** 220:2 246:17
  246:21
**erotomania**
  92:12,15 93:9
  93:13

**EXHIBIT B**

**Errata** 275:2,10
**erroneous**
  251:21
**error** 136:16
  238:4
**esoteric** 209:19
**Esq** 2:6,11
**essential** 243:14
**essentially** 28:10
  90:25 231:25
**establish** 173:25
  174:9 259:9,18
**established**
  151:8,10
  175:14 177:7
  177:12 200:16
**Estate** 1:7 3:17
  18:10
**estimate** 34:4
  86:4 87:3,6
  115:21
**et** 58:18 275:5
**ethical** 176:4
**ethnic** 155:16
**evaluate** 25:14
  25:20 139:4
  160:12,13
  271:25
**evaluated** 70:24
  271:6,21
**evaluating** 54:22
**evaluation** 28:12
  30:3 33:13,21
  56:16 58:6
  143:9,16 150:8
  199:12 208:16
  219:5 228:22
  236:8
**evaluations**
  27:21,24 28:6
  55:10,12 56:19
  170:24
**Evansville**
  114:16 117:7
**evening** 266:13
**evenings** 37:11
**event** 269:12

**events** 98:8
**eventual** 171:12
  256:9
**eventually**
  258:14
**everybody** 26:9
  183:12
**evidence** 25:15
  104:24 118:6
  129:12 130:7
  130:15 138:12
  139:2 150:6
  160:21 175:25
  206:18 216:18
  217:9,13
  228:24 236:12
  237:9 264:8
  271:14
**ex-fiance** 100:9
**ex-fiance's**
  168:3 267:3
**exact** 18:5 63:8
  65:19 87:5,7
  114:12 269:6
**exactly** 19:3
  40:14 45:4
  59:2 65:19
  69:6 142:25
  145:4 149:20
  230:15 265:24
**exam** 19:19
  160:6
**examination** 3:8
  119:16 208:6,9
  208:12,13,19
  208:22,23,25
  209:4,10,11,14
  209:23,24
  216:13 217:2,7
  228:23 232:18
  238:4 276:5
**examined** 3:6
**examiner**
  240:12
**examiners**
  216:21
**examiners'**

217:11
**example** 58:3
  71:15
**excellent** 186:19
  186:20 187:18
  188:5,5 194:6
  194:10
**exception**
  210:21
**exceptions** 21:3
  21:12
**exchanged**
  266:18
**Excuse** 125:4
**exercise** 244:19
**Exhibit** 8:4,10
  8:19,22 10:17
  10:20,23 98:18
  200:8,10
  255:23
**existed** 99:21
**exists** 127:9,9
**expect** 126:13
  150:22 171:25
  181:10
**expected** 67:15
  105:6 118:17
  118:19,24
  125:22 126:9
  126:19
**expedite** 7:9
**expeditiously**
  117:18
**experience**
  52:25 62:3
  72:19 73:4
  127:21 141:3,5
  141:21 142:7
  155:7 204:17
  205:12 206:3,6
  206:10 207:5,5
**experienced**
  43:24 75:3,12
  127:23 128:2
  129:17 140:23
  141:23 142:8
**experiencing**

154:25 264:24
**expert** 3:19 22:2
  55:13 56:8
  57:17 82:25
  85:8 86:2,15
  88:24 91:18,19
  91:20 93:18
  94:21 95:9
  102:25 103:4
  150:18
**expertise** 24:16
  24:22 75:13
  109:22 110:13
  119:15
**experts** 55:17
  103:5 173:21
**Expires** 274:24
**Explain** 21:19
**express** 271:17
**expressed**
  216:17
**expresses** 147:6
  147:8
**extensive** 73:3
**extensively**
  73:15 219:13
  219:14
**extent** 126:7,22
  138:4 163:20
  206:8

**F**

**F** 274:2 277:2
**facility** 143:22
**fact** 51:2 170:15
  170:17 185:6
  214:5 240:18
  248:19 253:25
**factor** 159:12
  170:21 241:5
  241:17 255:20
  255:21 256:9,9
  256:15 257:8
  257:10,11
**factors** 103:25
  112:10 128:15
  143:9,19
  144:14,17

147:8 148:13
  148:16,24
  149:6,25
  158:21,24
  161:3 165:17
  165:18 170:17
  170:22 182:10
  182:13,16
  185:5 201:11
  219:8,20
  232:13 234:15
  240:24 241:7
  255:6 256:21
  256:22 257:16
  271:18
**faculty** 27:18
  31:14 32:7,10
  39:23,25 40:5
  47:19,25 48:7
  49:25 51:4,5
  51:16
**failed** 208:17,18
  208:22 214:14
  216:25
**failing** 198:22
  199:2 230:23
  231:17
**failure** 153:23
  171:9,11
  226:11,17
  228:12,16
  235:10
**fair** 8:25 28:7
  47:15 56:25
  68:17 86:6
  90:10 92:6
  93:20 213:21
  213:24 246:11
  246:12,13
**fairly** 162:2,7
  163:12,17
  249:21
**fall** 240:25
**falls** 257:24
**familiar** 23:4
  95:12 103:17
  116:10 120:14

**EXHIBIT B**

125:22 126:6,9
126:23 127:3
142:12 161:12
**familiarize**
95:14 114:15
118:19 119:14
119:16 120:3
**familiarizing**
40:21
**families** 63:12
159:21 184:19
184:19,20
**family** 15:18,20
55:23 56:2,2
74:13 78:24
87:19,22 89:21
89:23 90:3
96:19 104:19
105:3,5,18
106:3,15,22
107:3,12,13,17
108:2,10,25
109:4,18 110:5
110:6,11,17
111:4,17,20,24
112:6,15
120:11 122:4
124:15 125:14
125:15,21
126:8,14,18
144:5,25
150:22 182:18
182:21 183:13
184:11,14
185:5 209:21
211:6 216:4,22
216:24 231:4
232:7 234:14
235:5,6,8
270:20,25
**fantasy** 17:16,19
17:23 18:5,14
18:16,17
**far** 22:20 87:9
171:14 178:22
**fatal** 261:10
**father** 218:3

232:9 235:10
**father's** 231:7
**fault** 168:8,10
168:15 185:12
186:7 234:22
234:24,25
**fax** 74:16 80:14
**faxes** 80:13
**FDA** 134:5,23
135:3,7,18
136:5,19,22
140:5,13,18
142:2,4 250:14
**FDA's** 135:24
**feature** 159:10
**features** 165:2
**Federal** 92:25
**fee** 51:6 63:11
**feel** 60:8 93:19
109:8,21,22
110:11 111:5
114:17 131:3
179:23 185:19
196:24 197:8
246:22
**feeling** 138:19
159:20 168:18
233:5 255:13
**feelings** 139:2
145:24 147:9
147:16 168:17
232:25 235:16
237:3
**feels** 196:3,5
254:8
**fell** 210:10
**fellow** 31:15
**fellows** 32:2
42:10,13 45:3
**fellowship** 13:22
14:4,5,7,12,21
26:20,24 29:5
42:4,10,11
44:17 45:6,10
**fellowships**
44:21
**felt** 102:12

114:24 115:13
115:16,23
220:3 246:18
248:6
**fiance** 180:19
182:5
**field** 16:16 26:22
87:13 91:19,19
113:16 115:17
205:12
**fields** 55:18
**file** 103:15 201:8
275:3
**filed** 16:23 17:13
**filing** 58:17
**fill** 4:24 37:24
204:7
**filled** 252:20
**final** 97:3,5
98:15
**finally** 41:25
185:11 186:6
**finances** 58:17
**financial** 122:9
178:19 259:23
**financially**
259:25
**find** 7:9 34:12
175:12 176:20
228:14
**finding** 75:8
180:20 260:3
**findings** 93:24
189:15 201:15
217:12 235:14
**fine** 10:5
**fingertips** 7:10
**finish** 162:12
**finished** 254:15
**finishing** 17:4
179:9 219:23
**Fink** 1:17
**firm** 16:22 17:3
17:9,12 38:10
88:18
**first** 3:3 4:14
5:20 13:15

14:4 19:19
26:21,24 88:14
96:5 112:8
131:15,20
132:12 135:3
136:13 139:8
166:12,12
174:21 184:10
200:17 202:10
204:6 219:2
244:18 265:18
266:2
**fit** 165:14
**fitness** 55:2
56:15
**five** 19:13 46:14
51:6 63:5 77:2
77:2 79:13
83:24 132:7
151:20 250:7
254:5 255:2
268:8,11
**five-week** 130:9
178:6
**fixed** 145:21
**fleeting** 70:16
**flip** 245:18
**floor** 1:19 187:5
187:6 190:16
190:18
**fluctuations**
147:11
**focus** 26:15
**folder** 8:6,8,20
8:21 86:25
98:3 99:6
106:10,11
276:13
**follow** 129:22
138:21 174:9
190:15 196:7
196:21 197:12
197:17,20
198:3 271:15
**follow-up**
147:12 174:11
188:5 194:13

220:12 226:11
226:17 230:12
242:3,9,10
247:16 253:14
259:19
**followed** 172:16
194:19 242:7
**following** 57:4
105:7,10
180:14 200:18
275:9
**follows** 3:7
82:20 112:25
200:6
**Footnote** 200:14
**foray** 16:9
**Force** 160:20
161:8
**foregoing** 274:9
277:9
**forensic** 16:12
16:14 21:14,15
21:17,20,22
22:5,6,7,8,9,11
22:14,16,19,19
22:22 23:2,4
23:15,23 24:2
24:7,8,9,11,14
27:3 28:5 29:6
29:13,16,21
42:4,10 43:24
44:13,17,21
45:9,13 46:9
46:25 47:11
57:17,19,21
87:9,17 90:13
91:3,11 95:10
100:24
**foresaw** 258:14
**foreseeable**
157:22,24
**forget** 18:5 89:6
89:14 130:21
217:25
**forgot** 92:18
**form** 6:21 15:4
147:25 207:14

**EXHIBIT B**

224:3 273:11
**formal** 45:19,22
46:5,6 82:6
104:2 187:11
217:23 240:13
241:18
**formally** 46:23
**format** 175:5
**formed** 87:16
**forming** 99:9,18
**formulate**
102:14
**formulated**
100:7
**formulating**
98:21 101:11
101:16 103:13
**forth** 45:23
151:15 175:7
**forthright**
270:20
**Forty-five** 61:22
61:23
**forward** 179:5,9
240:19
**found** 41:25
91:18 117:13
181:10 252:10
**Foundations**
90:18
**four** 46:19 51:5
54:9 83:6,15
83:24 84:11,15
85:4,4 117:21
118:9 242:13
**free** 93:19
**frequency** 70:4
242:3,9,10
**frequent** 73:7
80:25 242:4
**frequently** 72:6
205:15 250:9
**Freudian** 15:6
**friend** 130:22
178:16 263:11
266:10
**friends** 100:9

130:19,21
159:21 166:25
180:8 216:22
236:16 237:13
237:14 270:14
270:20,25
**friends'** 130:14
**front** 6:5 7:5 8:6
**fulfilled** 199:4
**full** 75:12 98:14
**full-time** 28:19
28:22 32:7,9
35:4,5,8,9
36:16 54:7
**fully** 260:2
**function** 197:14
212:11 213:5,7
213:13 214:10
244:21 246:3
248:5
**functioning**
146:20
**fund** 51:7 62:20
**further** 82:19
112:24 188:25
200:6 277:15
**future** 41:3
63:18 179:6,14
234:6 258:14

————————
**G**
**G** 3:2 48:5 82:18
112:23 200:5
**gap** 46:22
172:22 173:9
174:18
**gather** 219:7
**Gay** 1:6 7:17
9:15 275:4
**geared** 15:12
**gears** 82:24
**general** 22:3
24:12,14 29:25
61:18 65:17
75:17,19 81:9
89:13 103:17
104:9,19,20
105:11,23

109:19 125:2,9
125:18 133:22
148:9 153:10
153:11 155:9
158:9,18 164:4
173:18,22
256:12 268:12
**generally** 20:22
20:24 63:12
72:22 76:25
78:3,4 148:16
151:5 161:22
164:23 257:22
**generated** 96:22
**gesture** 182:3
**get-togethers**
46:5
**getting** 139:10
143:4 147:16
173:14 179:9
262:9
**girls** 256:5,8,10
**give** 25:17 40:19
41:11 45:12
47:2,5,24
51:22 69:13
70:3 87:5,6
111:6,8 145:17
151:14 202:2
258:11 259:10
260:7,16,20
261:16,17
**given** 3:23 66:20
82:11 83:25
117:20 241:9
**giving** 46:20
**glaring** 238:3
**go** 5:24 6:4 10:2
11:16 14:21
16:4 22:20
25:11,13 26:17
31:12 32:22
35:3 49:19
72:12 80:7
84:25 89:18
96:3 98:2
115:5 147:5

180:10 196:7
220:2 227:13
238:22 246:17
251:11 262:16
**God** 201:14
**goes** 20:6 57:3
122:13
**going** 4:19,22
5:18 6:7 7:16
7:17 11:18
36:25 44:12
46:12 61:12,24
62:13 66:7
67:15 72:11
115:5 132:11
136:14 144:21
144:22 145:6
172:6 173:22
175:16 176:8
176:15 184:3
190:11 191:15
191:22 192:16
210:22 211:21
213:23 218:25
225:17 227:5
238:8 240:4
242:11 245:7
246:21 249:8
249:11 258:6
258:19 262:22
272:17
**Goldstein** 1:16
3:1,10,12 4:1
4:10 5:1 6:1
7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1

46:1 47:1 48:1
48:3,5 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1,13 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1,22 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1,18
109:1 110:1,14
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1
143:1 144:1
145:1 146:1
147:1 148:1
149:1 150:1
151:1 152:1
153:1 154:1

**EXHIBIT B**

155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1
183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1
191:1 192:1
193:1,15 194:1
195:1 196:1
197:1 198:1
199:1 200:1
201:1 202:1
203:1 204:1
205:1 206:1
207:1 208:1
209:1 210:1
211:1 212:1
213:1 214:1
215:1 216:1
217:1 218:1
219:1 220:1
221:1 222:1
223:1 224:1
225:1 226:1
227:1 228:1
229:1 230:1
231:1 232:1
233:1 234:1
235:1 236:1
237:1 238:1
239:1,9 240:1
241:1 242:1
243:1 244:1
245:1 246:1
247:1 248:1

249:1 250:1
251:1 252:1
253:1 254:1
255:1 256:1
257:1 258:1
259:1 260:1
261:1 262:1,20
263:1 264:1
265:1 266:1
267:1 268:1
269:1 270:1
271:1 273:4
274:8,16 275:6
275:24 276:4
277:11
**good** 3:10,11
18:16,20 94:21
152:14 154:5,7
205:19,20
206:2 207:22
220:5 222:10
222:15 246:15
**graduate** 11:13
119:25
**graduated** 5:7
11:25 12:9
16:7
**graduating**
254:14
**graduation** 57:5
**grandfathered**
19:8,16
**grandmother**
182:22 183:3
184:7 232:8
**great** 58:24
130:4 254:9
**greater** 154:25
155:12 158:18
**Green** 9:13
167:3 169:23
171:14 173:4,5
179:10 180:14
186:14,17
187:19 194:7
195:17 196:11
196:21 198:25

199:11 201:23
202:2,22 203:8
218:2 226:19
229:18 230:19
230:24 231:9
255:16 262:18
262:21
**gross** 261:16
**grossly** 219:5
260:7,18,19
**group** 2:3 144:6
144:24 185:17
**groups** 42:21
45:3 155:17
**guardian** 21:7
62:14
**guardians** 20:25
**guess** 14:14 15:5
19:4 20:2,7
24:4 27:7 42:5
47:5 51:5,17
53:16 60:14
80:12 82:10
85:12 96:6
104:7 105:23
137:7,18 158:9
158:18 164:4
185:4 208:11
231:20
**guessing** 206:21
**guidance** 82:11
**guideline** 258:12
**guidelines**
104:24 105:6,9
105:18 123:17
124:2 165:22
166:2 204:21
204:24
**guilty** 185:20
**gun** 98:7 167:19
167:22,23
263:8,20
264:14
**guru** 34:16
**guys** 266:22

─── **H** ───
**H** 276:9

**half** 13:21 14:7
14:10 39:13
53:8 60:23
70:7 77:3
156:14,18
162:21,23
171:19
**half-time** 35:10
**hand** 4:14 74:10
252:18 260:9
261:4,6 277:21
**handed** 259:11
**handful** 63:4,5,9
68:15,18 137:6
**handle** 108:24
**handling** 75:4
**handwritten** 7:7
7:15
**Hang** 42:14
210:17
**happen** 138:8
153:13 173:17
245:8
**happened** 226:8
**happening**
249:5,22
**happens** 138:7
**happy** 4:6,24
37:24 141:16
**harassment**
47:14 83:16
**harm** 158:4,8
196:12 262:4
262:12,14
**harms** 160:23
**hat** 243:9
**head** 4:2 34:16
**healed** 254:25
**health** 1:12 69:4
72:21 107:6,11
107:14,18
108:5,11,15,25
109:14 110:4,7
110:16 111:18
111:21 112:8
121:12 122:2
125:2,9,18

