**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT OWENSBORO**

| | | |
|---|---|---|
| **CYNTHIA GAY BORUM, as** | ) | |
| **Administratrix of the Estate** | ) | |
| **of Nicole Alyce Borum** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 4:17-cv–00017-JHM-HBB** |
| | ) | |
| **JUNG WOOK KANG SMITH, MD.,** | ) | |
| **DEACONESS CLINIC, INC.,** | ) | |
| **DEACONESS HOSPITAL, INC.** | ) | |
| **DEACONESS HEALTH SYSTEM, INC.** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

---

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

Pursuant to FRCP 56, the Defendants hereby move this honorable Court to grant Summary Judgment in their favor and dismiss the claims against them, there being no genuine issue of material fact and the Defendants being entitled to judgment as a matter of law. As grounds for this Motion, the Defendants incorporate the Memorandum of Law submitted with this Motion.

PHILLIPS PARKER ORBERSON & ARNETT, PLC

/s/ Katherine T. Watts
KATHERINE T. WATTS
COLLEEN O. DAVIS
716 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 583-9900
kwatts@ppoalaw.com
cdavis@ppoalaw.com
cpotts@ppoalaw.com

dchurchman@ppoalaw.com
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a true and accurate copy of the foregoing was forwarded via email, this 30th day of October, 2020 to:

William D. Nefzger, Esq.
BAHE COOK CANTLEY & NEFZGER, PLC
Marion E. Taylor Building, 6th Floor
317 South Fourth Street
Louisville, Kentucky 40202
will@bccnlaw.com
*Co-Counsel for Plaintiff*

Samuel J. Bach, Esq.
Bach & Armstrong LLC
312 First Street
P.O. Box 881
Henderson, Kentucky 42419
Sam@bacharmstrong.com
*Co-Counsel for Plaintiff*

/s/Katherine T. Watts
Katherine T. Watts