131:16 156:4
156:12,13,19
157:5 161:15
166:21 169:15
169:16 209:19
218:8 237:15
268:5 270:22
**hear** 4:4 68:12
**heard** 137:20
138:22 156:9
181:4,12,15
**heart** 235:10
**heavily** 167:13
167:15
**heightened**
159:8 160:14
**held** 31:21,22
48:25 50:23
106:4,16
107:19 108:12
121:14,21
**help** 5:18 40:24
51:7,13
**helpful** 25:24
**helping** 175:12
252:25
**Henderson**
114:16 117:7
171:15
**hereof** 273:6
274:12
**hereunto** 277:21
**hide** 271:7
**hiding** 263:23
271:3
**hierarchy**
147:25
**high** 95:4 107:7
146:14 148:3
149:5 170:16
171:10,10
177:23 181:4,5
181:6,7,7,13
181:14,17
183:11 210:2,4
210:12,12,19
222:24 223:3,7

**EXHIBIT B**

223:7,9 240:21
241:17 254:2,3
254:23 256:9
257:7 260:24
269:12
**higher** 107:10
133:19 241:5,6
**highest** 134:2
**highly** 132:6
141:3,20 142:6
142:10
**Hillside** 14:23
29:5
**hindsight** 25:2
25:12
**HIPAA** 202:19
**his/her** 274:9
**history** 26:18
52:14 64:15
65:23,25 66:4
144:3,5,9,25
145:18 156:12
182:18,19,21
183:13 184:14
185:5 196:12
208:5,8 216:2
216:3,3,4
217:21,24
231:4 232:8,10
233:15,22
234:13,14,18
234:19,19,20
234:23 235:2,5
235:6,9,9
236:10 254:22
255:2,10
256:14
**Hoag** 48:19,20
**hobbies** 244:18
**hold** 23:17 48:22
105:12 151:4
**home** 196:7
**hook** 198:11
**hope** 249:7
**hopefully** 7:9
16:20
**hopeless** 237:4

**hopelessness**
145:24 147:9
147:17 235:16
**horse** 62:12
**hospital** 1:12
13:3,6 29:11
29:16 38:18
41:11 49:2,10
49:13 50:11
53:3,6 54:6,14
81:20 158:13
158:17 185:10
190:10 191:14
191:21,25
192:3 194:22
195:23 200:20
202:8,17 204:9
204:9 230:9,10
236:22 238:6
239:23
**hospitalists** 49:9
**hospitalization**
41:7,8 118:8
144:4 149:12
149:13 162:15
163:19 201:10
220:21 232:23
241:10,13
271:11,19
272:3
**hospitalized**
180:13
**hospitals** 48:22
203:2
**Hot** 95:3,5
**hour** 61:19 62:9
62:15 72:10
86:19,22
171:20,21
**hours** 17:3
28:22 29:4
38:13 51:23
159:3,9 172:3
**house** 168:3
180:21 263:16
263:16,19
267:3

**Housing** 56:25
**hundred** 133:10
176:3 181:22
181:23
**hurt** 193:17
**husband** 67:17
**hypochondria...**
71:19
**hypothetical**
214:3 222:11
225:8,22
**hypothetically**
222:13 259:15

**I**
**Icha** 163:8
**Id** 276:12
**idea** 112:14
207:22
**ideal** 124:4,21
**ideally** 60:5
**ideation** 52:14
64:11 66:5
68:5,6,19 69:3
70:13,15,17,19
128:11 133:15
134:8,11
144:16 145:7
145:23 147:9
183:4 188:12
188:16,25
189:4,6 192:9
196:6,17
235:15,21
236:11,20,23
236:24 248:7
270:15
**ideations** 68:16
68:25 69:8,11
69:25 138:22
**identical** 105:15
**identification**
8:10 10:24
200:11
**identify** 149:24
**ill** 257:21
**illness** 20:12,13
65:3 71:17

161:15 169:2,6
268:16
**illnesses** 63:23
112:8 125:2,9
125:19 126:20
**immaterial**
215:5,10,11,13
215:14
**immediate**
199:8 265:4,4
265:9,11
**immediately**
11:16 57:4
**imminently**
67:11 147:2,24
**impaired** 213:4
213:7
**impartiality**
95:23
**impeachment**
95:15,20
**imperative**
173:7 222:25
228:7
**impetus** 267:6,8
267:10
**implement**
58:11 174:17
**implemented**
173:9 272:12
**implementing**
126:12 190:12
**importance**
95:24 150:10
191:11,18
192:21 198:23
199:3 220:19
221:3
**important** 25:23
40:19 133:5
144:14 161:3
171:5 172:19
185:24 198:9
198:18 209:6
210:14 221:19
221:23 222:2,5
230:23

**impossible**
204:4
**impress** 173:7
**improve** 162:15
163:18 244:20
246:4
**improved**
163:10 166:21
166:22 167:2
169:14,24
170:7 237:25
257:15
**improvement**
162:9,19
163:15,23
170:4 177:22
**improving**
162:24 177:20
257:15
**impulses** 246:23
**impulsive** 196:6
220:3 246:18
269:8
**impulsivity**
269:10
**in-depth** 15:11
**in-patient** 29:21
30:2 34:9,11
34:14 49:16
50:6 67:6
118:8 143:13
143:21 146:25
149:12,13
187:7 194:20
200:18 201:9
230:24 271:11
271:18 272:3
**in-patients**
49:17
**inaccurate**
243:4
**inadequate**
121:3 208:5
**incapable** 20:21
**incidents** 152:4
**inclined** 138:5
**include** 4:19

<span style="color:blue">**EXHIBIT B**</span>

44:3 174:14
**included** 46:20
98:3,12 143:15
**including** 90:18
98:8 131:17
190:21
**income** 86:15
**incompetent**
240:14
**incomplete**
208:6 219:6
**incorrect** 238:19
239:19
**increase** 127:11
128:10 136:6
136:23 137:4
137:19 139:20
**increased** 67:5
127:24 128:2,6
129:18 130:23
131:6 133:14
134:7 135:7,23
136:12 137:25
140:7,17,21
141:22 142:16
142:20 154:23
155:16 165:18
191:2 234:16
264:13 265:11
**increases** 141:9
142:14 154:25
**increasing**
129:21 141:8
142:13 154:11
154:17 159:19
264:19
**independent**
20:22 260:2
**independently**
177:5 260:2
**Indiana** 114:16
117:8
**indicate** 185:15
185:16,18
228:13 264:17
**indicated** 70:25
148:19 206:14

206:15,17
210:25 213:4
214:24 217:16
233:10 247:25
268:7 272:4
275:10
**indicates** 110:24
159:7
**indication** 131:7
138:15 192:13
238:17 245:4
262:5 267:19
270:17
**indications**
216:11
**indigent** 56:9,18
**individual** 26:2
109:7 191:10
191:23 269:6,8
**individuals**
16:23 17:13
26:14 27:21
29:22 134:8
**industry** 83:20
**inform** 150:2
175:9 198:22
199:2 228:4
**informal** 82:8
**information**
7:10 58:16
80:11,17,18
102:16 118:11
120:5 143:17
152:10 161:4
183:2,6 185:25
186:2 202:20
215:22 216:2,8
218:9,11,16,25
219:8,18,20
230:9,23,25
231:4,10,16
234:13 237:17
238:18 249:9
252:20
**informed** 40:21
92:2 150:5
177:10 210:15

211:10 213:17
221:2
**informing**
220:18
**infrequent**
69:17,20
**ingestion** 180:14
**initial** 128:4
168:9 180:12
184:23 201:20
224:16 265:3
**initially** 44:20
133:2
**initiate** 40:15
**initiating** 265:12
**initiation** 128:5
129:6,14,20
130:17 131:6
138:8,9 140:15
140:24 141:5
141:24 142:9
178:7 257:5
265:3,7,9,16
265:22
**inmate** 28:11
**input** 47:11
215:19
**inquire** 235:14
237:7
**inquired** 144:18
232:19 235:20
**inquiring** 145:3
**insert** 250:14,20
**insight** 15:10
**instability**
170:25
**instance** 62:6
**instituted** 170:7
**institution** 21:24
170:18
**instruct** 258:4
259:17
**instructed**
197:12 219:25
220:7,11
244:18 251:5
253:5,11

259:12
**instructions**
198:8 246:16
**instructs** 247:12
**instrument**
150:4
**instruments**
123:8,12,15,18
123:22
**insufficient**
160:22 259:21
**insurance** 37:19
37:24 62:7
**insure** 172:15
**intake** 219:4,5
**integrated** 44:22
**intensive** 66:20
**intent** 68:7 69:8
69:12,15 70:2
70:20 134:16
134:17 144:16
145:7 156:2,7
189:3,8,19
196:6 235:15
270:24
**interest** 60:16
60:21 122:11
159:10
**interested** 39:16
44:12 277:18
**internal** 13:8
15:25
**interns** 33:18
**internship** 12:25
13:7 14:13
139:11 178:19
180:5 219:23
234:4 254:15
259:24
**internum**
191:24
**interpersonal**
15:4 76:2
206:24
**interpreted**
213:9 214:21
**interrupt** 5:15

**intervention**
161:5 171:8
270:10
**interventions**
152:5 191:9
270:11
**interviews** 25:23
**introduction**
90:20 91:3
95:9
**inventory** 6:4
**invoices** 7:22
**involuntary**
41:6,8
**involve** 75:14
**involved** 25:20
26:9 28:9 29:5
30:9 37:9 42:6
42:7 45:5 50:9
50:12,16 54:22
55:2 56:15
57:7,25 83:15
162:18 170:13
214:22
**involving** 47:10
58:13,16 146:2
**ironclad** 172:8
**Island** 38:18
81:20
**issue** 24:17 25:5
26:13 67:10
69:16 70:23
71:20 95:15
109:6 115:24
115:24 122:9
122:10 123:25
124:3 128:20
150:18 152:7,8
153:9,21,24,25
154:2,4 163:11
170:14 174:24
211:18,24
222:19 247:7
271:6
**issues** 24:13,22
25:15,16 40:2
40:13,20,21,24

**EXHIBIT B**

43:3 49:22
52:19 54:4,11
54:25 63:15
64:2 67:18,20
81:10 90:14,21
91:3 92:2
93:15 95:10
103:24 104:25
116:21 170:13
**items** 98:12
143:18
**IX** 47:11,11

**J**

**January** 14:18
**Jeffrey** 18:10,11
**jellyfish** 254:19
**job** 26:21,24
28:19 32:23
179:5 234:7,10
240:19 266:2
**join** 39:25 54:23
**joined** 31:14
**joint** 60:5
176:13
**journal** 44:15
89:4,5,10,12
89:24 118:23
125:25
**journals** 89:21
90:3,6
**judgement**
228:20
**judgment**
228:21
**Judicial** 90:19
**July** 1:19 14:14
14:19 129:23
248:4 275:6
277:22
**June** 166:13,16
169:5 194:14
194:17 195:2,9
195:17 201:22
212:6 229:15
232:18
**JUNG** 1:11
275:4

**jurisdiction**
274:21
**justify** 134:22

**K**

**KANG** 1:11
275:5
**KATHERINE**
2:11
**Katie** 3:14 5:15
9:25
**keep** 74:4 145:3
201:4
**Kentucky** 1:2
2:5,10 88:21
114:16 117:7
167:4 171:15
**kept** 29:24 60:10
199:5
**kill** 159:17
185:11 186:6
270:7
**killing** 136:15
**kind** 25:22 37:7
44:22 54:13
61:15 67:10
72:15 75:13,20
75:22 76:12,20
77:8 130:16
132:23 137:25
140:16 182:7
183:3 192:5
202:24 215:17
219:5 224:2,4
225:14,16
268:3,17
**kinds** 58:12,15
86:9 268:15
**Kingsborough**
13:11
**knew** 207:13
211:5,16
213:12 244:15
**know** 3:22 9:22
19:10 21:25
31:20 37:21
45:24 54:7
60:18 61:6

64:2 68:13
69:15 70:24,25
71:11,13 75:19
76:23 84:19
86:23 88:12
93:12 98:7
99:21,23,25
100:2 103:6,7
103:8,18
104:19 107:7
110:5,9,16
111:16,20,24
112:5,6,15
114:12 117:6
117:17 119:4,7
119:10,19,22
119:24 120:24
124:6 126:6
136:10 138:16
139:4,5 145:2
145:2,21
146:15,24
147:15,20
148:2 150:17
153:8,10 154:3
154:17,18
156:9 160:7,12
163:24 167:15
168:14 170:14
171:19,24
172:8,20
173:16 174:16
176:8,15,24
177:8 178:22
179:11 181:3
181:19 183:15
184:22 185:21
185:23 186:2,8
189:4 190:17
191:13 198:10
200:21 202:8
202:24 203:4
203:10,12,18
203:20,22,25
209:5,22,25
213:11 214:7
214:18 216:16

219:14 223:14
223:14,19
226:7 227:3,15
227:15,17,19
228:5,13 229:4
229:7,9,11,20
229:23 230:18
231:8,12,14
237:6,16,18
239:7,24
240:14 243:5,9
243:13,14,16
244:14,15
245:5,13,15,22
247:22 249:19
252:23 253:2
256:7 258:15
259:15 260:24
263:5,25
268:13 271:20
272:4
**knowing** 129:17
214:24 243:12
252:18
**knowledge**
16:15 24:16,21
25:4 105:9,11
125:13,17
126:20 232:7
232:10
**known** 13:3
88:14 143:24
156:4 171:10
182:5,10,13,16
210:23 255:9
256:3
**knows** 255:15

**L**

**L** 1:16 3:2,2
82:18,18
112:23,23
200:5 273:4
274:8 275:6,24
277:11
**L-E-G-G** 18:9
**lab** 232:2 239:25
**labeled** 150:8

**Labor** 266:9
**lack** 139:16
**lady** 67:25
**lake** 266:9
**land** 240:4
**large** 33:12
60:20 162:7
163:13 184:19
184:20
**lasts** 265:8
**late** 37:11 57:6
**law** 2:3 12:20
16:4,4,6,15,21
16:21 17:6,9
17:11,11 18:19
23:7,11 24:5
34:23 35:3,8
36:25 37:7,8
38:4,5,9,10
39:21 40:7
56:25 57:5
58:5 85:15
88:17 89:11
90:9,14,18,19
91:6,8,10,11
91:14,20,24
116:16
**lawsuit** 93:16
**lawyer** 67:17
**lead** 269:9
**leading** 159:4
**learn** 102:16
216:5 220:8
256:2
**learned** 241:19
271:22
**learns** 254:22
**leave** 29:7 32:18
34:21 39:14
**leaves** 58:23,24
136:16
**leaving** 144:13
259:6
**lecture** 44:18
51:22
**lectures** 42:20
44:5 45:2 47:2

**EXHIBIT B**

47:5
led 171:12
left 32:20 34:20
  34:22 39:15
  145:18 166:5
  189:6 230:9
legal 24:17,17
  24:22,23 40:2
  40:13,20 41:7
  43:3 44:4
  49:21 52:19
  90:22,25 91:3
  176:4
legally 116:8
  125:5
Legg 18:7,9,10
  18:11 113:14
  152:16,18
  153:19
length 228:18
  253:15
let's 3:22 4:8 5:6
  12:21 14:12
  26:17,17 57:8
  64:25 71:4
  78:20 82:13
  85:7 92:15
  96:4 113:13,21
  118:12 127:2
  133:25 137:9
  137:17 143:5
  147:5 148:10
  150:25 154:7
  154:10 166:10
  166:11 177:25
  178:2 180:10
  188:10 201:18
  209:22 211:4
  232:17
lethal 159:17
  181:23,25
  182:2
letter 174:15
  175:4,6 201:6
  228:11
level 44:23 62:3
  146:20 217:15

levels 155:17
Lexapro 127:7
  127:11,16
  128:3,18,22
  129:2,7,14,20
  129:23 130:17
  130:23 133:11
  133:15 134:2,4
  139:3 142:16
  142:20 170:19
  170:20 178:7
  249:24 250:5
  250:15,24
  257:5,6,12,24
  258:5 260:8
  261:21,25
  262:12 264:5,9
  264:13,19,25
  265:3 269:3
Lexington
  263:12
liability 16:24
  17:14
liaison 53:7
liberal 11:6
license 18:19
licensed 72:24
  79:4 80:22
  81:12,16,16
  87:25 88:4
  118:14 119:7
  120:18 121:8
  121:13,19
  122:14,14,17
  122:25
life 4:12 12:21
  183:18 270:14
liked 178:9
likewise 7:17,20
  113:16
limit 24:4
limitations
  205:5
limited 204:17
  205:11 206:3,6
line 112:8
  131:16,20

link 214:17
linked 268:4,24
list 45:14,18,20
  46:2 56:17
  83:23 94:4
  98:18 145:14
  147:5 165:17
  166:4,7,7
  201:4,10,14
  255:23
listed 45:8,16,17
  45:21 47:18
  98:22,25 102:6
  102:10 218:10
  236:14
listening 142:3
lists 83:4,7 85:2
  97:8 166:9
  204:20,24
literature 6:13
  9:7 11:12
  103:13,22
  104:6,8,10,17
  104:20 110:24
  111:2,9,13
  125:23 126:3,6
  126:8,9,16
  128:9 139:20
  140:2,16,21
  141:19 151:11
  151:15,16,16
  155:9 242:13
  265:7,15,21
litigation 22:2
  57:20
little 4:2,4 7:4
  12:21 13:23
  21:13 26:16
  57:9 71:4
  137:3 158:20
  161:6 173:15
  212:24 236:5
  254:8
live 196:4
lived 4:11 260:2
liver 197:14
  212:10 213:4,7

213:12 214:10
  244:21 246:3
  248:5
lives 63:19 183:9
living 63:20
  236:15
Lloyd 276:4
load 60:11
located 27:10
location 177:13
long 18:25 28:15
  31:4,20 38:18
  56:4 59:12
  61:21 70:20
  81:19 117:6,16
  168:16
long-standing
  60:21
long-term
  144:11
longer 59:19
  60:12
look 8:2 26:11
  45:7 92:4
  93:19 105:25
  113:13 155:22
  212:6 271:8
looked 134:19
  221:12
looking 26:5,6,8
  105:8,18
  147:10,14
  159:16 160:5,8
  179:5,8,10,14
  240:19
looks 8:15 46:12
  219:16
loss 144:10
  146:3 147:18
lost 180:11
lot 3:23 62:17
  67:7,18 72:16
  72:21 181:16
  181:17 206:22
  271:22
Louisville 2:5,10
low 146:14

148:10,12
184:25 185:8
240:16,20
241:20 256:11
256:13
lower 13:2,5
27:5

**M**

M 274:16
M.D 1:16 3:1,2
  4:1 5:1 6:1 7:1
  8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1 64:1
  65:1 66:1 67:1
  68:1 69:1 70:1
  71:1 72:1 73:1
  74:1 75:1 76:1
  77:1 78:1 79:1
  80:1 81:1 82:1
  82:18 83:1
  84:1 85:1 86:1
  87:1 88:1 89:1
  90:1 91:1 92:1
  93:1 94:1 95:1
  96:1 97:1 98:1
  99:1 100:1
  101:1 102:1
  103:1 104:1
  105:1 106:1
  107:1 108:1

EXHIBIT B

109:1 110:1
111:1 112:1,23
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1,22 122:1
122:15,21
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1
143:1 144:1
145:1 146:1
147:1 148:1
149:1 150:1
151:1 152:1
153:1 154:1
155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1
183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1
191:1 192:1
193:1 194:1
195:1 196:1
197:1 198:1
199:1 200:1,5

201:1 202:1
203:1 204:1
205:1 206:1
207:1 208:1
209:1 210:1
211:1 212:1
213:1 214:1
215:1 216:1
217:1 218:1
219:1 220:1
221:1 222:1
223:1 224:1
225:1 226:1
227:1 228:1
229:1 230:1
231:1 232:1
233:1 234:1
235:1 236:1
237:1 238:1
239:1 240:1
241:1 242:1
243:1 244:1
245:1 246:1
247:1 248:1
249:1 250:1
251:1 252:1
253:1 254:1
255:1 256:1
257:1 258:1
259:1 260:1
261:1 262:1
263:1 264:1
265:1 266:1
267:1 268:1
269:1 270:1
271:1 273:4
274:8,16 275:5
275:6,24 276:4
277:11
**main** 2:9 29:11
163:11 182:20
**maintain** 18:18
36:25 73:17
95:22
**maintained** 35:9
36:8 39:5 67:8
80:2 136:3

191:21
**maintaining**
35:18 38:23
**major** 44:15
143:23 162:8
163:13 164:21
183:17 234:9
243:3,18,21
**majored** 11:11
**majority** 83:13
107:10 131:24
133:6 183:9,16
183:22 184:13
**majors** 11:11
**making** 20:21
63:17 131:3
170:24
**malpractice**
16:24 17:13
41:3 84:17,21
85:6,9,25 86:5
86:12 92:16,17
92:18,21,24
93:11
**man** 73:21
**man's** 137:16
**manage** 78:25
105:13 109:23
125:2,8,18
158:12 211:3
220:9
**managed** 187:4
**management**
40:22,23 41:5
41:9 44:4
52:13 65:14
71:23 72:4,23
78:15,17 79:18
80:7 96:19
104:3 116:22
117:3 146:22
150:3 242:18
**mandated**
220:24
**Manhattan**
12:25 13:2,6
13:13 27:10

57:11 61:12,24
62:6,21
**manic** 216:9,15
216:20 217:10
235:17
**manifest** 169:19
**manifested**
177:22
**March** 7:12
96:24
**margin** 136:16
**marijuana**
167:25 267:19
268:22,23
269:2
**mark** 83:7
101:18 184:5
**marked** 8:9 10:3
10:5,22 83:24
200:10
**marks** 254:25
**markups** 10:16
10:18,21
276:14
**Marx** 103:6
**Master's** 207:17
207:25
**material** 103:16
**materials** 6:5,14
6:15 7:5 8:3,9
41:15 43:7,16
43:21,25 45:23
96:15 98:13,16
102:4,9,17,22
104:14 129:15
276:13
**math** 58:24
**matrimonial**
67:17
**matter** 26:3
69:14 72:14
89:25 97:4
121:2 153:10
208:15 273:5
274:10 275:8
**matters** 29:23
56:23,24 57:20

58:12 83:15
86:10 217:4,5
**maximum** 60:8
**MD** 1:11
**mean** 21:18
26:13 41:6,18
48:14 52:9
53:2 59:15
78:7,16 79:22
98:4 99:21
101:2 106:11
110:20 116:21
123:16 125:5
125:24 126:2
150:18 153:8
157:22 168:12
168:14 169:7
170:12 172:7
175:2,8 181:11
184:15 185:4
188:20 199:20
204:3 209:18
211:21 213:9
221:2 229:20
236:8 243:12
256:23 269:19
**meaning** 63:5
261:3
**meaningful**
170:14
**means** 31:24
159:18
**meant** 32:6
**measure** 191:24
**measures** 20:14
**mechanism**
137:25
**medical** 9:9,11
9:19 11:17,20
11:24 12:8,12
12:14,22,23,24
16:23 26:22
27:2,18 32:13
32:25 39:7
53:10 54:3,12
55:13,16 71:16
71:18 74:7

**EXHIBIT B**

83:8 84:2,17
84:21 85:6,8
85:24 86:5,12
89:2 91:15
103:12 104:16
140:3,9,15
151:11,15,17
151:23 152:14
154:5 165:8
173:19 180:13
186:14,16
187:18,25
188:7 192:14
194:7 195:16
196:20 197:6
198:25 199:10
201:25 231:9
233:15 234:19
258:21,22
265:6,14,21
270:19 271:3
**medical/surgi...**
187:6
**medically**
190:17 198:15
**medication**
65:14,15,18,19
67:23,24 71:22
72:3,23 78:14
78:16,25 79:17
80:7 98:5
105:13 128:5,7
130:4 131:2,12
132:13 140:24
141:6,25
148:17,18,20
149:2,7 161:23
162:10 163:16
174:11,11
178:10 210:24
211:3,17,18,24
212:4,9,15,17
212:23 213:2,3
213:11,19,21
213:23 214:6
214:15,25
215:2,4,9,19

242:18 244:21
246:3 252:25
253:6,16,23
254:2,7,9,12
257:23 258:5
258:15 259:13
261:12,18,19
272:9
**medications**
137:13 190:22
257:21 260:21
261:8
**medicine** 13:8
15:18,20,25
31:8 32:15
55:23 56:2
74:13 78:24
87:19,22 89:21
89:24 90:3
105:3,5,18
106:3,15,22
107:4,13,13,17
108:2,10,25
109:4 110:17
111:20,25
112:7,16
120:11 124:15
125:14,15,21
126:14,18
150:22 187:5
211:6
**meds** 253:13
**meet** 26:14
40:18 114:25
115:23,25
171:11 188:18
222:22 262:6
266:22
**meeting** 41:2
114:23 122:18
122:22 142:18
143:11 222:18
229:10 252:6
**meetings** 58:10
**member** 17:9
18:20 23:6,11
32:9 47:25

48:7 49:25
**members** 47:19
54:7,24
**memories** 267:2
**mental** 20:12,13
65:3 69:4
107:6,11,13,18
107:25 108:5
108:11,14,25
109:14 110:4,7
110:16 111:18
111:21 112:7
121:11 122:2
125:2,9,18
131:16 146:9
146:17 147:11
156:4,12,13,19
157:5 160:5
161:15 166:21
169:2,6,15,16
208:6,9 209:13
209:19,23
216:7 218:8
236:5,7 237:15
268:5,15
270:21
**mention** 92:19
197:23 245:8
**mentioned**
38:11 98:17
103:3
**mentors** 36:21
**mere** 182:3
**merely** 129:19
**message** 223:17
223:22 225:11
**messages** 101:2
266:6,18
**met** 26:6,7 96:17
152:18
**meta-analysis**
134:23 135:3,4
135:6,22 136:4
136:22 140:14
**metabolites**
267:20
**method** 74:21

136:16
**methodologies**
24:10,25 25:8
25:11
**methodology**
25:16
**methods** 76:10
**mid-'70's** 53:20
**mid-February**
96:9,10
**milder** 164:16
**miles** 175:22
176:2,3
**milieu** 192:6
**milligram** 264:5
**milligrams**
249:24 250:4,7
250:8,11,16,16
250:25 264:8
**mind** 227:16
**mine** 17:19
79:10 173:18
**minimum**
253:20
**minors** 20:24
21:3,4
**minute** 47:8
65:2 145:17
233:12
**minutes** 61:22
61:23 159:9
171:22 219:16
252:23
**miscalculate**
181:18
**misconduct**
55:21,24
**missed** 185:14
249:7,8
**missing** 225:16
**mission** 27:16
**misstates** 117:25
118:5 175:25
199:15
**mistakenly**
251:9
**misunderstood**

12:7 114:4,6
**modalities**
107:23 108:4
126:11
**modality** 15:5
193:4
**model** 73:7,10
73:13
**moderate**
146:14 148:22
240:21
**moderately**
210:2,4,12,12
210:18 223:6,8
**modest** 135:13
136:6 140:13
140:14
**modestly** 167:16
266:7
**modifiable**
112:10 145:21
148:13,15,24
149:6,25
158:22 257:16
**modify** 149:18
149:19
**modules** 44:24
**mom** 130:19
179:12 196:7
237:13,14
263:15,19
264:3 266:12
266:15 270:14
**mom's** 130:14
**moment** 203:21
**Monday** 1:19
**money** 37:5
**monitor** 148:4
171:10 271:24
**monitored**
128:21 177:24
271:21
**monitoring**
65:20 147:12
160:8 170:23
171:12 258:23
260:23 270:10

**EXHIBIT B**

**month** 99:16
220:15 229:7
253:12,14
**months** 78:22
110:21 117:21
118:9 227:18
260:7 261:9,9
261:15,20
262:12
**months'** 260:10
260:20
**mood** 159:22
244:20
**moot** 271:6
**mor** 252:21
**moral** 168:12
**morning** 3:10,11
167:24 266:20
266:25
**mother** 98:5
142:21,23
196:5 217:16
236:15 237:20
**mother's** 98:8
166:24
**motivation**
138:20 139:7
139:17
**move** 175:17
176:6,9,14,16
176:19,25
**moved** 167:3
169:22 172:2
176:23
**movements**
138:2
**moves** 175:22
**moving** 173:3
176:21 229:12
259:9
**Movits** 84:5
**Mullick** 186:25
187:9,11
188:11 189:25
192:15 193:14
194:18 226:22
238:7

**Mullick's**
193:22
**multi-discipli...**
27:14 30:6
33:16 81:2
**multiple** 33:22
44:21
**myriad** 120:2

──────── **N** ────────
**N** 2:2 3:2 82:18
112:23 200:5
273:2 276:2
**name** 3:14 79:22
89:14 217:25
275:10
**Nancy** 18:7,8,9
**national** 113:6
**native** 4:10
**nature** 63:21
87:12,16 95:19
104:4 118:21
145:22 146:4
147:22 163:12
223:2
**near** 159:8
248:5
**nearly** 155:10
**neatly** 165:14
**necessarily**
70:21 118:23
119:11 125:20
126:17 184:15
206:12 268:19
**necessary** 24:6,6
72:17 114:17
174:17
**necessitate**
204:2
**necessitated**
177:23
**need** 56:19
59:19 71:12,14
71:25 74:15
77:8 96:6
146:7 162:14
163:18 172:12
173:7 175:9

176:22 177:3,6
177:11,15,23
206:12 212:21
222:14,16,21
222:22 227:9
271:11
**needed** 173:24
174:8 192:25
193:5,14,14,16
196:24 197:8
198:2 202:14
208:15 221:6
222:8 259:8
**needing** 266:21
**needs** 76:8
**Nefzger** 88:17
88:18
**negligence** 83:8
84:2 91:15
215:14 261:16
**negligent** 260:7
260:18,19
262:6
**neither** 139:5
277:16
**neutral** 25:5
**never** 17:18 22:9
28:13 50:23
79:7,9 81:11
88:25 142:8
179:10 204:13
205:3 211:19
211:24 217:21
220:18 225:2,4
225:12 227:6
229:4,10 237:6
239:7 243:5
247:25 248:19
249:8,9 251:2
251:3 259:2,12
263:5,20 266:5
271:20 272:4
**new** 1:19,19,22
3:5 4:10,21
11:7 13:5
18:19 27:5,6,8
29:9 31:13

32:25 54:16
56:10 59:21
89:14 171:23
173:25 174:9
177:13 206:6
227:4 228:15
240:19 259:9
259:18 260:3
266:2,10 268:7
271:22 277:3,5
277:8
**Nicole** 1:7 3:17
106:16 114:20
115:9,19 116:3
116:5,9,12,19
117:4 127:5
128:18,18,21
129:2,2,5,23
130:3,8,25
131:11 138:13
142:15 144:19
166:11,11,12
169:4,13,22
170:15,22
171:5,25
172:24 173:12
173:24 174:8
174:15 175:16
175:17,17,18
175:19,22
177:18,25
178:3 179:25
180:13 182:10
184:24 185:10
186:13 190:2
198:22 199:2
199:13 205:2
206:12 207:6
207:23 210:2,4
210:6,18 211:5
211:10 212:3
212:14 213:6
213:17,20
214:6,14,14,25
215:2 216:19
217:9,13
219:20 220:2,7

220:11,14,18
221:6,15,24
222:3,6,8,14
223:3,10,22
225:10,13
227:23 229:14
229:17 230:8
230:19 233:17
233:19,24
234:3,19,23
235:2,9,21
236:13 237:10
237:21 238:5
238:21 239:3,6
239:7 240:2
242:21 244:18
245:5,7 246:9
247:8,12,18
248:3,6,9,18
248:18,19
249:6,17,20
251:18,24
252:2,10 253:6
253:12,18
254:6,22 255:6
255:7 256:20
256:21 257:11
258:4 259:5,6
259:7,17,22
260:7,9 261:24
262:4,12,14,17
262:20 263:11
263:23 264:8
264:18,24
265:25 271:10
271:16 272:6,8
**Nicole's** 97:25
98:9,24 100:9
100:24 101:12
127:16 166:21
168:9,19
169:15 170:8
170:11 185:22
192:22 215:15
215:20 218:11
218:17 232:9
232:11,19

**EXHIBIT B**

237:24 240:9
240:11 243:10
247:21 254:4
256:14 264:3,4
267:14
**night** 35:6
237:22 266:19
**nine** 50:22
**Nineteen** 61:5
**non-chronic**
257:10
**non-fatal** 136:12
**Noon** 95:4
**normal** 248:5
**normally** 157:25
158:6
**Notary** 1:21 3:4
274:24 277:7
**note** 98:4 168:6
171:2 187:21
196:2 212:12
214:2 230:23
231:17,20
238:10
**noted** 237:24
**notes** 7:7,16,17
7:20 8:16,17
9:20,22 74:10
150:9 212:7
248:4 271:9
277:14
**notice** 8:13
266:15
**number** 6:11
21:2 42:9
46:24 58:14
59:15 63:8
68:19 69:13
77:5 87:5,7,17
92:10 134:21
143:9,17
163:17 164:13
170:13 234:15
265:5
**nurse** 120:11
122:3 209:21
230:10

**nurses** 30:8
192:7 193:9
**nursing** 30:9
**NYU** 5:8,9 11:4
13:18 14:9
27:18 29:16
31:8 32:5,15
39:22 40:4
42:8

**O**

**O** 3:2,2 82:18,18
112:23,23
200:5,5 273:2
**o'clock** 1:20
272:19
**oath** 152:24
153:18
**Objection** 22:23
46:3 52:8 73:2
110:19 115:10
116:6 117:24
122:8 123:3
130:6,11
169:25 175:24
183:24 199:14
214:19 223:13
223:18 227:20
239:11 248:11
257:17 263:24
**objective** 25:5
25:17 115:22
160:15
**obligation**
114:21 120:13
121:4
**observable**
138:16
**observation**
270:10
**obtain** 12:20
74:15 143:10
202:16 204:13
216:8 218:25
219:18 234:13
**obtained** 118:7
125:17 196:11
215:23,24

218:10,16
219:19 249:9
**obtaining**
214:23
**obviously** 36:17
37:15 66:24
115:2 251:21
252:21 270:7
**occasion** 214:8
**occasions** 81:20
**occur** 100:18
132:12 265:18
**occurred** 100:21
138:13 155:11
256:17 259:16
271:16
**occurrence**
256:13
**occurs** 151:24
265:12,15,17
265:21
**offhand** 77:22
**office** 35:24 36:4
36:6,8 37:3
55:16 57:10,10
76:21,23 220:2
230:8
**officer** 23:20
**officers** 55:4,7
**offices** 1:17
**official** 135:2
**officially** 218:7
**offset** 206:5
**offspring** 184:16
**Oh** 30:20 65:4
79:13 226:15
239:2
**okay** 3:22 4:8,13
4:18 5:16 6:14
6:19 7:14,25
8:15 9:8,18
11:22 13:7,17
14:8,20 15:12
15:20 16:19
18:3,13,17,22
19:6,9,18 20:4
20:8,19 21:19

22:18 23:17,22
24:8,19 25:10
26:16,25 27:11
28:3,10,15,24
30:13,16,25
31:4,7,17,23
32:11 33:5,9
33:24 34:6,13
34:24 35:7,21
36:2,7,15
37:13 38:8,19
42:23 46:17
47:17 50:9,12
50:15,23 51:2
51:8,15,20
52:5,12,24
53:12,19 54:13
54:21 55:3,9
55:13,22 56:8
56:17,22 57:14
58:19,23 59:3
59:12,18,25
60:10,14 61:14
61:23 62:5,21
63:14,22 64:3
64:14,21 65:10
65:20 66:25
67:20 68:10,21
69:3 70:5,9,16
70:19 71:3,9
71:13,21 72:2
72:20 73:9,19
74:4,12,19,25
75:5,23 76:4
77:4,11,14
78:20 79:3,11
79:20,25 80:6
80:14,19 81:11
81:15,24 83:19
84:24 85:13,19
86:11,14 87:9
87:18,21 88:16
89:9,16,20
90:2,12,16
93:2,8,17
94:11,14,20
95:5,18 96:12

96:21 97:7,15
97:18 98:11,13
98:20 99:17,20
100:4,13 101:7
101:10,16
102:3,21 103:6
103:12,20
104:5,16,22
105:2,17,21
106:21 107:3
107:12,16,24
108:9 111:12
112:15 113:8
114:7,14
115:16 117:3,6
119:4,7 120:24
122:23 123:6
123:21 124:6
124:11,20
125:14,21
126:18 127:15
128:17 130:19
131:10,19
132:8 134:4,19
136:4 137:9,17
138:7,12,18
139:6,19 141:2
141:13,16
142:15 143:15
144:20 145:5
145:15 146:5
146:19 148:22
151:7 154:7
155:10,14,25
156:22 157:10
158:20 159:6
159:25 160:4
161:13 162:6
164:15,25
165:23 166:15
166:23 167:19
168:19,25
169:4,12,20
170:10 171:25
173:3,11 174:7
175:22 176:5
178:5,20 179:2

**EXHIBIT B**

179:16 180:9
181:4,20 183:8
183:22 184:7
184:12,17,23
185:9 186:9,21
187:9,21
188:10,18
189:25 190:14
190:20,25
191:5 194:15
194:23 196:10
196:14 197:4
198:7,13,17,21
199:10 200:24
201:3,9 202:13
202:22 204:12
204:16 205:6
206:20 207:3
207:12,16,22
208:4 209:17
210:9 211:9,15
211:20 213:8
213:14,25
214:4,5 216:14
216:18 217:8
217:20 218:5,9
218:15,19,24
219:7,12,19
220:17 221:5
221:12 222:7
223:8 225:5,9
226:4,9 227:21
228:24 229:5
231:15 232:7
234:3,12,22
235:4,8,13
236:2,21
239:22 240:8
241:12,22
242:5,8,15,21
244:6,25
245:18,24
246:15 247:24
248:9 249:19
250:4 251:5
255:11 256:5
256:19 257:9

257:14 258:13
258:24 259:4
259:22 260:6
260:16 263:4
264:3,12,23
267:13,21,25
268:18,25
269:7 270:13
271:14
**old** 85:2 155:12
208:20 254:25
**olds** 62:18
**on-call** 54:13
**once** 119:25
145:2 242:23
242:23
**one-fifth** 30:21
30:22
**one-year** 42:10
**ones** 45:17,21
46:6 84:11
85:22,23
145:20 182:20
255:8
**ongoing** 148:20
176:24 177:3
191:15 193:3
193:18 199:8
210:13 220:18
260:22
**open** 177:11
**operate** 108:16
109:8
**opine** 129:16
**opinion** 25:18
96:16 106:14
108:12,15
113:3 114:18
115:2,7,19
116:11 117:5
121:22 127:5
127:15,20
137:16 151:2,4
151:6 188:19
189:23 192:20
207:3 208:7
209:12 210:2

226:9 242:10
243:2
**opinions** 96:22
97:9,13 98:15
98:21 99:9,18
100:8,23
101:17 102:14
102:18,20
103:13 123:2
**opportunities**
234:7
**opportunity**
160:13 171:2,7
249:6
**opposed** 166:7
**option** 203:13
**options** 190:21
**ORBERSON**
2:8
**order** 105:25
146:5 202:5,13
**organization**
23:5,12,14,18
23:21
**organizing** 42:6
**oriented** 15:10
**original** 147:20
275:11
**originally** 102:5
134:25
**Ormsby** 2:4
**Oscar** 180:23
185:21
**Oscar's** 185:9
**out-patient**
32:24 33:16
34:15 41:10
49:11 66:21
67:9 117:8,21
123:8,13
158:14 196:8
196:22 197:18
197:20 198:18
**outcome** 159:10
277:19
**outline** 184:2
228:9

**outlined** 210:8
**outside** 32:13
75:16,18 81:13
117:23 118:8
180:7,25
181:14
**overall** 57:22
86:17 87:10
132:15,18,21
133:7 137:14
188:4 270:23
**overdose** 180:15
196:3,5 261:3
261:7,14,24
**overdosed** 260:8
**oversaw** 33:13
33:15 39:5
**overseen** 81:16
82:8
**overtime** 29:2
**overwhelmed**
168:18
**OWENSBORO**
1:3

**P**

**P** 2:2,2,6 273:2
**p.m** 180:15
272:20
**pacing** 237:21
**package** 250:14
250:20
**page** 18:13
200:15 273:6
274:11 276:5
276:11
**paid** 32:9 50:23
122:5,7
**panel** 55:15,17
56:5,9,11
**paper** 201:2
**paperwork**
37:25
**paralegals** 27:16
**paranoid** 75:14
92:11 93:14
**paranoids** 92:11
**paraphrasing**

131:2
**Pardon** 230:4
**parent** 62:14
**parents** 20:25
21:7
**PARKER** 2:8
**parse** 7:3
**part** 5:8 11:4,7
13:4 44:25
46:2 49:21,21
53:4 79:5
90:14,16 91:14
98:23 123:19
130:24 139:22
139:24 152:5
152:14 191:15
193:18,21
194:6 207:17
214:23 215:17
221:13 245:11
245:12 251:13
261:7
**part-time** 17:8
17:15 37:14
38:10 51:4,18
**participated**
33:21
**particular** 24:17
25:18 26:10
44:10,14 60:16
60:17 86:9
93:14 104:25
121:25 125:24
162:17 175:11
205:7
**particularly**
136:15 210:16
**parties** 82:17
112:22 200:4
266:6
**party** 277:17
**partying** 167:14
172:6
**pass** 43:17,22
**pathophysiolo...**
137:18
**patient** 28:8

EXHIBIT B

| | | | | |
|---|---|---|---|---|
| 30:14,17 33:20 | 261:17 269:6 | 205:16 206:11 | 31:19 34:8 | 172:25 197:13 |
| 33:25 39:3,11 | **patient's** 65:6 | 207:10,23 | 57:4 128:4 | **pick** 184:3 |
| 49:13 50:3,6,7 | 145:25 146:8 | 246:21 247:3 | 130:10 140:6 | **picked** 142:21 |
| 50:17,21 54:5 | 146:11,17 | 250:9,10 271:2 | 160:14 166:18 | **piece** 111:8 |
| 59:6 60:10,17 | 147:11 150:2 | **patients'** 71:10 | 177:21 236:17 | **pile** 8:12 |
| 64:15,18,25 | **patients** 28:5 | **pay** 51:3,6,9,11 | 265:9 270:8 | **pill** 260:10 |
| 65:2,8,11,12 | 35:22 36:12,19 | 51:13 61:16 | **permanent** | **pills** 181:15 |
| 65:21,23 66:4 | 37:3,10,17,18 | 63:11 | 34:12 | 182:2 260:10 |
| 71:16 72:17 | 37:19,25 40:23 | **paying** 62:14,22 | **person** 28:11 | 261:4,5 |
| 76:8,16 78:20 | 40:24 41:6,10 | 63:13 72:9 | 148:8,10,11 | **pin** 59:2 |
| 104:4 105:14 | 49:7,10 50:10 | **people** 49:9 55:3 | 268:8 | **place** 132:12 |
| 106:4,19 109:9 | 50:13 52:13 | 55:6 69:4 | **personal** 63:19 | 136:2 151:19 |
| 114:22,24 | 53:9 58:6 59:9 | 152:12 160:3 | **personally** 274:7 | 252:9 273:5 |
| 115:4 116:23 | 59:11,14,19,22 | 183:17,23 | **persons** 155:12 | 274:11 277:12 |
| 116:24 117:2 | 60:3,6,15,21 | 184:13,18,19 | 156:3,8 | **placebo** 135:10 |
| 120:9 121:21 | 61:7,16 63:2 | 184:21 242:12 | **perspective** | **placed** 147:19 |
| 121:24 122:10 | 63:16 64:6,9 | 250:7 266:19 | 153:11 | **places** 72:22 |
| 122:12,13 | 64:10,12 68:2 | **percent** 30:20 | **persuade** 227:23 | 241:16 249:23 |
| 128:15 138:3 | 68:15,19,20,24 | 34:5 57:22,24 | **pertinent** 89:19 | **plain** 264:2 |
| 140:22 141:3 | 69:7,10 70:13 | 58:20,24 59:4 | 189:15 | **plaintiff** 1:9 2:4 |
| 141:21 142:7 | 71:4,7,21 72:2 | 86:16 107:5,8 | **PHILLIPS** 2:8 | 3:19 84:3 86:8 |
| 143:12 144:19 | 74:12,20,23 | 107:24 108:10 | **Philosophy** | 99:23 |
| 146:22,25 | 75:15,24 76:11 | 108:24 109:4 | 90:18 | **plaintiff's** 16:22 |
| 152:12 158:16 | 76:14,17,21,23 | 110:3 133:10 | **phone** 100:25 | 17:12,17 18:15 |
| 160:8,13 | 76:25 77:7,9 | 155:2 156:3,3 | **photographs** | 102:3 |
| 171:10 175:2,4 | 77:11 78:2,13 | 156:8 162:20 | 98:4,6 | **plaintiffs** 84:9 |
| 175:6,9 176:14 | 80:6,11 81:7,7 | 162:25 163:23 | **PHQ-9** 199:21 | 84:10 |
| 176:19,19,22 | 94:15 107:11 | 163:25 268:11 | **PHQ9's** 123:18 | **plan** 58:10 68:7 |
| 176:23 177:10 | 107:14,21 | **percentage** | **physically** 138:3 | 69:8,12,15 |
| 179:17,18,20 | 108:15 109:14 | 39:11 60:20 | 229:21,22 | 70:2 144:16 |
| 179:23 188:24 | 109:18 110:2 | 86:11,14 | **physician** 56:2,3 | 189:3,8,19 |
| 190:15 191:11 | 112:10 119:9 | 111:16 162:7 | 71:6 78:14 | 190:8,11,14 |
| 195:22 196:5 | 119:13 120:3 | 163:13 256:10 | 84:16,20 87:19 | 193:18,22 |
| 202:18 208:25 | 120:13,15,20 | **perfect** 8:21 | 87:22 93:5,7 | 196:7 210:7 |
| 209:2,4,5 | 123:9,14,24 | **perform** 27:20 | 96:20 120:11 | 218:12,14 |
| 210:12,13,14 | 132:24 133:4,7 | 208:14 | 121:16 122:4 | 232:11,15 |
| 210:16,22,25 | 134:13 138:19 | **performed** | 126:8,14 173:5 | 235:15 240:10 |
| 218:20,25 | 141:10 142:14 | 27:23 110:5 | 174:10 209:21 | 240:11 241:23 |
| 220:23 221:2 | 144:7 147:13 | 152:19 153:6 | 213:18 230:12 | 245:6,11,12,17 |
| 222:24 223:3 | 154:18,19 | 153:19 194:14 | 260:4 | 245:25 246:8 |
| 226:13 228:2,4 | 158:12 161:9 | 194:16 195:3 | **physicians** | 248:14,15 |
| 228:4,10,11 | 161:10 162:7 | 195:10,18 | 36:22 49:10 | 251:13 272:6,8 |
| 230:11 236:9 | 162:21,23 | 208:11 209:10 | 71:10 107:4 | 272:11 |
| 241:6 246:16 | 163:13,23 | 209:13,15 | 109:15 111:21 | **planning** 145:8 |
| 252:22 253:17 | 164:2 176:5,25 | **performing** | 118:15 124:25 | 178:19 259:23 |
| 258:13 259:2 | 181:9,17 | 55:10 | 125:8,15,22 | **plans** 234:6,10 |
| 260:20,23 | 200:19 204:19 | **period** 17:8 | 126:19 132:2 | 238:23 |

**EXHIBIT B**

plays 95:20
PLC 2:8
please 4:5
PLLC 2:3
plus 41:24 42:25
43:3 255:9
PM 181:24
pocket 62:23
point 16:3 34:8
39:17,23 42:5
45:4 69:22
73:16 119:12
130:22 136:13
136:14,20
138:4 179:15
183:8,18 185:8
192:23,24
193:11 197:3
246:22 251:24
261:12 270:12
272:2
pointing 205:4
244:12,13
points 243:15
police 54:17,23
54:24 55:4,7
popular 60:2
population
29:25 109:24
137:5 154:16
183:9 268:12
populations
154:13
portions 103:9
position 29:3,8
32:16 48:8
50:24 107:16
270:22
positions 23:17
positive 189:15
219:21,21
possession 6:20
possibilities
240:6
possibility 127:9
possible 7:10
28:25 68:8

75:20 128:15
189:21 204:11
213:15 240:3,7
243:19 261:10
271:6
possibly 56:14
56:15 120:23
194:5
postgraduate
42:11 46:9
potential 71:18
161:4 170:25
182:6 191:2
potentially
182:2
Powell 7:13,19
9:12,15 97:22
193:20 198:22
201:19,21
202:3,4,11,14
203:7 205:2,14
206:14 207:4
207:16 208:5,7
210:3 211:5,16
211:25 213:7
213:12,16,19
214:13,22
215:3,7,9,19
215:23 216:25
218:10,15
219:7,25
220:18 221:23
222:7 223:5,12
226:19,23
227:22 236:18
242:23 247:9
252:7,13
270:18 271:12
Powell's 204:17
208:24 215:12
215:17 221:5
229:25
practice 32:12
35:10,12,13,14
35:18 36:11,13
36:16 37:2,15
37:16 38:6,14

38:16,24 39:17
39:19 40:20,25
50:14,21 52:20
57:9,16 58:7
58:25 59:5
60:19,23 65:8
68:14,16 69:18
69:21 71:5
73:17,22 79:5
80:2,5 89:19
90:2,5,13 92:8
93:10,22 94:6
94:12 96:20
104:19,25
110:5,6,11
111:5,17
114:15 115:17
122:24 124:16
124:22 152:15
205:19,20
206:2,7 262:6
practiced 16:21
17:11
practices 94:9
124:8
practicing
106:15 107:12
107:17
practitioner
80:4 104:9,20
109:7,19,19
120:11 122:2,3
150:23 152:14
205:10 209:21
practitioners
105:5 109:21
112:16
pre-medical
11:10
pre-sentence
27:24
precipitated
16:8 147:21
219:10
preconceptions
25:14
predictable

157:19,21
predicts 159:12
prefer 72:8,16
73:4 75:15
preference
73:14
preoccupation
134:16
preoccupied
68:6
preparation
6:25
prepared 7:8
preparing 7:24
preposterous
241:20
Presbyterian
13:4,5
prescient 186:9
prescribe 211:3
211:17 250:24
prescribed
128:4,18 129:2
129:23 131:25
132:25 133:2
133:12 250:9
250:12
prescribing
106:3 128:22
137:13 191:7
191:16 265:3
prescription
250:2 260:13
260:17 262:11
264:4
prescriptions
260:20
presence 144:15
145:6,23
188:12
present 52:12
82:17 112:22
200:4
presentation
20:13 44:18
46:8,13,20
presentations

45:8,13,15
47:14
presented 44:6
201:20
presently 60:24
86:20
Presumably
139:18
pretty 69:4
183:11,12
184:8 256:6
prevailing 19:15
prevent 223:2
preventable
66:18,19,23
157:16,17
Preventative
160:20 161:7
prevented
218:17 270:11
prevention 52:7
preventive
171:7
previous 94:18
233:15,21
previously 88:10
88:18
primarily 16:10
21:25 22:8
primary 22:25
71:6,10 78:14
107:4 109:15
124:25 125:7
131:25 145:5
160:22 161:8
161:10 166:16
173:25 174:9
197:13 211:11
211:22 213:18
230:12 259:18
260:3
principles 15:6
90:13
printout 232:2
prior 6:16,21
7:4,24 12:19
35:13 46:14,20

**EXHIBIT B**

54:20 97:12
98:21 99:9,18
100:23,25
101:10,16
103:14 105:8
114:2 182:9
184:23 185:2
195:19 231:5
233:17,19,24
255:3,16 264:9
264:18
**private** 35:10,12
35:13,14,18
36:11,13 37:2
37:3,16 38:6
38:14,16,24
39:17,19 57:16
58:7 59:5
61:25 65:7
68:14,16 80:2
80:3,4
**privileges** 48:22
49:2
**probability**
127:9
**probably** 26:4
53:18 57:21
72:10 77:17
79:13 84:22
92:5 109:16
110:8,10 134:3
161:19 166:8
189:19 207:14
243:23,25
**probe** 188:25
**problem** 71:18
148:6 217:17
261:8
**problematic**
181:19
**problems** 55:8
72:16 147:15
153:15,16
268:5
**Procedure** 90:20
90:21
**procedures**

232:2
**proceeded** 270:7
**produce** 10:3
142:13
**produced** 224:8
**products** 16:24
**professional**
21:22 22:25
52:25 55:16,21
55:24 57:15,22
57:25 58:21
110:23 111:2
119:12 209:19
218:8
**Professor** 31:9
31:24 40:10,11
48:8
**profile** 253:25
254:3 257:8
**program** 13:16
35:6 40:2,3,11
40:13,14,15,16
40:19 42:5,6
42:12 45:5,6
45:10,13 46:10
46:18 48:14
49:21,22 52:20
53:7 56:11
119:5,23,24
120:18,21
207:18,25
**programs** 22:7
51:7 110:11
111:5 112:12
**progress** 150:9
170:24 171:6
**prohibiting**
137:12
**Prominent**
137:9
**promise** 262:9
**promising**
272:10
**promoted** 40:9
**prompted**
271:18
**proper** 40:23

41:5,9,12
103:24 104:3
116:22 117:3
211:2 272:6,7
**prophecy**
186:11
**propose** 271:16
**prospects** 179:6
**protective**
137:14 149:25
161:2 165:19
192:7,9,10
199:5 219:20
**provide** 28:6,12
30:13 50:2
53:8 54:2 66:9
71:22 72:3,17
74:22 75:24
108:10,14
110:12 112:8
141:14 173:8
191:9,22
192:16 201:3
207:6 208:25
231:15,18,21
238:8
**provided** 4:13
4:16 6:24
33:20 50:6
75:21 83:4
85:25 86:6
102:5,10,13
108:2 165:17
192:3,14 231:9
231:13
**provider** 74:21
187:25 188:7
202:18 228:20
270:19
**providers** 74:24
74:25 109:2
151:23 152:11
175:11,12
198:24 271:4
**provides** 120:9
235:9
**providing** 28:4

30:17 55:11
65:12,13 79:17
79:18 85:8
108:5 109:2,5
121:20 122:11
122:20
**prudent** 109:25
**psychiatric**
13:15 14:6
15:13,15,15
24:16,21 25:4
25:15 27:3,4
28:4 29:13,16
33:12,14 35:10
38:17 39:2,8
40:3,17 44:15
50:7 53:9,13
54:4,6,7,25
55:6 56:8,12
56:24 63:23
64:2 83:21
89:6 103:21
104:6,8 105:13
105:14 106:18
106:24 107:22
107:22 108:3,4
109:9,18
113:11,17,23
114:15,22,23
116:23 117:2
117:10,22
118:7,18,20,23
118:25 119:13
120:3,13
121:24 125:23
126:2,8,15,20
143:13,21
149:22 150:8
150:14,20,21
151:16 169:8
186:22 187:8
190:16,18
200:19 208:13
209:11,22
216:3 217:20
217:23,25
220:20 231:11

231:13 233:22
234:14,18
235:6
**psychiatrist**
21:17,21 22:4
22:8,11,14,22
23:23 24:9
72:22 75:17,19
91:15 95:5
105:16 106:5
106:17 107:19
107:20 108:13
114:20 115:9
115:19 116:13
117:4,13
120:10 121:15
121:18,22
122:3,16,21
126:4 185:17
186:24 194:19
196:19,25
197:9,12,24
198:3 208:10
209:14,20
217:22
**psychiatrists**
23:15 24:9,12
24:15 27:15
30:5 33:17
54:9 55:20
56:18 61:25
62:2,6 78:8,9
81:4 91:4,11
95:10 108:7,23
109:3,13,17
112:4 126:21
137:10,13
150:4
**psychiatry**
13:11 14:4
16:12,14 18:24
19:2,23,24
20:6,8,19 21:9
21:14,15 22:9
22:19,20 23:2
23:4,7,11 24:3
24:7,15 29:17

EXHIBIT B

31:9,10,16,24
32:24 35:12,15
35:18 36:11
38:6 39:24
40:2,13,20
42:4,11 43:4
43:24 44:13,17
44:21 45:9,13
46:9,25 47:11
47:19 52:20
53:4 55:19
58:5 89:5,5,11
89:13 90:10,13
91:16,21 92:8
92:16 93:10,22
94:8 108:14
111:6 113:4,16
117:8 150:6,15
194:13
**psychoanalytic**
14:21,25 26:20
29:6
**psychodynamic**
76:2
**psychological**
54:17 55:8
144:10
**psychologist**
22:16 122:3
209:20
**psychologists**
27:15 30:8
33:17 72:25
78:12 81:4
**psychology** 90:6
94:6
**psychometric**
124:3,17
199:20
**psychopharm...**
75:10
**psychopharm...**
75:3,11
**psychotherap...**
191:9
**psychotherapist**
218:21,24

**psychotherapi...**
118:13 123:8
123:13,21
124:7
**psychotherapy**
14:22 15:2,4,5
15:10,11 26:21
29:6 65:13
67:22 71:23
72:4,13,23
75:23 76:2,3
79:19 80:8
121:20 161:23
162:10 163:16
191:10,12,17
191:18,23
192:3,11,15,19
192:21 193:2
193:10,19
206:24 207:6
207:14 209:2
210:23 220:23
223:11 226:11
226:17,22
227:2,12
242:19 272:9
**psychotic** 65:9
67:3 75:14
94:10 165:2
216:9,14,19
217:9 235:17
**psychotropic**
78:16 190:22
257:22
**Public** 1:22 3:5
274:24 277:8
**publication**
44:15 118:22
149:23 150:15
150:22
**publications**
89:3,17 90:9
94:4 118:18
119:2 125:23
126:3
**published** 16:13
91:24,25 92:7

92:9,10 93:21
93:23 94:5
**publishes** 22:6
**pull** 212:18,22
**pulled** 104:14
243:8
**Punishment**
90:22
**purchase** 98:7
167:22
**purchased**
167:19,23
263:8 264:14
**purport** 119:17
**purpose** 27:17
105:17 149:23
199:5 208:15
208:24
**purposes** 56:20
**pursue** 44:12
**pushed** 252:9
**put** 8:20 29:2
94:23,24
133:25 147:4
189:14 190:11
198:4 199:7
245:3 246:7
**putting** 44:25
215:18

**Q**
**qualified** 22:16
124:25 125:4
216:24 237:21
**qualify** 22:21
110:22
**quality** 38:17
39:5
**quantify** 146:16
**question** 4:5,15
17:10 18:2
19:22 21:8
26:4 51:9
101:22 109:12
110:15 113:20
114:6 115:6,11
116:21 128:25
136:18 141:18

142:4 152:17
152:23 153:4
153:17 161:6
163:2 193:12
193:13,15
197:7 202:10
203:6 207:9
210:17 217:8
222:11 224:24
225:23 232:4
239:20 241:22
262:8 264:24
265:20
**questions** 4:3,20
4:23,23 189:2
236:9 243:8
272:14,16
**quick** 5:12 82:13
**quintessential**
150:3
**quite** 4:22 50:18
50:19 94:20
**quote** 137:2
149:22 150:20

**R**
**R** 2:2 3:2,2
82:18,18
112:23,23
200:5,5 274:2
277:2
**racial** 155:16
**rage** 159:20
**raised** 24:14
211:24
**raises** 19:22
153:15
**ran** 40:11,12
**range** 75:12
**rate** 61:12,24
70:4 135:7
**rates** 154:11,23
155:15 162:19
**reach** 146:11
227:22 241:20
**reached** 69:22
73:16 141:8
272:2

**reaching** 270:12
**reaction** 168:24
**read** 89:18 91:5
91:5 107:8,9
110:11 111:4
130:13 150:23
211:9,13
235:19 246:19
249:21 251:7,8
251:14 272:17
273:14 275:8,9
**reading** 87:10
126:15
**ready** 139:10
**real** 5:12 91:19
91:20
**really** 36:14
48:4 63:6
165:25 192:12
193:10
**realm** 75:17,18
108:17
**rearrange** 37:6
**reason** 23:25
99:17 153:18
155:3 156:23
157:2 166:6
207:9 213:20
248:2 251:24
**reasonable**
169:11 240:12
**reasons** 60:7
154:6 177:9
275:9
**reassurance**
193:9
**recall** 18:6 44:8
68:8,9 79:24
87:20 88:2,15
98:11 113:12
114:5 211:14
212:16 213:6
221:17 233:9
248:12 265:23
**receipt** 98:6
263:9
**received** 186:16

**EXHIBIT B**

187:7 194:7
224:14 238:6
**receiving** 157:8
157:13
**recertified** 19:17
**recertify** 19:6,11
**recess** 82:14
112:19 199:25
**recklessly**
159:18
**recognize** 20:19
21:9 111:25
158:23
**recognized**
192:18
**recollect** 98:3
**recommendati...**
143:11 172:15
173:8
**recommended**
213:11
**record** 74:8
83:19 99:7
100:17,21
111:13 112:18
117:25 118:5
152:11 154:8
174:5,15 175:4
177:8 198:19
199:15 212:20
221:18,24
222:3 224:9,11
224:13,20
228:10,16
231:24 233:11
235:25 236:4
238:7 239:4,12
239:13,25
243:13 248:13
249:21 255:16
275:9
**recorded** 130:12
**records** 7:13 9:9
9:11,19 10:16
10:19,21 25:24
25:25 74:5,14
74:17 80:15,16

80:17 96:14,15
101:12 107:2
130:8 151:17
192:2,14
196:11 202:2
202:14,16,23
203:8,19,23
204:3,8,9,13
208:20 212:3
212:19,22
224:2 229:18
229:21,25,25
230:11,14,19
230:25 231:3,8
276:14
**recruited** 29:10
39:22,24 40:8
**recurrence**
223:2
**recurrent** 70:18
70:20
**reduced** 132:16
273:10
**reduces** 132:21
**reduction** 133:7
**reevaluation**
197:14
**refer** 74:19
75:10 78:13
110:2 112:3
115:8,18 116:3
116:12,19
177:13 213:20
214:14
**references**
104:14
**referral** 117:4
172:15,16
173:8 174:17
175:11 188:5
202:20
**referrals** 36:20
59:21
**referred** 74:23
75:2 78:2
83:20 87:15
114:19 115:3

193:19 197:5
**referring** 94:25
181:8 202:18
**refers** 137:24
159:9
**refills** 259:10
260:14,17
**reflects** 212:13
**refuse** 109:11
**regard** 21:16
22:7,13,24
187:20 235:14
**regarded** 143:18
**regardless**
120:10 158:2,6
**regularly** 89:16
89:22
**reins** 43:17
**rejection** 144:11
168:18
**relate** 52:6
**related** 93:14
104:20 134:7
159:12 183:19
183:23 184:21
218:3 277:16
**relating** 91:16
104:25
**relationship**
144:12 168:17
180:20 218:20
**relax** 244:19
**release** 202:16
204:7 230:8
**relevant** 80:18
120:4 144:7
187:23,24
188:3,6 202:21
**reliably** 237:16
**relied** 103:18
**relocate** 60:7
**relocated** 34:9
**relocating**
171:22
**rely** 20:25
**remember** 19:3
36:14 44:13

45:4 63:6
65:18 67:16
85:17,20 139:9
151:21 185:13
212:5 221:9
222:12 233:12
263:20
**remembered**
235:24 252:2
**reminder**
223:17 225:11
**reminders**
147:19
**remote** 184:8
255:2 256:15
**removed** 137:11
**render** 56:12
96:15 106:18
106:21 107:13
**rendering**
100:23 106:23
107:10,17
123:2
**repeat** 4:5
123:10 158:5
**repeated** 42:20
255:19,22
256:8
**repeatedly**
151:2 255:13
**rephrase** 4:6
125:6
**report** 6:10,16
6:21 7:4,11,24
8:14 9:13
96:21,22 97:3
97:6,8 98:21
99:4 100:19
101:11 102:23
103:14 104:12
104:13 129:18
130:20 165:16
187:22 188:23
200:15 217:24
233:17,19,24
254:11
**reported** 129:6

129:8,10 130:3
130:22 131:11
178:9,12
180:17 254:6
**reporter** 1:21
273:10 275:7
277:7
**Reporting** 1:18
**reports** 102:25
103:4,10
128:10
**represent** 3:15
**representatives**
101:23
**represented**
16:23 17:13
**reprints** 103:15
103:21
**reputation** 62:3
**request** 102:8
203:13 275:9
**requested** 230:8
273:9
**require** 115:18
116:3 117:4
151:23 153:5
176:23 204:25
205:7 227:22
**required** 111:17
115:8 116:12
116:16 124:12
124:14,22
126:5 174:21
174:22,24
191:5 205:4
207:6 252:12
**requirement**
40:18 153:3
**requirements**
150:3
**requires** 106:2
154:5 175:3
227:25
**requisite** 125:12
125:17
**reschedule**
249:7

**EXHIBIT B**

**rescue** 181:5,7
181:14,19
**rescued** 181:11
**research** 11:19
17:5 20:14
27:25 30:10
33:22 38:17
39:9 42:3
57:17 58:2
103:13 104:17
122:23 200:15
200:21 201:15
206:23
**reserve** 272:15
**residencies**
15:21
**residency** 13:11
13:15,18 14:2
14:6 15:25
40:3,18 53:15
108:14 110:7
110:18 111:17
125:16
**resident** 44:14
**residents** 32:2
33:18 39:6
40:17,18 42:16
42:22 44:11
111:7 112:7
**resistance** 67:8
**resistant** 162:3
163:20
**resolve** 137:3
**resort** 149:14
**resource** 75:8
**respect** 113:10
113:22
**respectively**
156:5
**respond** 162:22
162:24 164:2
**responded**
223:16,23
225:10
**response** 18:5
224:8 255:13
**responsibilities**

30:19
**responsibility**
54:10 219:22
226:10,16
269:18,20
**rest** 30:23 58:5
162:12
**restless** 138:4
**restlessness**
138:14
**result** 169:5
208:18 277:18
**results** 232:2
239:25
**resumed** 82:16
82:19 112:21
112:24 200:3,6
**retrieve** 85:2
**retrieved** 103:18
104:18
**return** 38:5
179:2 227:24
228:5 244:23
246:4 247:13
253:12,19
**returned** 38:9
38:14 262:17
262:21
**revealed** 234:15
**review** 24:10
25:8,24 86:19
89:16,20,23
90:3,5,19
96:14 97:15,18
99:15,18
100:13,24
101:7,11,17
102:9,17
118:18,25
129:14 202:4
202:13 203:11
204:2 230:24
267:13
**reviewed** 6:11
6:16,18 7:24
88:9,16,20
97:8,12 99:10

99:13 100:8,11
101:5,10,14,20
101:24 102:22
106:7 229:24
230:13 231:3
**reviewing**
126:15 203:7
**right** 3:12 6:23
8:18 9:24 10:8
11:8 12:18
14:11,17 15:17
16:3,8 17:22
18:18 22:10
23:10 24:24
29:7,15 31:7
31:20 32:14,18
32:22 33:2,2,5
34:20 35:11
36:9,18,24
38:3 39:10
40:12 41:14,22
42:14 44:2,16
45:7 46:16
47:7,13,21
48:21 49:6,23
50:2 53:21,24
54:16 57:8
58:8 59:6
61:18,25 62:10
62:12,24,25
68:9 69:5
70:12 76:14,20
78:11 82:12,22
89:2 90:8 91:5
91:6,13,20
92:6,13,13
93:4,19 94:17
96:2,4 97:24
104:11 106:12
106:14 108:6
111:24 112:6
112:13 113:13
114:18 115:5
116:11 117:19
118:12,24
120:17 124:14
124:24 126:13

127:2,20
128:24 129:9
131:15,24
132:20,22
133:11,21
135:6,18,21
136:17,21
138:25 139:10
140:20 143:3,6
145:3,11
146:10 147:4
147:23 148:7,8
148:9,13,14
149:15,18,21
150:25 152:2,8
152:16 154:20
160:15,18,19
161:5,14
162:22 163:2
164:3,6,9,21
166:3,6,10,20
168:8 169:15
170:6 171:21
172:10,24
173:4,14,21
174:20 176:18
177:20 179:8
179:12,21
180:10,12,17
180:23 182:4,9
182:21,25
186:13 187:13
187:17 189:10
189:11,17,20
191:8 192:20
193:6,12,24,25
194:12 195:2,6
195:21 196:2
197:7,17
199:23 200:7
200:14 201:18
202:7,11 203:8
203:9,16,18,19
203:24 204:5
204:10 205:10
205:14,17,17
205:19,21,22

206:5,9,16,25
209:9,25 211:4
212:2,13,18,24
214:7,11,18,25
215:10,14,15
215:22 219:25
220:3 222:10
223:19 224:22
229:8,12
230:15,18
231:12,22
232:17 233:13
233:14,20
234:2,18
236:12 237:2,3
238:12 239:18
240:17,22
241:15 243:2,7
243:17,20
244:17 245:10
245:20 246:25
247:2,3,10,13
247:16,18
248:3,21 249:2
249:13,23
251:8,23 253:5
253:11 254:4
254:21 255:5
256:14 257:3
257:20,24
258:17 259:19
260:14 261:6
261:13,21,24
261:25 262:3,4
262:16,20
263:6,13 264:7
264:15,17
265:14,25
268:6 269:11
269:16 271:8
272:13
**rights** 154:21
**risk** 40:22 44:3
67:5 70:25
103:25 104:2
112:10 122:7
127:12,14,19

**EXHIBIT B**

127:24 128:2,7
128:15 129:19
132:15,21,25
133:8,14,20,24
134:2,7 135:23
136:23 137:4
137:12 140:7
140:11,14,17
140:21 141:9
142:14 143:5,6
143:8,19,25
144:14,17
145:12,16
146:6,11 147:8
147:25 148:3
148:10,12,13
148:16,23,24
149:5,6,23
150:5,7 158:21
158:24 159:8
159:11 160:6
160:14,21
161:9,10
164:19 165:18
170:16,17,21
170:21 171:10
171:10 175:10
177:15,23
181:5,7,13
182:10,13,16
184:25 187:10
187:12 200:16
201:10 207:19
210:3,4,12,13
210:19 219:8
221:3,4,20
222:17,24
223:3,7,7,9
228:8 232:13
234:16 240:8
240:10,13,16
240:24 241:4,6
241:7,16,17,18
241:20 253:22
253:24 254:3,3
255:6,20,21
256:8,9,15,21

256:22 257:8,8
257:10,10,16
260:24 261:3,7
265:10,11
270:23 271:17
**risks** 149:25
161:2 172:14
222:20,21
**risky** 159:18
**rivelled** 161:19
**Robert** 1:16
48:2,5 150:17
273:4 274:8,16
275:6,24 276:4
277:10
**robust** 241:16
**role** 27:12 28:3
28:18 29:19,20
30:4 31:5
33:10,11 38:25
46:17 53:25
107:18
**roles** 34:3
**room** 39:4,4
41:11 44:9
49:20 54:4
**rotated** 33:18
**rotating** 39:7
**rough** 87:3,6
**roughly** 39:13
59:11,16 61:13
87:2 210:8
244:3,4
**routine** 253:17
**routinely** 89:20
123:9,14 124:7
126:14
**rule** 19:15 172:8
**rules** 3:24
**ruminating**
147:17
**ruminations**
146:3
**run** 39:25

——————
**S**

**S** 2:2 3:2 82:18
112:23 200:5

276:9
**sad** 248:6
**sadness** 147:16
232:9
**safe** 158:16
**safeguarding**
122:10
**safety** 150:2
**sake** 225:21
**save** 96:2
**saved** 261:8,19
**saw** 37:10 49:16
50:20 130:2,8
131:7 177:17
178:3 179:25
188:23 190:12
192:7 213:9
221:5 233:10
236:16 238:21
255:6 256:20
263:20
**saying** 3:12
68:12 114:5
136:13 212:16
224:7,13
225:15 231:23
240:5 241:19
242:16
**says** 5:8 29:16
31:8 53:12
111:9,13
128:12 134:10
134:11 142:13
179:23 249:12
249:14 250:17
265:7
**scale** 61:16
**schedule** 37:7
76:21,24 226:5
226:6
**scheduled** 77:9
77:20 220:12
229:2,6
**scheduling**
245:6
**schizophrenic**
75:14

**school** 11:6,17
11:20,24 12:8
12:12,24 16:4
16:5,6,21 17:6
17:11 31:8
32:15 34:23
35:4,8 36:25
37:7,8 38:4,5,9
39:21 40:7
56:25 57:5
85:16 219:23
254:23
**scientist** 140:9
**scope** 109:21
**screen** 267:14
**screening**
160:21 161:8,9
244:8,10
**Seat** 95:3,6
**second** 204:14
223:11,15
225:25 229:5
**secretary** 73:25
**section** 225:17
**secure** 158:16
**see** 3:22 5:11
14:12 27:22
28:11,13 35:22
36:12 44:10
62:15 71:4
76:15,18,18,21
76:22,25 77:12
78:23 84:25
92:15 105:4
112:9 137:9
141:12 146:16
148:4 150:25
160:17 172:2,9
173:23 180:23
185:9 188:10
192:17 196:25
198:14,19
205:18 207:20
211:16,21
212:2 213:23
223:21 229:14
248:20

**seeing** 37:2
62:13 63:15
197:23 207:23
211:23 221:9
248:10,12,16
248:19 249:12
249:14,17
251:6,10,12,18
251:20,22
252:3,10
**seek** 207:25
**seeking** 63:23
159:17
**seen** 37:25 49:17
76:11 98:20
102:25 103:4
118:6,10
130:15 141:7
141:11 163:4
166:17 186:24
192:2,13
194:12 195:2,9
217:21 223:25
236:18 265:6
265:14,20
**sees** 249:2
**select** 172:25
173:4
**selected** 44:11
45:17 109:24
**self** 196:12
**self-destructive**
138:5
**Self-fulfilling**
186:11
**self-harm**
145:19 182:19
185:6 255:10
255:12,19,22
255:22 256:5,8
256:11,15
**self-injurious**
216:5
**self-pay** 37:17
61:7,25
**self-paying** 38:2
**semester** 167:11

**EXHIBIT B**

179:3 259:25
**send** 10:13
74:15 76:9
174:15 201:6
202:19,22
204:8 228:10
**sending** 78:24
175:4
**sends** 204:9
**senior** 40:17
**sense** 136:10,11
154:4 163:22
164:7 168:12
171:9 176:4
208:22 215:18
217:5 219:22
**sent** 29:23 30:2
215:3,9 227:11
231:25
**separate** 36:3,6
36:8 42:19
116:21
**separately** 98:25
150:7
**September**
167:24 266:3
266:10,13,20
266:20,25
**serial** 92:9 93:23
170:24
**series** 42:16
**serious** 134:15
141:22 164:24
221:20
**Seriously** 183:25
**serve** 28:15
55:18
**served** 127:11
**service** 29:13,17
29:21 30:5,11
34:9,11 53:4
53:11,13 54:3
59:19 186:22
187:3
**services** 1:18
54:12,17 56:12
88:23 160:20

161:7
**serving** 34:10
**session** 61:11,13
61:19 63:11
144:18 201:21
204:14 225:18
229:6 239:8,10
239:21 249:7,8
271:22
**sessions** 42:19
43:2,3 44:2
61:21 228:19
229:2
**set** 27:20 29:3
32:5 40:16
42:4,12 44:17
44:24 76:21
77:7 151:15
175:7 203:14
203:15 273:5
274:11 277:21
**setting** 42:12
44:19 81:13,14
82:6,8 158:13
158:14 190:15
**settings** 32:3
123:9,13
**seven** 19:12
53:22 54:20
56:7
**seven-hour**
184:5
**Seventy-five**
59:4
**severe** 183:2
**severity** 241:5
**sexes** 155:16
**sexual** 47:14
**share** 54:10
80:10
**shared** 54:13
79:8
**Sheet** 275:2,10
**Shelby** 130:22
**shift** 82:23
**shifted** 87:12
**shock** 168:17

**short** 82:14
112:19 149:12
171:16,17
177:21
**shorten** 184:2
**shorthand** 1:21
277:6,14
**shortly** 85:16
142:22,25
**shot** 261:15
**show** 73:21
139:16 140:16
266:6 267:17
**showed** 135:7
233:11 267:18
**shown** 140:10
170:4
**shows** 140:14
206:23
**sick** 66:19
**side** 35:19 127:6
127:10,16,21
127:23,25
129:6,8,11,13
129:16 130:5,9
130:16 131:8
131:13 132:11
132:14 140:23
141:4,22,24
142:7 191:2
245:18 253:7
254:11 264:24
265:7
**sign** 159:6,7
230:8 272:18
273:14
**SIGNATURE**
275:23
**signed** 275:10
**significant**
90:21 135:11
135:14,16
136:6 140:11
144:14 145:19
152:4 162:8,11
163:14,17,24
164:18 165:13

171:4 194:9,11
**significantly**
124:9 154:24
**signs** 154:21
158:24 159:15
160:2 196:4,15
196:16
**Simon** 150:17
**simple** 228:17
**simplify** 84:7
**single** 111:8
**singular** 150:9
**sir** 113:24 114:3
116:2 126:4
129:22 140:8
188:6 193:21
221:22 262:8
269:21,25
**sit** 110:14
**sitter** 192:8
**situation** 147:18
147:20 181:10
181:17 260:25
261:22
**situations** 82:10
147:19
**six** 19:13 46:14
49:4 51:23
53:22 54:19
56:7 77:13,14
77:15,18 78:21
93:13 132:7,9
242:14 260:7,9
260:20 262:11
265:8,15,21
**Sixth** 1:19
**skill** 125:13,17
**skills** 219:21
220:8
**skipping** 178:2
**sleep** 146:2
147:15 216:10
217:14,17
235:16 237:4
**sleeping** 237:19
237:22
**sliding** 61:15

**small** 133:3
137:12 184:19
**Smith** 1:11 3:16
7:21 9:12,14
97:16 106:15
114:19,21
115:8,16
128:17,21,25
129:11,22
130:2 131:11
139:5,8 142:18
166:16 169:13
169:14 170:6
170:11 171:2,8
172:2,9,12,18
173:6 174:2,7
174:21 175:15
175:23 177:17
178:3 179:25
197:3 212:3
214:5 215:18
229:14,24
230:3,5,22
231:10,13,16
232:19 237:6
237:24 238:20
239:24 242:22
244:7,17
246:16 247:12
247:25 248:4,9
249:2,10,23
251:5,9,17,19
251:23 252:7
252:13,23
253:5,11 254:5
254:22 255:6,8
255:15,18
256:20 258:4
259:4 260:9
270:18 271:12
271:22 272:5
275:5
**Smith's** 115:21
166:24 169:23
173:23 174:14
212:3,12
229:13 230:7

**EXHIBIT B**

232:18 234:22
234:25 235:19
238:10 243:3
246:19 251:14
262:11
**so-called** 15:9
19:7 21:3
29:21 30:8
51:4 57:19
269:14
**social** 27:15 30:7
33:17 72:24
75:7 78:9 79:4
79:8,18,20,25
80:8,19,23
81:2,4,12,17
87:25 88:4
96:20 118:14
118:22 119:8
120:12,18
121:8,14,19
122:2,14,15,18
122:25 209:20
210:22 219:21
220:8 228:3
**socializing** 180:8
**society** 159:21
**soften** 135:19
**solely** 39:19
**somebody** 17:18
20:3 21:21
41:25 72:9
76:9 147:6,7
148:22 149:5
159:16 160:10
160:17 183:19
193:6 206:3,6
207:23 215:4
221:8,11 222:9
222:15
**someone's** 159:4
**somewhat** 83:20
107:9
**sooner** 118:8
**sore** 211:23
**sorry** 5:14 12:5
14:16 18:8

26:4 48:11
65:25 66:14
69:19 73:11
102:7 118:2
123:10 141:20
146:13 156:25
158:5 161:6
185:14 204:22
221:14 223:21
230:6 248:23
251:11 262:23
**sort** 15:14 54:25
147:7
**Sostowski** 84:5
**sound** 179:16
198:16
**sounds** 145:6
179:18
**source** 120:7
155:19,25
161:3 236:14
237:10
**south** 147:6
**speak** 25:25
48:10,13,18
123:7,12
**specialist** 110:2
115:4
**specialized** 15:3
20:12,17 49:8
204:17
**specializes** 75:21
**specialty** 55:19
60:16,18
**specific** 15:13
24:13 68:7
121:17 124:16
126:6 148:8
235:6 246:16
270:24
**specifically**
103:17 111:23
112:5,17 119:6
128:12 140:4
175:2 213:22
248:7
**specified** 192:18

**specify** 189:7
197:10
**spectrum**
164:10,13
**spending** 252:21
252:23
**spent** 33:25 37:8
42:3 57:16
**spiral** 267:11
**split** 72:15 79:8
79:12,15 82:9
**spoke** 212:14,16
212:22,25
213:2,10
**spring** 33:8
**Square** 5:7,8
11:4,5 12:2,10
**SRRI** 170:19
**ss** 277:4
**SSRI** 128:3
133:2,8,12,16
138:8,9 141:9
**SSRI's** 127:3,3
131:15,25
132:4,16
133:18
**stabilized** 177:2
179:20
**stable** 78:22
177:18 179:17
190:17 199:6
**staff** 49:3 54:8,8
**staggered**
260:21
**stagnate** 158:22
**stake** 25:6
**stalkers** 92:9,11
93:23
**stand** 27:23
**standalone** 36:3
**standard** 26:6,7
26:14 41:2,7
41:12 66:10
73:10,12
104:24 105:15
106:2,5,17
107:19 108:12

109:10 113:3,7
113:9,21 114:8
114:10,23,25
115:8,14,18,20
115:22 116:3,4
116:10,18,22
120:14 121:5,6
121:7,11,15,21
121:23 122:19
122:20,22,24
123:20,24
124:5,12,15,23
126:12,24
143:9,16
150:24 151:22
151:25 152:5,7
152:9 153:9,24
154:4 157:8,13
171:11 174:12
174:13,20,22
175:3 187:14
187:19 188:2,8
188:18 189:23
194:3,24 195:7
195:13,22
203:25 204:25
205:3,6 207:14
215:12 222:18
222:22 227:22
227:25 229:10
241:3 242:6
244:9 247:6
252:6,12 262:7
**standards** 96:16
113:17 153:5
**standing** 18:21
168:16 180:25
181:14 241:7
**stapled** 5:24
**start** 4:8 5:6
36:24 82:24
85:7,7,10
138:19 139:11
142:15,19
148:10 214:6
244:22 250:7
259:24

**started** 6:7
11:23 12:11
14:18 21:14
34:25 35:12
87:11 139:3
214:14 253:23
262:16 263:2
265:25
**starter** 250:4
**starting** 253:25
**startup** 132:4
253:15
**state** 1:22 3:5
27:5 29:8
31:13 151:2
154:21 171:6
234:12 235:13
244:6 246:15
260:6 274:4
277:3,8
**stated** 136:22
154:6 192:15
**statement**
114:13 120:8
150:11 185:22
221:17 225:15
227:7,10,14
238:25 239:19
**states** 1:2 18:7
27:8 107:6
108:11,24
109:3,13 110:4
113:10,22
114:10 154:11
154:22,24,24
155:11 191:8
196:2 200:15
250:15,20
274:9
**static** 256:15,22
**stating** 188:12
188:16
**statistical**
140:11
**statistically**
133:9 135:11
135:14,16

**EXHIBIT B**

136:6
**statistics** 161:17
**status** 55:6
  146:9,18
  147:11 160:5
  208:6,9 209:13
  209:23 216:7
  236:5,7
**statute** 116:17
**stay** 191:14
  210:17
**stayed** 263:15
**Stenotype** 1:21
  277:7
**steps** 174:17
  181:18
**stick** 12:21
**stop** 184:5 258:4
  258:6,10,14,16
  258:25 259:12
**stopped** 168:5
  264:14
**stratification**
  146:23 240:9
  240:10 253:21
**stratifications**
  241:2
**stratify** 146:12
  146:13,14
**Street** 1:18 2:9
**stress** 198:17
**stresses** 171:4
  198:20
**stressful** 66:7
**stressor** 182:5
**stressors** 67:12
**stricken** 88:7
**strict** 95:23
**strikingly**
  200:17
**strong** 267:21
  267:23
**student** 12:19
  172:6
**students** 19:9
  33:18 39:7
  41:15 63:3,10

63:16
**studies** 134:22
  134:24 135:22
  135:25 140:2,3
  140:9,12,16
  197:14 200:16
  200:21
**study** 133:18
  134:20 136:7
  136:10,18
  137:3,7 141:7
  141:11 201:5
  268:7
**stuff** 9:3
**style** 4:21
**subject** 150:19
  204:21,25
**subjective**
  115:21 240:21
  240:23
**subjects** 104:21
**submitted** 7:23
**subscribe** 89:3
  126:4
**SUBSCRIBED**
  274:18
**subsequent**
  11:21
**subsequently**
  6:18 152:12
**subset** 132:24
  133:3
**subspecialties**
  20:18
**substance** 92:3
  106:7 145:13
  156:13 165:9
  268:3 269:9
**substantially**
  77:6
**succeed** 136:14
**successful** 64:21
**successfully**
  139:13 259:23
**sudden** 180:18
**suddenly** 151:20
**sued** 3:17 92:20

**suffer** 130:9,16
**suffered** 64:10
  129:13 182:23
**suffering** 33:14
  65:8 71:16
  236:13 237:10
**sufficient** 25:25
  102:14 110:8
  110:25 242:17
**suggestions**
  82:11
**suicidal** 40:23
  41:6 50:10,13
  50:16,20 52:14
  64:11 66:5
  67:11 68:5,6
  68:16,19,25
  69:3,8,11,25
  70:13,15,16,19
  103:25 104:2,4
  128:11,13
  129:19 133:14
  134:16 138:22
  141:9 144:16
  145:7,23
  146:24 147:2,8
  147:21,24
  148:5 158:12
  160:10,17
  171:6 183:3
  188:12,15,25
  189:6 191:2
  192:9 196:6,16
  200:19 204:19
  210:13 220:3
  223:2 235:15
  236:10,19,23
  236:24 241:11
  246:18 248:7
  264:18,21
  270:8,15,15
**suicidality**
  134:11,12,14
  135:8,23
  137:19 139:21
  140:22 141:22
  160:16

**suicidally**
  269:24
**suicide** 52:6,6,14
  64:4,7,9,15,19
  65:24 66:2,13
  66:16,18,21,23
  67:2 68:2,23
  70:24 97:25
  98:4,24 127:6
  127:12,13,14
  127:17,19,24
  128:2,7 132:15
  132:22,25
  133:7 134:8,18
  134:18 136:11
  136:24 137:4
  137:15 142:14
  143:5,6,8,12
  143:14,18,19
  143:20,25
  144:4,17
  145:12,16
  146:6,11
  148:12,16
  149:23 150:5,7
  152:19 153:6
  153:19 154:10
  154:10,21,23
  155:15 156:2,7
  156:8,11,19
  157:16 158:3,7
  158:21,24
  159:4,6,8,13
  159:16 160:6
  160:21,25
  161:5,9,10
  164:19,19
  165:18,19,22
  166:12 168:4,6
  168:9,20 169:5
  170:11,16
  171:13 180:12
  180:18 181:9
  182:6,9,11,14
  182:17 183:4
  184:24,25
  187:10,12

192:25 193:6
  194:13,16
  195:3,10,18,23
  195:24 196:16
  200:17 207:19
  210:3,4,19
  218:17 219:9
  219:10 220:20
  232:20 233:2
  234:16 235:21
  240:16 241:10
  253:22,24
  255:7,20 256:9
  256:11,12,22
  257:8,11 267:6
  267:8,22 268:4
  268:9,16,24
  269:18,20,23
  269:23 270:3,5
  270:23 271:17
**suicided** 157:6
**suicides** 136:7,9
  136:19 155:11
  160:2 268:7,8
**Suite** 2:9
**sum** 51:20 97:11
  106:6 145:13
**summarizing**
  7:18,20
**summary** 7:15
  7:15
**summer** 98:10
**super** 20:11
**Superior** 27:8
**Supervise** 33:15
**supervised** 30:4
  44:13 81:16
  82:7
**supervising** 30:7
**supervision**
  44:11 258:21
  258:23 260:22
**supervisor**
  205:16,24
**supervisors**
  36:21
**supervisory**

**EXHIBIT B**

31:2 34:2
**supplement**
111:13
**support** 51:13
219:22
**supportive** 76:3
191:10,23
192:6,10 193:9
**supports** 139:20
140:2,21
141:20 220:8
**suppose** 178:25
**supposed** 45:24
105:7,10
**supposedly**
15:10 158:16
**Supreme** 27:4,9
29:8 31:12
**sure** 4:7 5:13
13:25 35:3
37:16 68:12
69:17 77:25
81:24 87:4
110:3 111:15
123:11,16,17
133:6 136:25
142:25 150:16
154:18 160:8
162:16,17,21
167:10,17
169:9 171:24
173:2,9,12
176:7 188:20
188:21 199:18
201:4 202:17
205:17 211:8
224:23 232:14
255:24 260:12
260:15 264:20
268:14 269:5
269:19
**surgical** 53:10
54:3,12
**surprise** 47:21
**surprised** 256:2
**surprises** 47:23
**sworn** 3:4 274:8

274:18
**symptom** 168:23
168:25
**symptoms** 67:5
146:2 149:17
162:25 166:22
167:2,6,8
169:13,17,19
170:5,8 196:4
216:9,9,15,20
217:10 218:7
235:17,18
236:14 237:11
**syndrome**
137:21,23
**Syrus** 7:19
198:21 201:19
201:21 210:3
215:23 247:9
**system** 1:12 74:8
117:12,23
167:25 202:25
202:25 203:3
252:8
**systematic** 150:5
240:13

_____
**T**
**T** 2:11 3:2,2
82:18,18
112:23,23
200:5,5 273:2
274:2,2 276:9
277:2,2
**table** 200:8,9
276:15
**tables** 104:12
165:20,21
**take** 8:2 19:18
22:21 24:7
41:22 46:23
59:18 62:7,12
71:21 72:9
82:13 103:9
107:18 109:3
117:7,20 132:6
132:12 138:5
150:12 151:19

153:22 174:16
181:15,18,21
199:24 212:21
231:17,20
239:2 265:5
**taken** 1:16 7:16
82:14 109:15
112:19 200:2
261:14,15
273:4,9 274:10
275:8 277:11
**takes** 58:19,20
132:8 178:23
218:21
**talk** 47:7,8 57:8
64:25 96:4
118:12 127:2
137:17 143:5
145:23,24,25
154:8,10
166:10,11
177:25 178:2
193:6 201:18
211:4 221:24
222:3 232:17
245:10
**talked** 21:13
45:25 57:9
61:6 88:15
113:14 140:12
145:12 157:15
158:20 193:8
219:12,17
235:22 241:14
244:20 245:15
245:21,23
**talking** 12:8
82:24 131:5
148:7 215:6,8
216:25 217:3
235:5 238:9
**talks** 239:6
**tangible** 41:18
43:23 132:14
**Task** 160:20
161:7
**taught** 22:7

31:25 41:15
42:15,24 43:2
80:22 81:11
**tax** 58:18
**teach** 22:19
41:23 52:6
**teaching** 31:25
32:4,8 33:23
42:3 44:3,23
49:18 50:4
52:4,19 58:2
58:11 81:3
**technically** 17:2
17:9 21:18
187:15 189:24
193:23 195:8
195:15
**teenage** 256:5
**telephone** 80:12
**Televex** 224:5
**Televox** 224:5,8
224:18,18
**tell** 3:25 7:6 38:8
53:5 57:2
145:15 222:21
222:22 230:11
238:21 239:18
246:9 255:25
258:9,11,18
259:2 267:5
270:13
**telling** 43:6
108:9 176:20
213:6
**tells** 95:22
136:11 246:20
247:2
**ten** 17:3 19:12
38:13 43:14
49:4,5,14,16
50:8 52:10
57:21,24 58:20
86:16 155:12
201:16 249:24
250:4,8,16,19
252:22
**tens** 137:5

**term** 158:23
159:8 239:20
**terminate**
225:24
**terminating**
177:9 225:15
225:20 227:8
261:17
**terms** 40:25 49:9
49:17 52:4
55:5 57:15
59:8 60:14
63:20 73:22
85:20 94:9
96:17,18
112:11 145:20
162:24 169:7
170:16 215:11
215:13,14,25
216:7
**test** 160:16,16
160:18
**testified** 3:6
17:23 82:19
83:14 84:16,20
86:7 87:18,21
87:24 88:3,21
93:5,6 99:24
100:2 112:24
113:8 123:6,11
152:17,23
162:6 179:13
200:6 205:14
207:16 213:16
222:8 230:16
235:20 249:16
259:4 263:17
**testify** 18:11
95:12 174:2,4
251:17
**testifying** 18:6
30:10 82:25
269:25
**testimonial** 83:4
**testimony** 5:23
7:9 12:19 83:5
83:6,21,23

**EXHIBIT B**

86:6 87:11
88:6 114:3
117:20 153:4
153:18,22
173:23 185:10
222:12 263:21
**tests** 246:4
**text** 101:2
223:17,22
225:10 266:5
266:18
**textbook** 46:25
90:14,17 91:6
91:14,23
**textbooks** 91:9
**Thank** 10:5
141:17 262:15
**Theoretically**
61:20 260:5
**Theories** 90:22
**theory** 138:10
138:18,23
159:5,13,14
**therapeutic**
132:5
**therapist** 196:8
196:22 197:6
197:18 198:12
199:8 228:3,15
**therapists**
124:10
**therapy** 15:8
76:5,7,9,12
104:3 148:17
148:18,20
149:3,3,7,9
190:2 192:6
197:21 198:18
198:23 199:3
201:21 206:11
206:13 207:8,8
210:13 214:6
214:15,23
221:19,21
223:20 224:25
225:2 232:15
241:25 242:3

252:22,24
272:8
**thereabouts**
59:17
**thereof** 277:19
**thing** 69:4 91:10
116:23 149:6
159:22 198:9
208:14 209:12
220:5 222:10
222:15 236:3
245:2 246:21
247:3,9
**things** 3:25 9:23
10:3 20:11
32:10 36:10
52:24 63:21
92:10 104:4
105:8 120:2
144:20,22
146:3,6 147:14
147:22 153:12
154:8 159:2
160:4,7 166:5
175:21 180:7
235:25 270:11
271:3,23,25
**think** 5:10,22
6:12 9:2,16
14:12 17:19,20
17:24,25 19:13
21:20 22:15
23:8 24:5,6
28:21,22 31:14
31:18 32:20
33:25 34:25
37:18,23 38:15
41:21 42:8
43:15,22,25
44:8 47:3,10
47:24 48:19
49:4 51:17
53:7 55:25
60:12 62:17
64:8 66:6
68:24 69:10
71:7 72:15,18

75:6,11,16,19
76:12 78:19
81:22 82:10
85:3,4,25 87:2
89:6,7,12,13
104:18 109:6
110:23 113:6
117:17 121:13
123:19 125:11
127:13,22
128:12,20
133:22 134:10
134:15,21
135:3 137:24
139:22 142:10
142:21 152:3,6
152:9,18
153:20 154:3
157:12,15
158:15 160:25
162:4,18
165:21 166:8
168:23 169:10
170:13 171:16
181:25 185:7
186:18 187:4
189:5 190:12
192:8,25 193:3
193:5,8 194:9
198:6,9 199:4
199:22 201:12
202:18,19
206:14,22
217:16 223:5
237:20 246:7
246:11 247:16
250:13,21
265:17 268:23
269:4 270:21
**thinking** 189:3
**third** 13:17 14:2
14:5 40:17
42:16
**This's** 236:7
**thorough** 208:19
216:12
**thought** 12:7

16:14 131:2
137:18 188:23
193:14,16
198:2 199:6
252:25
**thoughts** 191:3
**thousand** 47:24
**thousands** 137:5
**three** 7:23 19:10
42:21 43:2
51:22 54:9
63:9 117:21
118:9 153:13
166:17 235:23
247:19 251:25
261:9,15
268:11 272:7
**three-year** 13:16
**throat** 211:23
**throwing** 240:6
**Thursdays**
76:22
**time** 13:4 16:11
17:8 22:4,4
28:11,20 30:16
30:21,22 33:25
35:16 37:8,21
39:11 42:2,3,7
46:23,24 47:6
47:6 48:25
49:12 50:3,5
50:15 52:17
53:17 57:15,17
58:21,25 64:14
67:7 70:5,15
70:15 77:7,8
79:11 80:5,21
82:15 84:19
85:15 93:21
94:5 96:2
100:7 112:20
120:20 132:4
139:7 153:6
156:20 157:6
166:21 168:24
169:12,19,22
170:25 176:19

177:17,22
178:3 179:19
179:24 181:11
189:8 196:14
203:21 217:17
217:18,19
218:21 228:18
229:3 236:16
236:25 249:3
252:5,21 255:5
256:19 258:19
258:21 261:6
261:10 270:9
271:17 272:5
273:5 274:11
277:12
**timeline** 143:4
262:17
**times** 22:15 36:5
39:5 42:21
44:8 50:14
60:19 66:6
74:24 128:16
140:6 149:22
150:14,20,21
166:17 178:13
227:21 248:6
254:8
**Tina** 1:20 3:4
277:6,24
**tip** 160:9
**title** 47:11,11
53:14 89:7,15
273:6 274:11
**today** 5:2 6:6 7:8
46:7 77:17,19
82:25 179:23
**told** 46:7 52:3
142:11 185:11
212:3 213:22
221:6,15 222:8
222:13,16
240:2 244:8,22
247:8 248:9
249:17 251:19
259:8,10
270:18

**EXHIBIT B**

**tole** 230:10
**tomorrow** 77:21
  77:23
**Tony** 8:25 99:3
  201:6
**tool** 244:8
**tools** 123:22
  124:3,16,17
  199:12 204:20
  204:23,23
  205:8 244:10
**top** 147:5
**topics** 44:4,24
  52:5 208:2
**tort** 91:14,20
**total** 13:16
  51:20,23 57:22
  76:16 97:11
**totally** 177:4
  240:14
**touted** 206:18
**toxicology**
  267:14
**track** 26:17
  205:17
**trained** 111:21
  111:25 112:7
  112:16 119:8
  119:20 120:19
  120:21 125:8
  207:24 237:15
  270:21
**trainees** 111:7
**training** 4:9
  11:3 15:3,18
  26:20 49:21
  105:3 110:6,13
  110:17,25
  111:6 112:11
  119:5,10,11,21
  119:23 120:18
  120:21,25
  204:18 206:10
  207:4,5,17
  266:2
**transcript** 7:19
  97:16,19,22

273:14 274:9
  274:12 275:8
  275:11
**transcription**
  277:13
**transcripts** 9:19
  9:21 10:19,22
  276:14
**transfer** 172:20
**transferred** 40:4
**transferring**
  40:9
**transmitted**
  152:11 203:5
**transmitting**
  202:9
**trapped** 159:20
**trauma** 144:10
**traumatic**
  147:17,20
**Travino's**
  180:24
**treasurer** 58:13
**treat** 15:14
  72:16 75:13
  107:5,21
  109:25 112:2
  114:22 116:5,8
  116:24,25
  117:14 119:17
  120:2,16,19
  124:25 125:8
  125:18 131:21
  148:12,15,24
  152:12 175:16
  177:12 190:9
  206:10 207:7
  210:22
**treatable** 149:24
  162:5
**treated** 20:9
  132:16 133:8
  135:9 161:22
**treating** 60:22
  65:10 75:22
  105:12 106:16
  108:3 109:9,14

112:9 118:21
  119:13 120:15
  121:17,23
  126:10,25
  132:20 149:6
  169:13 175:13
  189:14 190:4,7
  207:10 272:6
**treatment** 7:13
  20:14 21:2,5
  25:16 29:23
  30:3 33:13
  50:10,13 52:13
  55:11 58:6
  59:20,23,24
  60:4,9 63:13
  65:11 66:20
  67:6 72:15,18
  79:9,12,15
  82:9 92:3
  96:17 103:24
  105:14 107:23
  113:11,23
  119:18 120:5
  122:11 126:11
  128:5 129:20
  131:16,20
  146:21 148:20
  150:2 154:5
  156:13,14,20
  157:4,7,9,11
  157:13 161:24
  162:2,9,22,24
  163:9,15,19
  164:2 170:7,19
  170:23 172:13
  172:14,19,23
  173:10 174:18
  175:10,10
  176:24 177:3,9
  177:14,16
  179:22 190:21
  191:12,15,19
  192:22 193:4
  193:18,22
  199:9 204:18
  205:2 206:15

206:17,19
  207:2 209:8
  210:5,7,19,24
  218:12,14
  221:3,4 222:25
  225:16,21,24
  227:8,8,24
  228:5,7,14
  229:13 232:11
  232:15 240:9
  240:11 241:23
  241:24 242:2
  243:20 244:4
  245:12,17,25
  246:8 251:13
  252:15 253:3
  257:5 260:25
  265:12 272:6,7
  272:11
**treatments**
  112:9 228:9
**trends** 154:21
**triage** 112:7
**trial** 5:22 27:6,9
  27:23 56:15
  83:5 84:13
  94:22 249:24
  272:16
**trigger** 182:8
**triggered** 147:18
  168:15 180:18
**tristate** 23:20
  58:4,9
**trouble** 67:19
  237:19
**true** 60:24 83:13
  113:17 151:9
  157:18,24
  158:10,19
  162:18 170:9
  211:15 269:8
  269:13 271:13
  274:12 277:12
**trust** 62:19
**try** 25:3,14
  148:12 149:18
**trying** 19:3

148:3,24
  149:16 261:4
  266:21,22
**Tuesday** 77:24
  77:25
**Tuesdays** 76:22
**Twenty** 42:25
**twice** 76:19
**two** 7:23 11:11
  13:15 19:10
  20:17 51:22
  63:9 68:4 93:3
  99:16 106:13
  116:21 132:13
  144:13 172:3
  203:2 211:6,11
  213:18 227:18
  229:6,14
  232:12 236:19
  238:13 239:10
  239:14 242:12
  242:17,23
  244:23 246:4
  247:9,13
  250:15 251:25
  253:19 261:9
  261:20
**Two-thirds**
  156:11
**two-week** 265:9
**two-year** 13:10
  119:24
**Tylenol** 180:15
  181:2,21,22,23
  181:24
**type** 60:17 65:15
  74:3,20,21,21
  74:25 121:17
  130:20 141:4
  148:23 207:8
**types** 20:12
  75:23 83:16
  139:2 159:22
**typewritten**
  273:11
**typical** 63:14
  253:14

**EXHIBIT B**

**U**

**U.S** 107:25
  160:19 161:7
  161:15 183:9
  183:17 184:13
**ubiquitous**
  151:12
**ultimate** 173:12
**ultimately**
  135:17 158:3,8
**unable** 114:25
  115:3
**unaware** 255:19
**unclear** 206:9
**undergoing**
  163:9
**undergraduate**
  11:3,6
**underlies** 134:20
  136:18
**underlined** 9:23
**understand** 3:18
  4:5 12:18
  35:21 72:20
  73:5 87:10
  116:20 210:11
  222:11 224:23
  238:21
**understanding**
  104:23
**undertake**
  109:17,20
  120:16
**undertakes**
  120:12
**undertook**
  198:14
**unfamiliarity**
  204:19
**unfortunately**
  4:18
**uniform** 113:9
  113:21
**unit** 54:18 81:7
**United** 1:2 18:7
  107:6 108:11
  108:24 109:3

109:13 110:4
113:10,22
114:10 154:11
154:22 155:11
**University** 11:7
12:15
**unpaid** 32:16
176:12
**unspecified**
165:11 243:15
243:21
**unusual** 69:2
189:16
**upcoming** 234:4
**urbanization**
155:17
**urine** 267:20
**use** 24:24 43:20
73:10,13 74:7
76:10 123:9,14
123:23 124:7,7
124:16 135:24
136:15 156:13
159:19 179:21
179:24 199:11
204:20 205:2,7
220:7 240:20
244:9 267:22
268:14,16
269:2
**useful** 185:25
**usually** 24:22
25:13 62:16,22
132:10,12
175:5,5 176:10
250:8
**utilize** 244:18

**V**

**v** 1:10
**VA** 32:25 34:21
35:17 36:10
53:17 54:20
60:18 80:24
81:17 114:11
**vacation** 178:15
234:7
**vaguely** 236:4

**variable** 132:6
**variation** 77:10
**varies** 48:16
59:16 60:22,25
76:19 77:6
113:4 114:8
124:9
**various** 7:22 8:8
22:16 30:12
33:14 44:23
55:17,21 60:7
92:11 165:7
190:20 266:19
276:13
**vary** 113:18
**vast** 131:24
**versus** 18:7
30:18 34:2
57:16,17 84:5
112:2 158:24
**veterans** 33:12
33:13
**vicinity** 117:11
181:3
**victim's** 158:3,7
**Video** 1:18
**view** 170:17
220:19 264:2
**viewed** 164:23
**violent** 40:23
**visit** 80:15
151:24 204:6
215:23 219:2
233:8 235:21
239:10,14
244:18 254:5
254:21 257:9
259:6
**visited** 263:11
**visiting** 51:16,18
**visits** 271:12
272:7
**vital** 154:21
**voice** 4:3
**voluntary** 47:25
51:5 220:24,25
223:10 225:6

225:13,23,25
226:4 228:6
**vs** 275:4

**W**

**wait** 96:6
**waiting** 227:3,16
**walking** 183:12
**want** 6:4 8:3
10:2,12 22:20
63:18 72:11
82:23 84:2
87:3 110:22
128:24 146:15
155:23 160:12
224:23 228:7
259:14
**wanted** 55:4
74:14 105:4
**wants** 196:3,7
**ward** 39:2 54:7
**wards** 44:9
49:19,20
**warn** 172:12
228:7
**warned** 210:15
**warning** 134:5
134:20 135:5
135:19,24
136:2,19
137:11 139:23
139:25 158:23
159:6,15 160:2
196:15
**Washington** 5:7
5:8 11:4,5,25
12:9
**wasn't** 26:5
67:11 151:3
175:16 177:15
186:10 187:23
187:24 188:3
189:5,14,18
190:4,6,11
191:7,14
193:18 194:11
225:23 251:22
258:10 263:25

269:22 270:19
**watered** 91:11
**Watts** 2:11 3:9
3:14 5:13,16
5:19 6:2 7:25
8:22 9:17 10:4
10:15,18 11:2
43:10,13 82:12
82:21 99:3,8
100:20 113:2
199:16,23
200:7,13 224:6
224:10,15,19
224:21 272:13
276:6
**way** 25:5 27:17
32:5 34:7
44:22 68:5
94:23 102:18
129:17 133:25
148:15 178:2
185:10 204:12
214:21 218:12
230:2 232:11
243:12 251:7
255:18 260:24
261:23 269:5
**ways** 159:16
202:9 204:3,5
**we'll** 7:3 8:18
10:13,15 47:7
71:3 110:14
143:3 147:4
184:4 224:10
229:4,10 237:6
243:5 271:20
272:4
**we're** 14:13
147:10,14
148:23 149:16
173:14 178:2
184:3 215:6
240:4 255:9,12
262:22 272:17
**we've** 57:9
170:22
**wean** 258:5,11

EXHIBIT B

258:12,16,25
259:3,13
**website** 47:18
**Wednesdays**
76:22
**week** 17:3 28:23
29:3,4 36:12
38:13 76:15,18
76:19 77:2,5
132:12 214:8
242:13,14,16
242:23 265:13
266:2
**weekend** 263:12
**weekends** 37:11
**weeks** 132:7,9,9
159:4 229:6
242:12,13,14
242:23 244:23
246:5 247:13
247:19 253:19
254:5 265:5,8
265:15,19,21
**weight** 241:9
**weird** 131:3
**welcome** 155:22
**welfare** 122:10
**well-being**
221:20
**went** 11:20 16:3
35:9 44:8
49:19 74:13
186:13 226:25
229:14 239:13
239:16 248:19
263:6 266:5,9
**weren't** 28:3
32:7 55:10
**West** 1:18 2:4,9
**WESTERN** 1:2
**WHEREOF**
277:20
**wherewithal**
119:14 178:23
**white** 6:8,9,15
6:20,23 8:24
9:16 97:19

**win** 261:22
**wise** 277:18
**wish** 228:14,15
**withdrawing**
159:20
**withhold** 246:3
**witness** 3:3,19
9:5,10 43:12
56:8 83:2,21
88:24 94:21
95:9 118:2
276:4 277:10
277:20
**woman's** 180:21
**WOOK** 1:11
275:4
**word** 18:16
67:13 153:11
212:21 240:20
**words** 7:18
11:23 29:24
32:8 113:20
179:21,24
208:17 241:4
**work** 16:12 17:4
17:5 21:23,24
21:25 22:5
26:18 30:4
32:13 49:11
57:17,18,20
58:3 74:3
86:15 87:10,17
118:22
**worked** 17:2,7
36:22 38:10
39:2,3 79:8
260:12
**worker** 75:7
79:4,18,21
80:8,20 87:25
88:4 96:20
120:12 121:14
121:20 122:2
122:14,15,18
209:21 210:22
228:3
**workers** 27:15

30:7 33:17
72:24 78:10
79:8,25 80:23
81:2,4,12,17
118:14 119:8
120:19 121:9
122:25
**working** 35:17
67:21 77:8
87:14 130:4
131:12 178:10
253:6
**works** 254:7,9
**worried** 71:17
**worrisome**
70:18,21
**worse** 147:16
162:14 163:18
164:8 169:15
169:19
**worsened** 270:8
**worsening**
128:14 145:25
264:22 267:12
**worst** 147:5
**worth** 260:10,21
261:18
**wouldn't** 45:18
45:20 68:18
94:23 95:8
124:22 126:13
139:16 162:4
164:12 171:25
185:7 193:17
218:13 259:11
267:23
**write** 22:18
74:10 168:5
189:11,19
221:23 222:3
239:5
**writes** 22:5
**writing** 42:2
46:24 47:6
57:18 58:2,20
224:4
**writings** 47:8

91:24
**written** 16:13
93:12 94:20
150:18 173:17
239:4
**wrong** 240:6
266:16
**wrote** 93:8 94:7
189:10 245:16
245:20 251:10

—— **X** ——
**x** 1:5,14 153:14
177:9 222:17
276:2,9

—— **Y** ——
**Y** 153:14 177:9
222:17
**yeah** 186:11
224:6
**year** 11:13,21
13:17,21 14:2
14:5,6,7,10,11
16:22 17:12
40:17 42:16,21
46:13,21 47:4
47:9,23 48:17
51:22,24 62:18
93:3 96:10
**years** 4:19 13:15
16:4 19:12,14
23:19 34:10
36:6 37:18,23
41:25 42:24,25
43:3,8,14
46:14,19,21
47:3 49:4,5,14
49:16 50:8,21
50:22 51:6
52:2,10,16,22
53:22 54:20
56:7 57:6
58:14 59:15
60:12 64:17
65:16 68:11,14
70:4,8,10,11
72:7 73:15,16

79:13 83:6,15
83:24 84:12,15
84:23 85:4,5
87:17 151:20
153:13 155:12
201:16 235:23
251:25 255:3
**York** 1:19,19,22
3:6 4:10 11:7
13:5 18:19
27:5,6,8 29:9
31:13 32:25
54:16 56:10
268:7 277:3,5
277:8
**young** 135:8
144:7 191:3
256:8
**younger** 61:3,4
61:5 134:8,13
141:10 142:14
154:18

—— **Z** ——
**Z** 153:14 177:10
222:17
**zero** 52:3 77:19
**Zoloft** 78:21

—— **0** ——

—— **1** ——
**1** 8:4,10,19,22
200:14 276:13
**10** 18:13 90:14
276:14
**10:00** 1:20
**100** 181:21,24
182:2
**10018** 1:19
**10th** 129:23
248:4
**11** 166:13
**11th** 169:5
**12** 42:19 43:2
**13th** 194:14,17
**14th** 195:3
**15** 36:6 52:21

**EXHIBIT B**

Page 39

| | | | |
|---|---|---|---|
| 57:24 58:20<br>252:22<br>**150** 175:22<br>176:2<br>**15th** 195:9,17<br>277:21<br>**16** 47:5<br>**17** 47:5 52:3<br>62:18 201:22<br>256:20<br>**17th** 130:3,24<br>131:11 166:17<br>178:4 239:17<br>254:6<br>**18** 62:18<br>**18B** 56:11<br>**19** 20:3 39:15<br>61:3<br>**1960** 12:10,11<br>14:14<br>**1970** 14:16,19<br>40:6<br>**1974** 31:5,6<br>**1975** 32:18<br>**1976** 19:20<br>**1981** 34:21,21<br>36:24<br>**1984** 38:4<br>**1999** 154:22,23<br>155:15<br>**19th** 166:16<br>212:6 229:15<br>232:18<br><br>**2**<br>**2** 10:17,20,23<br>276:14<br>**20** 20:6 28:22<br>29:4 30:20<br>34:4 37:23<br>41:24 42:23<br>43:8 60:12<br>132:5 151:14<br>181:25 250:11<br>250:16,18,22<br>250:25 264:5,8<br>**20-hour** 29:3<br>**200** 276:15 | **2000** 92:8,13,14<br>93:22 94:2,3<br>94:18<br>**2002** 92:16,17<br>92:25 93:3,25<br>**2003** 165:22<br>201:15<br>**2004** 42:15<br>43:13 165:22<br>**2005** 42:5 43:12<br>43:13 52:23<br>**2006** 52:23 94:7<br>94:17<br>**2007** 135:18<br>**2010** 46:21<br>**2013** 91:25<br>256:4<br>**2015** 46:10,14<br>46:21 129:24<br>130:3 155:15<br>166:13,17<br>195:17 201:22<br>229:15 248:4<br>256:20<br>**2016** 52:3<br>154:22,23<br>155:10<br>**2019** 1:20 7:12<br>96:11,25<br>274:20 275:6<br>277:22<br>**21** 132:5<br>**21st** 167:4<br>262:21,23<br>**22.4** 156:3<br>**24** 134:8,13<br>135:9 144:8<br>**24.5** 156:3<br>**24th** 263:3<br>**25** 34:5 43:3<br>144:8 154:24<br>156:7<br>**26th** 167:20,22<br>263:9<br>**28th** 263:12<br>264:4,9<br><br>**3** | **3** 200:8,10,15<br>255:23 276:6<br>276:15<br>**30** 59:11,16<br>60:11 65:16<br>68:14 76:17<br>155:2 163:25<br>181:25 261:5<br>**300** 2:9<br>**30th** 263:13<br>**37th** 1:18<br>**39** 1:18<br><br>**4**<br>**4:17-cv-00017...**<br>1:3<br>**4:20** 272:19<br>**40** 59:11,17<br>60:11 76:17<br>163:25 181:25<br>**40202** 2:10<br>**40203** 2:5<br>**44** 154:24<br>**45** 171:21<br>219:16<br>**45,000** 155:10<br><br>**5**<br>**50** 162:19,25<br>163:22<br>**500** 61:13,19<br>62:9,14 63:11<br>72:10<br>**517** 2:4<br><br>**6**<br>**60** 12:3,4 162:19<br>**600** 86:22<br>**61** 11:24 12:12<br>**65** 11:15 12:2,5<br>12:16,17,24<br>**66** 13:9 14:13<br>**69** 14:18<br><br>**7**<br>**70** 14:15,23<br>28:17 53:23<br>**70's** 35:15 53:18 | **716** 2:9<br>**72** 14:24<br>**73** 94:4<br>**74** 28:17 29:14<br>**75** 31:6 32:21<br>33:6,7 58:24<br>107:8,24<br>108:10,24<br>109:4 110:3<br>**76** 19:5 33:6<br>53:23<br>**7th** 266:10<br><br>**8**<br>**8** 1:20 7:12<br>275:6 276:13<br>**80** 59:4 107:5<br>**80's** 57:6 85:12<br>**803** 47:18<br>**81** 16:6 33:8<br>34:22 35:2<br>81:18<br>**84** 16:7 31:22<br>39:20,22 42:15<br>**85** 85:14,23<br>**87** 38:15,15,21<br>38:22<br>**8th** 96:24 266:13<br>266:20<br><br>**9**<br>**9,000** 87:8<br>**90** 107:5 200:18<br>**91** 38:21,22<br>39:14,15,18<br>82:2<br>**911** 168:3<br>**92** 38:21,22<br>39:14,18 82:3<br>**9th** 167:25<br>266:21 267:2 |

**EXHIBIT B**